# EXHIBIT 2

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7388256271 |
| Billing Date: | 12/30/2022 |
| PO#: | ASAPNSTARPRAVAST1229 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0559-01 | 262-2116 | 731735222 | ▮ | EA | PRAVASTA SODTB 20MG 90NSTR@ TABLET | ▮ ▮ | | ▮ ▮ | | 7.58 | |

'DO NOT SUB' SELECTED.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7.58 | TOTAL CONTRACT PURCHASES: | $7.58 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

| | |
|---|---|
| **NET PAYABLE BY STATEMENT DATE 04/14/2023:** | $7.58 |
| **GROSS PAYABLE AFTER STATEMENT DATE 04/14/2023:** | $7.73 |

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

Exhibit 2
Page 1 of 27

# M<sup>C</sup>KESSON

# Invoice

| Billing No.: | 7388256271 |
|---|---|
| Billing Date: | 12/30/2022 |
| PO#: | ASAPNSTARPRAVAST1229 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**
2622116 ( N16714055901 - PRAVASTA SODTB 20MG 90NSTR@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 2 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680970 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | QO01132023          00 |
| McK Connect UserID: | a6m9t0g5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health
provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 122-7446 | 122-7446 | 734902993 | | ▮ CS | BLISTER 30DSE 200-30 M/T  1000 | ▮▮▮ | ▮▮▮ | | | 72.02 | |

**SUMMARY**

| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $72.02 | TOTAL NON CONTRACT PURCHASES: | $72.02 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $72.02
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $73.49

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 1 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 3 of 27

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| **Billing No.:** | 7391680971 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | DAILY 1-13    00 |
| **McK Connect UserID:** | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 67877-0199-05 | 215-8673 | 735158065 | | EA | AMLODIPINE BES TB 10MG ASC500@ TABLET | 7.01 |
| 60505-6148-04 | 368-7571 | 735158065 | | CT | CEFTRIAX INJ 1G/20ML APX 10@ VIAL | 16.19 |
| | | 3687571 / N60505614804 Was Substituted for 1810373 / N00409733201 (CEFTRIAX VL 1GM 10@) by OneStop Generics | | | | |
| 00003-0894-21 | 201-3282 | 735158065 | 60 | EA | ELIQUIS TAB 5MG | 3,728.20 |
| 16714-0016-10 | 399-6311 | 735158065 | | CT | ENOXAP SOD SYR40MG/.4MLNSTR10@ SYRINGE | 58.14 |
| 00054-0326-56 | 158-9811 | 735158065 | | EA | FLUTICAS HAL 100MCG/50 HIKM60@ BLST W/DEV | 136.28 |
| 50228-0179-10 | 394-2810 | 735158065 | | EA | GABAPENTIN CAP 100MG SCI 1000@ CAPSULE | 16.70 |
| 61314-0633-05 | 161-1474 | 735158065 | | EA | GENTAMIC SUL OPH   SAN   5ML@ DROPS | 31.98 |
| | | 'DO NOT SUB' SELECTED. | | | | |
| 00597-0152-30 | 322-9051 | 735158065 | 30 | EA | JARDIANCE TAB 10MG | 540.98 |
| | | | | | TABLET | |
| 00527-5125-70 | 152-6938 | 735158065 | | EA | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | 22.92 |
| 16714-0194-01 | 236-5245 | 735158065 | | EA | LAMOTRIGINE TB 25MG 100 NSTR@ TABLET | 1.94 |
| 68180-0971-03 | 379-2934 | 735158065 | | EA | LEVOTHY SOD TB0.125MG LUP1000@ | 185.49 |

