# EXHIBIT 3

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **Fold Here** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**PREMIER PHARMACY GROUP 07**
**PREMIER PHARMACY GROUP**
**ACCOUNTS PAYABLE**
**ACCOUNTS PAYABLE**
**4162 E. BIJOU STREET**
**COLORADO SPRINGS CO  80909**
**USA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **Fold Here** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Exhibit 3
Page 1 of 12

**McKESSON**
*Empowering Healthcare*

**Company: 8000**

# STATEMENT

**As of:** 03/17/2023    **Page:** 001

**To ensure proper credit to your account, detach and return this stub with your remittance**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**DC:** 8131

**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

**As of:** 03/17/2023   **Page:** 001
**Mail to:**     **Comp:** 8000
  MSD: MCK INITIATED ACH DEBIT
  AMT DUE REMITTED VIA ACH DEBIT
  Statement for information only
  TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2022 | 04/14/2023 | 7388256271 | ASAPNSTARPRAVAS | 131 Invoice | 0.15 | 7.73 | F | 7.58 | F | 7388256271 |
| 01/16/2023 | 02/03/2023 | 7391680970 | QO01132023 | 131 Invoice | 0.00 | 73.49 | P | 73.49 | P | 7391680970 |
| 01/16/2023 | 02/03/2023 | 7391680971 | DAILY 1-13   00 | 131 Invoice | 0.00 | 5,366.62 | P | 5,366.62 | P | 7391680971 |
| 01/16/2023 | 02/03/2023 | 7391680972 | DAILY 1-13   00 | 131 Invoice | 0.00 | 114.38 | P | 114.38 | P | 7391680972 |
| 01/16/2023 | 02/03/2023 | 7391680973 | DAILY 1-13   00 | 131 Invoice | 0.00 | 1,509.29 | P | 1,509.29 | P | 7391680973 |
| 01/16/2023 | 02/03/2023 | 7391680974 | DAILY 1-13   00 | 131 Invoice | 0.00 | 22.09 | P | 22.09 | P | 7391680974 |
| 01/16/2023 | 02/03/2023 | 7391680975 | we owe 1-15 | 131 Invoice | 0.00 | 5.54 | P | 5.54 | P | 7391680975 |
| 01/16/2023 | 02/03/2023 | 7391680976 | we owe 1-15 | 131 Invoice | 0.00 | 1,832.27 | P | 1,832.27 | P | 7391680976 |
| 01/16/2023 | 02/03/2023 | 7391680977 | we owe 1-15 | 131 Invoice | 0.00 | 45.33 | P | 45.33 | P | 7391680977 |
| 01/16/2023 | 02/03/2023 | 7391680978 | CYCLE 1-15   00 | 131 Invoice | 0.00 | 4,545.10 | P | 4,545.10 | P | 7391680978 |
| 01/16/2023 | 02/03/2023 | 7391680979 | CYCLE 1-15   00 | 131 Invoice | 0.00 | 65.54 | P | 65.54 | P | 7391680979 |
| 01/17/2023 | 02/03/2023 | 7391957211 | DAILY 1-16   00 | 131 Invoice | 0.00 | 4,871.53 | P | 4,871.53 | P | 7391957211 |
| 01/17/2023 | 02/03/2023 | 7391957214 | DAILY 1-16   00 | 131 Invoice | 0.00 | 4,296.52 | P | 4,296.52 | P | 7391957214 |
| 01/17/2023 | 02/03/2023 | 7391957217 | DAILY 1-16   00 | 131 Invoice | 0.00 | 46.05 | P | 46.05 | P | 7391957217 |
| 01/17/2023 | 02/03/2023 | 7391957219 | CYCLE 1-16   00 | 131 Invoice | 0.00 | 1,143.70 | P | 1,143.70 | P | 7391957219 |
| 01/17/2023 | 02/03/2023 | 7391957222 | CYCLE 1-16   00 | 131 Invoice | 0.00 | 192.88 | P | 192.88 | P | 7391957222 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 2 of 12

