IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00355-MDB

MCKESSON CORPORATION, a Delaware corporation,

        Plaintiff,

v.

PREMIER PHARMACY GROUP, LLC, a Colorado limited liability company; and
DAVID REED, individually,

        Defendants.

---

**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
PREMIER PHARMACY GROUP, LLC**

---

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

As provided by Federal Rule of Civil Procedure 55, Plaintiff McKesson Corporation ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Premier Pharmacy Group, LLC ("Defendant") on the grounds that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

**I.**    **DEFENDANT HAS FAILED TO FILE A RESPONSE TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 55(a), if the "party against whom the judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown to by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). A party served with a Complaint and Summons must respond within twenty-one (21) days of being served. See Fed. R. Civ. P. 12(a)(1)(A).

1

Defendant was served with the summons, operative complaint and related documents on February 9, 2024. *See* Dkt. 9 (Proof of Service); *see also* Declaration of Clayton W. Barnett ("Barnett Dec."), ¶ 3. As a result of the aforementioned service, Defendant's deadline to respond to the Complaint was March 1, 2024. To date, Defendant has failed to respond or make an appearance in this case. Barnett Dec., ¶ 4.

## II.     DEFENDANT IS NEITHER A MINOR NOR AN INCOMPETENT PERSON

Pursuant to Fed. R. Civ. P. 55(b)(1), the defendant against whom entry of default is sought cannot be either a minor nor incompetent person, nor an individual serving in the armed forces. On Plaintiff's information and belief, Defendant is a business entity. Barnett Dec., ¶ 5.

## III.    CONCLUSION

For the reasons set forth herein, and in the concurrently filed Declaration of undersigned counsel, Plaintiff requests that the Clerk of this Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

Dated March 12, 2024.

                                            BUCHALTER,
                                            A Professional Corporation

                                            */s/ Clayton W. Barnett*
                                            Robert B. Hinckley, Jr., #33726
                                            Clayton W. Barnett, #36300
                                            1624 Market Street
                                            Denver, Colorado 80202
                                            (303) 253-6760
                                            rhinckley@buchalter.com
                                            cbarnett@buchalter.com
                                            *Attorneys for Plaintiff, McKesson Corporation,*
                                            *a Delaware corporation*

BN 81271790v1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2024, I electronically filed the foregoing **MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PREMIER PHARMACY GROUP, LLC** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, if any.

                                     *s/ Victoria Thomas*
                                       Victoria Thomas

BN 81271790v1