## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00355-MDB

MCKESSON CORPORATION, a Delaware corporation,

       Plaintiff,

v.

PREMIER PHARMACY GROUP, LLC, a Colorado limited liability company; and
DAVID REED, individually,

       Defendants.

---

### DECLARATION OF CLAYTON W. BARNETT IN SUPPORT OF
### REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT
### PREMIER PHARMACY GROUP, LLC

---

I, Clayton W. Barnett, declare as follows:

1.     I am an attorney duly authorized and licensed to practice law in the State of Colorado and in the United States District Court for the District of Colorado and am a Senior Counsel of the law firm of Buchalter, A Professional Corporation, attorneys of record for McKesson Corporation ("Plaintiff"). The facts set forth in this Declaration are based upon my personal knowledge, and if called upon to do so, I could and would competently testify to those facts.

2.     I am one of the attorneys principally handling this action on Plaintiff's behalf. I am familiar with the pleading prepared and filed by our office in connection with this matter, and all pleadings and correspondence received from, or filed by, other parties.

1

3.      On February 9, 2024, Defendant Premier Pharmacy Group, LLC, a Colorado limited liability company ("Defendant"), was served with the summons, operative complaint and related documents. *See* Dkt. 9 (Proof of Service).

4.      Given the February 9, 2024 service date, Defendant was obligated to respond to the complaint by March 1, 2024.  To date, Defendant has failed to respond to the complaint or make an appearance in this case.

5.      Upon Plaintiff's information and belief, Defendant is a business entity and is neither a minor, an incompetent person or serving in the armed forces.

I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct and that this declaration was executed at Denver, Colorado, on March 12, 2024.


/s/ *Clayton W. Barnett*
Clayton W. Barnett

BN 81272391v1