Exhibit 2
Page 4 of 27

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680971 |
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13    00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|------------------|---------------|-----|------------|-----|-----------------|-----|
| | | | | | TABLET | | | | | | |
| 67877-0419-84 | 350-3091 | 735158065 | ▮ | EA | LINEZOLID TAB 600MG ASC UD30@ TABLET | ▮ | ▮ | ▮ | ▮ | 47.31 | |
| 61314-0630-06 | 161-0773 | 735158065 | ▮ | EA | NEOMY+ POLY B+ DEX O/S FAL   5ML@ DROPS SUSP | ▮ | ▮ | ▮ | ▮ | 20.80 | |
| 72578-0089-04 | 157-6768 | 735158065 | ▮ | EA | NYSTATIN OINT 100KU/GM VIO30G@ OINT. (G) | ▮ | ▮ | ▮ | ▮ | 5.67 | |
| 42571-0357-07 | 234-5890 | 735158065 | ▮ | EA | POTASSIUM CHL OS 10% MIC473ML@ LIQUID | ▮ | ▮ | ▮ | ▮ | 63.07 | |
| | 2345890 / N42571035707 Was Substituted for 3452497 / N00603154258 (POTASS CHL OS 10% QUAL 473ML@) by OneStop Generics | | | | | | | | | | |
| 00065-4147-27 | 202-1590 | 735158065 | ▮ | EA | SIMBRINZA SUSP 1%/0.2%  8ML DROPS SUSP | ▮ | ▮ | ▮ | ▮ | 188.16 | |
| 46287-0006-01 | 271-2388 | 735158065 | ▮ | EA | SPS SUSP 15GM        CMP     16OZ ORAL SUSP | ▮ | ▮ | ▮ | | 185.69 | |
| 16714-0797-01 | 379-5952 | 735158065 | ▮ | EA | SUMATRIP TAB 50MG UD 9  NSTAR@ TABLET | ▮ | ▮ | ▮ | ▮ | 2.76 | |
| 00173-0859-10 | 207-2874 | 735158065 Above Item | ▮ | * EA  EA | BREO ELLIPTA 100/25MCG 2X30DAY Temporarily out - please reorder BLST W/DEV | | | ▮ | | | |
| 00310-4616-12 | 156-5092 | 735158065 Above Item | ▮ | * EA  EA | BREZTRI AEROSPHERE 120INH    1 Manufacturer backordered HFA AER AD | | | ▮ | | | |
| 16729-0079-01 | 204-4899 | 735158065 Above Item | ▮ | * EA  EA | CARB/LEVO ERTB 50/200MGACC100@ Temporarily out - please reorder TABLET ER | | | ▮ | ▮ | | |

Exhibit 2
Page 5 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680971 | |
|---|---|---|
| Billing Date: | 01/16/2023 | |
| PO#: | DAILY 1-13 | 00 |
| McK Connect UserID: | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $5,259.29 | TOTAL CONTRACT PURCHASES: | $1,531.09 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $3,728.20 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $5,259.29
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $5,366.62

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 31 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 6 of 27

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391680971 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | DAILY 1-13      00 |
| **McK Connect UserID:** | c7t5d2c8 |

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3687571 / N60505614804 Was Substituted for 1810373 / N00409733201 (CEFTRIAX VL 1GM 10@) by OneStop Generics
2345890 / N42571035707 Was Substituted for 3452497 / N00603154258 (POTASS CHL OS 10% QUAL 473ML@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
1611474 ( N61314063305 - GENTAMIC SUL OPH    SAN    5ML@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
1565092 ( N00310461612 - BREZTRI AEROSPHERE 120INH    1 ) Manufacturer backordered
2072874 ( N00173085910 - BREO ELLIPTA 100/25MCG 2X30DAY ) Temporarily out - please reorder
2044899 ( N16729007901 - CARB/LEVO ERTB 50/200MGACC100@ ) Temporarily out - please reorder

_____

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 31 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 7 of 27

# M<sup>C</sup>KESSON

(rendered as) **M<sup>c</sup>KESSON**

# Invoice

| Billing No.: | 7391680972 |
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13     00 |
| McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Need call tags, coolers/icepacks, tote ties, or Class-II envelopes? | | | | | | |
| | | | | | Effective 9/08/2010, now order your DC supplies online along | | | | | | |
| | | | | | with your other McKesson products using newly assigned item numbers. | | | | | | |
| | | | | | New item numbers for DC supplies: | | | | | | |
| | | | | | - Tote ties 136-6723 (Return Kit-Regular) | | | | | | |
| | | | | | - Call Tags 141-4291 (Return Kit-DEA) | | | | | | |
| | | | | | - Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated) | | | | | | |
| | | | | | - Class II envelopes 292-8976 (Envelope CII Order Form) | | | | | | |