**McKESSON**
*Empowering Healthcare*

**Company: 8000**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

# STATEMENT

**DC:** 8131

**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

**As of:** 03/17/2023   **Page:** 002

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** 03/17/2023   **Page:** 002
**Mail to:**   **Comp:** 8000
  MSD: MCK INITIATED ACH DEBIT
  AMT DUE REMITTED VIA ACH DEBIT
  Statement for information only
  TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | 02/03/2023 | 7391957224 | we owe 1-16 | 131 Invoice | 0.00 | 117.99 | P | 117.99 | P | 7391957224 |
| 01/17/2023 | 02/03/2023 | 7391957225 | we owe 1-16 | 131 Invoice | 0.00 | 75.67 | P | 75.67 | P | 7391957225 |
| 01/17/2023 | 02/03/2023 | 7391957226 | we owe 1-16 | 131 Invoice | 0.00 | 33.82 | P | 33.82 | P | 7391957226 |
| 01/17/2023 | 02/03/2023 | 7391957228 | QO01162023 | 131 Invoice | 0.00 | 7.55 | P | 7.55 | P | 7391957228 |
| 01/18/2023 | 02/03/2023 | 7392233895 | 0117230630 | 131 Invoice | 0.00 | 147.65 | P | 147.65 | P | 7392233895 |
| 01/18/2023 | 02/03/2023 | 7392233897 | Pen Needles   00 | 131 Invoice | 0.00 | 285.92 | P | 285.92 | P | 7392233897 |
| 01/18/2023 | 02/03/2023 | 7392233899 | we owe 1-17 | 131 Invoice | 0.00 | 1,176.26 | P | 1,176.26 | P | 7392233899 |
| 01/18/2023 | 02/03/2023 | 7392236602 | we owe 1-17 | 131 Invoice | 0.00 | 19.06 | P | 19.06 | P | 7392236602 |
| 01/18/2023 | 02/03/2023 | 7392236603 | we owe 1-17 | 131 Invoice | 0.00 | 382.11 | P | 382.11 | P | 7392236603 |
| 01/18/2023 | 02/03/2023 | 7392236604 | Daily 1-17    00 | 131 Invoice | 0.00 | 46.26 | P | 46.26 | P | 7392236604 |
| 01/18/2023 | 02/03/2023 | 7392236608 | Daily 1-17    00 | 131 Invoice | 0.00 | 5,385.88 | P | 5,385.88 | P | 7392236608 |
| 01/18/2023 | 02/03/2023 | 7392236611 | Daily 1-17    00 | 131 Invoice | 0.00 | 1,988.02 | P | 1,988.02 | P | 7392236611 |
| 01/18/2023 | 02/03/2023 | 8901101450 | 002891830E | Addbill INV | 0.00 | 15.16 | P | 15.16 | P | 8901101450 |
| 01/18/2023 | 02/03/2023 | 8901101451 | A20588-14 | Addbill INV | 0.00 | 7.28 | P | 7.28 | P | 8901101451 |
| 01/18/2023 | 02/03/2023 | 8901101452 | A01088-1 | Addbill INV | 0.00 | 81.66 | P | 81.66 | P | 8901101452 |
| 01/19/2023 | 02/03/2023 | 7392493597 | QO01172023 | 131 Invoice | 0.00 | 9.15 | P | 9.15 | P | 7392493597 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 3 of 12

**McKESSON** *Empowering Healthcare*

**Company: 8000**

## STATEMENT

**As of:** 03/17/2023        **Page:** 003

**To ensure proper credit to your account, detach and return this stub with your remittance**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**DC:** 8131
**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