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 357896-18405 | 244-0923 | 735158066 | | EA | ARTIFICIAL TEARS 15ML DROPS | ▮ | | ▮ ▮ | | 2.62 | |
| 309042-53321 | 190-4267 | 735158066 | | EA | CALAMINE LOTION MMP    177ML@ LOTION | ▮ | | ▮ ▮ | | 1.21 | |
| 606000-53743 | 398-4549 | 735158066 | | EA | CERAVE MOS CREAM PUMP 16OZ | ▮ | | ▮ | | 13.85 | |
| 357896-30310 | 150-3663 | 735158066 | | EA | DOC SOD+ SEN TB50+ 8.6MGGER1000@ TABLET | ▮ | | ▮ ▮ | | 11.89 | |
| 355111-11891 | 231-3641 | 735158066 | | EA | FAMOTIDINE TAB 10MG DR/R 90@ TABLET | ▮ | | ▮ ▮ | | 7.64 | |
| 305361-20207 | 237-4429 | 735158066 | | EA | LIDOCAINE PATCH 4%  RUG30@ ADH. PATCH | ▮ | | ▮ ▮ | | 74.88 | |

**SUMMARY**

Exhibit 2
Page 8 of 27

# McKESSON

## Invoice

| Billing No.: | 7391680972 |
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13      00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $98.24 | |
| TOTAL OTC PURCHASES: | $112.09 | TOTAL NON CONTRACT PURCHASES: | $13.85 | |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $112.09
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $114.38

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 9 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 9 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680973 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13        00 |
| McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131  Phone: 855/625-7385
14500 EAST 39th AVENUE    DEA: PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**          DEA: FP6379071
PREMIER PHARMACY GROUP 07  PHCY: PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|---|
| 00378-6960-93 | 346-3478 | 735158067 | ▮ | | CT GLATIRAM AC PFS 20MG/MLMYLN30@ SYRINGE | ▮▮▮▮ | ▮ | ▮▮▮▮ | | 1,229.44 |

Product shipped is best dating available from manufacturer.

| 00088-2220-33 | 272-2601 | 735158067 | ▮ | | EA LANTUS INSULIN VIAL   10ML VIAL | ▮▮▮▮ | ▮ | ▮▮▮ | ▮ | 249.66 |

## SUMMARY

| TOTAL RX PURCHASES: | $1,479.10 | TOTAL CONTRACT PURCHASES: | $1,479.10 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

| | | |
|---|---|---|
| | **NET PAYABLE BY STATEMENT DATE 02/03/2023:** | $1,479.10 |
| | **GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** | $1,509.29 |

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 2 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

Exhibit 2
Page 10 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680974 |
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13       00 |
| McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|------------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| 16714-0552-01 | 262-0813 | 735158068 | ∎ EA | | LACOSAMIDE TB 200MG 60 NSTR@ TABLET | ▰ ∎ | ▰ | | | 21.65 | |

2620813 / N16714055201 Was Substituted for 2397610 / N67877073660 (LACOSAMIDE TB 200MG ASC 60) by OneStop Generics

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $21.65 | TOTAL CONTRACT PURCHASES: | $21.65 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**        $21.65
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**        $22.09

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|-------|-------|--------|---|
| 1 | 0 | 1 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

Exhibit 2
Page 11 of 27

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680974 |
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 2 of 2 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2620813 / N16714055201 Was Substituted for 2397610 / N67877073660 (LACOSAMIDE TB 200MG ASC 60) by OneStop Generics

_____

| Lines | Cases | Pieces |
|-------|-------|--------|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 12 of 27

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No.: | 7391680975 | |
| Billing Date: | 01/16/2023 | |
| PO#: | we owe 1-15   00 | |
| McK Connect UserID: | x0h2z3l0 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

Phone:  855/625-7385
DEA:  PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

DEA:  FP6379071
PHCY:  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016500-53502 | 115-9383 | 735158668 | 100 | EA | CITRACAL PETITES TAB TABLET | ▮ | | ▮ | | 5.43 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $5.43 | TOTAL NON CONTRACT PURCHASES: | $5.43 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**    $5.43
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**    $5.54