**As of:** 03/17/2023   **Page:** 003
**Mail to:**   **Comp:** 8000
 MSD: MCK INITIATED ACH DEBIT
 AMT DUE REMITTED VIA ACH DEBIT
 Statement for information only
 TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/2023 | 02/03/2023 | 7392493599 | daily 1-18  00 | 131 Invoice | 0.00 | 2,557.65 | P | 2,557.65 | P | 7392493599 | |
| 01/19/2023 | 02/03/2023 | 7392496400 | daily 1-18  00 | 131 Invoice | 0.00 | 933.07 | P | 933.07 | P | 7392496400 | |
| 01/19/2023 | 02/03/2023 | 7392496401 | daily 1-18  00 | 131 Invoice | 0.00 | 95.85 | P | 95.85 | P | 7392496401 | |
| 01/19/2023 | 02/03/2023 | 7392496402 | daily 1-18  00 | 131 Invoice | 0.00 | 9,446.80 | P | 9,446.80 | P | 7392496402 | |
| 01/19/2023 | 02/03/2023 | 7392496403 | cycle 1-18  00 | 131 Invoice | 0.00 | 8,537.44 | P | 8,537.44 | P | 7392496403 | |
| 01/19/2023 | 02/03/2023 | 7392496404 | cycle 1-18  00 | 131 Invoice | 0.00 | 215.32 | P | 215.32 | P | 7392496404 | |
| 01/20/2023 | 02/03/2023 | 7392806938 | DAILY 1-19  00 | 131 Invoice | 0.00 | 220.67 | P | 220.67 | P | 7392806938 | |
| 01/20/2023 | 02/03/2023 | 7392806941 | DAILY 1-19  00 | 131 Invoice | 0.00 | 1,894.68 | P | 1,894.68 | P | 7392806941 | |
| 01/20/2023 | 02/03/2023 | 7392806942 | DAILY 1-19  00 | 131 Invoice | 0.00 | 3,539.46 | P | 3,539.46 | P | 7392806942 | |
| 01/20/2023 | 02/03/2023 | 7392806943 | DAILY 1-19  00 | 131 Invoice | 0.00 | 9.77 | P | 9.77 | P | 7392806943 | |
| 01/20/2023 | 02/03/2023 | 7392806944 | CYCLE 1-19  00 | 131 Invoice | 0.00 | 2,937.73 | P | 2,937.73 | P | 7392806944 | |
| 01/20/2023 | 02/03/2023 | 7392806945 | CYCLE 1-19  00 | 131 Invoice | 0.00 | 72.99 | P | 72.99 | P | 7392806945 | |
| 01/20/2023 | 02/03/2023 | 7392806946 | Out of Stocks  00 | 131 Invoice | 0.00 | 437.14 | P | 437.14 | P | 7392806946 | |
| 01/20/2023 | 02/03/2023 | 7392806947 | Out of Stocks  00 | 131 Invoice | 0.00 | 4.41 | P | 4.41 | P | 7392806947 | |
| 01/20/2023 | 02/03/2023 | 7392806948 | QO01192023 | 131 Invoice | 0.00 | 2,144.27 | P | 2,144.27 | P | 7392806948 | |
| 01/23/2023 | 02/10/2023 | 7393195965 | QO01192023 | 131 Invoice | 0.00 | 9.07 | P | 9.07 | P | 7393195965 | |

For AR Inquiries please contact 800-867-0333

Exhibit 3

**MCKESSON**
*Empowering Healthcare*

**Company: 8000**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

# STATEMENT

**As of:** 03/17/2023     **Page:** 004

**DC:**         8131
**Territory:**      307
**Customer Location:**
**Customer:**     75344
**Date:**           03/18/2023

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** 03/17/2023   **Page:** 004
**Mail to:**            **Comp:** 8000
  MSD: MCK INITIATED ACH DEBIT
  AMT DUE REMITTED VIA ACH DEBIT
  Statement for information only
  TEST  00000