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to | **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|---|
| 1 | 0 | 1 | | **Statement for information only** |
| | | | | Claims must be made within 5 days and show date of invoice. |

Exhibit 2
Page 13 of 27

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680976 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | we owe 1-15        00 |
| McK Connect UserID: | x0h2z3I0 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 16714-0400-02 | 203-5087 | 735158669 | | EA | CEFUROX AXET TB 250MG NSTAR60@ TABLET | 34.18 |
| *Product shipped is best dating available from manufacturer.* | | | | | | |
| 00143-9927-01 | 194-8447 | 735158669 | | EA | CIPROFLOX TAB 250MG WEST  100@ TABLET | 5.88 |
| 21922-0009-09 | 152-5203 | 735158669 | | EA | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | 19.17 |
| 70010-0109-10 | 156-7551 | 735158669 | | EA | GABAPENT CAP 300MG GRA  1000@ CAPSULE | 84.58 |
| 42571-0357-07 | 234-5890 | 735158669 | | EA | POTASSIUM CHL OS 10% MIC473ML@ LIQUID | 126.14 |
| 58468-0130-01 | 146-3009 | 735158669 | | EA | RENVELA TAB 800MG       270 TABLET | 1,525.67 |
| 29300-0138-01 | 342-9131 | 735158669 Above Item | | * EA | DIVALPR SOD DR TB 125MGUNI100@ EA  Temporarily out - please reorder TABLET DR | |

**SUMMARY**

Exhibit 2
Page 14 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680976 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | we owe 1-15      00 |
| McK Connect UserID: | x0h2z3l0 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,795.62 | TOTAL CONTRACT PURCHASES: | $269.95 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,525.67 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $1,795.62
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $1,832.27

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 15 of 27

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680976 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | we owe 1-15    00 |
| McK Connect UserID: | x0h2z3l0 |

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**

3429131 ( N29300013801 - DIVALPR SOD DR TB 125MGUNI100@ ) Temporarily out - please reorder

_____

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 16 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680977 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | we owe 1-15      00 |
| McK Connect UserID: | x0h2z3l0 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| CONTROLLED 00093-0832-01 | 192-6021 | 735158670 | | EA | CLONAZEP TAB 0.5MG  TEV    100@ TABLET | ▮ | R | ▮ ▮ | | 4.50 | |
| CONTROLLED 51991-0348-06 | 150-3341 | 735158670 | | EA | LACOSAMIDE TB 50MG BRECK 60@ TABLET | ▮ | | ▮ ▮ | | 22.98 | |
| CONTROLLED 62332-0119-90 | 396-7213 | 735158670 | | EA | PREGABALIN CP 25MG ALE 90@ CAPSULE | ▮ | | ▮ ▮ | | 16.94 | |

### SUMMARY

| TOTAL RX PURCHASES: | $44.42 | TOTAL CONTRACT PURCHASES: | $44.42 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $44.42
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $45.33

Exhibit 2
Page 17 of 27

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680977 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | we owe 1-15      00 |
| McK Connect UserID: | x0h2z3l0 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 6 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 18 of 27

# M<sup>c</sup>KESSON     **Invoice**

| | |
|---|---|
| MCKESSON CORPORATION DC#8131<br>14500 EAST 39th AVENUE<br>AURORA CO 80011 | **Phone:** 855/625-7385<br>**DEA:** PM0018425 |