**Cust:**  75344      **PLEASE CHECK ANY**
**Date:**              **ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2023 | 02/10/2023 | 7393195966 | daily 1-22     00 | 131Invoice | 0.00 | 6,599.87 | P | 6,599.87 | P | 7393195966 |
| 01/23/2023 | 02/10/2023 | 7393195969 | daily 1-22     00 | 131Invoice | 0.00 | 1,368.58 | P | 1,368.58 | P | 7393195969 |
| 01/23/2023 | 02/10/2023 | 7393195970 | daily 1-22     00 | 131Invoice | 0.00 | 163.28 | P | 163.28 | P | 7393195970 |
| 01/23/2023 | 02/10/2023 | 7393195974 | daily 1-22     00 | 131Invoice | 0.00 | 2,691.92 | P | 2,691.92 | P | 7393195974 |
| 01/23/2023 | 02/10/2023 | 7393195978 | cycle 1-22     00 | 131Invoice | 0.00 | 16,895.29 | P | 16,895.29 | P | 7393195978 |
| 01/23/2023 | 02/10/2023 | 7393195984 | cycle 1-22     00 | 131Invoice | 0.00 | 166.34 | P | 166.34 | P | 7393195984 |
| 01/23/2023 | 02/10/2023 | 7393195985 | we-owe 1-22    00 | 131Invoice | 0.00 | 17.21 | P | 17.21 | P | 7393195985 |
| 01/23/2023 | 02/10/2023 | 7393195986 | we-owe 1-22    00 | 131Invoice | 0.00 | 15.51 | P | 15.51 | P | 7393195986 |
| 01/23/2023 | 01/23/2023 | 7393319422 | MFC PR CORR CR | Pricing Cor | 0.00 | 27.82- | P | 27.82- | P | 7393319422 |
| 01/23/2023 | 01/23/2023 | 7393319423 | MFC PR CORR CR | Pricing Cor | 0.00 | 228.80- | P | 228.80- | P | 7393319423 |
| 01/23/2023 | 01/23/2023 | 7393319424 | MFC PR CORR CR | Pricing Cor | 0.00 | 55.64- | P | 55.64- | P | 7393319424 |
| 01/23/2023 | 02/10/2023 | 7393319425 | MFC PR CORR IN | Pricing Cor | 0.00 | 23.70 | P | 23.70 | P | 7393319425 |
| 01/23/2023 | 02/10/2023 | 7393319426 | MFC PR CORR IN | Pricing Cor | 0.00 | 233.46 | P | 233.46 | P | 7393319426 |
| 01/23/2023 | 02/10/2023 | 7393319427 | MFC PR CORR IN | Pricing Cor | 0.00 | 47.41 | P | 47.41 | P | 7393319427 |
| 01/23/2023 | 01/23/2023 | 7393351022 | MFC PR CORR CR | Pricing Cor | 0.00 | 27.82- | P | 27.82- | P | 7393351022 |
| 01/23/2023 | 02/10/2023 | 7393351023 | MFC PR CORR IN | Pricing Cor | 0.00 | 23.70 | P | 23.70 | P | 7393351023 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 5 of 12

**McKESSON** *Empowering Healthcare*

**Company: 8000**

# STATEMENT

**As of:** 03/17/2023  **Page:** 005

**To ensure proper credit to your account, detach and return this stub with your remittance**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**DC:** 8131
**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

**As of:** 03/17/2023  **Page:** 005
**Mail to:**  **Comp:** 8000
MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2023 | 02/10/2023 | 7393496382 | QO01232023 | 131 Invoice | 0.00 | 7.24 | P | 7.24 | P | 7393496382 |
| 01/24/2023 | 02/10/2023 | 7393496383 | c-2         01 | 131 Invoice | 0.00 | 938.10 | P | 938.10 | P | 7393496383 |
| 01/24/2023 | 02/10/2023 | 7393496384 | cycle 1-23   00 | 131 Invoice | 0.00 | 4.78 | P | 4.78 | P | 7393496384 |
| 01/24/2023 | 02/10/2023 | 7393496385 | cycle 1-23   00 | 131 Invoice | 0.00 | 42.79 | P | 42.79 | P | 7393496385 |
| 01/24/2023 | 02/10/2023 | 7393496386 | daily 1-23   00 | 131 Invoice | 0.00 | 1,246.27 | P | 1,246.27 | P | 7393496386 |
| 01/24/2023 | 02/10/2023 | 7393496388 | daily 1-23   00 | 131 Invoice | 0.00 | 3,974.69 | P | 3,974.69 | P | 7393496388 |
| 01/24/2023 | 02/10/2023 | 7393496395 | daily 1-23   00 | 131 Invoice | 0.00 | 674.77 | P | 674.77 | P | 7393496395 |
| 01/24/2023 | 02/10/2023 | 7393496396 | QO01232023 | 131 Invoice | 0.00 | 29.61 | P | 29.61 | P | 7393496396 |
| 01/24/2023 | 02/10/2023 | 7393496397 | QO01232023 | 131 Invoice | 0.00 | 16.51 | P | 16.51 | P | 7393496397 |
| 01/24/2023 | 02/10/2023 | 7393520873 | daily 1-6    01 | Dropship | 0.00 | 315.29 | P | 315.29 | P | 7393520873 |
| 01/24/2023 | 01/24/2023 | 7393599497 | 7393599497 | 131 Credit | 0.00 | 1,153.46- | P | 1,153.46- | P | 7393599497 |
| 01/24/2023 | 01/24/2023 | 7393601500 | 7393601500 | 131 Credit | 0.00 | 32.22- | P | 32.22- | P | 7393601500 |
| 01/25/2023 | 02/10/2023 | 7393781304 | we-owe 1-23   00 | 131 Invoice | 0.00 | 155.69 | P | 155.69 | P | 7393781304 |
| 01/25/2023 | 02/10/2023 | 7393781306 | daily 1-24   00 | 131 Invoice | 0.00 | 6,248.06 | P | 6,248.06 | P | 7393781306 |
| 01/25/2023 | 02/10/2023 | 7393781309 | daily 1-24   00 | 131 Invoice | 0.00 | 637.93 | P | 637.93 | P | 7393781309 |
| 01/25/2023 | 02/10/2023 | 7393781311 | daily 1-24   00 | 131 Invoice | 0.00 | 13.57 | P | 13.57 | P | 7393781311 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 6 of 12