| | |
|---|---|
| **Billing No.:** | 7391680978 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | CYCLE 1-15    00 |
| **McK Connect UserID:** | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 16714-0143-01 | 156-6876 | 735159010 | ■ | EA | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | | 6.22 |
| 16714-0141-01 | 156-6850 | 735159010 | ■ | EA | ARIPIPRAZOLE TB 2MG 30 NSTR@ TABLET | | 8.42 |
| 75834-0258-01 | 158-9480 | 735159010 | ■ | EA | ATORVASTAT CAL TB 80MGNIV1000@ TABLET | | 70.21 |
| 16714-0829-01 | 390-8878 | 735159010 | ■ | EA | BUDESONIDE DR EC CP3MG100NSTR@ CAPDR - ER | | 49.43 |
| 31722-0622-60 | 260-5483 | 735159010 | ■ | EA | DABIGATRAN ETEX CP 150MGCAMC60@ CAPSULE | | 456.32 |
| 00003-0893-21 | 201-3290 | 735159010 | ■ | EA | ELIQUIS TAB 2.5MG      60 TABLET | | 1,065.20 |
| 13668-0135-10 | 158-0166 | 735159010 | ■ | EA | ESCITALOP TAB 5MG TORR 1000@ TABLET | | 33.95 |
| 70010-0109-10 | 156-7551 | 735159010 | ■ | EA | GABAPENT CAP 300MG GRA 1000@ CAPSULE | | 84.58 |
| 16714-0330-02 | 137-8876 | 735159010 | ■ | EA | GABAPENT TB 600MG 500 NSTAR@ TABLET | | 70.26 |
| 16714-0895-01 | 326-7036 | 735159010 | ■ | EA | GLIPIZIDE ER TB 5MG NOR 100@ TAB ER 24 | | 8.69 |
| 29300-0112-05 | 347-0242 | 735159010 | ■ | EA | LAMOTRIG TAB 100MG UNI 500@ TABLET | | 24.39 |
| 00093-0311-05 | 162-2232 | 735159010 | ■ | EA | LOPERAM CAP 2MG TEV 500@ | | 102.93 |

Exhibit 2<br>Page 19 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680978 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15    00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CAPSULE | | | | | | |
| 29300-0172-05 | 392-7258 | 735159010 | | EA | MEMANTINE HCL TB 10MG UNIC500@ TABLET | ▮ | ▮ | ▮ | | 28.29 | |
| 00093-2204-01 | 160-8645 | 735159010 | | EA | METOCLOPR TAB  5MG  TEV    100@ TABLET | ▮ | ▮ | ▮ | | 5.90 | |
| 16714-0854-01 | 208-0711 | 735159010 | | EA | METOPROL SUCC ER 100MG100NSTR@ TAB ER 24H | ▮ | ▮ | ▮ | | 11.86 | |
| 00024-4142-60 | 120-1763 | 735159010 | | EA | MULTAQ TAB 400MG          60 TABLET | ▮ | ▮ | ▮ | ▮ | 707.42 | |
| 00469-2601-30 | 169-0817 | 735159010 | | EA | MYRBETRIQ ER TAB 25MG        30 TAB ER 24H | ▮ | ▮ | ▮ | | 759.14 | |
| 55111-0167-30 | 346-7453 | 735159010 | | EA | OLANZAPINE TB 15MG DR/R 30@ TABLET | ▮ | ▮ | ▮ | | 3.45 | |
| 33342-0180-10 | 390-5551 | 735159010 | | EA | OLMES+ MEDOX TAB 40MG MACL 90@ TABLET | ▮ | ▮ | ▮ | | 10.50 | |
| | 3905551 / N33342018010 Was Substituted for 3723194 / N16729032215 (OLMES+ MEDOX TAB 40MG ACCO 90@) by OneStop Generics | | | | | | | | | | |
| 50458-0579-30 | 143-0024 | 735159010 | | EA | XARELTO TAB 20MG          30 TABLET | ▮ | ▮ | ▮ | | 947.04 | |

**SUMMARY**

Exhibit 2
Page 20 of 27

# McKESSON

## Invoice

| Billing No.: | 7391680978 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15        00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  | TOTAL RX PURCHASES: | $4,454.20 |  | TOTAL CONTRACT PURCHASES: | $3,389.00 |
|---|---|---|---|---|---|
|  | TOTAL OTC PURCHASES: | $0.00 |  | TOTAL NON CONTRACT PURCHASES: | $1,065.20 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $4,454.20
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $4,545.10

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 28 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 21 of 27

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680978 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15     00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3905551 / N33342018010 Was Substituted for 3723194 / N16729032215 (OLMES+ MEDOX TAB 40MG ACCO 90@) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 28 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 22 of 27

# McKESSON

# Invoice

| Billing No.: | 7391680979 |
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15          00 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