**McKESSON**
*Empowering Healthcare*

**Company: 8000**

# STATEMENT

**As of:** 03/17/2023 **Page:** 006

**DC:** 8131

**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** 03/17/2023  **Page:** 006
**Mail to:**  **Comp:** 8000
MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/2023 | 02/10/2023 | 7393781312 | daily 1-24   00 | 131 Invoice | 0.00 | 2,968.99 | P | 2,968.99 | P | 7393781312 |
| 01/25/2023 | 02/10/2023 | 7393781313 | We Owe 1-24 | 131 Invoice | 0.00 | 132.76 | P | 132.76 | P | 7393781313 |
| 01/25/2023 | 02/10/2023 | 7393781314 | We Owe 1-24 | 131 Invoice | 0.00 | 495.79 | P | 495.79 | P | 7393781314 |
| 01/25/2023 | 02/10/2023 | 7393781316 | Cycle 1-24   00 | 131 Invoice | 0.00 | 275.76 | P | 275.76 | P | 7393781316 |
| 01/25/2023 | 02/10/2023 | 7393781318 | Cycle 1-24   00 | 131 Invoice | 0.00 | 32,371.93 | P | 32,371.93 | P | 7393781318 |
| 01/26/2023 | 02/10/2023 | 7394087391 | QO01252023 | 131 Invoice | 0.00 | 102.03 | P | 102.03 | P | 7394087391 |
| 01/26/2023 | 02/10/2023 | 7394087392 | DAILY 1-25   00 | 131 Invoice | 0.00 | 3,242.20 | P | 3,242.20 | P | 7394087392 |
| 01/26/2023 | 02/10/2023 | 7394087393 | DAILY 1-25   00 | 131 Invoice | 0.00 | 326.86 | P | 326.86 | P | 7394087393 |
| 01/26/2023 | 02/10/2023 | 7394087394 | DAILY 1-25   00 | 131 Invoice | 0.00 | 569.78 | P | 569.78 | P | 7394087394 |
| 01/26/2023 | 02/10/2023 | 7394087396 | 1/25 cycle   00 | 131 Invoice | 0.00 | 5,206.86 | P | 5,206.86 | P | 7394087396 |
| 01/26/2023 | 02/10/2023 | 7394092512 | 1/25 cycle   00 | 131 Invoice | 0.00 | 129.29 | P | 129.29 | P | 7394092512 |
| 01/26/2023 | 02/10/2023 | 7394092513 | WE-OWE 1-25 | 131 Invoice | 0.00 | 76.32 | P | 76.32 | P | 7394092513 |
| 01/26/2023 | 02/10/2023 | 7394092514 | QO01252023 | 131 Invoice | 0.00 | 1,642.53 | P | 1,642.53 | P | 7394092514 |
| 01/26/2023 | 02/10/2023 | 7394092515 | QO01252023 | 131 Invoice | 0.00 | 11.49 | P | 11.49 | P | 7394092515 |
| 01/27/2023 | 02/10/2023 | 7394372026 | QO01252023 | 131 Invoice | 0.00 | 8.97 | P | 8.97 | P | 7394372026 |
| 01/27/2023 | 02/10/2023 | 7394372027 | 0126231440 | 131 Invoice | 0.00 | 573.39 | P | 573.39 | P | 7394372027 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 7 of 12