Phone:  855/625-7385
DEA:  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

DEA:  FP6379071
PHCY:  PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\*  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 380681-01900 | 153-0179 | 735159011 | ▮ | EA | NIACINAMIDE TAB 500MG  MMP100@ TABLET | ▮ | | ▮ | ▮ | 2.17 | |
| 324208-69760 | 152-2689 | 735159011 | ▮ | EA | PRESERVISION AREDS 2 SG 60 | ▮ | | ▮ | | 44.10 | |
| 010939-95376 | 152-0097 | 735159011 | ▮ | EA | SM VIT D3 50MCG 2000IU SG 100 | ▮ | | ▮ | | 17.96 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $2.17 |
| TOTAL OTC PURCHASES: | $64.23 | TOTAL NON CONTRACT PURCHASES: | $62.06 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**  $64.23
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**  $65.54

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 3 | 0 | 8 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 23 of 27

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391957211 | |
|---|---|---|
| Billing Date: | 01/17/2023 | |
| PO#: | DAILY 1-16 | 00 |
| McK Connect UserID: | c7t5d2c8 | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68180-0963-01 | 156-4558 | 735395084 | ▮ | EA | ALBUTEROL SUL INH90MCGLUP8.5G@ HFA AER AD | ▬ | ▪ | ▬ | | 90.15 | |
| 00173-0859-10 | 207-2874 | 735395084 | ▮ | EA | BREO ELLIPTA 100/25MCG 2X30DAY BLST W/DEV | ▬ | ▪ | ▬ | ▪ | 1,877.55 | |
| 00310-4616-12 | 156-5092 | 735395084 | ▮ | EA | BREZTRI AEROSPHERE 120INH  1 HFA AER AD | ▬ | ▪ | ▬ | ▪ ▪ | 559.21 | 2.2 |
| 60505-6148-04 | 368-7571 | 735395084 | ▮ | CT | CEFTRIAX INJ 1G/20ML APX 10@ VIAL | ▬ | ▪ | ▬ | | 32.38 | |
| 17478-0604-30 | 263-3592 | 735395084 | ▮ | CT | COSOPT PF SU PIPETTES 60 DROPERETTE | ▬ | ▪ | ▬ | | 339.70 | |
| 21922-0009-09 | 152-5203 | 735395084 | ▮ | EA | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | ▬ | ▪ | ▬ | | 19.17 | |
| 60758-0188-05 | 240-2030 | 735395084 | ▮ | EA | GENTAMIC SUL OPH 0.3% GRE 5ML@ DROPS | ▬ | ▪ | ▬ | | 4.52 | |

2402030 / N60758018805 Was Substituted for 1611474 / N61314063305 (GENTAMIC SUL OPH    SAN    5ML@) by OneStop Generics
Product shipped is best dating available from manufacturer.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63739-0953-25 | 202-0063 | 735395084 | ▮ | CT | HEPAR SOD MDV 5000U1ML SKY25@ VIAL | ▬ | ▪ | ▬ | | 39.64 | |
| 76204-0600-01 | 347-8914 | 735395084 | ▮ | CT | IPRALB I/SSGVL.5/3MG/3MLRIT30@ AMPUL-NEB | ▬ | ▪ | ▬ | | 18.03 | |
| 00527-5125-70 | 152-6938 | 735395084 | ▮ | EA | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | ▬ | ▪ | ▬ | | 22.92 | |
| 50383-0775-04 | 162-2208 | 735395084 | ▮ | EA | LIDOCA ORAL SOL 2% HI-T 100ML@ | ▬ | ▪ | ▬ | | 3.83 | |

Exhibit 2
Page 24 of 27

# McKESSON

# Invoice

| Billing No.: | 7391957211 |
|---|---|
| Billing Date: | 01/17/2023 |
| PO#: | DAILY 1-16        00 |
| McK Connect UserID: | c7t5d2c8 |

DC:
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

Phone:   855/625-7385
DEA:   PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