**MCKESSON**
*Empowering Healthcare*

**Company: 8000**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

# STATEMENT

**DC:** 8131
**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

**As of:** 03/17/2023   **Page:** 007

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** 03/17/2023   **Page:** 007
**Mail to:**   **Comp:** 8000
  MSD: MCK INITIATED ACH DEBIT
  AMT DUE REMITTED VIA ACH DEBIT
  Statement for information only
  TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | 02/10/2023 | 7394372028 | we-owe 1-26    00 | 131 Invoice | 0.00 | 675.66 | P | 675.66 | P | 7394372028 |
| 01/27/2023 | 02/10/2023 | 7394372029 | we-owe 1-26    00 | 131 Invoice | 0.00 | 56.39 | P | 56.39 | P | 7394372029 |
| 01/27/2023 | 02/10/2023 | 7394372030 | we-owe 1-26    00 | 131 Invoice | 0.00 | 35.35 | P | 35.35 | P | 7394372030 |
| 01/27/2023 | 02/10/2023 | 7394372031 | we-owe 1-26    00 | 131 Invoice | 0.00 | 764.22 | P | 764.22 | P | 7394372031 |
| 01/27/2023 | 02/10/2023 | 7394372033 | cycle 1-26    00 | 131 Invoice | 0.00 | 6.35 | P | 6.35 | P | 7394372033 |
| 01/27/2023 | 02/10/2023 | 7394372034 | cycle 1-26    00 | 131 Invoice | 0.00 | 13.80 | P | 13.80 | P | 7394372034 |
| 01/27/2023 | 02/10/2023 | 7394372035 | daily 1-26    00 | 131 Invoice | 0.00 | 87.42 | P | 87.42 | P | 7394372035 |
| 01/27/2023 | 02/10/2023 | 7394372039 | daily 1-26    00 | 131 Invoice | 0.00 | 3,573.64 | P | 3,573.64 | P | 7394372039 |
| 01/27/2023 | 02/10/2023 | 7394372043 | daily 1-26    00 | 131 Invoice | 0.00 | 2,641.30 | P | 2,641.30 | P | 7394372043 |
| 01/27/2023 | 02/10/2023 | 7394372044 | QO01262023 | 131 Invoice | 0.00 | 43.16 | P | 43.16 | P | 7394372044 |
| 01/30/2023 | 01/30/2023 | 0108243244 | CKACH05339695DS |  | 0.00 | 1,553.72 | P | 1,553.72 | P | 0108243244 |
| 01/30/2023 | 01/30/2023 | 1411772300 |  | ReturnedChk | 0.00 | 71,107.72 | P | 71,107.72 | P | 1411772300 |
| 01/30/2023 | 01/30/2023 | 1600539617 | AG0000085540 | BX PREMIER | 0.00 | 509.21- | P | 509.21- | P | 1600539617 |
| 01/30/2023 | 01/30/2023 | 3700135405 | Ret Chk Fee |  | 0.00 | 25.00 | P | 25.00 | P | 3700135405 |
| 01/30/2023 | 02/17/2023 | 7394766656 | QO01272023 | 131 Invoice | 0.00 | 48.24 | P | 48.24 | P | 7394766656 |
| 01/30/2023 | 02/17/2023 | 7394766657 | QO01272023 | 131 Invoice | 0.00 | 36.47 | P | 36.47 | P | 7394766657 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 8 of 12