BILL TO:
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

SHIP TO:
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

DEA:   FP6379071
PHCY:   PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SOLUTION | | | | | | |
| 65862-0008-05 | 174-9316 | 735395084 | | EA | METFORM TAB 500MG    AURO  500@ TABLET | ▇ | ▇ | ▇ | ▇ | 7.24 | |
| 65862-0008-99 | 343-5047 | 735395084 | | EA | METFORM TAB 500MG    AURO 1000@ TABLET | ▇ | ▇ | ▇ | ▇ | 11.79 | |
| 13107-0031-05 | 122-2835 | 735395084 | | EA | MIRTAZAP TAB 15MG    AURO  500@ TABLET | ▇ | ▇ | ▇ | ▇ | 61.44 | |
| 61314-0641-75 | 172-5597 | 735395084 | | EA | NEOMY+ POL B+ HYD O/S FAL 7.5ML@ DROPS SUSP | ▇ | ▇ | ▇ | ▇ | 133.95 | |
| 61314-0630-06 | 161-0773 | 735395084 | | EA | NEOMY+ POLY B+ DEX O/S FAL   5ML@ DROPS SUSP | ▇ | ▇ | ▇ | ▇ | 20.80 | |
| 00169-1852-75 | 195-0773 | 735395084 | | CT | NOVOFINE AUTOCVR 30G      100 DIS NEEDLE | ▇ | | ▇ | | 177.10 | |
| 08290-3295-15 | 215-7642 | 735395084 | | CT | PEN NDL DUO AUTOSHL BD 5MM 100 DIS NEEDLE | ▇ | | ▇ | | 151.88 | |
| 00093-2063-01 | 190-7716 | 735395084 | | * EA | QUETIAPIN FUM TB 25MG TEV 100@ | ▇ | ▇ | ▇ | | 11.83 | |
| | | Above Item | | EA | Not filled complete - please reorder TABLET | | | | | | |
| | 1907716 / N00093206301 Was temporarily substituted as a backup 3570132 / N68180044501 (QUETIAP FUMAR TB 25MG LUP 100) to Multi-Source | | | | | | | | | | |
| 59310-0304-80 | 374-9884 | 735395084 | | EA | QVAR REDIHALER 80MCG/120 DOSE HFA AEROBA | ▇ | | ▇ | | 266.38 | |
| 43547-0344-06 | 348-0456 | 735395084 | | EA | RISPERIDONE TAB 4MG SOL      60@ TABLET | ▇ | | ▇ | | 3.88 | |
| 16714-0612-06 | 328-4932 | 735395084 | | EA | SERTRALIN TAB 50MG 1000 NSTAR@ TABLET | ▇ | | ▇ | | 25.87 | |
| 00597-0100-61 | 340-1759 | 735395084 | | EA | SPIRIVA RESPIMAT 2.5MCG 30DAY MIST INHAL | ▇ | ▇ | ▇ | ▮ | 894.84 | |
| 60687-0211-21 | 358-7789 | 735395084 | | * EA | DIVALPROEX DR TB 125MGUDAHP30@ | | | ▇ | | | |
| | | Above Item | | EA | Manufacturer cannot supply TABLET DR | | | | | | |

Exhibit 2
Page 25 of 27

# M<sup>c</sup>KESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957211 | |
| **Billing Date:** | 01/17/2023 | |
| **PO#:** | DAILY 1-16 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $4,774.10 | TOTAL CONTRACT PURCHASES: | $2,404.97 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $2,369.13 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**  $4,774.10
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**  $4,871.53

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 23 | 0 | 49 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

Exhibit 2
Page 26 of 27

# M$^c$KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391957211 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16      00 |
| **McK Connect UserID:** | c7t5d2c8 |

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2402030 / N60758018805 Was Substituted for 1611474 / N61314063305 (GENTAMIC SUL OPH    SAN    5ML@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1907716 / N00093206301 Was temporarily substituted as a backup 3570132 / N68180044501 (QUETIAP FUMAR TB 25MG LUP 100) to Multi-Source

**OMITTED ITEMS**
1907716 ( N00093206301 - QUETIAPIN FUM TB 25MG TEV 100@ ) Not filled complete - please reorder
3587789 ( N60687021121 - DIVALPROEX DR TB 125MGUDAHP30@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 23 | 0 | 49 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**<br>**Statement for information only**<br>Claims must be made within 5 days and show date of invoice. |

Exhibit 2
Page 27 of 27