**MCKESSON** Empowering Healthcare

**Company: 8000**

# STATEMENT

**As of:** 03/17/2023  **Page:** 008

**DC:** 8131
**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO   80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** 03/17/2023  **Page:** 008
**Mail to:**  **Comp:** 8000
MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | 02/17/2023 | 7394766658 | c2           01 | 131Invoice | 0.00 | 1,106.88 | P | 1,106.88 | P | 7394766658 |
| 01/30/2023 | 02/17/2023 | 7394766663 | daily 1-29   00 | 131Invoice | 0.00 | 13,658.45 | P | 13,658.45 | P | 7394766663 |
| 01/30/2023 | 02/17/2023 | 7394766666 | daily 1-29   00 | 131Invoice | 0.00 | 983.46 | P | 983.46 | P | 7394766666 |
| 01/30/2023 | 02/17/2023 | 7394766670 | daily 1-29   00 | 131Invoice | 0.00 | 31.61 | P | 31.61 | P | 7394766670 |
| 01/30/2023 | 02/17/2023 | 7394766671 | daily 1-29   00 | 131Invoice | 0.00 | 2,246.76 | P | 2,246.76 | P | 7394766671 |
| 01/30/2023 | 02/17/2023 | 7394766672 | we-owe 1-29  00 | 131Invoice | 0.00 | 47.35 | P | 47.35 | P | 7394766672 |
| 01/30/2023 | 02/17/2023 | 7394766673 | we-owe 1-29  00 | 131Invoice | 0.00 | 382.11 | P | 382.11 | P | 7394766673 |
| 01/30/2023 | 02/17/2023 | 7394766675 | cycle 1-29   00 | 131Invoice | 0.00 | 678.41 | P | 678.41 | P | 7394766675 |
| 01/30/2023 | 02/17/2023 | 7394766678 | cycle 1-29   00 | 131Invoice | 0.00 | 23.04 | P | 23.04 | P | 7394766678 |
| 01/31/2023 | 01/31/2023 | 0108289198 | CKACH05351457DS |  | 0.00 | 1,366.44 | P | 1,366.44 | P | 0108289198 |
| 01/31/2023 | 01/31/2023 | 3700135445 | Ret Chk Fee |  | 0.00 | 25.00 | P | 25.00 | P | 3700135445 |
| 02/03/2023 | 02/03/2023 | 1411779483 |  | ReturnedChk | 0.00 | 66,978.95 | P | 66,978.95 | P | 1411779483 |
| 02/03/2023 | 02/03/2023 | 3700140070 | Ret Chk Fee |  | 0.00 | 25.00 | P | 25.00 | P | 3700140070 |
| 02/07/2023 | 02/07/2023 | 7396673405 | MFC PR CORR CR | Pricing Cor | 0.00 | 165.45- | P | 165.45- | P | 7396673405 |
| 02/07/2023 | 02/24/2023 | 7396673406 | MFC PR CORR IN | Pricing Cor | 0.00 | 14.66 | P | 14.66 | P | 7396673406 |
| 02/09/2023 | 02/09/2023 | 7400073698 | ret44 | 131Credit | 0.00 | 357.19- | P | 357.19- | P | 7400073698 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 9 of 12

# MCKESSON
*Empowering Healthcare*

**Company: 8000**

## STATEMENT

**As of:** 03/17/2023  **Page:** 009

**DC:** 8131

**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** 03/17/2023  **Page:** 009
**Mail to:**  **Comp:** 8000
MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2023 | 02/09/2023 | 7400073699 | ret46 | 131Credit | 0.00 | 4,737.56- | P | 4,737.56- | P | 7400073699 |
| 02/09/2023 | 02/09/2023 | 7400076100 | ret46 | 131Credit | 0.00 | 316.91- | P | 316.91- | P | 7400076100 |
| 02/09/2023 | 02/09/2023 | 7400076101 | ret45 | 131Credit | 0.00 | 1,425.29- | P | 1,425.29- | P | 7400076101 |
| 02/09/2023 | 02/09/2023 | 7400076102 | ret45 | 131Credit | 0.00 | 369.08- | P | 369.08- | P | 7400076102 |
| 02/09/2023 | 02/09/2023 | 7400076103 | ret45 | 131Credit | 0.00 | 187.42- | P | 187.42- | P | 7400076103 |
| 02/10/2023 | 02/10/2023 | 7400076104 | 203028742 & | 131Credit | 0.00 | 3,901.66- | P | 3,901.66- | P | 7400076104 |
| 02/14/2023 | 03/03/2023 | 7398270038 | 7398270038 | Fee Billing | 0.00 | 10.50 | P | 10.50 | P | 7398270038 |
| 02/15/2023 | 02/15/2023 | 7398567995 | MFC PR CORR CR | Pricing Cor | 0.00 | 14.69- | P | 14.69- | P | 7398567995 |
| 02/15/2023 | 03/03/2023 | 7398567996 | MFC PR CORR IN | Pricing Cor | 0.00 | 12.95 | P | 12.95 | P | 7398567996 |
| 02/16/2023 | 02/16/2023 | 7398891479 | MFC PR CORR CR | Pricing Cor | 0.00 | 188.10- | P | 188.10- | P | 7398891479 |
| 02/16/2023 | 03/03/2023 | 7398891480 | MFC PR CORR IN | Pricing Cor | 0.00 | 45.10 | P | 45.10 | P | 7398891480 |
| 02/17/2023 | 02/17/2023 | 7400076105 | ret38 | 131Credit | 0.00 | 430.36- | P | 430.36- | P | 7400076105 |
| 02/17/2023 | 02/17/2023 | 7400076106 | ret40 | 131Credit | 0.00 | 215.68- | P | 215.68- | P | 7400076106 |
| 02/17/2023 | 02/17/2023 | 7400076107 | ret39 | 131Credit | 0.00 | 503.07- | P | 503.07- | P | 7400076107 |
| 02/17/2023 | 02/17/2023 | 7400076108 | ret43 | 131Credit | 0.00 | 70.24- | P | 70.24- | P | 7400076108 |
| 02/17/2023 | 02/17/2023 | 7400076109 | ret41 | 131Credit | 0.00 | 172.23- | P | 172.23- | P | 7400076109 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 10 of 12

**McKESSON**
*Empowering Healthcare*

**Company: 8000**

# STATEMENT

**As of:** 03/17/2023  **Page:** 010

**To ensure proper credit to your account, detach and return this stub with your remittance**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**DC:**  8131

**Territory:**  307
**Customer Location:**
**Customer:**  75344
**Date:**  03/18/2023

**As of:** 03/17/2023  **Page:** 010
**Mail to:**  **Comp:** 8000
MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000

**Cust:**  75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/2023 | 02/17/2023 | 7400076110 | ret42 | 131Credit | 0.00 | 84.49- | P | 84.49- | P | 7400076110 |
| 02/17/2023 | 02/17/2023 | 7400076111 | 1/11/2023 | 131Credit | 0.00 | 192.12- | P | 192.12- | P | 7400076111 |
| 02/17/2023 | 02/17/2023 | 7400076112 | ret36 | 131Credit | 0.00 | 1,103.47- | P | 1,103.47- | P | 7400076112 |
| 02/17/2023 | 02/17/2023 | 7400076113 | ret36 | 131Credit | 0.00 | 13,918.07- | P | 13,918.07- | P | 7400076113 |
| 02/22/2023 | 02/22/2023 | 7400138236 | MFC PR CORR CR | Pricing Cor | 0.00 | 49.20- | P | 49.20- | P | 7400138236 |
| 02/22/2023 | 02/22/2023 | 7400138237 | MFC PR CORR CR | Pricing Cor | 0.00 | 49.20- | P | 49.20- | P | 7400138237 |
| 02/22/2023 | 03/10/2023 | 7400138238 | MFC PR CORR IN | Pricing Cor | 0.00 | 20.84 | P | 20.84 | P | 7400138238 |
| 02/22/2023 | 03/10/2023 | 7400138239 | MFC PR CORR IN | Pricing Cor | 0.00 | 20.84 | P | 20.84 | P | 7400138239 |
| 03/01/2023 | 03/01/2023 | 3700152103 | Service Chg | PastDueBal | 0.00 | 4,824.47 | P | 4,824.47 | P | 3700152103 |
| 03/02/2023 | 03/02/2023 | 1600590377 | AG0000085540 | BX PREMIER | 0.00 | 618.92- | P | 618.92- | P | 1600590377 |
| 03/16/2023 | 03/16/2023 | 3700158966 | Service Chg | PastDueBal | 0.00 | 3,086.33 | P | 3,086.33 | P | 3700158966 |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 11 of 12

**McKESSON**
*Empowering Healthcare*

**Company: 8000**

# STATEMENT

**As of:** 03/17/2023      **Page:** 011

**To ensure proper credit to your account, detach and return this stub with your remittance**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909
USA

MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000
USA

**DC:**    8131

**Territory:** 307
**Customer Location:**
**Customer:** 75344
**Date:** 03/18/2023

**As of:** 03/17/2023    **Page:** 011
**Mail to:**    **Comp:** 8000
MSD: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
TEST  00000

**Cust:** 75344
**Date:**

**PLEASE CHECK ANY ITEMS NOT PAID**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:  P = Past Due Item,   F = Future Due Item,   blank = Current Due Item

**TOTAL**

| | | |
|---|---|---|
| Future Due: 7.73 | Subtotals: 302,812.56 USD | Due If Paid On Time: 302,804.83 USD |
| Past Due: 302,804.83 | If Paid By Pay This Amount: 302,804.83 USD | Disc lost if paid late: 0.00 USD 302,804.83 |
| Last Payment: 66,978.95 01/26/2023 | If Paid After Pay This Amount: 302,804.83 USD | Due if paid late: USD |
| Total Discount: 0.15 | | |

For AR Inquiries please contact 800-867-0333

Exhibit 3
Page 12 of 12