# EXHIBIT A

**Premier Pharmacy Group - Open Items**

| CoCd | Account | Doc. Date | Due Date | DocumentNo | Assignment | Gross | Itm | Type | RCd | Text |
|------|---------|-----------|----------|------------|------------|-------|-----|------|-----|------|
| 8000 | 75344 | 12/30/2022 | 04/14/2023 | 7388256271 | ASAPNSTARPRAVAST12 | $ 7.73 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680979 | CYCLE 1-15     00 | $ 65.54 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680978 | CYCLE 1-15     00 | $ 4,545.10 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680977 | we owe 1-15     00 | $ 45.33 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680976 | we owe 1-15     00 | $ 1,832.27 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680975 | we owe 1-15     00 | $ 5.54 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680974 | DAILY 1-13     00 | $ 22.09 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680973 | DAILY 1-13     00 | $ 1,509.29 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680972 | DAILY 1-13     00 | $ 114.38 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680971 | DAILY 1-13     00 | $ 5,366.62 | 001 | RV | | |
| 8000 | 75344 | 01/16/2023 | 02/03/2023 | 7391680970 | QO01132023     00 | $ 73.49 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957228 | QO01162023     00 | $ 7.55 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957226 | we owe 1-16     00 | $ 33.82 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957225 | we owe 1-16     00 | $ 75.67 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957224 | we owe 1-16     00 | $ 117.99 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957222 | CYCLE 1-16     00 | $ 192.88 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957219 | CYCLE 1-16     00 | $ 1,143.70 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957217 | DAILY 1-16     00 | $ 46.05 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957214 | DAILY 1-16     00 | $ 4,296.52 | 001 | RV | | |
| 8000 | 75344 | 01/17/2023 | 02/03/2023 | 7391957211 | DAILY 1-16     00 | $ 4,871.53 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 8901101452 | A01088-1 | $ 81.66 | 001 | ZO | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 8901101451 | A20588-14 | $ 7.28 | 001 | ZO | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 8901101450 | 002891830E | $ 15.16 | 001 | ZO | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392236608 | Daily 1-17     00 | $ 5,385.88 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392236604 | Daily 1-17     00 | $ 46.26 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392236603 | we owe 1-17     00 | $ 382.11 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392236602 | we owe 1-17     00 | $ 19.06 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392233899 | we owe 1-17     00 | $ 1,176.26 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392233897 | Pen Needles   00 | $ 285.92 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392233895 | 0117230630     00 | $ 147.65 | 001 | RV | | |
| 8000 | 75344 | 01/18/2023 | 02/03/2023 | 7392236611 | Daily 1-17     00 | $ 1,988.02 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392496404 | cycle 1-18     00 | $ 215.32 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392496403 | cycle 1-18     00 | $ 8,537.44 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392496402 | daily 1-18     00 | $ 9,446.80 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392496401 | daily 1-18     00 | $ 95.85 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392496400 | daily 1-18     00 | $ 933.07 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392493599 | daily 1-18     00 | $ 2,557.65 | 001 | RV | | |
| 8000 | 75344 | 01/19/2023 | 02/03/2023 | 7392493597 | QO01172023     00 | $ 9.15 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806948 | QO01192023     00 | $ 2,144.27 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806947 | Out of Stocks  00 | $ 4.41 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806946 | Out of Stocks  00 | $ 437.14 | 001 | RV | | |

**Premier Pharmacy Group - Open Items**

| CoCd | Account | Doc. Date | Due Date | DocumentNo | Assignment | Gross | Itm | Type | RCd | Text |
|------|---------|-----------|----------|------------|------------|-------|-----|------|-----|------|
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806945 | CYCLE 1-19    00 | $ 72.99 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806944 | CYCLE 1-19    00 | $ 2,937.73 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806943 | DAILY 1-19    00 | $ 9.77 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806942 | DAILY 1-19    00 | $ 3,539.46 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806941 | DAILY 1-19    00 | $ 1,894.68 | 001 | RV | | |
| 8000 | 75344 | 01/20/2023 | 02/03/2023 | 7392806938 | DAILY 1-19    00 | $ 220.67 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393351023 | MFC PR CORR IN | $ 23.70 | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 01/23/2023 | 7393351022 | MFC PR CORR CR | $ (27.82) | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393319427 | MFC PR CORR IN | $ 47.41 | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393319426 | MFC PR CORR IN | $ 233.46 | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393319425 | MFC PR CORR IN | $ 23.70 | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 01/23/2023 | 7393319424 | MFC PR CORR CR | $ (55.64) | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 01/23/2023 | 7393319423 | MFC PR CORR CR | $ (228.80) | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 01/23/2023 | 7393319422 | MFC PR CORR CR | $ (27.82) | 001 | YH | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195986 | we-owe 1-22    00 | $ 15.51 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195985 | we-owe 1-22    00 | $ 17.21 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195984 | cycle 1-22    00 | $ 166.34 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195978 | cycle 1-22    00 | $ 16,895.29 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195974 | daily 1-22    00 | $ 2,691.92 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195970 | daily 1-22    00 | $ 163.28 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195969 | daily 1-22    00 | $ 1,368.58 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195966 | daily 1-22    00 | $ 6,599.87 | 001 | RV | | |
| 8000 | 75344 | 01/23/2023 | 02/10/2023 | 7393195965 | QO01192023    00 | $ 9.07 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 01/24/2023 | 7393601500 | 7393601500 | $ (32.22) | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 01/24/2023 | 7393599497 | 7393599497 | $ (1,153.46) | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393520873 | daily 1-6    01 | $ 315.29 | 001 | YM | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496397 | QO01232023    00 | $ 16.51 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496396 | QO01232023    00 | $ 29.61 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496395 | daily 1-23    00 | $ 674.77 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496388 | daily 1-23    00 | $ 3,974.69 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496386 | daily 1-23    00 | $ 1,246.27 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496385 | cycle 1-23    00 | $ 42.79 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496384 | cycle 1-23    00 | $ 4.78 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496383 | c-2    01 | $ 938.10 | 001 | RV | | |
| 8000 | 75344 | 01/24/2023 | 02/10/2023 | 7393496382 | QO01232023    00 | $ 7.24 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781318 | Cycle 1-24    00 | $ 32,371.93 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781316 | Cycle 1-24    00 | $ 275.76 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781314 | We Owe 1-24    00 | $ 495.79 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781313 | We Owe 1-24    00 | $ 132.76 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781312 | daily 1-24    00 | $ 2,968.99 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781311 | daily 1-24    00 | $ 13.57 | 001 | RV | | |

**Premier Pharmacy Group - Open Items**

| CoCd | Account | Doc. Date | Due Date | DocumentNo | Assignment | Gross | Itm | Type | RCd | Text |
|------|---------|-----------|----------|------------|------------|-------|-----|------|-----|------|
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781309 | daily 1-24    00 | $ 637.93 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781306 | daily 1-24    00 | $ 6,248.06 | 001 | RV | | |
| 8000 | 75344 | 01/25/2023 | 02/10/2023 | 7393781304 | we-owe 1-23   00 | $ 155.69 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394092515 | QO01252023    00 | $ 11.49 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394092514 | QO01252023    00 | $ 1,642.53 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394092513 | WE-OWE 1-25    00 | $ 76.32 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394092512 | 1/25 cycle    00 | $ 129.29 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394087396 | 1/25 cycle    00 | $ 5,206.86 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394087394 | DAILY 1-25    00 | $ 569.78 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394087393 | DAILY 1-25    00 | $ 326.86 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394087392 | DAILY 1-25    00 | $ 3,242.20 | 001 | RV | | |
| 8000 | 75344 | 01/26/2023 | 02/10/2023 | 7394087391 | QO01252023    00 | $ 102.03 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372044 | QO01262023    00 | $ 43.16 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372043 | daily 1-26    00 | $ 2,641.30 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372039 | daily 1-26    00 | $ 3,573.64 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372035 | daily 1-26    00 | $ 87.42 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372034 | cycle 1-26    00 | $ 13.80 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372033 | cycle 1-26    00 | $ 6.35 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372031 | we-owe 1-26   00 | $ 764.22 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372030 | we-owe 1-26   00 | $ 35.35 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372029 | we-owe 1-26   00 | $ 56.39 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372028 | we-owe 1-26   00 | $ 675.66 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372027 | 0126231440    00 | $ 573.39 | 001 | RV | | |
| 8000 | 75344 | 01/27/2023 | 02/10/2023 | 7394372026 | QO01252023    00 | $ 8.97 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766657 | QO01272023    00 | $ 36.47 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766656 | QO01272023    00 | $ 48.24 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766658 | c2         01 | $ 1,106.88 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766678 | cycle 1-29    00 | $ 23.04 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766675 | cycle 1-29    00 | $ 678.41 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766673 | we-owe 1-29   00 | $ 382.11 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766672 | we-owe 1-29   00 | $ 47.35 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766671 | daily 1-29    00 | $ 2,246.76 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766670 | daily 1-29    00 | $ 31.61 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766666 | daily 1-29    00 | $ 983.46 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 02/17/2023 | 7394766663 | daily 1-29    00 | $ 13,658.45 | 001 | RV | | |
| 8000 | 75344 | 01/30/2023 | 01/30/2023 | 3700135405 | CKACH05339695RF | $ 25.00 | 001 | Z7 | D38 | NSF |
| 8000 | 75344 | 01/30/2023 | 01/30/2023 | 1600539617 | AG0000085540 | $ (509.21) | 001 | DG | | *BX PREMIER PHY OS RATIO:1201-1231 |
| 8000 | 75344 | 01/30/2023 | 01/30/2023 | 1411772300 | CKACH05339695RT | $ 71,107.72 | 001 | DZ | | R05 = UNAUTHORIZED DEBIT |
| 8000 | 75344 | 01/30/2023 | 01/30/2023 | 108243244 | CKACH05339695DS | $ 1,553.72 | 001 | DR | D32 | TOTAL UNEARNED DISCOUNT FOR CHECK |
| 8000 | 75344 | 01/31/2023 | 01/31/2023 | 3700135445 | CKACH05351457RF | $ 25.00 | 001 | Z7 | D38 | NSF |
| 8000 | 75344 | 01/31/2023 | 01/31/2023 | 108289198 | CKACH05351457DS | $ 1,366.44 | 001 | DR | D32 | TOTAL UNEARNED DISCOUNT FOR CHECK |

**Premier Pharmacy Group - Open Items**

| CoCd | Account | Doc. Date | Due Date | DocumentNo | Assignment | Gross | Itm | Type | RCd | Text |
|------|---------|-----------|----------|------------|------------|-------|-----|------|-----|------|
| 8000 | 75344 | 02/03/2023 | 02/03/2023 | 3700140070 | CKACH05351457RF | $ 25.00 | 001 | Z7 | D38 | NSF |
| 8000 | 75344 | 02/03/2023 | 02/03/2023 | 1411779483 | CKACH05351457RT | $ 66,978.95 | 001 | DZ | | R07 = AUTHORIZATION REVOKED BY CUSTOMER |
| 8000 | 75344 | 02/07/2023 | 02/24/2023 | 7396673406 | MFC PR CORR IN | $ 14.66 | 001 | YH | | |
| 8000 | 75344 | 02/07/2023 | 02/07/2023 | 7396673405 | MFC PR CORR CR | $ (165.45) | 001 | YH | | |
| 8000 | 75344 | 02/09/2023 | 02/09/2023 | 7400076103 | ret45 | $ (187.42) | 001 | RV | | |
| 8000 | 75344 | 02/09/2023 | 02/09/2023 | 7400076102 | ret45 | $ (369.08) | 001 | RV | | |
| 8000 | 75344 | 02/09/2023 | 02/09/2023 | 7400076101 | ret45 | $ (1,425.29) | 001 | RV | | |
| 8000 | 75344 | 02/09/2023 | 02/09/2023 | 7400076100 | ret46 | $ (316.91) | 001 | RV | | |
| 8000 | 75344 | 02/09/2023 | 02/09/2023 | 7400073699 | ret46 | $ (4,737.56) | 001 | RV | | |
| 8000 | 75344 | 02/09/2023 | 02/09/2023 | 7400073698 | ret44 | $ (357.19) | 001 | RV | | |
| 8000 | 75344 | 02/10/2023 | 02/10/2023 | 7400076104 | 203028742 & 203028 | $ (3,901.66) | 001 | RV | | |
| 8000 | 75344 | 02/14/2023 | 03/03/2023 | 7398270038 | 7398270038 | $ 10.50 | 001 | YN | | |
| 8000 | 75344 | 02/15/2023 | 03/03/2023 | 7398567996 | MFC PR CORR IN | $ 12.95 | 001 | YH | | |
| 8000 | 75344 | 02/15/2023 | 02/15/2023 | 7398567995 | MFC PR CORR CR | $ (14.69) | 001 | YH | | |
| 8000 | 75344 | 02/16/2023 | 03/03/2023 | 7398891480 | MFC PR CORR IN | $ 45.10 | 001 | YH | | |
| 8000 | 75344 | 02/16/2023 | 02/16/2023 | 7398891479 | MFC PR CORR CR | $ (188.10) | 001 | YH | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076113 | ret36 | $ (13,918.07) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076112 | ret36 | $ (1,103.47) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076111 | 1/11/2023 | $ (192.12) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076110 | ret42 | $ (84.49) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076109 | ret41 | $ (172.23) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076108 | ret43 | $ (70.24) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076107 | ret39 | $ (503.07) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076106 | ret40 | $ (215.68) | 001 | RV | | |
| 8000 | 75344 | 02/17/2023 | 02/17/2023 | 7400076105 | ret38 | $ (430.36) | 001 | RV | | |
| 8000 | 75344 | 02/22/2023 | 03/10/2023 | 7400138239 | MFC PR CORR IN | $ 20.84 | 001 | YH | | |
| 8000 | 75344 | 02/22/2023 | 03/10/2023 | 7400138238 | MFC PR CORR IN | $ 20.84 | 001 | YH | | |
| 8000 | 75344 | 02/22/2023 | 02/22/2023 | 7400138237 | MFC PR CORR CR | $ (49.20) | 001 | YH | | |
| 8000 | 75344 | 02/22/2023 | 02/22/2023 | 7400138236 | MFC PR CORR CR | $ (49.20) | 001 | YH | | |
| 8000 | 75344 | 03/02/2023 | 03/02/2023 | 1600590377 | AG0000085540 | $ (618.92) | 001 | DG | | *BX PREMIER PHY OS RATIO:0101-0131 |
| | | | | | | $ 294,901.76 | | | | |

# McKESSON

# INVOICE

**Mail to:**
MSD: MCK INITIATED ACH DEBIT
        AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
test  00000

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

**Customer:** 75344          **Territory:** 0307

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909

**Invoice Date:** 01/30/2023          **Invoice Number:** 0108243244

**Printed:** 01/30/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| CKACH05339695DS | 0108243244 | CKACH05339695DS | TOTAL UNEARNED DISCOUNT FOR CHECK | 1,553.72 |

108243244

**Date Due:** 01/30/2023

**Net Amount Due if Paid on Time:** 1,553.72

**Gross Amount Due if Paid Late:** 1,553.72

# MⱯKESSON

# INVOICE

**Mail to:**
MSD: MCK INITIATED ACH DEBIT
    AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
test  00000

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

**Customer:** 75344          **Territory:** 0307

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909

**Invoice Date:** 01/31/2023          **Invoice Number:** 0108289198
**Printed:** 01/31/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| CKACH05351457DS | 0108289198 | CKACH05351457DS | TOTAL UNEARNED DISCOUNT FOR CHECK | 1,366.44 |

108289198

**Date Due:** 01/31/2023

**Net Amount Due if Paid on Time:** 1,366.44

**Gross Amount Due if Paid Late:** 1,366.44

**MCKESSON**

# CREDIT MEMO

**Mail to:**

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

CARR: MCK INITIATED ACH DEBIT
AMT DUE REMITTED VIA ACH DEBIT    **Customer:**  75344          **Territory:**      0307
Statement for information only

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE                **Invoice Date:**   01/30/2023        **Invoice Number:**        1600539617
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909        **Printed:**         01/30/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| N/A | 1600539617 | AG0000085540 | * BX PREMIER PHY OS RATIO:1201-1231 | 509.21- |

|  |  |
|---|---|
| **Date Due:** | 01/30/2023 |
| **Net Amount Due if Paid on Time:** | 509.21- |
| **Gross Amount Due if Paid Late:** | 509.21- |

1600539617

**M̖KESSON**

# CREDIT MEMO

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

**Mail to:**
MSD: MCK INITIATED ACH DEBIT
        AMT DUE REMITTED VIA ACH DEBIT   **Customer:**   75344        **Territory:**        0307
Statement for information only
test  00000

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE                          **Invoice Date:**   03/02/2023        **Invoice Number:**        1600590377
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909        **Printed:**        03/02/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| N/A | 1600590377 | AG0000085540 | * BX  PREMIER PHY OS RATIO:0101-0131 | 618.92- |

|  |  |
|---|---|
| **Date Due:** | 03/02/2023 |
| **Net Amount Due if Paid on Time:** | 618.92- |
| **Gross Amount Due if Paid Late:** | 618.92- |

1600590377

**MCKESSON**

# INVOICE

**Mail to:**
MSD: MCK INITIATED ACH DEBIT
      AMT DUE REMITTED VIA ACH DEBIT    **Customer:** 75344          **Territory:** 0307
Statement for information only
test  00000

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE          **Invoice Date:** 01/30/2023     **Invoice Number:** CKACH05339
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909     **Printed:**       01/30/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| CKACH05339695RFCKACH05339 | | Returned Check Fee | NSF | 25.00 |

|  |  |
|---|---|
| **Date Due:** | 01/30/2023 |
| **Net Amount Due if Paid on Time:** | 25.00 |
| **Gross Amount Due if Paid Late:** | 25.00 |

3700135405

# McKESSON

# INVOICE

**Mail to:**
MSD: MCK INITIATED ACH DEBIT
    AMT DUE REMITTED VIA ACH DEBIT   **Customer:** 75344          **Territory:** 0307
Statement for information only
test  00000

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE               **Invoice Date:**  01/31/2023        **Invoice Number:**   CKACH05351
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909     **Printed:**       01/31/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| CKACH05351457RFCKACH05351 | | Returned Check Fee | NSF | 25.00 |

|  |  |
|---|---|
| **Date Due:** | 01/31/2023 |
| **Net Amount Due if Paid on Time:** | 25.00 |
| **Gross Amount Due if Paid Late:** | 25.00 |

3700135445

# MCKESSON

# INVOICE

**Mail to:**
MSD: MCK INITIATED ACH DEBIT
        AMT DUE REMITTED VIA ACH DEBIT
Statement for information only
test  00000

McKesson Drug Company
6555 State Highway 161
Irving TX  75039

**Customer:**  75344     **Territory:**  0307

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E. BIJOU STREET
COLORADO SPRINGS CO  80909

**Invoice Date:**  02/03/2023     **Invoice Number:**  CKACH05351

**Printed:**  02/03/2023

| Check Number | Original Receivable Number | Order Reference | Description | Amount |
|---|---|---|---|---|
| CKACH05351457RFCKACH05351 | | Returned Check Fee | NSF | 25.00 |

|  |  |
|---|---|
| **Date Due:** | 02/03/2023 |
| **Net Amount Due if Paid on Time:** | 25.00 |
| **Gross Amount Due if Paid Late:** | 25.00 |

3700140070

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7388256271 |
| **Billing Date:** | 12/30/2022 |
| **PO#:** | ASAPNSTARPRAVAST1229 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 2 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 16714-0559-01 | 262-2116 | 731735222 | ■ | | PRAVASTA SODTB 20MG 90NSTR@ TABLET | 7.58 |

'DO NOT SUB' SELECTED.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7.58 | TOTAL CONTRACT PURCHASES: | $7.58 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 04/14/2023:** $7.58
**GROSS PAYABLE AFTER STATEMENT DATE 04/14/2023:** $7.73

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7388256271 |
| **Billing Date:** | 12/30/2022 |
| **PO#:** | ASAPNSTARPRAVAST1229 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**
2622116 ( N16714055901 - PRAVASTA SODTB 20MG 90NSTR@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391680970 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | QO01132023    00 |
| McK Connect UserID: | a6m9t0g5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 122-7446 | 122-7446 | 734902993 | ▮ | ▮ | BLISTER 30DSE 200-30 M/T  1000 | ▮ | | ▮ | | 72.02 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $72.02 | TOTAL NON CONTRACT PURCHASES: | $72.02 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $72.02
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $73.49

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 1 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# M⁞KESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391680971 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13          00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 67877-0199-05 | 215-8673 | 735158065 | | AMLODIPINE BES TB 10MG ASC500@ TABLET | 7.01 |
| 60505-6148-04 | 368-7571 | 735158065 | | CEFTRIAX INJ 1G/20ML APX 10@ VIAL | 16.19 |
| | 3687571 / N60505614804 Was Substituted for 1810373 / N00409733201 (CEFTRIAX VL 1GM 10@) by OneStop Generics | | | | |
| 00003-0894-21 | 201-3282 | 735158065 | | ELIQUIS TAB 5MG          60 TABLET | 3,728.20 |
| 16714-0016-10 | 399-6311 | 735158065 | | ENOXAP SOD SYR40MG/.4MLNSTR10@ SYRINGE | 58.14 |
| 00054-0326-56 | 158-9811 | 735158065 | | FLUTICAS HAL 100MCG/50 HIKM60@ BLST W/DEV | 136.28 |
| 50228-0179-10 | 394-2810 | 735158065 | | GABAPENTIN CAP 100MG SCI 1000@ CAPSULE | 16.70 |
| 61314-0633-05 | 161-1474 | 735158065 | | GENTAMIC SUL OPH    SAN   5ML@ DROPS | 31.98 |
| | 'DO NOT SUB' SELECTED. | | | | |
| 00597-0152-30 | 322-9051 | 735158065 | | JARDIANCE TAB 10MG          30 TABLET | 540.98 |
| 00527-5125-70 | 152-6938 | 735158065 | | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | 22.92 |
| 16714-0194-01 | 236-5245 | 735158065 | | LAMOTRIGINE TB 25MG 100 NSTR@ TABLET | 1.94 |
| 68180-0971-03 | 379-2934 | 735158065 | | LEVOTHY SOD TB0.125MG LUP1000@ | 185.49 |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 67877-0419-84 | 350-3091 | 735158065 | █ | █ | LINEZOLID TAB 600MG ASC UD30@ | █ | █ | █ | █ | 47.31 | |
| | | | | | TABLET | | | | | | |
| 61314-0630-06 | 161-0773 | 735158065 | █ | █ | NEOMY+ POLY B+ DEX O/S FAL   5ML@ | █ | █ | █ | █ | 20.80 | |
| | | | | | DROPS SUSP | | | | | | |
| 72578-0089-04 | 157-6768 | 735158065 | █ | █ | NYSTATIN OINT 100KU/GM VIO30G@ | █ | █ | █ | █ | 5.67 | |
| | | | | | OINT. (G) | | | | | | |
| 42571-0357-07 | 234-5890 | 735158065 | █ | █ | POTASSIUM CHL OS 10% MIC473ML@ | █ | █ | █ | █ | 63.07 | |
| | | | | | LIQUID | | | | | | |
| 2345890 / N42571035707 Was Substituted for 3452497 / N00603154258 (POTASS CHL OS 10% QUAL 473ML@) by OneStop Generics | | | | | | | | | | | |
| 00065-4147-27 | 202-1590 | 735158065 | █ | █ | SIMBRINZA SUSP 1%/0.2%   8ML | █ | █ | █ | █ █ | 188.16 | |
| | | | | | DROPS SUSP | | | | | | |
| 46287-0006-01 | 271-2388 | 735158065 | █ | █ | SPS SUSP 15GM          CMP   16OZ | █ | █ | █ | █ | 185.69 | |
| | | | | | ORAL SUSP | | | | | | |
| 16714-0797-01 | 379-5952 | 735158065 | █ | █ | SUMATRIP TAB 50MG UD 9  NSTAR@ | █ | █ | █ | █ | 2.76 | |
| | | | | | TABLET | | | | | | |
| 00173-0859-10 | 207-2874 | 735158065 | █ | █ | BREO ELLIPTA 100/25MCG 2X30DAY | | | █ | | | |
| | Above Item | | █ | █ | Temporarily out - please reorder | | | | | | |
| | | | | | BLST W/DEV | | | | | | |
| 00310-4616-12 | 156-5092 | 735158065 | █ | █ | BREZTRI AEROSPHERE 120INH    1 | | | █ | █ | | |
| | Above Item | | █ | █ | Manufacturer backordered | | | | | | |
| | | | | | HFA AER AD | | | | | | |
| 16729-0079-01 | 204-4899 | 735158065 | █ | █ | CARB/LEVO ERTB 50/200MGACC100@ | | | █ | █ | | |
| | Above Item | | █ | █ | Temporarily out - please reorder | | | | | | |
| | | | | | TABLET ER | | | | | | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391680971 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | DAILY 1-13        00 |
| **McK Connect UserID:** | c7t5d2c8 |

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $5,259.29 | TOTAL CONTRACT PURCHASES: | $1,531.09 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $3,728.20 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**     $5,259.29
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**     $5,366.62

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 31 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391680971 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | DAILY 1-13       00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
3687571 / N60505614804 Was Substituted for 1810373 / N00409733201 (CEFTRIAX VL 1GM 10@) by OneStop Generics
2345890 / N42571035707 Was Substituted for 3452497 / N00603154258 (POTASS CHL OS 10% QUAL 473ML@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
1611474 ( N61314063305 - GENTAMIC SUL OPH    SAN    5ML@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
1565092 ( N00310461612 - BREZTRI AEROSPHERE 120INH   1 ) Manufacturer backordered
2072874 ( N00173085910 - BREO ELLIPTA 100/25MCG 2X30DAY ) Temporarily out - please reorder
2044899 ( N16729007901 - CARB/LEVO ERTB 50/200MGACC100@ ) Temporarily out - please reorder

---

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 31 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No.: | 7391680972 |
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13        00 |
| McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 357896-18405 | 244-0923 | 735158066 | | | ARTIFICIAL TEARS 15ML DROPS | | | | | 2.62 | |
| 309042-53321 | 190-4267 | 735158066 | | | CALAMINE LOTION MMP     177ML@ LOTION | | | | | 1.21 | |
| 606000-53743 | 398-4549 | 735158066 | | | CERAVE MOS CREAM PUMP 16OZ | | | | | 13.85 | |
| 357896-30310 | 150-3663 | 735158066 | | | DOC SOD+ SEN TB50+ 8.6MGGER1000@ TABLET | | | | | 11.89 | |
| 355111-11891 | 231-3641 | 735158066 | | | FAMOTIDINE TAB 10MG DR/R 90@ TABLET | | | | | 7.64 | |
| 305361-20207 | 237-4429 | 735158066 | | | LIDOCAINE PATCH 4% RUG30@ ADH. PATCH | | | | | 74.88 | |

**SUMMARY**

# M<sup>c</sup>KESSON

## Invoice

| Billing No.: | 7391680972 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13        00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL RX PURCHASES: | $0.00 | | TOTAL CONTRACT PURCHASES: | $98.24 | | | | | |
| | | TOTAL OTC PURCHASES: | $112.09 | | TOTAL NON CONTRACT PURCHASES: | $13.85 | | | | | |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**  $112.09
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**  $114.38

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 9 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | Billing No.: | 7391680973 |
|---|---|---|---|
| | | Billing Date: | 01/16/2023 |
| | | PO#: | 00 |
| | | McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * * Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00378-6960-93 | 346-3478 | 735158067 | | █ █ | GLATIRAM AC PFS 20MG/MLMYLN30@ SYRINGE | ██ █ | | ██ █ | | 1,229.44 | |

Product shipped is best dating available from manufacturer.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00088-2220-33 | 272-2601 | 735158067 | | █ █ | LANTUS INSULIN VIAL        10ML VIAL | ██ █ | | ██ █ █ | | 249.66 | |

## SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $1,479.10 | | TOTAL CONTRACT PURCHASES: | $1,479.10 |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $1,479.10
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $1,509.29

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON    Invoice

MCKESSON CORPORATION DC#8131          **Phone:**   855/625-7385
14500 EAST 39th AVENUE                **DEA:**     PM0018425
AURORA CO  80011

| | | | |
|---|---|---|---|
| **Billing No.:** | | | 7391680974 |
| **Billing Date:** | | | 01/16/2023 |
| **PO#:** | | DAILY 1-13 | 00 |
| **McK Connect UserID:** | | | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**   FP6379071
**PHCY:**  PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED
16714-0552-01     262-0813     735158068    ■    LACOSAMIDE TB 200MG 60 NSTR@    ■    ■    ■  ■         21.65
                                                 TABLET

          2620813 / N16714055201 Was Substituted for 2397610 / N67877073660 (LACOSAMIDE TB 200MG ASC 60) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $21.65 | TOTAL CONTRACT PURCHASES: | $21.65 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**      $21.65
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**   $22.09

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391680974 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | DAILY 1-13   00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **S U B S T I T U T I O N   S U M M A R Y   P A G E** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

2620813 / N16714055201 Was Substituted for 2397610 / N67877073660 (LACOSAMIDE TB 200MG ASC 60) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391680975 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | we owe 1-15    00 |
| **McK Connect UserID:** | x0h2z3l0 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016500-53502 | 115-9383 | 735158668 | 100 | | CITRACAL PETITES TAB TABLET | ■ | | ■ | | 5.43 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $5.43 | TOTAL NON CONTRACT PURCHASES: | $5.43 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $5.43
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $5.54

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7391680976 |
| Billing Date: | 01/16/2023 |
| PO#: | we owe 1-15 00 |
| McK Connect UserID: | x0h2z3l0 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

Phone: 855/625-7385
DEA: PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

DEA: FP6379071
PHCY: PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 3 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 16714-0400-02 | 203-5087 | 735158669 | CEFUROX AXET TB 250MG NSTAR60@ TABLET | 34.18 |
| 00143-9927-01 | 194-8447 | 735158669 | CIPROFLOX TAB 250MG WEST 100@ TABLET | 5.88 |
| 21922-0009-09 | 152-5203 | 735158669 | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | 19.17 |
| 70010-0109-10 | 156-7551 | 735158669 | GABAPENT CAP 300MG GRA 1000@ CAPSULE | 84.58 |
| 42571-0357-07 | 234-5890 | 735158669 | POTASSIUM CHL OS 10% MIC473ML@ LIQUID | 126.14 |
| 58468-0130-01 | 146-3009 | 735158669 | RENVELA TAB 800MG 270 TABLET | 1,525.67 |
| 29300-0138-01 | 342-9131 | 735158669 Above Item | DIVALPR SOD DR TB 125MGUNI100@ Temporarily out - please reorder TABLET DR | |

Product shipped is best dating available from manufacturer.

**SUMMARY**

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391680976 | |
| **Billing Date:** | 01/16/2023 | |
| **PO#:** | we owe 1-15    00 | |
| **McK Connect UserID:** | x0h2z3l0 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL RX PURCHASES: | $1,795.62 | |
| TOTAL OTC PURCHASES: | $0.00 | |

| | |
|---|---|
| TOTAL CONTRACT PURCHASES: | $269.95 |
| TOTAL NON CONTRACT PURCHASES: | $1,525.67 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $1,795.62
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $1,832.27

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>C</sup>KESSON

## Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7391680976 | | |
| **Billing Date:** | 01/16/2023 | | |
| **PO#:** | we owe 1-15    00 | | |
| **McK Connect UserID:** | x0h2z3l0 | | |

**DC:**
MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE             **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                         **SHIP TO:**                      **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07           PREMIER PHARMACY GROUP 07         **PHCY:**  PDO1680000122
4162 E BIJOU ST                     4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824     COLORADO SPRINGS CO
80909-6824


* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *


**OMITTED ITEMS**
3429131 ( N29300013801 - DIVALPR SOD DR TB 125MGUNI100@ ) Temporarily out - please reorder

_____

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391680977 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | we owe 1-15      00 |
| **McK Connect UserID:** | x0h2z3l0 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| CONTROLLED 00093-0832-01 | 192-6021 | 735158670 | | | CLONAZEP TAB 0.5MG  TEV    100@ TABLET | 4.50 |
| CONTROLLED 51991-0348-06 | 150-3341 | 735158670 | | | LACOSAMIDE TB 50MG BRECK 60@ TABLET | 22.98 |
| CONTROLLED 62332-0119-90 | 396-7213 | 735158670 | | | PREGABALIN CP 25MG ALE 90@ CAPSULE | 16.94 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $44.42 | TOTAL CONTRACT PURCHASES: | $44.42 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $44.42
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $45.33

# MᶜKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7391680977 |
| **Billing Date:** | | 01/16/2023 |
| **PO#:** | | we owe 1-15      00 |
| **McK Connect UserID:** | | x0h2z3l0 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 6 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391680978 |
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15    00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | | | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0143-01 | 156-6876 | 735159010 | | ▉ | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | ▉ | ▉ | ▉ | ▉ | 6.22 |
| 16714-0141-01 | 156-6850 | 735159010 | | ▉ | ARIPIPRAZOLE TB 2MG 30 NSTR@ TABLET | ▉ | ▉ | ▉ | ▉ | 8.42 |
| 75834-0258-01 | 158-9480 | 735159010 | | ▉ | ATORVASTAT CAL TB 80MGNIV1000@ TABLET | ▉ | ▉ | ▉ | ▉ | 70.21 |
| 16714-0829-01 | 390-8878 | 735159010 | | ▉ | BUDESONIDE DR EC CP3MG100NSTR@ CAPDR - ER | ▉ | ▉ | ▉ | ▉ | 49.43 |
| 31722-0622-60 | 260-5483 | 735159010 | | ▉ | DABIGATRAN ETEX CP 150MGCAM60@ CAPSULE | ▉ | ▉ | ▉ | ▉ | 456.32 |
| 00003-0893-21 | 201-3290 | 735159010 | | ▉ | ELIQUIS TAB 2.5MG          60 TABLET | ▉ | ▉ | ▉ | ▉ | 1,065.20 |
| 13668-0135-10 | 158-0166 | 735159010 | | ▉ | ESCITALOP TAB 5MG TORR 1000@ TABLET | ▉ | ▉ | ▉ | ▉ | 33.95 |
| 70010-0109-10 | 156-7551 | 735159010 | | ▉ | GABAPENT CAP 300MG GRA  1000@ CAPSULE | ▉ | ▉ | ▉ | ▉ | 84.58 |
| 16714-0330-02 | 137-8876 | 735159010 | | ▉ | GABAPENT TB 600MG 500 NSTAR@ TABLET | ▉ | ▉ | ▉ | ▉ | 70.26 |
| 16714-0895-01 | 326-7036 | 735159010 | | ▉ | GLIPIZIDE ER TB 5MG NOR 100@ TAB ER 24 | ▉ | ▉ | ▉ | ▉ | 8.69 |
| 29300-0112-05 | 347-0242 | 735159010 | | ▉ | LAMOTRIG TAB 100MG UNI 500@ TABLET | ▉ | ▉ | ▉ | ▉ | 24.39 |
| 00093-0311-05 | 162-2232 | 735159010 | | ▉ | LOPERAM CAP 2MG    TEV  500@ | ▉ | ▉ | ▉ | ▉ | 102.93 |

# MCKESSON

## Invoice

| Billing No.: | 7391680978 |
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15    00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 4 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29300-0172-05 | 392-7258 | 735159010 | | | CAPSULE MEMANTINE HCL TB 10MG UNIC500@ TABLET | | | | | 28.29 | |
| 00093-2204-01 | 160-8645 | 735159010 | | | METOCLOPR TAB 5MG TEV 100@ TABLET | | | | | 5.90 | |
| 16714-0854-01 | 208-0711 | 735159010 | | | METOPROL SUCC ER 100MG100NSTR@ TAB ER 24H | | | | | 11.86 | |
| 00024-4142-60 | 120-1763 | 735159010 | | | MULTAQ TAB 400MG 60 TABLET | | | | | 707.42 | |
| 00469-2601-30 | 169-0817 | 735159010 | | | MYRBETRIQ ER TAB 25MG 30 TAB ER 24H | | | | | 759.14 | |
| 55111-0167-30 | 346-7453 | 735159010 | | | OLANZAPINE TB 15MG DR/R 30@ TABLET | | | | | 3.45 | |
| 33342-0180-10 | 390-5551 | 735159010 | | | OLMES+ MEDOX TAB 40MG MACL 90@ TABLET | | | | | 10.50 | |
| | | | | | 3905551 / N33342018010 Was Substituted for 3723194 / N16729032215 (OLMES+ MEDOX TAB 40MG ACCO 90@) by OneStop Generics | | | | | | |
| 50458-0579-30 | 143-0024 | 735159010 | | | XARELTO TAB 20MG 30 TABLET | | | | | 947.04 | |

**SUMMARY**

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391680978 |
| **Billing Date:** | 01/16/2023 |
| **PO#:** | CYCLE 1-15          00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL RX PURCHASES: | $4,454.20 | | TOTAL CONTRACT PURCHASES: | $3,389.00 | | |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $1,065.20 | | |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $4,454.20
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $4,545.10

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 28 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| Billing No.: | 7391680978 |
|---|---|
| Billing Date: | 01/16/2023 |
| PO#: | CYCLE 1-15      00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **S U B S T I T U T I O N   S U M M A R Y   P A G E** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

3905551 / N33342018010 Was Substituted for 3723194 / N16729032215 (OLMES+ MEDOX TAB 40MG ACCO 90@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 28 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7391680979 | | |
| **Billing Date:** | 01/16/2023 | | |
| **PO#:** | CYCLE 1-15 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 380681-01900 | 153-0179 | 735159011 | | | NIACINAMIDE TAB 500MG  MMP100@ TABLET | | | | | 2.17 | |
| 324208-69760 | 152-2689 | 735159011 | | | PRESERVISION AREDS 2 SG 60 | | | | | 44.10 | |
| 010939-95376 | 152-0097 | 735159011 | | | SM VIT D3 50MCG 2000IU SG 100 | | | | | 17.96 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $2.17 |
| TOTAL OTC PURCHASES: | $64.23 | TOTAL NON CONTRACT PURCHASES: | $62.06 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $64.23  
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $65.54

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 3 | 0 | 8 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**  
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391957211 |
| Billing Date: | 01/17/2023 |
| PO#: | DAILY 1-16        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 4 |
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY UM | ITEM DESCRIPTION | AWP/RX | UNIT PRICE | EXTENDED AMOUNT | HM |
|---|---|---|---|---|---|---|---|---|
| 68180-0963-01 | 156-4558 | 735395084 | | ALBUTEROL SUL INH90MCGLUP8.5G@ HFA AER AD | | | 90.15 | |
| 00173-0859-10 | 207-2874 | 735395084 | | BREO ELLIPTA 100/25MCG 2X30DAY BLST W/DEV | | | 1,877.55 | |
| 00310-4616-12 | 156-5092 | 735395084 | | BREZTRI AEROSPHERE 120INH   1 HFA AER AD | | | 559.21 | 2.2 |
| 60505-6148-04 | 368-7571 | 735395084 | | CEFTRIAX INJ 1G/20ML APX 10@ VIAL | | | 32.38 | |
| 17478-0604-30 | 263-3592 | 735395084 | | COSOPT PF SU PIPETTES 60 DROPERETTE | | | 339.70 | |
| 21922-0009-09 | 152-5203 | 735395084 | | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | | | 19.17 | |
| 60758-0188-05 | 240-2030 | 735395084 | | GENTAMIC SUL OPH 0.3% GRE 5ML@ DROPS | | | 4.52 | |

2402030 / N60758018805 Was Substituted for 1611474 / N61314063305 (GENTAMIC SUL OPH     SAN     5ML@) by OneStop Generics
Product shipped is best dating available from manufacturer.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 63739-0953-25 | 202-0063 | 735395084 | | HEPAR SOD MDV 5000U1ML SKY25@ VIAL | | | 39.64 | |
| 76204-0600-01 | 347-8914 | 735395084 | | IPRALB I/SSGVL.5/3MG/3MLRIT30@ AMPUL-NEB | | | 18.03 | |
| 00527-5125-70 | 152-6938 | 735395084 | | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | | | 22.92 | |
| 50383-0775-04 | 162-2208 | 735395084 | | LIDOCA ORAL SOL 2% HI-T 100ML@ | | | 3.83 | |

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7391957211 |
| Billing Date: | 01/17/2023 |
| PO#: | DAILY 1-16      00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 4 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65862-0008-05 | 174-9316 | 735395084 | ■ | ■ | SOLUTION<br>METFORM TAB 500MG    AURO  500@<br>TABLET | ■ | ■ | ■ | ■ | 7.24 | |
| 65862-0008-99 | 343-5047 | 735395084 | ■ | ■ | METFORM TAB 500MG    AURO 1000@<br>TABLET | ■ | ■ | ■ | ■ | 11.79 | |
| 13107-0031-05 | 122-2835 | 735395084 | ■ | ■ | MIRTAZAP TAB 15MG    AURO  500@<br>TABLET | ■ | ■ | ■ | ■ | 61.44 | |
| 61314-0641-75 | 172-5597 | 735395084 | ■ | ■ | NEOMY+ POL B+ HYD O/S FAL 7.5ML@<br>DROPS SUSP | ■ | ■ | ■ | ■ | 133.95 | |
| 61314-0630-06 | 161-0773 | 735395084 | ■ | ■ | NEOMY+ POLY B+ DEX O/S FAL   5ML@<br>DROPS SUSP | ■ | ■ | ■ | ■ | 20.80 | |
| 00169-1852-75 | 195-0773 | 735395084 | ■ | ■ | NOVOFINE AUTOCVR 30G     100<br>DIS NEEDLE | ■ | | ■ | ■ | 177.10 | |
| 08290-3295-15 | 215-7642 | 735395084 | ■ | ■ | PEN NDL DUO AUTOSHL BD 5MM 100<br>DIS NEEDLE | ■ | | ■ | ■ | 151.88 | |
| 00093-2063-01 | 190-7716 | 735395084<br>Above Item | ■ | ■ | QUETIAPIN FUM TB 25MG TEV 100@<br>Not filled complete - please reorder<br>TABLET | ■ | ■ | ■ | ■ | 11.83 | |
| | | 1907716 / N00093206301 Was temporarily substituted as a backup 3570132 / N68180044501 (QUETIAP FUMAR TB 25MG LUP 100) to Multi-Source | | | | | | | | | |
| 59310-0304-80 | 374-9884 | 735395084 | ■ | ■ | QVAR REDIHALER 80MCG/120 DOSE<br>HFA AEROBA | ■ | ■ | ■ | ■ | 266.38 | |
| 43547-0344-06 | 348-0456 | 735395084 | ■ | ■ | RISPERIDONE TAB 4MG SOL     60@<br>TABLET | ■ | ■ | ■ | ■ | 3.88 | |
| 16714-0612-06 | 328-4932 | 735395084 | ■ | ■ | SERTRALIN TAB 50MG 1000 NSTAR@<br>TABLET | ■ | ■ | ■ | ■ | 25.87 | |
| 00597-0100-61 | 340-1759 | 735395084 | ■ | ■ | SPIRIVA RESPIMAT 2.5MCG 30DAY<br>MIST INHAL | ■ | ■ | ■ | ■ | 894.84 | |
| 60687-0211-21 | 358-7789 | 735395084<br>Above Item | ■ | ■ | DIVALPROEX DR TB 125MGUDAHP30@<br>Manufacturer cannot supply<br>TABLET DR | | | ■ | ■ | | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391957211 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16       00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $4,774.10 | TOTAL CONTRACT PURCHASES: | $2,404.97 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $2,369.13 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**   $4,774.10
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**   $4,871.53

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 23 | 0 | 49 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391957211 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16          00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
2402030 / N60758018805 Was Substituted for 1611474 / N61314063305 (GENTAMIC SUL OPH    SAN    5ML@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1907716 / N00093206301 Was temporarily substituted as a backup 3570132 / N68180044501 (QUETIAP FUMAR TB 25MG LUP 100) to Multi-Source

**OMITTED ITEMS**
1907716 ( N00093206301 - QUETIAPIN FUM TB 25MG TEV 100@ ) Not filled complete - please reorder
3587789 ( N60687021121 - DIVALPROEX DR TB 125MGUDAHP30@ ) Manufacturer cannot supply

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 23 | 0 | 49 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957214 | |
| **Billing Date:** | 01/17/2023 | |
| **PO#:** | DAILY 1-16 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00088-2219-05 | 162-6688 | 735395085 | | | LANTUS SOLOSTAR PEN 3ML  5 INSULN PEN | | | | | 748.94 |
| 00169-4772-12 | 260-8289 | 735395085 | | | OZEMPIC PEN 2MG PEN INJCTR | | | | | 888.79 |
| 00002-1433-80 | 329-2356 | 735395085 | | | TRULICITY 0.75MG/0.5ML PEN 4 PEN INJCTR | | | | | 1,715.24 |

Product shipped is best dating available from manufacturer.

| 00002-1434-80 | 329-2372 | 735395085 | | | TRULICITY 1.5MG/0.5ML PEN 4 PEN INJCTR | | | | | 857.62 |

Product shipped is best dating available from manufacturer.

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $4,210.59 | TOTAL CONTRACT PURCHASES: | $3,321.80 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $888.79 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $4,210.59
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $4,296.52

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391957214 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 6 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391957217 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16          00 |
| **McK Connect UserID:** | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 880681-13901 | 156-5068 | 735395086 | | | CALC+ VIT D3 TB 600MG RUG 180@ TABLET | | | | | 5.58 | |
| 049100-36374 | 148-7750 | 735395086 | 30 | | CULTURELLE 15B CAP CAP SPRINK | | | | | 15.27 | |
| 300235-48750 | 229-9220 | 735395086 | 50 | | REFRESH PLUS DROPERETTE | | | | | 24.28 | |
| 369452-38998 | 266-4837 | 735395086 Above Item | | | MAGNESIUM CITRATE ORAL LMN10OZ Manufacturer cannot supply | | | | | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $45.13 |
| TOTAL OTC PURCHASES: | $45.13 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $45.13
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $46.05

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391957217 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 5 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391957217 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | DAILY 1-16        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**
2664837 ( U36945238998 - MAGNESIUM CITRATE ORAL LMN10OZ ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 5 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391957219 |
|---|---|
| Billing Date: | 01/17/2023 |
| PO#: | CYCLE 1-16      00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 00781-2145-01 | 187-6242 | 735395950 | ▮ ▮ | AMPICIL CAP 500MG   SAN   100@ CAPSULE | | | | 38.66 |
| 68382-0525-01 | 243-6905 | 735395950 | ▮ ▮ | BUMETANIDE TAB 0.5MG ZYD  100@ TABLET | | | | 13.36 |
| 16571-0813-20 | 261-2208 | 735395950 | ▮ ▮ | CALC ACET CP 667MG RIS 200@ CAPSULE | | | | 47.23 |
| 72888-0035-00 | 236-3448 | 735395950 | ▮ ▮ | CARVEDILOL TB 6.25MG ADV 1000@ TABLET | | | | 23.62 |

Product shipped is best dating available from manufacturer.

| 65862-0844-01 | 363-6503 | 735395950 | ▮ ▮ | CLOZAPINE TAB 25MG AURO 100@ TABLET | | | | 19.44 |
| 16714-0034-01 | 239-6349 | 735395950 | ▮ ▮ | LEVETIRAC TB 250MG 120 NSTR@ TABLET | | | | 7.39 |
| 65862-0008-05 | 174-9316 | 735395950 | ▮ ▮ | METFORM TAB 500MG    AURO  500@ TABLET | | | | 7.24 |
| 13107-0031-05 | 122-2835 | 735395950 | ▮ ▮ | MIRTAZAP TAB 15MG    AURO  500@ TABLET | | | | 30.72 |
| 00603-5483-21 | 184-4810 | 735395950 | ▮ ▮ | PROPRAN TAB 20MG     Q/P   100@ TABLET | | | | 5.82 |
| 00093-2063-01 | 190-7716 | 735395950 | ▮ ▮ | QUETIAPIN FUM TB 25MG TEV 100@ TABLET | | | | 59.15 |

1907716 / N00093206301 Was temporarily substituted as a backup 3570132 / N68180044501 (QUETIAP FUMAR TB 25MG LUP 100) to Multi-Source

| 16714-0989-01 | 396-8120 | 735395950 | ▮ ▮ | ROSUVAST CALC TAB 10MG NSTR90@ | | | | 3.81 |

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391957219 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | CYCLE 1-16         00 |
| **McK Connect UserID:** | c7t5d2c8 |

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 4 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 16714-0684-03 | 144-5782 | 735395950 | ▮ | ▮ | SIMVASTAT TAB 40MG 1000 NSTAR@ | ▮ | ▮ | ▮ | ▮ | 21.36 | |
| | | | | | TABLET | | | | | | |
| 59746-0386-06 | 167-0694 | 735395950 | ▮ | ▮ | TERAZOSIN CAP 10MG  CAD    100@ | ▮ | ▮ | ▮ | ▮ | 11.86 | |
| | | | | | CAPSULE | | | | | | |
| 00069-0244-30 | 327-0550 | 735395950 | ▮ | ▮ | TOVIAZ 8MG TAB        30 | ▮ | ▮ | ▮ | | 357.65 | |
| | | | | | TAB ER 24H | | | | | | |
| 50458-0580-30 | 140-0167 | 735395950 | ▮ | ▮ | XARELTO TAB 10MG      30 | ▮ | ▮ | ▮ | ▮ | 473.52 | |
| | | | | | TABLET | | | | | | |
| 47335-0669-81 | 181-2684 | 735395950 | ▮▮ | ▮ | DILTIAZEM ER CP 120MG CAR  90@ | | | ▮ | ▮ | | |
| | | Above Item | | | Manufacturer cannot supply | | | | | | |
| | | | | | CAP SA 24H | | | | | | |

OUT OF INVENTORY; ITEM IS AC-SLOT AND NOT SUBJECT TO AUTOMATIC SUBSTITUTION.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,120.83 | TOTAL CONTRACT PURCHASES: | $763.18 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $357.65 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $1,120.83
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $1,143.70

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391957219 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | CYCLE 1-16         00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 15 | 0 | 19 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391957219 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | CYCLE 1-16      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 4 of 4 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**
1907716 / N00093206301 Was temporarily substituted as a backup 3570132 / N68180044501 (QUETIAP FUMAR TB 25MG LUP 100) to Multi-Source

**OMITTED ITEMS**
1812684 ( N47335066981 - DILTIAZEM ER CP 120MG CAR  90@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces |
|---|---|---|
| 15 | 0 | 19 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7391957222 | | |
| Billing Date: | 01/17/2023 | | |
| PO#: | CYCLE 1-16 | 00 | |
| McK Connect UserID: | c7t5d2c8 | | |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 309046-75180 | 255-4863 | 735395951 | | | ASPIR-LOW EC TB 81MG MMP1000@ TABLET DR | 4.16 |
| 787651-42067 | 328-6622 | 735395951 | | | AZO CRANBERRY TAB        50 TABLET | 10.36 |
| 316571-40110 | 220-4220 | 735395951 | | | CETIRIZ HYD TAB 5MG PACK  100@ TABLET | 3.91 |
| 704142-00032 | 368-8223 | 735395951 | | | FLORASTOR CAP 250MG       100 | 146.16 |
| 880681-09900 | 155-4112 | 735395951 | | | FOLIC ACID TB 400MCG MMP   100 TABLET | 1.18 |
| 309046-99446 | 152-9726 | 735395951 | | | GAS RELI ES S/GELS 125MGMMP30@ CAPSULE | 3.63 |
| 810006-73038 | 393-6002 | 735395951 | | | MAGNES OXIDE TAB 400MG MMP120@ TABLET | 2.36 |
| 840093-10241 | 361-9277 | 735395951 | | | SD CRANBERRY TS 30000MG CAPS60 | 5.99 |
| 010939-95376 | 152-0097 | 735395951 | | | SM VIT D3 50MCG 2000IU SG 100 | 4.49 |
| 357896-75201 | 390-2889 | 735395951 | | | VITAMIN E SFTGL 400IU  GER100@ CAPSULE | 6.78 |

**SUMMARY**

# MᶜKESSON

# Invoice

| Billing No.: | 7391957222 |
|---|---|
| Billing Date: | 01/17/2023 |
| PO#: | CYCLE 1-16          00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  | TOTAL RX PURCHASES: | $0.00 | | TOTAL CONTRACT PURCHASES: | $178.54 |
|---|---|---|---|---|---|
|  | TOTAL OTC PURCHASES: | $189.02 | | TOTAL NON CONTRACT PURCHASES: | $10.48 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $189.02

**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $192.88

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 16 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957224 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | we owe 1-16     00 |
| **McK Connect UserID:** | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-16

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305361-20207 | 237-4429 | 735397004 | | | LIDOCAINE PATCH 4% RUG30@ ADH. PATCH | | | | | 99.84 | |
| 349483-08010 | 234-1626 | 735397004 | | | SENNA-TIME TB 8.6MG TI 1000 TABLET | | | | | 10.00 | |
| 309047-20660 | 260-6739 | 735397004 | | | SIMETH TAB CHW 80MG MAJ100@ TAB CHEW | | | | | 5.79 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $105.63 |
| TOTAL OTC PURCHASES: | $115.63 | TOTAL NON CONTRACT PURCHASES: | $10.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $115.63
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $117.99

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 3 | 0 | 8 | Statement for information only |

Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957225 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | we owe 1-16        00 |
| **McK Connect UserID:** | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-16

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 16714-0014-01 | 153-6291 | 735397005 | ▮ | AMOXIC CLA TB875/125MG NSTR20@ TABLET | 8.96 |
| 60687-0211-21 | 358-7789 | 735397005 Above Item | ▮ ▮ | DIVALPROEX DR TB 125MGUDAHP30@ Manufacturer limiting supply - allocated quantity TABLET DR | 22.68 |
| 16714-0358-01 | 221-5507 | 735397005 | ▮ | LEVETIRAC OS100MG/ML473MLNSTR@ SOLUTION | 20.80 |
| 65862-0008-05 | 174-9316 | 735397005 | ▮ | METFORM TAB 500MG   AURO  500@ TABLET | 21.72 |

1749316 / N65862000805 Was Substituted for 3748886 / N69367018005 (METFORM HCl TB 500MG WEST500@) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $74.16 | TOTAL CONTRACT PURCHASES: | $74.16 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $74.16
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $75.67

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957225 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | we owe 1-16      00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 8 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7391957225 | | |
| **Billing Date:** | 01/17/2023 | | |
| **PO#:** | we owe 1-16    00 | | |
| **McK Connect UserID:** | d2t1k6z5 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
1749316 / N65862000805 Was Substituted for 3748886 / N69367018005 (METFORM HCl TB 500MG WEST500@) by OneStop Generics

**OMITTED ITEMS**
3587789 ( N60687021121 - DIVALPROEX DR TB 125MGUDAHP30@ ) Manufacturer limiting supply - allocated quantity

_____

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 8 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391957226 |
|---|---|
| Billing Date: | 01/17/2023 |
| PO#: | we owe 1-16      00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-16

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTROLLED | | | | | | | | | | | |
| 16714-0548-01 | 262-0714 | 735397006 | ▮ | ▮ | LACOSAMIDE TB 50MG 60 NSTR@ TABLET | ▬▬ | ▮ | ▬▬ | ▮ | 20.74 | |
| CONTROLLED | | | | | | | | | | | |
| 62332-0123-90 | 396-7296 | 735397006 | ▮ | ▮ | PREGABALIN CP 150MG ALE 90@ CAPSULE | ▬▬ | ▮ | ▬▬ | ▮ | 12.40 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $33.14 | TOTAL CONTRACT PURCHASES: | $33.14 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $33.14
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $33.82

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to | **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|---|
| 2 | 0 | 4 | | **Statement for information only** |
| | | | | Claims must be made within 5 days and show date of invoice. |

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957228 |
| **Billing Date:** | 01/17/2023 |
| **PO#:** | QO01162023     00 |
| **McK Connect UserID:** | k2b6r0n1 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 51672-1290-01 | 128-9289 | 735397681 | ■ ■ | | HYDROCORT+ VL CR 0.2% TAR 15GM@ CREAM (G) | ■ ■ | | ■ ■ | | 7.40 |

1289289 / N51672129001 Was Substituted for 1501865 / N68180095401 (HYDROCORTISON VAL CRM.2%LUP15G) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7.40 | TOTAL CONTRACT PURCHASES: | $7.40 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $7.40

**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $7.55

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | Statement for information only |

Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391957228 | |
| **Billing Date:** | 01/17/2023 | |
| **PO#:** | QO01162023 | 00 |
| **McK Connect UserID:** | k2b6r0n1 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**

1289289 / N51672129001 Was Substituted for 1501865 / N68180095401 (HYDROCORTISON VAL CRM.2%LUP15G) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | Billing No.: | 7392233895 |
|---|---|---|---|---|
| | | | Billing Date: | 01/18/2023 |
| | | | PO#: | 0117230630        00 |
| | | | McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131   **Phone:**   855/625-7385
14500 EAST 39th AVENUE   **DEA:**   PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**   **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07   **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | RX | UNIT PRICE | ID | EXTENDED AMOUNT | HM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NARCOTIC 00406-0123-05 | 328-4262 | 735419208 | | ▮ ▮ | HYDROC B+ AC TB 5/325 MALL  500@ TABLET | ▮ | ▮ | ▮ | ▮ | 30.85 | |
| | CSOS ID - 23X100003 | | | | | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 00406-0552-01 | 188-6852 | 735419208 | | ▮ ▮ | OXYCOD TAB 5MG          MALL   100@ TABLET | ▮ | ▮ | ▮ | ▮ | 34.55 | |
| | CSOS ID - 23X100003 | | | | | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 47781-0196-01 | 352-9740 | 735419208 | | ▮ ▮ | OXYCOD+ ACET 5/325MG ALV 100@ TABLET | ▮ | ▮ | ▮ | ▮ | 48.60 | |
| | CSOS ID - 23X100003 | | | | | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 00406-0523-01 | 127-5742 | 735419208 | | ▮ ▮ | OXYCOD+ ACET TB 10/325 SPEC100@ TABLET | ▮ | ▮ | ▮ | ▮ | 30.70 | |
| | CSOS ID - 23X100003 | | | | | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392233895 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | 0117230630          00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 3 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $144.70 | TOTAL CONTRACT PURCHASES: | $144.70 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**   $144.70
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**   $147.65

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 4 | 0 | 10 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392233895 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | 0117230630        00 |
| **McK Connect UserID:** | h5p1d7x2 |

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
3529740 ( N47781019601 - OXYCOD+ ACET 5/325MG ALV 100@ ) 'DO NOT SUB' SELECTED.
1275742 ( N00406052301 - OXYCOD+ ACET TB 10/325 SPEC100@ ) 'DO NOT SUB' SELECTED.
1886852 ( N00406055201 - OXYCOD TAB 5MG        MALL  100@ ) 'DO NOT SUB' SELECTED.
3284262 ( N00406012305 - HYDROC B+ AC TB 5/325 MALL 500@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 10 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392233897 |
|---|---|
| Billing Date: | 01/18/2023 |
| PO#: | Pen Needles    00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \*  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 08470-7955-01 | 152-4149 | 735453211 | ▮ ▮ | | UNIFINE SAFECONTROL 5MM X 30G DIS NEEDLE | ▮ | ▮ | ▮ | 56.04 |
| 08470-7955-01 | 152-4149 | 735453211 | ▮ ▮ | | UNIFINE SAFECONTROL 5MM X 30G DIS NEEDLE | ▮ | ▮ | ▮ | 140.10 |
| 08470-7955-01 | 152-4149 | 735453211 | ▮ ▮ | | UNIFINE SAFECONTROL 5MM X 30G DIS NEEDLE | ▮ | ▮ | ▮ | 84.06 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $280.20 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $280.20 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $280.20
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $285.92

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392233897 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | Pen Needles     00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 10 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392233899 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | we owe 1-17     00 |
| **McK Connect UserID:** | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-17

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 65862-0846-05 | 394-7751 | 735664050 | | CLOZAPINE TAB 100MG AURO 500@ TABLET | 156.45 |
| 60432-0537-16 | 228-9890 | 735664050 | | NYSTATIN O/S 100MU  MOR  16OZ@ ORAL SUSP | 23.33 |
| 13668-0086-30 | 204-5144 | 735664050 | | OLANZAP ODT UU 5MG  TORR   30@ TAB RAPDIS | 23.92 |
| 43547-0342-06 | 348-0332 | 735664050 | | RISPERIDONE TAB 2MG SOL    60@ TABLET | 1.99 |
| | 3480332 / N43547034206 Was Substituted for 1121763 / N68382011514 (RISPERID IR TB 2MG ZYD    60@) by OneStop Generics | | | | |
| 50458-0578-30 | 141-1446 | 735664050 | | XARELTO TAB 15MG          30 TABLET | 947.04 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,152.73 | TOTAL CONTRACT PURCHASES: | $1,152.73 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $1,152.73
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $1,176.26

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392233899 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | we owe 1-17    00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 7 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392233899 | |
| **Billing Date:** | 01/18/2023 | |
| **PO#:** | we owe 1-17 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

3480332 / N43547034206 Was Substituted for 1121763 / N68382011514 (RISPERID IR TB 2MG ZYD      60@) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 7 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392236602 |
|---|---|
| Billing Date: | 01/18/2023 |
| PO#: | we owe 1-17          00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-17

CONTROLLED

| 62332-0120-90 | 396-7239 | 735664051 | ■ | ■ | PREGABALIN CP 50MG ALE 90@ CAPSULE | ■ ■ | ■ ■ | 18.68 | |

3967239 / N62332012090 Was Substituted for 3948510 / N72205001290 (PREGABALIN CAP 50MG NOVA 90@) by OneStop Generics

### SUMMARY

| TOTAL RX PURCHASES: | $18.68 | TOTAL CONTRACT PURCHASES: | $18.68 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $18.68
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $19.06

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only |

Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392236602 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | we owe 1-17    00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**

3967239 / N62332012090 Was Substituted for 3948510 / N72205001290 (PREGABALIN CAP 50MG NOVA 90@) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392236603 |
|---|---|
| Billing Date: | 01/18/2023 |
| PO#: | we owe 1-17          00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-17

| 00088-2219-05 | 162-6688 | 735664052 | ▮▮ | | LANTUS SOLOSTAR PEN 3ML INSULN PEN | 5 | ███ ▮ | ███ ▮ ▮ | 374.47 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $374.47 | TOTAL CONTRACT PURCHASES: | $374.47 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $374.47
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $382.11

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7392236604 |
| Billing Date: | 01/18/2023 |
| PO#: | 00 |
| McK Connect UserID: | s8w9j5s8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 2 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305361-32710 | 231-6966 | 735665401 | | | ACETAM TAB 325MG RUG 1000@ TABLET | | | | | 8.97 | |
| 362103-33302 | 168-0875 | 735665401 | | | BOUDREAUX BUTT PASTE OINT. (G) | 2OZ | | | | 2.94 | |
| 049100-40021 | 208-0513 | 735665401 | | | CULTURELLE CAP DIGEST | 50 | | | | 21.64 | |
| 030768-48678 | 198-7759 | 735665401 | | | S/D MELATONIN TAB 3MG TABLET | 120 | | | | 11.78 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $33.55 |
| TOTAL OTC PURCHASES: | $45.33 | TOTAL NON CONTRACT PURCHASES: | $11.78 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $45.33
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $46.26

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392236604 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | Daily 1-17      00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 5 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| | | |
|---|---|---|
| Billing No.: | 7392236608 | |
| Billing Date: | 01/18/2023 | |
| PO#: | Daily 1-17 | 00 |
| McK Connect UserID: | s8w9j5s8 | |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)  
*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 42023-0159-25 | 207-0274 | 735665402 | | | ADRENALIN CHL INJ 1MG/ML 1ML25 VIAL | 332.43 |
| 00173-0716-20 | 188-8031 | 735665402 | | | ADVAIR HFA+ 115MCG/21MCG 120DSE HFA AER AD | 385.38 |
| 60505-0589-01 | 264-8319 | 735665402 | | | BRIMON/TIMO OPSL.2%/.5%APO5ML@ DROPS | 249.98 |
| | 2648319 / N60505058901 Was temporarily substituted as a backup 2606598 / N00781718675 (BRIMON/TIM OPSL.2%/.5%SAN5ML@) to Multi-Source | | | | | |
| 64380-0742-08 | 343-7886 | 735665402 | | | BUSPIRONE TAB 10MG STRI 1000@ TABLET | 28.23 |
| 76329-3304-01 | 201-4991 | 735665402 | | | CALC CHL SYR 10% LJ   IMS   10 SYRINGE | 122.15 |
| 16714-0401-01 | 203-5095 | 735665402 | | | CEFUROXIME AXETIL TAB 500MG20@ TABLET | 8.15 |
| Product shipped is best dating available from manufacturer. | | | | | | |
| 00078-0841-01 | 233-3193 | 735665402 | | | CILOXAN OPTH OINT 0.3%   3.5GM OINT. (G) | 704.82 |
| Product shipped is best dating available from manufacturer. | | | | | | |
| 59762-0450-01 | 124-7246 | 735665402 | | | COLESTIP HCL TB 1GM GRE120@ TABLET | 59.52 |
| 60505-0815-00 | 140-2403 | 735665402 | | | DESMOPR NASAL SPR0.01% APX5ML@ SPRAY/PUMP | 34.92 |
| 60687-0211-21 | 358-7789 | 735665402 | | | DIVALPROEX DR TB 125MGUDAHP30@ TABLET DR | 22.68 |

# MCKESSON

## Invoice

| | |
|---|---|
| Billing No.: | 7392236608 |
| Billing Date: | 01/18/2023 |
| PO#: | Daily 1-17          00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00003-0894-21 | 201-3282 | 735665402 | | | ELIQUIS TAB 5MG          60 TABLET | | | | | 532.60 | |
| 00023-3205-05 | 189-3403 | 735665402 | | | LUMIGAN OPH SOL 0.01%        5ML DROPS | | | | | 454.38 | |
| 00781-3755-95 | 395-5200 | 735665402 | | | NOREPINEP BIT VL 1MG/ML SAN10@ VIAL | | | | | 40.98 | |

3955200 / N00781375595 Was Substituted for 2336204 / N25021031604 (NOREPINE BIT INJ 4MG/4ML SAG10) by OneStop Generics
Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13668-0086-30 | 204-5144 | 735665402 | | | OLANZAP ODT UU 5MG  TORR   30@ TAB RAPDIS | | | | | 23.92 | |
| 59310-0304-80 | 374-9884 | 735665402 | | | QVAR REDIHALER 80MCG/120 DOSE HFA AEROBA | | | | | 266.38 | |
| 33342-0089-09 | 346-5242 | 735665402 | | | RIVASTIGM TART CP 1.5MG MAC60@ CAPSULE | | | | | 11.61 | |
| 16714-0611-05 | 328-4775 | 735665402 | | | SERTRALIN TAB 25MG 500  NSTAR@ TABLET | | | | | 11.04 | |
| 63323-0089-50 | 368-5690 | 735665402 | | | SOD BICARB 8.4% 50ML FRES 25 VIAL | | | | | 633.27 | |
| 67877-0124-05 | 124-8384 | 735665402 | | | SSD CRM 1% TUBE     ASC 50GM@ CREAM (G) | | | | | 17.94 | |

1248384 / N67877012405 Is a temporary backup to primary program item 2144376 / N43598021050 (SSD CREAM 1% TUBE     DR/R 50GM@) on Multi-Source

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66689-0305-16 | 260-3397 | 735665402 | | | SUCRALFATE OS1G/10MLVIST414ML@ ORAL SUSP | | | | | 288.03 | |
| 64980-0427-12 | 374-7961 | 735665402 | | | TINIDAZOLE TAB 500MG RIS 12@ TABLET | | | | | 37.88 | |

'DO NOT SUB' SELECTED.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00069-0244-30 | 327-0550 | 735665402 | | | TOVIAZ 8MG TAB          30 TAB ER 24H | | | | | 357.65 | |
| 16714-0986-02 | 260-4080 | 735665402 | | | TRIAMCIN ACE CRM 0.1% 30 NSTR@ CREAM (G) | | | | | 9.54 | |
| 08470-7955-01 | 152-4149 | 735665402 | | | UNIFINE SAFECONTROL 5MM X 30G DIS NEEDLE | | | | | 56.04 | |
| 55150-0343-05 | 157-4490 | 735665402 | | | VERAPAMIL SDV 10MG/4ML AUR 5@ VIAL | | | | | 57.56 | |

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392236608 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | Daily 1-17 00 |
| **McK Connect UserID:** | s8w9j5s8 |

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 55150-0343-05 | 157-4490 | 735665402 | | | VERAPAMIL SDV 10MG/4ML AUR 5@ VIAL | ■ | ■ | ■ | ■ | 57.56 | |
| | 1574490 / N55150034305 Was Substituted for 1778992 / N00409114402 (VERAPAM FTV 10MG 4ML HW 5@) by OneStop Generics | | | | | | | | | | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 50458-0578-30 | 141-1446 | 735665402 | | | XARELTO TAB 15MG 30 TABLET | ■ | ■ | ■ | ■ | 473.52 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $5,278.16 | TOTAL CONTRACT PURCHASES: | $2,486.25 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $2,791.91 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $5,278.16
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $5,385.88

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 27 | 0 | 38 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only. Claims must be made within 5 days and show date of invoice. |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392236608 |
| **Billing Date:** | 01/18/2023 |
| **PO#:** | Daily 1-17      00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| | | | |
|---|---|---|---|
| 075344 | M02 | 035 | 4 of 4 |
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**

1574490 / N55150034305 Was Substituted for 1778992 / N00409114402 (VERAPAM FTV 10MG 4ML HW     5@) by OneStop Generics
3955200 / N00781375595 Was Substituted for 2336204 / N25021031604 (NOREPINE BIT INJ 4MG/4ML SAG10) by OneStop Generics

**BACK-UP SUBSTITUTIONS**

2648319 / N60505058901 Was temporarily substituted as a backup 2606598 / N00781718675 (BRIMON/TIM OPSL.2%/.5%SAN5ML@) to Multi-Source
1248384 / N67877012405 Is a temporary backup to primary program item 2144376 / N43598021050 (SSD CREAM 1% TUBE   DR/R 50GM@) on Multi-Source

**SUBSTITUTION OVERRIDES**

3747961 ( N64980042712 - TINIDAZOLE TAB 500MG RIS 12@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 27 | 0 | 38 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7392236611 | | |
| **Billing Date:** | 01/18/2023 | | |
| **PO#:** | Daily 1-17 | 00 | |
| **McK Connect UserID:** | s8w9j5s8 | | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 00002-7715-59 | 360-5177 | 735665403 | | | BASAGLAR KWIKPEN 3ML  5 INSULN PEN | | 294.48 |
| 00002-8501-01 | 110-3423 | 735665403 | | | HUMULIN R REG INSULN U500 20ML VIAL | | 1,412.35 |
| 00005-2000-02 | 234-8530 | 735665403 | | | PREVNAR 20 PFS 0.5ML UD 1 SYRINGE | | 241.43 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,948.26 | TOTAL CONTRACT PURCHASES: | $535.91 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,412.35 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $1,948.26
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $1,988.02

# MᶜKESSON

## Invoice

| Billing No.: | 7392236611 |
|---|---|
| Billing Date: | 01/18/2023 |
| PO#: | Daily 1-17        00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392493597 | |
| **Billing Date:** | 01/19/2023 | |
| **PO#:** | QO01172023 | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305361-32710 | 231-6966 | 735674038 | ▮▮ | | ACETAM TAB 325MG RUG 1000@ TABLET | ▮▮▮ | | ▮▮ | ▮ | 8.97 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $8.97 |
| TOTAL OTC PURCHASES: | $8.97 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $8.97  
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $9.15

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| Billing No.: | 7392493599 |
|---|---|
| Billing Date: | 01/19/2023 |
| PO#: | daily 1-18        00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-18

| NDC/UPC# | ITEM# | DEL DOC# | | ITEM DESCRIPTION | | | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|
| 68180-0963-01 | 156-4558 | 735931491 | ■ | ALBUTEROL SUL INH90MCGLUP8.5G@ HFA AER AD | ■ ■ | ■ ■ | 54.09 | |
| 16714-0477-01 | 347-8393 | 735931491 | ■ | AMOXIC CLV+ POT500/125 20NSTR@ TABLET | ■ ■ | ■ ■ | 8.14 | |
| 60505-0953-03 | 151-8208 | 735931491 | ■ | AZEL HCI+ FLUT PRO137/50MCGAPO@ SPRAY/PUMP | ■ ■ | ■ ■ | 70.91 | |
| 31722-0138-01 | 234-3275 | 735931491 | ■ | BACLOFEN TB 5MG CAM 100@ TABLET | ■ ■ | ■ ■ | 37.18 | |
| 00116-2001-16 | 246-9146 | 735931491 | ■ | CHLORHEX GLUC .12%+ ALC XTT16Z@ MOUTHWASH | ■ ■ | ■ ■ | 10.00 | |
| 21922-0009-09 | 152-5203 | 735931491 | ■ | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | ■ ■ | ■ ■ | 38.34 | |
| 29300-0138-05 | 340-1171 | 735931491 | ■ | DIVALPR SOD DR TB 125MGUNI500@ TABLET DR | ■ ■ | ■ ■ | 18.15 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | |
| 45802-0966-96 | 175-6618 | 735931491 | ■ | ERYTHR TOP GEL 2%    PERR 60GM@ GEL (GRAM) | ■ ■ | ■ ■ | 40.21 | 3.0 |
| 00054-0326-56 | 158-9811 | 735931491 | ■ | FLUTICAS HAL 100MCG/50 HIKM60@ BLST W/DEV | ■ ■ | ■ ■ | 68.14 | |
| 55111-0680-10 | 247-3379 | 735931491 | ■ | FONDAP PFS 7.5MG/0.6ML DR/R10@ SYRINGE | ■ ■ | ■ ■ | 861.27 | |

# MCKESSON

## Invoice

| | |
|---|---|
| Billing No.: | 7392493599 |
| Billing Date: | 01/19/2023 |
| PO#: | daily 1-18    00 |
| McK Connect UserID: | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67877-0749-57 | 237-0740 | 735931491 | | | FOSFOMYCIN TROM GRAN ASC 3GM@ PACKET | | | | | 44.04 | |
| 57599-0001-01 | 253-5193 | 735931491 | | | FREESTYLE LIBRE SENSOR 14D KIT | | | | | 232.36 | |
| Product shipped is best dating due to manufacturer processes. | | | | | | | | | | | |
| 16729-0184-17 | 220-9088 | 735931491 Above Item | | | HYDROCHLOROTHI TB 50MGACC1000@ Manufacturer limiting supply - allocated quantity TABLET | | | | | 17.65 | |
| 00472-0321-26 | 362-2859 | 735931491 | | | HYDROCORT CRM 1% RX TEV 1OZ@ CREAM (G) | | | | | 16.95 | |
| 3622859 / N00472032126 Was Substituted for 1669852 / N00168001531 (HYDROCORT CRM 1%  FOUG  1OZ@) by OneStop Generics | | | | | | | | | | | |
| 42858-0118-30 | 154-4600 | 735931491 | | | LIDOCAINE PATCH 5% RHO  30@ ADH. PATCH | | | | | 36.44 | |
| 1544600 / N42858011830 Was Substituted for 2333128 / N65162079108 (LIDOCAINE PATCH 5% AMN 30@) by OneStop Generics | | | | | | | | | | | |
| 70710-1162-01 | 159-0751 | 735931491 | | | MECLIZINE HCL TB 25MG ZYD 100@ TABLET | | | | | 19.66 | |
| 1590751 / N70710116201 Was Substituted for 2124022 / N65162044210 (MECLIZ HYDR TB 25MG AMN    100@) by OneStop Generics | | | | | | | | | | | |
| 68180-0337-07 | 137-9908 | 735931491 | | | METFORM ER TAB 1000MGLUPI 60@ TAB ER 24 | | | | | 38.89 | |
| 68462-0180-22 | 214-4632 | 735931491 | | | MUPIROCIN OINT 2%  GLEN 22GM@ OINT. (G) | | | | | 2.28 | |
| 16714-0200-30 | 230-9383 | 735931491 | | | ONDANS OD TAB 4MG NSTR 30@ TAB RAPDIS | | | | | 9.56 | |
| 00126-0074-92 | 178-0923 | 735931491 | | | PREVIDENT 5000+ BOOS SPRM 3.4OZ PASTE (ML) | | | | | 16.07 | |
| 67877-0242-10 | 363-3757 | 735931491 | | | QUETIAPINE FUM TB 25MG ASC1000 TABLET | | | | | 149.88 | |
| 3633757 / N67877024210 Is a temporary backup to primary program item 3280815 / N16714045202 (QUETIAPIN FUM TB 25MG1000NSTR@) on Multi-Source | | | | | | | | | | | |
| 65862-0420-01 | 349-8839 | 735931491 | | | SULFAM+ TRI TAB 8C/160MGAUR100@ TABLET | | | | | 12.68 | |
| 16714-0797-01 | 379-5952 | 735931491 | | | SUMATRIP TAB 50MG UD 9  NSTAR@ TABLET | | | | | 2.76 | |
| 00186-0372-20 | 175-7400 | 735931491 | | | SYMBICORT MDI 80/4.5MCG  120DO HFA AER AD | | | | | 321.21 | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392493599 |
| **Billing Date:** | 01/19/2023 |
| **PO#:** | daily 1-18    00 |
| **McK Connect UserID:** | d2t1k6z5 |

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 16714-0713-02 | 363-9010 | 735931491 | | ▮ | TAMSULOSIN HCL CP0.4MG500NSTR@ CAPSULE | | | | | 21.99 | |
| 00069-0244-30 | 327-0550 | 735931491 | | ▮ | TOVIAZ 8MG TAB TAB ER 24H | 30 | | | | 357.65 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $2,506.50 | TOTAL CONTRACT PURCHASES: | $1,750.54 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $755.96 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**   $2,506.50
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**   $2,557.65

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 26 | 0 | 53 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392493599 | |
| **Billing Date:** | 01/19/2023 | |
| **PO#:** | daily 1-18 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
1544600 / N42858011830 Was Substituted for 2333128 / N65162079108 (LIDOCAINE PATCH 5% AMN 30@) by OneStop Generics
1590751 / N70710116201 Was Substituted for 2124022 / N65162044210 (MECLIZ HYDR TB 25MG AMN   100@) by OneStop Generics
3622859 / N00472032126 Was Substituted for 1669852 / N00168001531 (HYDROCORT CRM 1%    FOUG  1OZ@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
3633757 / N67877024210 Is a temporary backup to primary program item 3280815 / N16714045202 (QUETIAPIN FUM TB 25MG1000NSTR@) on Multi-Source

**SUBSTITUTION OVERRIDES**
3401171 ( N29300013805 - DIVALPR SOD DR TB 125MGUNI500@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
2209088 ( N16729018417 - HYDROCHLOROTHI TB 50MGACC1000@ ) Manufacturer limiting supply - allocated quantity

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 26 | 0 | 53 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**<br>**Statement for information only**<br>Claims must be made within 5 days and show date of invoice. |

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131   **Phone:** 855/625-7385
14500 EAST 39th AVENUE   **DEA:** PM0018425
AURORA CO 80011

| Billing No.: | 7392496400 |
|---|---|
| Billing Date: | 01/19/2023 |
| PO#: | daily 1-18   00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**   **DEA:** FP6379071
PREMIER PHARMACY GROUP 07   **PHCY:** PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-18

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| CONTROLLED | | | | | | |
| 59385-0025-60 | 370-6801 | 735931492 | | | BELBUCA 600MCG FILM   60 | 873.33 |
| CONTROLLED | | | | | | |
| 62756-0970-83 | 390-0784 | 735931492 | | | BUPRE+ NAL HCI DISU 8/2MGSUN30@ TAB SUBL | 25.78 |
| CONTROLLED | | | | | | |
| 62332-0124-90 | 396-7320 | 735931492 | | | PREGABALIN CP 200MG ALE 90@ CAPSULE | 15.30 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $914.41 | TOTAL CONTRACT PURCHASES: | $41.08 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $873.33 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $914.41
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $933.07

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 3 | 0 | 4 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7392496401 | | | |
| **Billing Date:** | 01/19/2023 | | | |
| **PO#:** | daily 1-18 | 00 | | |
| **McK Connect UserID:** | d2t1k6z5 | | | |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-18

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 300450-21218 | 139-6928 | 735931493 | ■ | | IMODIUM MULTI-SYMP R/R CAPL 18 TABLET | 17.68 |
| 363739-19861 | 350-3620 | 735931493 | ■ | | PEG3350 POLYETH GLUPWDR SKY30@ POWD PACK | 27.48 |
| | 3503620 / U36373919861 Was Substituted for 1544030 / (POLYETH GLY 3350 PWD17GM ANI30) by OneStop Generics | | | | | |
| 369230-32436 | | 735931493 | ■ | | POLYETH GLY 3350 PWDCAM17.9OZ@ POWDER | 28.65 |
| | 2630630 / U36923032436 Was Substituted for 1896042 / U34338631214 (GAVILAX PEG-3350 PWD LUP510GM@) by OneStop Generics | | | | | |
| 345802-86802 | 189-2157 | 735931493 | ■ | | POLYETH GLYC PW 3350 PERR8.3Z@ POWDER | 7.02 |
| 364980-52810 | 155-2397 | 735931493 | ■ | | SOD BICARB TAB 10GR RIS 1000@ TABLET | 9.72 |
| 301210-65916 | 133-1222 | 735931493 | ■ | | SORBIT SOL 70%    P/A  16OZ@ SOLUTION | 3.38 |

**SUMMARY**

# M<sup>c</sup>KESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392496401 |
| **Billing Date:** | 01/19/2023 |
| **PO#:** | daily 1-18      00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | | | | TOTAL CONTRACT PURCHASES: | $76.25 | | | | | |
| TOTAL OTC PURCHASES: | $93.93 | | | | TOTAL NON CONTRACT PURCHASES: | $17.68 | | | | | |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $93.93

**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $95.85

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 10 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MⅭKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7392496401 | | |
| **Billing Date:** | 01/19/2023 | | |
| **PO#:** | daily 1-18 | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

3503620 / U36373919861 Was Substituted for 1544030 /  (POLYETH GLY 3350 PWD17GM ANI30) by OneStop Generics
2630630 / U36923032436 Was Substituted for 1896042 / U34338631214 (GAVILAX PEG-3350 PWD LUP510GM@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 10 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| Billing No.: | 7392496402 |
| Billing Date: | 01/19/2023 |
| PO#: | daily 1-18        00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-18

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 58406-0032-04 | 397-7964 | 735931494 | | | ENBREL SURE CLICK 50MG/ML PEN INJCTR | 4 | 6,873.11 |
| 300028-21501 | 145-5559 | 735931494 | | | HUMULIN R REG INSUL U100  10ML VIAL | | 134.18 |
| 00088-2219-05 | 162-6688 | 735931494 | | | LANTUS SOLOSTAR PEN 3ML INSULN PEN | 5 | 374.47 |
| 59676-0320-04 | 176-8654 | 735931494 | | | PROCRIT MDV 20000U/ML 1ML VIAL | 4 | 1,876.10 |

Product shipped is best dating available from manufacturer.

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $9,123.68 | TOTAL CONTRACT PURCHASES: | $2,384.75 |
| TOTAL OTC PURCHASES: | $134.18 | TOTAL NON CONTRACT PURCHASES: | $6,873.11 |

| | |
|---|---|
| NET PAYABLE BY STATEMENT DATE 02/03/2023: | $9,257.86 |
| GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023: | $9,446.80 |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392496402 |
| **Billing Date:** | 01/19/2023 |
| **PO#:** | daily 1-18    00 |
| **McK Connect UserID:** | d2t1k6z5 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 4 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | | |
|---|---|---|
| MCKESSON CORPORATION DC#8131 | Phone: | 855/625-7385 |
| 14500 EAST 39th AVENUE | DEA: | PM0018425 |
| AURORA CO  80011 | | |

| | | | |
|---|---|---|---|
| **Billing No.:** | 7392496403 | | |
| **Billing Date:** | 01/19/2023 | | |
| **PO#:** | cycle 1-18 | 00 | |
| **McK Connect UserID:** | m5i4i2g6 | | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 5 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)
*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 65862-0855-30 | 374-5593 | 735932747 | AMLOD+ OLM+ MEDO TB5/40MG AUR30@ TABLET | 19.84 |
| 16714-0143-01 | 156-6876 | 735932747 | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | 3.11 |
| 16714-0142-01 | 156-6868 | 735932747 | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | 3.59 |
| 16714-0174-03 | 232-2071 | 735932747 | ATORVAST CALC TB 20MG1000NSTR@ TABLET | 35.02 |
| 31722-0138-01 | 234-3275 | 735932747 | BACLOFEN TB 5MG CAM 100@ TABLET | 37.18 |
| 16714-0829-01 | 390-8878 | 735932747 | BUDESONIDE DR EC CP3MG100NSTR@ CAPDR - ER | 49.43 |
| 00093-1003-05 | 112-8842 | 735932747 | BUSPIR TAB 15MG       TEV    500@ TABLET | 15.95 |
| 64380-0742-08 | 343-7886 | 735932747 | BUSPIRONE TAB 10MG STRI 1000@ TABLET | 28.23 |
| 60687-0211-21 | 358-7789 | 735932747 Above Item | DIVALPROEX DR TB 125MGUDAHP30@  Manufacturer limiting supply - allocated quantity TABLET DR | 22.68 |
| 00228-3315-03 | 150-3424 | 735932747 | DOXEPIN TB 3MG TEV30@ TABLET | 427.54 |

1503424 / N00228331503 Is a temporary backup to primary program item 1509710 / N44183010330 (DOXEPIN HCL TB 3MG MAC 30@) on Multi-Source

| 00003-0893-21 | 201-3290 | 735932747 | ELIQUIS TAB 2.5MG          60 | 1,065.20 |

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392496403 |
| **Billing Date:** | 01/19/2023 |
| **PO#:** | cycle 1-18      00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00003-0894-21 | 201-3282 | 735932747 | | | TABLET ELIQUIS TAB 5MG          60 TABLET | | | | | 2,663.00 | |
| 51991-0878-33 | 395-3072 | 735932747 | | | EPLERENONE TAB 50MG BREC 30@ TABLET | | | | | 39.88 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 45802-0966-96 | 175-6618 | 735932747 | | | ERYTHR TOP GEL 2%     PERR 60GM@ GEL (GRAM) | | | | | 40.21 | 3.0 |
| 55111-0322-01 | 194-3398 | 735932747 | | | GLIMEPIR TAB 4MG      DR/R 100@ TABLET | | | | | 3.91 | |
| 16714-0894-01 | 326-7028 | 735932747 | | | GLIPIZIDE ER TB 2.5MG NSTR 30@ TAB ER  24 | | | | | 2.90 | |
| 16729-0184-17 | 220-9088 | 735932747 | | | HYDROCHLOROTHI TB 50MGACC1000@ TABLET | | | | | 17.65 | |
| 50458-0543-60 | 323-1065 | 735932747 | | | INVOKAMET TAB 150/1000MG 60 TABLET | | | | | 541.17 | |
| 13668-0105-01 | 215-9929 | 735932747 | | | ISOSOR MON ER TB 60MG TORR100@ TAB ER 24H | | | | | 8.75 | |
| 00591-0605-01 | 126-2591 | 735932747 | | | LABETALOL TAB 100MG TEVA  100@ TABLET | | | | | 25.52 | |
| 16714-0537-01 | 239-6364 | 735932747 | | | LEVETIRAC TB 750MG 120 NSTR@ TABLET | | | | | 11.01 | |
| 00456-1201-30 | 200-8712 | 735932747 | | | LINZESS CAP 145MCG          30 CAPSULE | | | | | 481.96 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00456-1203-30 | 362-7650 | 735932747 | | | LINZESS CAP 72MCG           30 CAPSULE | | | | | 481.96 | |
| 00254-3028-02 | 150-2780 | 735932747 | | | LUBIPROSTONE CP 8MCG PAR 60@ CAPSULE | | | | | 296.05 | |
| 68382-0546-06 | 154-7181 | 735932747 | | | MEMANT HCL ER CP 7MG ZYD 30@ CAP SPR  24 | | | | | 19.79 | |
| 16714-0854-01 | 208-0711 | 735932747 | | | METOPROL SUCC ER 100MG100NSTR@ TAB ER 24H | | | | | 11.86 | |
| 00245-0213-11 | 133-3301 | 735932747 | | | MIDODRIN TAB 10MG    U/S   100@ | | | | | 32.99 | |

# McKESSON

## Invoice

| Billing No.: | 7392496403 |
| Billing Date: | 01/19/2023 |
| PO#: | cycle 1-18    00 |
| McK Connect UserID: | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 3 of 5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00245-0212-11 | 133-2238 | 735932747 | | | MIDODRIN TAB 5MG   U/S   100@ TABLET | | | | | 18.38 | |
| 00469-2602-30 | 169-0841 | 735932747 | | | MYRBETRIQ ER TAB 50MG   30 TAB ER 24H | | | | | 394.76 | |
| 60505-3111-00 | 202-0634 | 735932747 | | | OLANZAP TAB 5MG UD APX 100@ TABLET | | | | | 26.38 | |
| 42806-0552-12 | 156-4970 | 735932747 | | | OMEGA 3 ACD ETH CP 1GM EPI120@ CAPSULE | | | | | 14.14 | |
| 00245-1645-30 | 157-9812 | 735932747 | | | PACERONE TAB 400MG UPSH 30@ TABLET | | | | | 45.06 | |
| 65862-0559-90 | 209-6378 | 735932747 | | | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | | | | | 6.62 | |
| 60687-0581-21 | 155-9111 | 735932747 | | | PRAMIPEX DIH TB .5MG AHP UD30@ TABLET | | | | | 31.54 | |
| 65862-0830-30 | 392-5930 | 735932747 | | | PRASUGREL TAB 10MG AURO 30@ TABLET | | | | | 10.00 | |
| 53746-0544-05 | 370-1430 | 735932747 | | | PRIMIDONE TAB 50MG AMN 500@ TABLET | | | | | 51.87 | |
| 68180-0445-01 | 357-0132 | 735932747 | | | QUETIAP FUMAR TB 25MG LUP 100 | | | | | 11.52 | |
| | 3570132 / N68180044501 Was temporarily substituted as a backup 1593458 / N65862048901 (QUETIAPINE TB 25MG AURO 100) to Multi-Source | | | | | | | | | | |
| 63304-0018-60 | 395-7321 | 735932747 | | | RANOLAZINE ER TB1000MG SUN 60@ TAB ER 12H | | | | | 18.90 | |
| 68462-0254-01 | 183-2187 | 735932747 | | | ROPINIROLE TB 0.5MG GLEN   100@ TABLET | | | | | 3.07 | |
| 16714-0611-05 | 328-4775 | 735932747 | | | SERTRALIN TAB 25MG 500   NSTAR@ TABLET | | | | | 11.04 | |
| 00591-2886-01 | 115-5134 | 735932747 | | | VERAPAM SR CAP 360MG WAT   100@ CAP24H PEL | | | | | 389.99 | |
| 50458-0580-30 | 140-0167 | 735932747 | | | XARELTO TAB 10MG   30 TABLET | | | | | 473.52 | |
| 50458-0579-30 | 143-0024 | 735932747 | | | XARELTO TAB 20MG   30 TABLET | | | | | 473.52 | |

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392496403 |
| **Billing Date:** | 01/19/2023 |
| **PO#:** | cycle 1-18       00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 5 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00185-0055-01 | 221-2777 | 735932747 | ▮▮ | | METOLAZON TAB 5MG    EON    100@ | | | ▮▮▮ | ▮ | | |
| | Above Item | | ▮ ▮ | | Manufacturer  limiting supply - full omit | | | | | | |
| | | | | | TABLET | | | | | | |

OUT OF INVENTORY; ITEM IS AC-SLOT AND NOT SUBJECT TO AUTOMATIC SUBSTITUTION.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $8,366.69 | TOTAL CONTRACT PURCHASES: | $4,638.49 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $3,728.20 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**  $8,366.69
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**  $8,537.44

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 43 | 0 | 55 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392496403 |
| **Billing Date:** | 01/19/2023 |
| **PO#:** | cycle 1-18      00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 5 of 5 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**
3570132 / N68180044501 Was temporarily substituted as a backup 1593458 / N65862048901 (QUETIAPINE TB 25MG AURO 100) to Multi-Source
1503424 / N00228331503 Is a temporary backup to primary program item 1509710 / N44183010330 (DOXEPIN HCL TB 3MG MAC 30@) on Multi-Source

**OMITTED ITEMS**
3587789 ( N60687021121 - DIVALPROEX DR TB 125MGUDAHP30@ ) Manufacturer limiting supply - allocated quantity
2212777 ( N00185005501 - METOLAZON TAB 5MG    EON    100@ ) Manufacturer limiting supply - full omit

_____

| Lines | Cases | Pieces |
|-------|-------|--------|
| 43 | 0 | 55 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7392496404 | | |
| Billing Date: | 01/19/2023 | | |
| PO#: | cycle 1-18 | 00 | |
| McK Connect UserID: | m5i4i2g6 | | |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 309046-41292 | 329-5425 | 735932748 | CALC ANTACID TABS MMP 150@ TAB CHEW | 1.27 |
| 305361-21429 | 395-1860 | 735932748 | DIPHENHYD TB 25MG MMP 100@ TABLET | 1.53 |
| 357896-30310 | 150-3663 | 735932748 | DOC SOD+ SEN TB50+ 8.6MGGER1000@ TABLET | 11.89 |
| 704142-00032 | 368-8223 | 735932748 | FLORASTOR CAP 250MG      100 | 48.72 |
| 031604-01269 | 168-7276 | 735932748 | N/M MAGNES TAB 250MG 1269  100 TABLET | 3.99 |
| 840093-10588 | 365-4035 | 735932748 | NT VIT B-1 100MG TB 100 | 9.00 |
| 324208-40319 | 148-1415 | 735932748 | OCUVITE LUTEIN VIT+ MIN CAP   36 CAPSULE | 10.49 |
| 030768-48678 | 198-7759 | 735932748 | S/D MELATONIN TAB 3MG       120 TABLET | 17.67 |
| 030768-17621 | 192-4000 | 735932748 | S/D VIT D SFTGEL 2000IU     150 | 8.12 |
| 030768-29173 | 216-3814 | 735932748 | S/D VIT D3 SFTGEL 5000IU    150 | 68.65 |
| 010939-95364 | 151-9974 | 735932748 | SM CENTURY MULTI TAB 130 | 16.05 |
| 364980-52810 | 155-2397 | 735932748 | SOD BICARB TAB 10GR RIS 1000@ TABLET | 9.72 |
| 880681-16900 | 155-3106 | 735932748 | VIT D3 TB 25MCG(1000IU)RUG100@ TABLET | 2.68 |
| 880681-07100 | 156-3394 | 735932748 | VITAMIN B-12 TAB 100MCG RUG100 TABLET | 1.23 |

# MCKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392496404 |
|---|---|
| Billing Date: | 01/19/2023 |
| PO#: | cycle 1-18     00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $77.04 |
| TOTAL OTC PURCHASES: | $211.01 | TOTAL NON CONTRACT PURCHASES: | $133.97 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $211.01
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $215.32

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 14 | 0 | 24 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No.: | 7392806938 | |
| Billing Date: | 01/20/2023 | |
| PO#: | DAILY 1-19 | 00 |
| McK Connect UserID: | c7t5d2c8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 365702-70195 | 360-6712 | 736200857 | | ■ | ACCU-CHEK GUIDE TEST STRIPS 50 STRIP | ■ | | ■ | | 44.18 |
| 049100-36374 | 148-7750 | 736200857 | | ■ | CULTURELLE 15B CAP     30 CAP SPRINK | ■ | | ■ | ■ | 30.54 |
| 309043-86575 | 192-4257 | 736200857 | | ■ | DEEP SEA NASAL SPRAY MMP 44ML@ SPRAY | ■ | | ■ | ■ | 4.32 |
| | 1924257 / U30904386575 Was Substituted for 2755700 / U30536250676 (SALINE MIST     WAT  44ML@) by OneStop Generics | | | | | | | | | |
| 681421-02101 | 274-4027 | 736200857 | | ■ | DULCOLAX SUPPOS     4 SUPP.RECT | ■ | | ■ | ■ | 7.38 |
| 305361-20207 | 237-4429 | 736200857 | | ■ | LIDOCAINE PATCH 4% RUG30@ ADH. PATCH | ■ | | ■ | ■ | 74.88 |
| 363739-19861 | 350-3620 | 736200857 | | ■ | PEG3350 POLYETH GLUPWDR SKY30@ POWD PACK | ■ | | ■ | ■ | 54.96 |

**SUMMARY**

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392806938 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | DAILY 1-19       00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131       **Phone:**   855/625-7385
14500 EAST 39th AVENUE       **DEA:**   PM0018425
AURORA CO 80011

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07     **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL RX PURCHASES: | | $0.00 | | TOTAL CONTRACT PURCHASES: | $172.08 | | | | | |
| | TOTAL OTC PURCHASES: | | $216.26 | | TOTAL NON CONTRACT PURCHASES: | $44.18 | | | | | |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**      $216.26
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**    $220.67

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 15 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392806938 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | DAILY 1-19      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

1924257 / U30904386575 Was Substituted for 2755700 / U30536250676 (SALINE MIST      WAT  44ML@) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 15 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392806941 |
|---|---|
| Billing Date: | 01/20/2023 |
| PO#: | DAILY 1-19        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 00713-0326-37 | 372-6460 | 736200859 | BETAMETH VAL CRM 0.1% COS45GM@ CREAM (G) | 34.22 |
| 24208-0910-55 | 166-3434 | 736200859 | ERYTHR O/O .5%        B&L 3.5GM@ OINT. (G) | 6.77 |
| 55111-0680-10 | 247-3379 | 736200859 | FONDAP PFS 7.5MG/0.6ML DR/R10@ SYRINGE | 287.09 |
| 50228-0179-10 | 394-2810 | 736200859 | GABAPENTIN CAP 100MG SCI 1000@ CAPSULE | 33.40 |
| 76204-0600-01 | 347-8914 | 736200859 Above Item | IPRALB I/SSGVL..5/3MG/3MLRIT30@   Manufacturer limiting supply - allocated quantity AMPUL-NEB | 12.02 |
| 16714-0955-02 | 393-6176 | 736200859 | KETOCONAZOLE CRM 2% NSTR30G@ CREAM (G) | 8.93 |
| 76204-0900-01 | 365-1890 | 736200859 | LEVALBUT SGLVL 1.25/3MLRITE30@ VIAL-NEB | 31.38 |
| 65162-0791-08 | 233-3128 | 736200859 Above Item | LIDOCAINE PATCH 5% AMN 30@   Manufacturer limiting supply - allocated quantity ADH. PATCH | 71.35 |
| | | 2333128 / N65162079108 Was temporarily substituted as a backup 1544600 / N42858011830 (LIDOCAINE PATCH 5% RHO   30@) to Multi-Source | | |
| 00254-3028-02 | 150-2780 | 736200859 | LUBIPROSTONE CP 8MCG PAR 60@ CAPSULE | 296.05 |
| 68382-0549-06 | 154-7223 | 736200859 | MEMANT HCL ER CP 28MG ZYD 30@ CAP SPR 24 | 13.49 |

# MCKESSON

# Invoice

| Billing No.: | 7392806941 |
|---|---|
| Billing Date: | 01/20/2023 |
| PO#: | DAILY 1-19          00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 4 |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45802-0923-41 | 145-4214 | 736200859 | ▮ | ▮ | MESALAM REC SU 4GM PERR   KIT@ ENEMA KIT | ▮ | ▮ | ▮ | ▮ | 215.18 | |
| 60505-0247-08 | 204-4501 | 736200859 | ▮ | | MIRTAZAP TAB 15MG APX 1000@ TABLET | ▮ | ▮ | | | 37.51 | |
| 16714-0769-01 | 377-8123 | 736200859 | ▮ | | NYSTAT PWD 100000U/GM15G NSTR@ POWDER | ▮ | | | | 6.42 | |
| 16714-0769-02 | 377-8156 | 736200859 | ▮ | | NYSTAT PWD 100000U/GM30G NSTR@ POWDER | ▮ | | | | 19.56 | |
| 55111-0163-30 | 346-4096 | 736200859 | ▮ | | OLANZAPINE TAB 2.5MG DR/R 30@ TABLET | ▮ | | | | 1.70 | |
| 55111-0163-05 | 346-7529 | 736200859 | ▮ | | OLANZAPINE TB 2.5MG DR/R 500 TABLET | ▮ | | | | 31.17 | |
| 68462-0436-30 | 390-3663 | 736200859 | ▮ | | OLMESARTAN MEDOX TB 5MGGLEN30@ TABLET | ▮ | | | | 6.78 | |
| 16714-0159-01 | 230-9300 | 736200859 | ▮ | | ONDANS HCL TAB 4MG NSTR 30@ TABLET | ▮ | | | | 3.24 | |
| 16714-0200-30 | 230-9383 | 736200859 | ▮ | | ONDANS OD TAB 4MG NSTR 30@ TAB RAPDIS | ▮ | | | | 4.78 | |
| 83490-0307-60 | 140-9788 | 736200859 | ▮ | | SOD CHL VL 7% PARI UD 4ML CT60 VIAL-NEB | ▮ | | | | 19.09 | |
| 68382-0745-16 | 152-5211 | 736200859 | ▮ | | TIADYLT ER CP 120MG ZYD 90@ CAP SA 24H | ▮ | | ▮ | | 10.66 | |
| 00054-0077-29 | 141-6130 | 736200859 | ▮ | | TORSEMIDE TAB 20MG  HIK    500@ TABLET | ▮ | | ▮ | | 48.55 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68382-0805-10 | 378-6936 | 736200859 | ▮ | | TRAZODONE HCl TB 50MG ZYD1000@ TABLET | ▮ | | ▮ | | 50.98 | |
| 00173-0887-10 | 373-0942 | 736200859 Above Item | ▮ | ▮ | TRELEGY ELL 100/62.5/25MCG 60 Not filled complete - please reorder BLST W/DEV | ▮ | ▮ | ▮ | ▮ | 606.47 | |
| 00186-4040-01 | 116-3757 | 736200859 Above Item | ▮ | ▮ | NEXIUM DR OS PWD  40MG PKT 30 Late Purchase Orders SUSPDR PKT | | | ▮ | ▮ | | |

# MCKESSON

# Invoice

| | | Billing No.: | 7392806941 |
|---|---|---|---|
| | | Billing Date: | 01/20/2023 |
| | | PO#: | DAILY 1-19          00 |
| | | McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $1,856.79 | | TOTAL CONTRACT PURCHASES: | $1,231.23 |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $625.56 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**    $1,856.79

**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**  $1,894.68

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 0 | 35 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392806941 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | DAILY 1-19      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**
2333128 / N65162079108 Was temporarily substituted as a backup 1544600 / N42858011830 (LIDOCAINE PATCH 5% RHO   30@) to Multi-Source

**OMITTED ITEMS**
3730942 ( N00173088710 - TRELEGY ELL 100/62.5/25MCG 60 ) Not filled complete - please reorder
1163757 ( N00186404001 - NEXIUM DR OS PWD  40MG PKT 30 ) Late Purchase Orders
2333128 ( N65162079108 - LIDOCAINE PATCH 5% AMN 30@ ) Manufacturer limiting supply - allocated quantity
3478914 ( N76204060001 - IPRALB I/SSGVL.5/3MG/3MLRIT30@ ) Manufacturer limiting supply - allocated quantity

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 24 | 0 | 35 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392806942 |
| Billing Date: | 01/20/2023 |
| PO#: | DAILY 1-19          00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|-----------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)
***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|-----------------|---------------|-----|------------|-----|-----------------|-----|
| 60505-0823-06 | 321-5381 | 736200860 | | | CALCITON SALMON SPR APX 3.7ML@ SPRAY/PUMP | | | | | 41.65 | |
| 300028-71517 | 164-4616 | 736200860 | | | HUMULIN 70/30 VIAL          3ML VIAL | | | | | 40.25 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00002-8222-59 | 154-5037 | 736200860 | | | INSULIN LISPRO KWIKPEN 3MLX5 INSULN PEN | | | | | 574.28 | |
| 00088-2219-05 | 162-6688 | 736200860 | | | LANTUS SOLOSTAR PEN 3ML          5 INSULN PEN | | | | | 374.47 | |
| 00169-3687-12 | 216-8227 | 736200860 | | | LEVEMIR VIAL          10ML VIAL | | | | | 561.92 | |
| 59676-0320-04 | 176-8654 | 736200860 | | | PROCRIT MDV 20000U/ML 1ML 4 VIAL | | | | | 1,876.10 | |

Product shipped is best dating available from manufacturer.

**SUMMARY**

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7392806942 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | DAILY 1-19      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL RX PURCHASES: | | $3,428.42 | | TOTAL CONTRACT PURCHASES: | $3,468.67 | | | | | |
| | TOTAL OTC PURCHASES: | | $40.25 | | TOTAL NON CONTRACT PURCHASES: | $0.00 | | | | | |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $3,468.67
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $3,539.46

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 6 | 0 | 10 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392806943 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | DAILY 1-19      00 |
| **McK Connect UserID:** | c7t5d2c8 |

MCKESSON CORPORATION DC#8131   **Phone:**   855/625-7385
14500 EAST 39th AVENUE            **DEA:**      PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                        **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07          **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00093-0058-05 | 321-3097 | 736200861 | ▌ | ▊ | TRAMADOL TAB 50MG  TEV  500@ TABLET | | ███ | ▊ | ███ | ▊ | 9.57 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $9.57 | TOTAL CONTRACT PURCHASES: | $9.57 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**    $9.57
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**    $9.77

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
| | | | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392806944 |
|---|---|
| Billing Date: | 01/20/2023 |
| PO#: | CYCLE 1-19       00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 16714-0142-01 | 156-6868 | 736201448 | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | 3.59 |
| 16714-0072-05 | 182-1099 | 736201448 | BACLOFEN TAB 20MG     500 NSTAR@ TABLET | 35.45 |
| 31722-0138-01 | 234-3275 | 736201448 | BACLOFEN TB 5MG CAM 100@ TABLET | 185.90 |
| 00186-0776-60 | 348-4235 | 736201448 | BRILINTA TAB 60MG          60 TABLET | 407.76 |
| 29300-0246-18 | 154-4717 | 736201448 | BUSPIRONE HCL TB 15MG UNI 180@ TABLET | 18.36 |
| 68382-0784-01 | 378-6803 | 736201448 | DOXAZOSIN TAB 2MG    ZYD  100@ TABLET | 5.15 |
| 16714-0979-01 | 397-3625 | 736201448 | ESOMEP MAG DR CAP 20MG NSTR30@ CAPSULE DR | 5.91 |
| 13668-0105-01 | 215-9929 | 736201448 | ISOSOR MON ER TB 60MG TORR100@ TAB ER 24H | 17.50 |
| 16714-0537-01 | 239-6364 | 736201448 | LEVETIRAC TB 750MG 120 NSTR@ TABLET | 11.01 |
| 68180-0973-03 | 379-3007 | 736201448 | LEVOTHY SOD TB0.150MG LUP1000@ TABLET | 220.43 |
| 69292-0564-01 | 233-4365 | 736201448 | METOLAZONE TB 5MG AMI 100@ TABLET | 48.26 |
| 52817-0361-00 | 375-1229 | 736201448 | METOPROL TART TAB 50MGTRU1000@ | 13.10 |

# MᶜKESSON

# Invoice

| Billing No.: | 7392806944 |
|---|---|
| Billing Date: | 01/20/2023 |
| PO#: | CYCLE 1-19        00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00469-2602-30 | 169-0841 | 736201448 | █ | █ | TABLET MYRBETRIQ ER TAB 50MG TAB ER 24H | 30 | ██ █ | ██ █ | █ | 394.76 | |
| 00603-5483-21 | 184-4810 | 736201448 | █ | █ | PROPRAN TAB 20MG   Q/P TABLET | 100@ | ██ █ | ██ █ | | 5.82 | |
| 00603-5485-21 | 185-2698 | 736201448 | █ | █ | PROPRAN TAB 60MG   Q/P TABLET | 100@ | ██ █ | ██ █ | | 25.32 | |
| 29300-0147-10 | 392-7357 | 736201448 | █ | █ | QUETIAPIN FUM TB 25MGUNIC1000@ | | ██ █ | ██ █ | | 13.30 | |

3927357 / N29300014710 Is a temporary backup to primary program item 3280815 / N16714045202 (QUETIAPIN FUM TB 25MG1000NSTR@) on Multi-Source

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86227-0900-35 | 244-8520 | 736201448 | █ | █ | SYR INS S/C 3/10CC 29GX1/2 100 DISP SYRIN | | ██ █ | ██ | | 46.80 | |
| 50458-0580-30 | 140-0167 | 736201448 | █ | █ | XARELTO TAB 10MG TABLET | 30 | ██ █ | ██ █ | | 947.04 | |
| 50458-0579-30 | 143-0024 | 736201448 | █ | █ | XARELTO TAB 20MG TABLET | 30 | ██ █ | ██ █ | | 473.52 | |

**SUMMARY**

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7392806944 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | CYCLE 1-19        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $2,878.98 | | TOTAL CONTRACT PURCHASES: | $2,832.18 |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $46.80 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $2,878.98
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $2,937.73

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 19 | 1 | 31 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | Billing No.: | 7392806944 |
|---|---|---|---|
| | | Billing Date: | 01/20/2023 |
| | | PO#: | CYCLE 1-19      00 |
| | | McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131       **Phone:**   855/625-7385
14500 EAST 39th AVENUE            **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                          **SHIP TO:**                          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07            PREMIER PHARMACY GROUP 07            **PHCY:**  PDO1680000122
4162 E BIJOU ST                      4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824      COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * *   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**

3927357 / N29300014710 Is a temporary backup to primary program item 3280815 / N16714045202 (QUETIAPIN FUM TB 25MG1000NSTR@) on Multi-Source

---

| Lines | Cases | Pieces |
|---|---|---|
| 19 | 1 | 31 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7392806945 |
| Billing Date: | 01/20/2023 |
| PO#: | CYCLE 1-19     00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|-----------------|--------|-----|------|-----|--------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | | | ITEM DESCRIPTION | | | | | EXTENDED |
|----------|-------|----------|---|---|-----------------|---|---|---|---|--------|
| 031604-02727 | 113-3859 | 736201449 | | | N/M SUPER B COMPL TAB 2727 140 | | | | | 10.53 |
| 798540-79418 | 369-6887 | 736201449 | | | NAT/V VIT D3 TAB 5000IU 100 TABLET | | | | | 6.59 |
| 894047-00103 | 398-3012 | 736201449 | | | PREVAGEN REGULAR STRENGTH 30 | | | | | 23.94 |
| 369367-22001 | 396-5548 | 736201449 | | | SODIUM CHLORIDE TB 1GM WES100@ TABLET SOL | | | | | 17.73 |
| 350268-86715 | 367-8976 | 736201449 | | | VIT D3 SFTGL 2000IU AVK 50@ CAPSULE | | | | | 12.74 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $30.47 |
| TOTAL OTC PURCHASES: | $71.53 | TOTAL NON CONTRACT PURCHASES: | $41.06 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $71.53

**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $72.99

# McKESSON

## Invoice

| Billing No.: | 7392806945 |
| Billing Date: | 01/20/2023 |
| PO#: | CYCLE 1-19      00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------|------|---|------|---|------|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|-------|-------|--------|
| 5 | 0 | 7 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392806946 |
| **Billing Date:** | 01/20/2023 |
| **PO#:** | Out of Stocks    00 |
| **McK Connect UserID:** | s8w9j5s8 |

MCKESSON CORPORATION DC#8131     **Phone:**   855/625-7385
14500 EAST 39th AVENUE     **DEA:**   PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**               **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07     **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 2 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 69097-0529-34 | 152-6151 | 736201559 | ▮ ▮ | ESOMEPRAZOLE OS 40MG CIP 30@ SUSPDR PKT | ▮ ▮ ▮▮ | 428.40 |
| 42858-0118-30 | 154-4600 | 736201559 | ▮▮ | LIDOCAINE PATCH 5% RHO    30@ | ▮▮ ▮ | |
| | Above Item | | | Manufacturer cannot supply ADH. PATCH | | |

1544600 / N42858011830 Was Substituted for 2333128 / N65162079108 (LIDOCAINE PATCH 5% AMN 30@) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $428.40 | TOTAL CONTRACT PURCHASES: | $428.40 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:**   $428.40
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:**   $437.14

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7392806946 |
| **Billing Date:** | | 01/20/2023 |
| **PO#:** | | Out of Stocks   00 |
| **McK Connect UserID:** | | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
1544600 / N42858011830 Was Substituted for 2333128 / N65162079108 (LIDOCAINE PATCH 5% AMN 30@) by OneStop Generics

**OMITTED ITEMS**
1544600 ( N42858011830 - LIDOCAINE PATCH 5% RHO   30@ ) Manufacturer cannot supply

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | | | 7392806947 |
| Billing Date: | | | 01/20/2023 |
| PO#: | | | Out of Stocks   00 |
| McK Connect UserID: | | | s8w9j5s8 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 309043-86575 | 192-4257 | 736201560 | ■ | | DEEP SEA NASAL SPRAY MMP 44ML@ SPRAY | ■ | ■ ■ | 4.32 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $4.32 |
| TOTAL OTC PURCHASES: | $4.32 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $4.32
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $4.41

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 4 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7392806948 |
| **Billing Date:** | | 01/20/2023 |
| **PO#:** | QO01192023 | 00 |
| **McK Connect UserID:** | | c6r1i0w6 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 67877-0199-05 | 215-8673 | 736205726 | | | AMLODIPINE BES TB 10MG ASC500@ TABLET | | 7.01 |
| 16714-0035-02 | 157-1900 | 736205032 | | | LEVETIRACET TB 500MG 500 NSTR@ TABLET | | 26.52 |
| 65649-0150-90 | 358-1113 | 736201584 | | 90 | RELISTOR TAB 150MG TABLET | | 2,067.85 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $2,101.38 | TOTAL CONTRACT PURCHASES: | $2,101.38 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/03/2023:** $2,101.38
**GROSS PAYABLE AFTER STATEMENT DATE 02/03/2023:** $2,144.27

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7392806948 | |
| **Billing Date:** | 01/20/2023 | |
| **PO#:** | QO01192023 | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393195965 |
| Billing Date: | 01/23/2023 |
| PO#: | QO01192023      00 |
| McK Connect UserID: | c6r1i0w6 |

| 075344 | M02 | 035 | 1 of 1 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|------------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| 23155-0249-01 | 204-7082 | 736211163 | ▮ | | VENLAF TAB 75MG AVET 100@ TABLET | ▬ ▮ | | ▬ ▮ | | 8.89 | |

### SUMMARY

| | | |
|---|---|---|
| TOTAL RX PURCHASES: | $8.89 | TOTAL CONTRACT PURCHASES: $8.89 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $8.89
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $9.07

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|-------|-------|--------|---|
| 1 | 0 | 1 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393195966 |
| Billing Date: | 01/23/2023 |
| PO#: | daily 1-22 00 |
| McK Connect UserID: | s8w9j5s8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 60505-0833-05 | 186-1657 | 736589384 | | | AZELAST N/SPR 137MCGAPX 30ML@ SPRAY/PUMP | 5.99 |
| 00173-0882-10 | 346-2181 | 736589384 | | | BREO ELLIPT 200MCG 60 BLST W/DEV | 751.02 |
| 24208-0411-15 | 131-4145 | 736589384 | | | BRIMONID OPH SOL 0.2% BAU15ML@ DROPS | 4.30 |
| | 1314145 / N24208041115 Was Substituted for 2702652 / N61314014315 (BRIMONID OPH SOL 0.2% FAL15ML) by OneStop Generics | | | | | |
| 70594-0089-02 | 237-4288 | 736589384 | | | CEFEPIME INJ 1GM XEL 10@ VIAL | 53.98 |
| 00378-8760-58 | 158-4531 | 736589384 | | | CYCLOSPO OPTH EMUL .4ML MYL30@ DROPERETTE | 363.88 |
| 00143-9803-50 | 242-9074 | 736589384 | | | DOXYCYC HYC CAP 100MG HIK 50@ CAPSULE | 5.78 |
| 00003-0894-21 | 201-3282 | 736589384 | | | ELIQUIS TAB 5MG 60 TABLET | 2,130.40 |
| 24208-0910-55 | 166-3434 | 736589384 Above Item | | | ERYTHR O/O .5% B&L 3.5GM@ Manufacturer limiting supply - allocated quantity OINT. (G) | 8.97 |
| 67877-0749-57 | 237-0740 | 736589384 | | | FOSFOMYCIN TROM GRAN ASC 3GM@ PACKET | 176.16 |
| | 'DO NOT SUB' SELECTED. | | | | | |
| 57599-0800-00 | 155-3874 | 736589384 | | | FREESTYLE LIBRE 2 SENSOR | 232.36 |

# McKESSON

# Invoice

| Billing No.: | 7393195966 |
| Billing Date: | 01/23/2023 |
| PO#: | daily 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | KIT | | | | | | |
| Product shipped is best dating due to manufacturer processes. | | | | | | | | | | | |
| 00173-0873-10 | 340-7947 | 736589384 | | | INCRUSE ELLIPTA RETAIL 30 BLST W/DEV | | | | | 336.32 | |
| 45802-0465-64 | 187-5798 | 736589384 | | | KETOCONAZOLE SHAMP 2% PER 4OZ@ SHAMPOO | | | | | 35.82 | |
| 16714-0358-01 | 221-5507 | 736589384 | | | LEVETIRAC OS100MG/ML473MLNSTR@ SOLUTION | | | | | 62.40 | |
| 16714-0035-02 | 157-1900 | 736589384 | | | LEVETIRACET TB 500MG 500 NSTR@ TABLET | | | | | 31.91 | |
| 00781-3098-95 | 358-3937 | 736589384 | | | MEROPENEM SDV 1G/VL SAN 10@ VIAL | | | | | 103.52 | |
| 00186-4040-01 | 116-3757 | 736589384 | | | NEXIUM DR OS PWD  40MG PKT 30 SUSPDR PKT | | | | | 271.49 | |
| 16714-0439-01 | 323-7708 | 736589384 | | | NITROFURANT CAP 100MG100 NSTR@ CAPSULE | | | | | 34.09 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 16714-0769-02 | 377-8156 | 736589384 | | | NYSTAT PWD 100000U/GM30G NSTR@ POWDER | | | | | 14.67 | |
| 00781-2234-10 | 238-5615 | 736589384 | | | OMEPRAZ DR CAP 40MG  SAN1000@ CAPSULE DR | | | | | 52.20 | |
| 16714-0159-01 | 230-9300 | 736589384 | | | ONDANS HCL TAB 4MG NSTR 30@ TABLET | | | | | 3.69 | |
| | 2309300 / N16714015901 Was Substituted for 1784933 / N65862018730 (ONDANSETR HCL TAB 4MG AURO30@) by OneStop Generics | | | | | | | | | | |
| 08290-3201-22 | 240-4671 | 736589384 | | | PEN NDL NANO BD 32G 4MM  CT100 DIS NEEDLE | | | | | 50.78 | |
| 42571-0357-07 | 234-5890 | 736589384 | | | POTASSIUM CHL OS 10% MIC473ML@ LIQUID | | | | | 138.75 | |
| 16714-0613-05 | 328-5012 | 736589384 | | | SERTRALIN TAB 100MG 500 NSTAR@ TABLET | | | | K | 13.74 | |
| 00597-0155-61 | 345-8742 | 736589384 | | | STIOLTO RESPIMAT        60 DOSE MIST INHAL | | | | | 856.38 | |
| 86227-0700-55 | 244-8629 | 736589384 | | | SYR INS S/C 1/2CC 30GX5/16 100 DISP SYRIN | | | | | 30.06 | |

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393195966 | |
| **Billing Date:** | 01/23/2023 | |
| **PO#:** | daily 1-22 | 00 |
| **McK Connect UserID:** | s8w9j5s8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00173-0887-10 | 373-0942 | 736589384 | ■ | | TRELEGY ELL 100/62.5/25MCG 60 BLST W/DEV | ■ | ■ | ■ | ■ | 606.47 | |
| 16714-0986-01 | 239-9251 | 736589384 | ■ | | TRIAMCIN ACET CRM0.100%15NSTR@ CREAM (G) | ■ | ■ | ■ | ■ | 3.72 | |
| 08470-7935-01 | 152-4164 | 736589384 | ■ | | UNIFINE SAFECONTROL 8MM X 30G DIS NEEDLE | ■ | ■ | ■ | | 56.04 | |
| 00121-0675-85 | 235-4645 | 736589384 | ■ | | VALPROIC OS 250MG/5ML PAI16OZ@ SOLUTION | ■ | ■ | ■ | | 10.32 | |
| 31722-0153-90 | 234-3309 | 736589384 | ■ | | VALSARTAN TB 160MG CAM 90@ TABLET | ■ | ■ | ■ | | 22.66 | |
| 00121-4675-00 | 368-3612 | 736589384 Above Item | ■ | | VALPROIC SYRP 250/5MLUDP/A100@ Manufacturer cannot supply SOLUTION | | | ■ | ■ | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $6,467.87 | TOTAL CONTRACT PURCHASES: | $2,274.42 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $4,193.45 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $6,467.87
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $6,599.87

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 30 | 0 | 63 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| Billing No.: | 7393195966 |
| Billing Date: | 01/23/2023 |
| PO#: | daily 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
1314145 / N24208041115 Was Substituted for 2702652 / N61314014315 (BRIMONID OPH SOL 0.2% FAL15ML) by OneStop Generics
2309300 / N16714015901 Was Substituted for 1784933 / N65862018730 (ONDANSETR HCL TAB 4MG AURO30@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
2370740 ( N67877074957 - FOSFOMYCIN TROM GRAN ASC 3GM@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
3683612 ( N00121467500 - VALPROIC SYRP 250/5MLUDP/A100@ ) Manufacturer cannot supply
1663434 ( N24208091055 - ERYTHR O/O .5%      B&L 3.5GM@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces |
|-------|-------|--------|
| 30 | 0 | 63 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| Billing No.: | 7393195969 |
|---|---|
| Billing Date: | 01/23/2023 |
| PO#: | daily 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\* SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

CONTROLLED  
50474-0570-66 | 355-3930 | 736589385 | | | BRIVIACT TAB 50MG       60 TABLET | | | | | 1,306.12 |

CONTROLLED  
16714-0549-01 | 262-0763 | 736589385 | | | LACOSAMIDE TB 100MG 60 NSTR@ TABLET | | | | | 10.53 |

2620763 / N16714054901 Was Substituted for 2605863 / N65162092406 (LACOSAMIDE TB 100MG AMN 60) by OneStop Generics

CONTROLLED  
57664-0377-18 | 320-9145 | 736589385 | | | TRAMADOL TAB 50MG     CARA 1000@ TABLET | | | | | 24.56 |

3209145 / N57664037718 Was Substituted for 2384568 / N72888008000 (TRAMADOL HCL TB 50MG ADV 1000) by OneStop Generics

### SUMMARY

| TOTAL RX PURCHASES: | $1,341.21 | TOTAL CONTRACT PURCHASES: | $1,341.21 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $1,341.21  
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $1,368.58

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393195969 |
| **Billing Date:** | 01/23/2023 |
| **PO#:** | daily 1-22      00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE                 **DEA:**      PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                                     **SHIP TO:**                          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07         PREMIER PHARMACY GROUP 07   **PHCY:**  PDO1680000122
4162 E BIJOU ST                           4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824   COLORADO SPRINGS CO
80909-6824

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 3 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MⁱKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7393195969 | | | |
| **Billing Date:** | 01/23/2023 | | | |
| **PO#:** | daily 1-22 | 00 | | |
| **McK Connect UserID:** | s8w9j5s8 | | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

3209145 / N57664037718 Was Substituted for 2384568 / N72888008000 (TRAMADOL HCL TB 50MG ADV 1000) by OneStop Generics
2620763 / N16714054901 Was Substituted for 2605863 / N65162092406 (LACOSAMIDE TB 100MG AMN 60) by OneStop Generics

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 3 | 0 | 3 | |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | | Billing No.: | 7393195970 |
|---|---|---|---|---|---|
| | | | | Billing Date: | 01/23/2023 |
| | | | | PO#: | daily 1-22    00 |
| | | | | McK Connect UserID: | s8w9j5s8 |

MCKESSON CORPORATION DC#8131    **Phone:**    855/625-7385
14500 EAST 39th AVENUE    **DEA:**    PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**    **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07    **PHCY:**    PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|
| 041167-05884 | 356-6783 | 736589386 | ▮ | ▮ | ASPERCREME 4.3OZ | ▮ | ▮ | 41.00 | |
| 746876-00030 | 247-8303 | 736589386 | ▮ | ▮ | CALMOSEPTINE OINT TUBE    2.5OZ OINT. (G) | ▮ | ▮ | 56.28 | |
| 606000-53797 | 398-4572 | 736589386 | ▮ | ▮ | CERAVE MOIST CREAM 1.89OZ | ▮ | ▮ | 8.08 | |
| 699073-70805 | 170-0137 | 736589386 | ▮ | ▮ | FREESTYLE LITE GLUCOSE MONITOR KIT | ▮ | ▮ | 16.49 | 9.0 |
| 305361-29701 | 156-8849 | 736589386 | ▮ | ▮ | MECLIZ  HCL TAB 12.5MG RUG100@ TABLET | ▮ | ▮ | 2.46 | |
| 305361-31983 | 351-1821 | 736589386 | ▮ | ▮ | MILK OF MAG 1200MG RUG 12OZ@ ORAL SUSP | ▮ | ▮ | 8.64 | |
| 300235-45910 | 348-2676 | 736589386 | ▮ | ▮ | REFRESH OPTIVE GEL DRP 10ML DROPS GEL | ▮ | ▮ | 9.48 | |
| 300230-79830 | 220-4493 | 736589386 | ▮ | ▮ | REFRESH TEARS        2X15ML DROPS | ▮ | ▮ | 12.84 | |
| 010939-60244 | 208-3624 | 736589386 | ▮ | ▮ | SM GAS RELIEF DROP INF N-ST 1Z DROPS SUSP | ▮ | ▮ | 3.23 | |
| 309045-05359 | 172-6454 | 736589386 | ▮ | ▮ | SUDOGEST TAB 30MG BOX MMP 100@ TABLET | ▮ | ▮ | 1.51 | |

Product shipped is best dating available from manufacturer.

# MCKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7393195970 | | | |
| **Billing Date:** | 01/23/2023 | | | |
| **PO#:** | daily 1-22 | 00 | | |
| **McK Connect UserID:** | s8w9j5s8 | | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $22.09 |
| TOTAL OTC PURCHASES: | $160.01 | TOTAL NON CONTRACT PURCHASES: | $137.92 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $160.01
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $163.28

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 10 | 0 | 29 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** **Statement for information only** Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

| | | | Billing No.: | 7393195974 |
|---|---|---|---|---|
| | | | Billing Date: | 01/23/2023 |
| | | | PO#: | daily 1-22     00 |
| | | | McK Connect UserID: | s8w9j5s8 |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * *McKesson Speciality Health / MPB Intersect ENT SINUVA* * *  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 00002-8799-59 | 180-0531 | 736589387 | | | HUMALOG KWIK PEN 3ML    5<br>INSULN PEN | 478.59 |
| 00002-8222-59 | 154-5037 | 736589387 | | | INSULIN LISPRO KWIKPEN 3MLX5<br>INSULN PEN | 287.14 |
| 00088-2219-05 | 162-6688 | 736589387 | | | LANTUS SOLOSTAR PEN 3ML    5<br>INSULN PEN | 1,872.35 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $2,638.08 | TOTAL CONTRACT PURCHASES: | $2,638.08 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $2,638.08  
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $2,691.92

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393195974 |
| **Billing Date:** | 01/23/2023 |
| **PO#:** | daily 1-22    00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 3 | 0 | 8 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7393195978 |
| Billing Date: | 01/23/2023 |
| PO#: | cycle 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\* SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 65862-0587-01 | 345-8536 | 736589690 | ■ | ■ | AMLO/BENA HCLCP10/40MGAURO100@ CAPSULE | 23.06 |
| | 'DO NOT SUB' SELECTED. | | | | | |
| 67877-0199-05 | 215-8673 | 736589690 | ■ | ■ | AMLODIPINE BES TB 10MG ASC500@ TABLET | 14.02 |
| 16714-0145-01 | 156-6892 | 736589690 | ■ | ■ | ARIPIPRAZOLE TB 20MG 30 NSTR@ TABLET | 6.93 |
| 16714-0142-01 | 156-6868 | 736589690 | ■ | ■ | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | 7.18 |
| 16714-0174-03 | 232-2071 | 736589690 | ■ | ■ | ATORVAST CALC TB 20MG1000NSTR@ TABLET | 26.21 |
| 16714-0072-05 | 182-1099 | 736589690 | ■ | ■ | BACLOFEN TAB 20MG     500 NSTAR@ TABLET | 35.45 |
| 00185-0130-01 | 117-9233 | 736589690 | ■ | ■ | BUMETAN TAB 2MG      SAN    100 TABLET | 151.86 |
| | 1179233 / N00185013001 Is a temporary backup to primary program item 2435907 / N68382052701 (BUMETANIDE TAB 2MG ZYD 100@) on Multi-Source | | | | | |
| 24689-0119-01 | 261-1598 | 736589690 | ■ | ■ | BUPROPION HCL TB 75MG APN 100@ TABLET | 22.52 |
| | 'DO NOT SUB' SELECTED. | | | | | |
| 16729-0201-01 | 360-8833 | 736589690 | ■ | ■ | BUSPIRONE HCL TAB7.5MGACCO100@ TABLET | 54.52 |
| 00781-5654-01 | 341-4158 | 736589690 | ■ | ■ | CARB/LEV/ENT TB 37.5MG SAN100@ | 244.10 |

# McKESSON

# Invoice

| Billing No.: | 7393195978 |
|---|---|
| Billing Date: | 01/23/2023 |
| PO#: | cycle 1-22     00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 00093-9702-05 | 260-2472 | 736589690 | | | CARBID+ LEV TB 25/100 ACTA 500@ | | | | | 57.78 | |
| | | | | | TABLET | | | | | | |
| 68382-0095-05 | 342-7044 | 736589690 | | | CARVEDILOL TAB 25MG ZYD 500@ | | | | | 52.95 | |
| | | | | | TABLET | | | | | | |
| 70954-0085-20 | 156-4475 | 736589690 | | | CHLORZOXAZONE TB 500MG NOV500@ | | | | | 100.60 | |
| | | | | | TABLET | | | | | | |
| 55111-0343-05 | 144-1443 | 736589690 | | | CITALOPRAM TAB 20MG DR/R  500@ | | | | | 8.61 | |
| | | | | | TABLET | | | | | | |
| 24979-0704-06 | 235-0932 | 736589690 | | | DEXLANSOPRAZ DR CP 60MG TWI30@ | | | | | 128.86 | 9.0 |
| | | | | | CAP DR BP | | | | | | |
| 16571-0779-09 | 237-3066 | 736589690 | | | DONEPEZ TAB 10MG RIS 90@ | | | | | 6.76 | |
| | | | | | TABLET | | | | | | |
| 55111-0302-30 | 202-3257 | 736589690 | | | DONEPEZIL TAB 23MG DR/R 30@ | | | | | 26.11 | 6.1 |
| | | | | | TABLET | | | | | | |
| 00143-9803-50 | 242-9074 | 736589690 | | | DOXYCYC HYC CAP 100MG HIK  50@ | | | | | 5.78 | |
| | | | | | CAPSULE | | | | | | |
| 00003-0893-21 | 201-3290 | 736589690 | | | ELIQUIS TAB 2.5MG          60 | | | | | 3,195.60 | |
| | | | | | TABLET | | | | | | |
| 00003-0894-21 | 201-3282 | 736589690 | | | ELIQUIS TAB 5MG            60 | | | | | 4,793.40 | |
| | | | | | TABLET | | | | | | |
| 16714-0444-01 | 344-0880 | 736589690 | | | ENALAP MAL TB 10MG 100 NSTR | | | | | 4.69 | |
| | | | | | TABLET | | | | | | |
| 27241-0049-10 | 374-1782 | 736589690 | | | ENTACAPONE TAB 200MG AJAN 100@ | | | | | 89.76 | |
| | | | | | TABLET | | | | | | |
| 16714-0979-01 | 397-3625 | 736589690 | | | ESOMEP MAG DR CAP 20MG NSTR30@ | | | | | 5.91 | |
| | | | | | CAPSULE DR | | | | | | |
| 50228-0179-10 | 394-2810 | 736589690 | | | GABAPENTIN CAP 100MG SCI 1000@ | | | | | 68.31 | |
| | | | | | CAPSULE | | | | | | |
| 00832-1540-11 | 151-6095 | 736589690 | | | HALOPERIDOL TB 5MG U/S    100@ | | | | | 19.19 | |
| | | | | | TABLET | | | | | | |
| | 1516095 / N00832154011 Was Substituted for 3461977 / N68382007901 (HALOPERIDOL TAB 5MG ZYD 100@) by OneStop Generics | | | | | | | | | | |
| 13668-0105-01 | 215-9929 | 736589690 | | | ISOSOR MON ER TB 60MG TORR100@ | | | | | 8.75 | |
| | | | | | TAB ER 24H | | | | | | |

# M<sup>c</sup>KESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | |
|---|---|---|
| Billing No.: | 7393195978 | |
| Billing Date: | 01/23/2023 | |
| PO#: | cycle 1-22 | 00 |
| McK Connect UserID: | s8w9j5s8 | |

| 075344 | M02 | 035 | 3 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29300-0111-05 | 157-0696 | 736589690 | | ■ | LAMOTRIGINE TAB 25MG UNIC 500@ TABLET | ■ | ■ | ■ | ■ | 18.11 | |
| 16714-0196-01 | 236-5260 | 736589690 | | ■ | LAMOTRIGINE TB 150MG 60 NSTR@ TABLET | ■ | ■ | ■ | ■ | 4.54 | |
| 16714-0537-01 | 239-6364 | 736589690 | | ■ | LEVETIRAC TB 750MG 120 NSTR@ TABLET | ■ | ■ | ■ | ■ | 11.01 | |
| | 2396364 / N16714053701 Was Substituted for 1455849 / N68180011416 (LEVETIRAC TAB 750MG LUPI   120) by OneStop Generics | | | | | | | | | | |
| 00456-1201-30 | 200-8712 | 736589690 | | ■ | LINZESS CAP 145MCG          30 CAPSULE | | | ■ | ■ ■ | 481.96 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00456-1202-30 | 200-8720 | 736589690 | | ■ | LINZESS CAP 290MCG          30 CAPSULE | | | ■ | ■ | 481.96 | |
| 00456-1203-30 | 362-7650 | 736589690 | | ■ | LINZESS CAP 72MCG          30 CAPSULE | | | ■ | ■ | 481.96 | |
| 00555-0607-02 | 146-5269 | 736589690 | | ■ | MEGESTR TAB 40MG       BARR  100@ TABLET | | | ■ | ■ | 11.95 | |
| 68382-0547-16 | 154-7264 | 736589690 | | ■ | MEMANT HCL ER CP 14MG ZYD 90@ CAP SPR 24 | ■ | | ■ | ■ | 44.27 | |
| 00093-2203-05 | 173-1538 | 736589690 | | ■ | METOCLOPR TAB 10MG   TEV    500@ TABLET | ■ | | ■ | ■ | 15.91 | |
| 52817-0358-10 | 208-1503 | 736589690 | | ■ | METOPROLO TART TB37.5MGTRU100@ TABLET | ■ | | ■ | ■ | 6.98 | |
| 00245-0213-11 | 133-3301 | 736589690 | | ■ | MIDODRIN TAB 10MG   U/S   100@ TABLET | ■ | | ■ | ■ | 32.99 | |
| 00245-0212-11 | 133-2238 | 736589690 | | ■ | MIDODRIN TAB 5MG   U/S   100@ TABLET | ■ | | ■ | ■ | 36.76 | |
| 00469-2601-30 | 169-0817 | 736589690 | | ■ | MYRBETRIQ ER TAB 25MG          30 TAB ER 24H | ■ | | ■ | ■ ■ | 394.76 | |
| 00469-2602-30 | 169-0841 | 736589690 | | ■ | MYRBETRIQ ER TAB 50MG          30 TAB ER 24H | ■ | | ■ | ■ ■ | 394.76 | |
| 16729-0081-01 | 392-5484 | 736589690 | | ■ | NALTREXONE TAB 50MG ACC 100@ TABLET | ■ | | ■ | ■ | 51.06 | |
| | 3925484 / N16729008101 Was Substituted for 1726470 / N00406117001 (NALTREXONE TAB 50MG MALL   100@) by OneStop Generics | | | | | | | | | | |
| 16714-0439-01 | 323-7708 | 736589690 | | ■ | NITROFURANT CAP 100MG100 NSTR@ | ■ | | ■ | ■ | 34.09 | |

# MCKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393195978 |
|---|---|
| Billing Date: | 01/23/2023 |
| PO#: | cycle 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 4 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Product shipped is best dating available from manufacturer. | | | | | | |
| | | | | | CAPSULE | | | | | | |
| 55111-0163-05 | 346-7529 | 736589690 | ▮ | | OLANZAPINE TB 2.5MG DR/R 500 TABLET | ▮ | ▮ | ▮ | ▮ | 31.17 | |
| 43598-0164-05 | 346-7420 | 736589690 | ▮ | | OLANZAPINE TB 5MG DR/R 500 TABLET | ▮ | ▮ | ▮ | ▮ | 42.10 | |
| 68462-0395-01 | 359-5980 | 736589690 | ▮ | | OMEPRAZOLE DR CP 10MG GLEN100@ CAPSULE DR | ▮ | ▮ | ▮ | ▮ | 8.59 | |
| 51991-0292-05 | 323-3905 | 736589690 | ▮ | | OXCARBAZEPINE TB150MGBRECK500@ TABLET | ▮ | ▮ | ▮ | ▮ | 45.36 | |
| 68382-0256-01 | 379-6430 | 736589690 | ▮ | | OXYBUTYNIN CL ER TB10MGZYD100@ TAB ER 24 | ▮ | ▮ | | K | 12.16 | |
| 65862-0559-90 | 209-6378 | 736589690 | ▮ | | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | ▮ | ▮ | ▮ | ▮ | 3.31 | |
| 00597-0360-55 | 374-9454 | 736589690 | ▮ | | PRADAXA CAP 150MG         60 CAPSULE | ▮ | ▮ | ▮ | ▮ | 433.41 | |
| 57237-0180-90 | 363-4730 | 736589690 | ▮ | | PRAMIP DIHYD TB 0.125MG RIS90@ TABLET | ▮ | ▮ | ▮ | ▮ | 3.54 | |
| 53746-0544-05 | 370-1430 | 736589690 | ▮ | | PRIMIDONE TAB 50MG AMN 500@ TABLET | ▮ | ▮ | ▮ | ▮ | 103.74 | |
| 29300-0147-10 | 392-7357 | 736589690 | ▮ | | QUETIAPIN FUM TB 25MGUNIC1000@ TABLET | ▮ | ▮ | ▮ | ▮ | 26.60 | |
| | | 3927357 / N29300014710 Was temporarily substituted as a backup 3633757 / N67877024210 (QUETIAPINE FUM TB 25MG ASC1000) to Multi-Source | | | | | | | | | |
| 33342-0089-09 | 346-5242 | 736589690 | ▮ | | RIVASTIGM TART CP 1.5MG MAC60@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 11.61 | |
| 68462-0253-01 | 182-9183 | 736589690 | ▮ | | ROPINIROLE TB 0.25MG GLEN 100@ TABLET | ▮ | ▮ | ▮ | ▮ | 3.78 | |
| 16714-0989-01 | 396-8120 | 736589690 | ▮ | | ROSUVAST CALC TAB 10MG NSTR90@ TABLET | ▮ | ▮ | ▮ | ▮ | 3.81 | |
| 64896-0661-01 | 342-2706 | 736589690 | ▮ | | RYTARY CAP 23.75/95  100 CAPSULE ER | ▮ | ▮ | ▮ | ▮ | 730.78 | |
| 64896-0662-01 | 342-2722 | 736589690 | ▮ | | RYTARY CAP 36.25/145 100 CAPSULE ER | ▮ | ▮ | ▮ | ▮ | 365.39 | |
| 70954-0504-10 | 233-0983 | 736589690 | ▮ | | SELEGILINE CP 5MG NOV 60@ | ▮ | ▮ | ▮ | ▮ | 24.24 | |

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393195978 |
|---|---|
| Billing Date: | 01/23/2023 |
| PO#: | cycle 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 5 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0613-05 | 328-5012 | 736589690 | ■ | ■ | SERTRALIN TAB 100MG 500 NSTAR@ TABLET | ■ | ■ | ■ | ■ | 13.74 | |
| 16714-0683-03 | 144-5550 | 736589690 | ■ | ■ | SIMVASTAT TAB 20MG 1000 NSTAR@ TABLET | ■ | ■ | ■ | ■ | 14.88 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 16714-0713-02 | 363-9010 | 736589690 | ■ | ■ | TAMSULOSIN HCL CP0.4MG500NSTR@ CAPSULE | ■ | ■ | ■ | ■ | 43.98 | |
| 68382-0745-16 | 152-5211 | 736589690 | ■ | ■ | TIADYLT ER CP 120MG ZYD 90@ CAP SA 24H | ■ | ■ | ■ | ■ | 10.66 | |
| 68382-0806-05 | 378-6878 | 736589690 | ■ | ■ | TRAZODONE HCI TB 100MG ZYD500@ TABLET | ■ | ■ | ■ | ■ | 20.35 | |
| 68382-0805-10 | 378-6936 | 736589690 | ■ | ■ | TRAZODONE HCI TB 50MG ZYD1000@ TABLET | ■ | ■ | ■ | ■ | 25.49 | |
| 69238-1540-01 | 394-9005 | 736589690 | ■ | ■ | URSODIOL CAP 300MG AMN 100@ CAPSULE | ■ | ■ | ■ | ■ | 50.89 | |
| 23155-0249-01 | 204-7082 | 736589690 | ■ | ■ | VENLAF TAB 75MG AVET 100@ TABLET | ■ | ■ | ■ | ■ | 17.78 | |
| 16714-0044-01 | 232-1073 | 736589690 | ■ | ■ | VENLAFAX ER CP 75MG 90 NSTR@ CAP ER 24H | ■ | ■ | ■ | ■ | 6.92 | |
| 50458-0580-30 | 140-0167 | 736589690 | ■ | ■ | XARELTO TAB 10MG          30 TABLET | ■ | ■ | ■ | ■ | 947.04 | |
| 50458-0579-30 | 143-0024 | 736589690 | ■ | ■ | XARELTO TAB 20MG          30 TABLET | ■ | ■ | ■ | ■ | 1,894.08 | |

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7393195978 |
| **Billing Date:** | 01/23/2023 |
| **PO#:** | cycle 1-22      00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 6 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $16,557.38 | TOTAL CONTRACT PURCHASES: | $7,472.21 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $9,085.17 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $16,557.38
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $16,895.29

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 69 | 0 | 107 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393195978 | |
| **Billing Date:** | 01/23/2023 | |
| **PO#:** | cycle 1-22 | 00 |
| **McK Connect UserID:** | s8w9j5s8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 7 of 7 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3925484 / N16729008101 Was Substituted for 1726470 / N00406117001 (NALTREXONE TAB 50MG MALL  100@) by OneStop Generics
1516095 / N00832154011 Was Substituted for 3461977 / N68382007901 (HALOPERIDOL TAB 5MG ZYD 100@) by OneStop Generics
2396364 / N16714053701 Was Substituted for 1455849 / N68180011416 (LEVETIRAC TAB 750MG LUPI  120) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
3927357 / N29300014710 Was temporarily substituted as a backup 3633757 / N67877024210 (QUETIAPINE FUM TB 25MG ASC1000) to Multi-Source
1179233 / N00185013001 Is a temporary backup to primary program item 2435907 / N68382052701 (BUMETANIDE TAB 2MG ZYD 100@) on Multi-Source

**SUBSTITUTION OVERRIDES**
1445550 ( N16714068303 - SIMVASTAT TAB 20MG 1000 NSTAR@ ) 'DO NOT SUB' SELECTED.
2611598 ( N24689011901 - BUPROPION HCL TB 75MG APN 100@ ) 'DO NOT SUB' SELECTED.
3458536 ( N65862058701 - AMLO/BENA HCLCP10/40MGAURO100@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 69 | 0 | 107 | |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393195984 | |
| **Billing Date:** | 01/23/2023 | |
| **PO#:** | cycle 1-22 | 00 |
| **McK Connect UserID:** | s8w9j5s8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 704142-00007 | 248-3063 | 736589691 | 50 | FLORASTOR CAP 250MG CAPSULE | 130.60 |
| 810006-73038 | 393-6002 | 736589691 | | MAGNES OXIDE TAB 400MG MMP120@ TABLET | 2.36 |
| 030768-03553 | 275-2491 | 736589691 | 40 | S/D COENZYME Q-10 100MG | 12.38 |
| 030768-48678 | 198-7759 | 736589691 | 120 | S/D MELATONIN TAB 3MG TABLET | 17.67 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $132.96 |
| TOTAL OTC PURCHASES: | $163.01 | TOTAL NON CONTRACT PURCHASES: | $30.05 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $163.01
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $166.34

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393195984 |
| **Billing Date:** | 01/23/2023 |
| **PO#:** | cycle 1-22    00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

---

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 10 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| Billing No.: | 7393195985 |
| Billing Date: | 01/23/2023 |
| PO#: | we-owe 1-22      00 |
| McK Connect UserID: | s8w9j5s8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| 49884-0724-01 | 170-0293 | 736590534 | ▮▮ | | HYDROXYUR CAP 500MG PAR CAPSULE | 100@ | ▮▮▮ ▮ | ▮▮▮ ▮ | | 16.87 | |

**SUMMARY**

| TOTAL RX PURCHASES: | $16.87 | TOTAL CONTRACT PURCHASES: | $16.87 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

| NET PAYABLE BY STATEMENT DATE 02/10/2023: | $16.87 |
| GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023: | $17.21 |

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393195986 |
| Billing Date: | 01/23/2023 |
| PO#: | we-owe 1-22    00 |
| McK Connect UserID: | s8w9j5s8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * *McKesson Speciality Health / MPB Intersect ENT SINUVA* * *  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

CONTROLLED

| 65862-0676-05 | 350-2754 | 736590535 | ██ ██ | | ALPRAZOLAM TB 0.25MG  AURO 500@ | ██ | █ | ██ ██ | | 15.20 | |
| | | Above Item | ██ ██ | | Not filled complete - please reorder | | | | | | |
| | | | | | TABLET | | | | | | |

3502754 / N65862067605 Was temporarily substituted as a backup 2552933 / N51991070405 (ALPRAZOL TAB 0.25MG   BREK   500) to Multi-Source

### SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $15.20 | TOTAL CONTRACT PURCHASES: | $15.20 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**     $15.20
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**     $15.51

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393195986 | |
| **Billing Date:** | 01/23/2023 | |
| **PO#:** | we-owe 1-22   00 | |
| **McK Connect UserID:** | s8w9j5s8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
3502754 / N65862067605 Was temporarily substituted as a backup 2552933 / N51991070405 (ALPRAZOL TAB 0.25MG  BREK  500) to Multi-Source

**OMITTED ITEMS**
3502754 ( N65862067605 - ALPRAZOLAM TB 0.25MG AURO 500@ ) Not filled complete - please reorder

_____

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**DEA #: PM0018425**

| Credit Memo Information | Page |
|---|---|
| **Number:** 7393319422<br>**Date: 01/23/2023** | 1 of 1 |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA #: FP6379071**

| 75344<br>Customer Number | M02<br>Route | 035<br>Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date | 01/23/2023 |

## Corresponding Document

**Date:** 01/23/2023        **Reference:** 7393319425

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept.<br>Code | NDC/ UPC<br>NUMBER | ITEM<br>NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL<br>UNIT PRICE<br>CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX<br>(if applicable) | *H<br>M |
|---|---|---|---|---|---|---|---|---|---|---|
|  | U32420869762 | 2094316 | ■ | ■ | PRESER VISION AREDS2 SFTGL 120<br>CAPSULE | ■ | ■ | 27.82 | 0.00 |  |

**Original Invoice Number:** 7390392229          **Original Purchase Order:** CYCLE 1-9      00
**Original Invoice Date:** 01/10/2023             **Contract Reference ID:**

| | |
|---|---|
| Sales Tax Total: | **$0.00** |
| Gross Credit Amount: | **$27.82** |
| Less Trade Discount: | **$0.00** |
| Net Credit Amount: | **$27.82** |

| LINES | CASES | PIECES |
|---|---|---|
|  |  |  |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.
  - Flammable Compressed Gas
B - NonFlammable Compressed Gas N.O.S.
C - Flammable Liquid

D - Corrosive Material
E - Flammable Solid
F - Oxidizing Material
G - Poision Liquid or Solid Class B
T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Credit Memo Information | Page |
|---|---|
| **Number:**  7393319423 | 1  of  1 |
| **Date: 01/23/2023** | |

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/23/2023 |

## Corresponding Document

**Date:** 01/23/2023          **Reference:** 7393319426

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
|  | N24208050402 | 3925476 | ■ | ■ | VYZULTA OPH 0.24MG/ML   2.5ML DROPS | ■ | ■ | 228.80 | 0.00 | |

**Original Invoice Number:** 7390125976          **Original Purchase Order:** DAILY 1-6     02
**Original Invoice Date:**   01/09/2023          **Contract Reference ID:**

| | | |
|---|---|---|
| Sales Tax Total: | | $0.00 |
| Gross Credit Amount: | | $228.80 |
| Less Trade Discount: | | $0.00 |
| Net Credit Amount: | | $228.80 |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

CODES AND CLASSIFICATIONS:   <u>HAZARDOUS MATERIAL</u>

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                           E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE      **DEA #: PM0018425**
AURORA CO  80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP      **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **Credit Memo Information** | Page |
|---|---|
| **Number:** 7393319424 <br> **Date: 01/23/2023** | 1  of  1 |

| **75344** <br> **Customer Number** | M02 <br> Route | 035 <br> Stop |
|---|---|---|

| **Sales Territory ID** | 0307 |
|---|---|
| **Billing Date:** | 01/23/2023 |

## Corresponding Document

**Date:** 01/23/2023      **Reference:** 7393319427

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | U32420869762 | 2094316 | ▮ | ▮ | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ▮ | ▮ | 55.64 | 0.00 | |

**Original Invoice Number:** 7389394173      **Original Purchase Order:** CYCLE 1-4    00
**Original Invoice Date:** 01/05/2023      **Contract Reference ID:**

Sales Tax Total:      **$0.00**

Gross Credit Amount:      **$55.64**

Less Trade Discount:      **$0.00**

Net Credit Amount:      **$55.64**

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

CODES AND CLASSIFICATIONS:    HAZARDOUS MATERIAL

A - Flammable Compressed Gas N.O.S.        D - Corrosive Material
   - Flammable Compressed Gas             E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.    F - Oxidizing Material
C - Flammable Liquid                            G - Poision Liquid or Solid Class B
                                              T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | Page |
|---|---|
| Number:  7393319425 | 1  of  1 |
| **Date: 01/23/2023** | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/23/2023 |

### Corresponding Document

**Date:** 01/23/2023          **Reference:** 7393319422

**Pricing Correction Reason:**
   Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | U32420869762 | 2094316 | ■ | ■ | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ■ | ■ | 23.23 | 0.00 | |

**Original Invoice Number:** 7390392229          **Original Purchase Order:** CYCLE 1-9          00
**Original Invoice Date:**   01/10/2023           **Contract Reference ID:**   P10907-1

| | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$23.23** |
| **Gross Payable by Statement Due Date:** | **$23.70** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:**   **HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                           E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO 80011

| Invoice Information | Page |
|---|---|
| Number:  7393319426 | 1  of  1 |
| **Date: 01/23/2023** | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/23/2023 |

### Corresponding Document

**Date:** 01/23/2023          **Reference:** 7393319423

### Pricing Correction Reason:
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N24208050402 | 3925476 | ■ | ■ | VYZULTA OPH 0.24MG/ML   2.5ML DROPS | ■ | ■ | 228.79 | 0.00 | |

**Original Invoice Number:** 7390125976          **Original Purchase Order:** DAILY 1-6     02
**Original Invoice Date:**  01/09/2023          **Contract Reference ID:**   P10907-1

| | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$228.79** |
| **Gross Payable by Statement Due Date:** | **$233.46** |

| LINES | CASES | PIECES | THIS INVOICE IS PAYABLE TO McKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |
|---|---|---|---|

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                          D - Corrosive Material
  - Flammable Compressed Gas                                E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                       F - Oxidizing Material
C - Flammable Liquid                                         G - Poision Liquid or Solid Class B
                                                             T - Toxic Material

# MCKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE           **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | | Page |
|---|---|---|
| **Number:** 7393319427 | | 1 of 1 |
| **Date: 01/23/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP           **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/23/2023 |

## Corresponding Document

**Date:** 01/23/2023          **Reference:** 7393319424

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | U32420869762 | 2094316 | ■ | ■ | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ■ | ■ | 46.46 | 0.00 | |

**Original Invoice Number:** 7389394173       **Original Purchase Order:** CYCLE 1-4      00
**Original Invoice Date:** 01/05/2023       **Contract Reference ID:** P10907-1

| | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$46.46** |
| **Gross Payable by Statement Due Date:** | **$47.41** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                      D - Corrosive Material
  - Flammable Compressed Gas                             E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                   F - Oxidizing Material
C - Flammable Liquid                                     G - Poision Liquid or Solid Class B
                                                         T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**DEA #: PM0018425**

| Credit Memo Information | Page |
|---|---|
| **Number:**  7393351022 | 1  of  1 |
| **Date: 01/23/2023** | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA #: FP6379071**

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/23/2023 |

### Corresponding Document

**Date:** 01/23/2023        **Reference:** 7393351023

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | U32420869762 | 2094316 | ■ | ■ | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ■ | ■ | 27.82 | 0.00 | |

**Original Invoice Number:** 7388516104          **Original Purchase Order:** CYCLE 1-1      00
**Original Invoice Date:**  01/02/2023          **Contract Reference ID:**

| Sales Tax Total: | **$0.00** |
|---|---|
| **Gross Credit Amount:** | **$27.82** |
| Less Trade Discount: | **$0.00** |
| **Net Credit Amount:** | **$27.82** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:  HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.
  - Flammable Compressed Gas
B - NonFlammable Compressed Gas N.O.S.
C - Flammable Liquid

D - Corrosive Material
E - Flammable Solid
F - Oxidizing Material
G - Poision Liquid or Solid Class B
T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011 **DEA #: PM0018425**

| Invoice Information | | Page |
|---|---|---|
| Number:  7393351023 | | 1 of 1 |
| **Date: 01/23/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/23/2023 |

## Corresponding Document

**Date:** 01/23/2023        **Reference:** 7393351022

**Pricing Correction Reason:**
        Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

\* HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | U32420869762 | 2094316 | ■ | ■ | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ■ | ■ | 23.23 | 0.00 | |

**Original Invoice Number:** 7388516104        **Original Purchase Order:** CYCLE 1-1        00
**Original Invoice Date:** 01/02/2023        **Contract Reference ID:**   P10907-1

| | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$23.23** |
| **Gross Payable by Statement Due Date:** | **$23.70** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO McKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
 - Flammable Compressed Gas                                E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                F - Oxidizing Material
C - Flammable Liquid                                              G - Poision Liquid or Solid Class B
                                                                        T - Toxic Material

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496382 | |
| **Billing Date:** | 01/24/2023 | |
| **PO#:** | QO01232023 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* McKesson Speciality Health / MPB Intersect ENT SINUVA\* \* \*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68180-0723-04 | 154-8783 | 736641301 | ▮ | | CEFDINIR OS 250MG/5ML LUP60ML@ SUSP RECON | ▮ | ▮ | ▮ | ▮ | 7.10 | |

'DO NOT SUB' SELECTED.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7.10 | TOTAL CONTRACT PURCHASES: | $7.10 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $7.10
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $7.24

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7393496382 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | QO01232023      00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**

1548783 ( N68180072304 - CEFDINIR OS 250MG/5ML LUP60ML@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7393496383 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | c-2          01 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

NARCOTIC
| 54092-0387-01 | 248-2974 | 736675930 | ▮ | ▮ | ADDERALL XR CAP 20MG          100 | ▮ | ▮ | ▮ | | 676.53 | |
| | CSOS ID - 23X100004 | | | | CAP ER 24H | | | | | | |

NARCOTIC
| 00406-9112-76 | 234-2434 | 736675930 | ▮ | ▮ | FENTAN TRAN PTC12MCG/HR MALL5@ | ▮ | ▮ | ▮ | | 53.23 | |
| | CSOS ID - 23X100004 | | | | PATCH TD72 | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |

NARCOTIC
| 47781-0426-47 | 362-1018 | 736675930 | ▮ | ▮ | FENTANYL TDS 50MCG/H ALV 5@ | ▮ | ▮ | ▮ | | 24.25 | |
| | CSOS ID - 23X100004 | | | | PATCH TD72 | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |

NARCOTIC
| 00406-0125-05 | 328-4221 | 736675930 | ▮ | ▮ | HYDROC B+ AC 10/325 MALL 500@ | ▮ | ▮ | ▮ | | 45.37 | |
| | CSOS ID - 23X100004 | | | | TABLET | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |

NARCOTIC
| 00406-0123-05 | 328-4262 | 736675930 | ▮ | ▮ | HYDROC B+ AC TB 5/325 MALL 500@ | ▮ | ▮ | ▮ | | 30.85 | |
| | CSOS ID - 23X100004 | | | | | | | | | | |

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496383 | |
| **Billing Date:** | 01/24/2023 | |
| **PO#:** | c-2 | 01 |
| **McK Connect UserID:** | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TABLET | 'DO NOT SUB' SELECTED. | | | | | | |
| NARCOTIC 00406-0124-05 | 328-4296 | 736675930 | ■ | ■ | HYDROC B+ AC TB 7.5/325MALL500@ | ■ | ■ | ■ | ■ | 47.65 | |
| | CSOS ID - 23X100004 | | | TABLET | | | | | | | |
| NARCOTIC 00406-0552-01 | 188-6852 | 736675930 | ■ | ■ | OXYCOD TAB 5MG        MALL   100@ | ■ | ■ | ■ | ■ | 41.46 | |
| | CSOS ID - 23X100004 | | | TABLET | 'DO NOT SUB' SELECTED. | | | | | | |
| | | | | | 'DO NOT SUB' SELECTED. | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $919.34 | TOTAL CONTRACT PURCHASES: | $242.81 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $676.53 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $919.34
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $938.10

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 7 | 0 | 12 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496383 | |
| **Billing Date:** | 01/24/2023 | |
| **PO#:** | c-2 | 01 |
| **McK Connect UserID:** | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**
3284221 ( N00406012505 - HYDROC B+ AC 10/325 MALL 500@ ) 'DO NOT SUB' SELECTED.
3621018 ( N47781042647 - FENTANYL TDS 50MCG/H ALV 5@ ) 'DO NOT SUB' SELECTED.
3284296 ( N00406012405 - HYDROC B+ AC TB 7.5/325MALL500@ ) 'DO NOT SUB' SELECTED.
1886852 ( N00406055201 - OXYCOD TAB 5MG      MALL  100@ ) 'DO NOT SUB' SELECTED.
3284262 ( N00406012305 - HYDROC B+ AC TB 5/325 MALL 500@ ) 'DO NOT SUB' SELECTED.
2342434 ( N00406911276 - FENTAN TRAN PTC12MCG/HR MALL5@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 7 | 0 | 12 | |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393496384 |
|---|---|
| Billing Date: | 01/24/2023 |
| PO#: | cycle 1-23        00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * *McKesson Speciality Health / MPB Intersect ENT SINUVA* * *   SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 369618-03206 | 366-9942 | 736856195 | ▮ | ▮ | SIMETHICONE 125MG CHW REL 60 TAB CHEW | ▮ | | ▮ | ▮ | 4.68 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $4.68 |
| TOTAL OTC PURCHASES: | $4.68 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $4.68
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $4.78

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496385 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | cycle 1-23      00 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 3 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65862-0560-99 | 330-0613 | 736856197 | ■ | | PANTOPRAZ SOD DR 40MG AUR1000@ TABLET DR | ██ ■ | | ■ ■ | | 41.93 | |
| 10631-0008-30 | 392-4719 | 736856197 Above Item | ■ ■ | | KAPSPARGO SPRINKLE CP 25MG   30 Temporarily out - please reorder CAP SPR 24 | ██ ■ | | | | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $41.93 | TOTAL CONTRACT PURCHASES: | $41.93 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**   $41.93
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**   $42.79

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393496385 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | cycle 1-23     00 |
| **McK Connect UserID:** | h5p1d7x2 |

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7393496385 | | |
| **Billing Date:** | 01/24/2023 | | |
| **PO#:** | cycle 1-23 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

**DC:**

MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE            **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                        **SHIP TO:**                      **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07           PREMIER PHARMACY GROUP 07        **PHCY:**  PDO1680000122
4162 E BIJOU ST                     4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824     COLORADO SPRINGS CO
80909-6824


* * * * * * * * * * * * * * * * * *   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   * * * * * * * * * * * * * * * * * *


**OMITTED ITEMS**

3924719 ( N10631000830 - KAPSPARGO SPRINKLE CP 25MG  30 ) Temporarily out - please reorder

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON                 Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7393496386 | | |
| **Billing Date:** | 01/24/2023 | | |
| **PO#:** | daily 1-23 | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

MCKESSON CORPORATION DC#8131     **Phone:**   855/625-7385
14500 EAST 39th AVENUE           **DEA:**     PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                      **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07         **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * *McKesson Speciality Health / MPB Intersect ENT SINUVA* * *  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-23

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 00088-2220-33 | 272-2601 | 736857141 | ■ ■ | LANTUS INSULIN VIAL   10ML VIAL | 249.66 |
| 00002-1506-80 | 261-7819 | 736857141 | ■ ■ | MOUNJARO 2.5MG/0.5MLX4PEND AM PEN INJCTR | 971.68 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,221.34 | TOTAL CONTRACT PURCHASES: | $249.66 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $971.68 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**   $1,221.34
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**   $1,246.27

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** **Statement for information only** Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| Billing No.: | 7393496388 |
|---|---|
| Billing Date: | 01/24/2023 |
| PO#: | daily 1-23         00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

Phone: 855/625-7385
DEA: PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

DEA: FP6379071
PHCY: PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Need call tags, coolers/icepacks, tote ties, or Class-II envelopes? | | | | | | |
| | | | | | Effective 9/08/2010, now order your DC supplies online along | | | | | | |
| | | | | | with your other McKesson products using newly assigned item numbers. | | | | | | |
| | | | | | New item numbers for DC supplies: | | | | | | |
| | | | | | - Tote ties 136-6723 (Return Kit-Regular) | | | | | | |
| | | | | | - Call Tags 141-4291 (Return Kit-DEA) | | | | | | |
| | | | | | - Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated) | | | | | | |
| | | | | | - Class II envelopes 292-8976 (Envelope CII Order Form) | | | | | | |

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-23

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68180-0963-01 | 156-4558 | 736857142 | ■ | ■ | ALBUTEROL SUL INH90MCGLUP8.5G@ HFA AER AD | ■ | ■ | ■ | ■ | 209.80 | |
| 16714-0631-01 | 126-1700 | 736857142 | ■ | ■ | ALENDRONAT SOD TB10MG 30NSTAR@ TABLET | ■ | ■ | ■ | ■ | 2.54 | |
| 00023-9321-05 | 215-4771 | 736857142 | ■ | ■ | ALPHAGAN-P OPH SOL 0.1%     5ML DROPS | ■ | ■ | ■ | ■ | 184.58 | |
| | | | | | Product shipped is best dating available from manufacturer. | | | | | | |
| 55150-0114-20 | 249-1835 | 736857142 | ■ | ■ | AMPICIL INF 2GM     AUR/M     10@ VIAL | ■ | ■ | ■ | ■ | 119.95 | |
| | | | | | 'DO NOT SUB' SELECTED. | | | | | | |
| | | | | | Product shipped is best dating available from manufacturer. | | | | | | |
| 00597-0087-17 | 143-0388 | 736857142 | ■ | ■ | ATROVENT HFA INH AERO     12.9GM HFA AER AD | ■ | ■ | ■ | ■ | 435.30 | |
| 16714-0019-30 | 156-5746 | 736857142 | ■ | ■ | BUDESON INH/S .5MG/2ML NSTR30@ AMPUL-NEB | ■ | ■ | ■ | ■ | 101.04 | |
| | | | | | 'DO NOT SUB' SELECTED. | | | | | | |
| 16571-0813-20 | 261-2208 | 736857142 | ■ | ■ | CALC ACET CP 667MG RIS 200@ CAPSULE | ■ | ■ | ■ | ■ | 47.23 | |
| 00116-2001-16 | 246-9146 | 736857142 | ■ | ■ | CHLORHEX GLUC .12%+ ALC XTT16Z@ MOUTHWASH | ■ | ■ | ■ | ■ | 8.00 | |

# MCKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393496388 |
|---|---|
| Billing Date: | 01/24/2023 |
| PO#: | daily 1-23   00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61314-0656-05 | 126-6089 | 736857142 | ▮ | ▮ | CIPROFLOX O/S 0.3%  SAN  5ML@ DROPS | ▮ | ▮ | ▮ | ▮ | 31.85 | |
| 60505-0815-00 | 140-2403 | 736857142 | ▮ | ▮ | DESMOPR NASAL SPR0.01% APX5ML@ SPRAY/PUMP | ▮ | | ▮ | K | 17.46 | |
| 42571-0141-26 | 255-3725 | 736857142 | ▮ | ▮ | DORZOLAMID HCL O/S 2% MIC10ML@ DROPS | ▮ | | ▮ | ▮ | 8.49 | |
| 00173-0720-20 | 126-2161 | 736857142 | ▮ | ▮ | FLOVENT HFA 220MCG+ CNTR 120DSE AER W/ADAP | ▮ | | ▮ | ▮ | 403.98 | 2.2 |
| 00054-3270-99 | 165-9457 | 736857142 | ▮ | ▮ | FLUTICAS NAS SPR 50MCGHIK16GM@ SPRAY SUSP | | | | | 32.80 | |
| 00093-3608-82 | 364-9621 | 736857142 | ▮ | ▮ | FLUTICAS/SAL  INH113/14TEV60@ AER POW BA | ▮ | | ▮ | | 89.76 | |
| 57599-0803-00 | 155-3890 | 736857142 | ▮ | ▮ | FREESTYLE LIBRE 2 READER EACH | ▮ | | ▮ | | 132.98 | 9.0 |
| 57599-0001-01 | 253-5193 | 736857142 | ▮ | ▮ | FREESTYLE LIBRE SENSOR 14D KIT | ▮ | | ▮ | | 58.09 | |
| | | | | | Product shipped is best dating due to manufacturer processes. | | | | | | |
| 00006-0112-31 | 180-1448 | 736857142 | ▮ | ▮ | JANUVIA TAB  50MG        30 TABLET | ▮ | | ▮ | ▮ ▮ | 493.74 | |
| 50228-0190-60 | 231-8848 | 736857142 | ▮ | ▮ | LEVETIRAC ER TAB 750MG SCI 60@ TAB ER 24H | ▮ | | ▮ | ▮ | 21.94 | |
| | | 2318848 / N50228019060 Was Substituted for 1629856 / N68180011807 (LEVETIRAC ER TB 750MG LUP  60@) by OneStop Generics | | | | | | | | | |
| | | Product shipped is best dating available from manufacturer. | | | | | | | | | |
| 16714-0878-01 | 344-1185 | 736857142 | ▮ | ▮ | LIDOCAINE OINT 5% NSTR 35.44G@ OINT. (G) | ▮ | | ▮ | | 5.74 | |
| 68462-0180-22 | 214-4632 | 736857142 | ▮ | ▮ | MUPIROCIN OINT 2%    GLEN 22GM@ OINT. (G) | ▮ | | ▮ | | 2.47 | |
| 16714-0769-02 | 377-8156 | 736857142 | ▮ | ▮ | NYSTAT PWD 100000U/GM30G NSTR@ POWDER | ▮ | | ▮ | | 19.56 | |
| 57237-0078-30 | 363-4532 | 736857142 | ▮ | ▮ | ONDANSETRON OD TAB 8MG RIS 30@ TAB RAPDIS | ▮ | | ▮ | ▮ | 10.10 | |
| 65862-0560-90 | 202-8371 | 736857142 | ▮ | ▮ | PANTOPRAZOL DR TB40MG AURO90@ TABLET DR | ▮ | | ▮ | | 18.80 | |
| 08290-3201-09 | 186-6359 | 736857142 | ▮ | ▮ | PEN NDL SHORT BD 31G 8MM    100 | ▮ | ▮ | ▮ | | 101.56 | |

# McKESSON

# Invoice

| Billing No.: | 7393496388 |
| Billing Date: | 01/24/2023 |
| PO#: | daily 1-23      00 |
| McK Connect UserID: | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 3 of 4 |
| Customer | Route | Stop | Page |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DIS NEEDLE | | | | | | |
| 42571-0357-07 | 234-5890 | 736857142 | ■ | ■ | POTASSIUM CHL OS 10% MIC473ML@ LIQUID | ■ | ■ | ■ | ■ | 92.50 | |
| 60758-0119-05 | 189-5325 | 736857142 | ■ | ■ | PREDNISOL AC OPH 1% GRE  5ML@ DROPS SUSP | ■ | ■ | ■ | ■ | 19.14 | |
| 00023-9163-30 | 188-8007 | 736857142 | ■ | ■ | RESTASIS OPTH EMUL .4ML UDV 30 DROPERETTE | ■ | ■ | ■ | ■ | 612.88 | |
| 00023-9163-60 | 180-3972 | 736857142 | ■ | ■ | RESTASIS OPTH EMUL .4ML UDV 60 DROPERETTE | ■ | ■ | ■ | ■ | 612.92 | |
| 68180-0723-04 | 154-8783 | 736857142 Above Item | ■ | ■ | CEFDINIR OS 250MG/5ML LUP60ML@ Manufacturer limiting supply - full omit SUSP RECON | | | ■ | ■ | | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 00121-4675-40 | 368-4172 | 736857142 Above Item | ■ | ■ | VALPROIC SYRP250/5 UD P/ACS40@ Manufacturer cannot supply SOLUTION | | | ■ | ■ | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,895.20 | TOTAL CONTRACT PURCHASES: | $2,763.29 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,131.91 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**  $3,895.20
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**  $3,974.69

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 28 | 0 | 71 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496388 | |
| **Billing Date:** | 01/24/2023 | |
| **PO#:** | daily 1-23 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2318848 / N50228019060 Was Substituted for 1629856 / N68180011807 (LEVETIRAC ER TB 750MG LUP  60@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
1548783 ( N68180072304 - CEFDINIR OS 250MG/5ML LUP60ML@ ) 'DO NOT SUB' SELECTED.
1565746 ( N16714001930 - BUDESON INH/S .5MG/2ML NSTR30@ ) 'DO NOT SUB' SELECTED.
2491835 ( N55150011420 - AMPICIL INF 2GM   AUR/M   10@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
1548783 ( N68180072304 - CEFDINIR OS 250MG/5ML LUP60ML@ ) Manufacturer limiting supply - full omit
3684172 ( N00121467540 - VALPROIC SYRP250/5 UD P/ACS40@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces |
|---|---|---|
| 28 | 0 | 71 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496395 | |
| **Billing Date:** | 01/24/2023 | |
| **PO#:** | daily 1-23 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-23

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|
| 365702-70195 | 360-6712 | 736857143 | ■ | ACCU-CHEK GUIDE TEST STRIPS 50 STRIP | 66.27 | |
| 305361-10301 | 364-3269 | 736857143 | ■ | ALCOHOL PREP PADS MAJ 100@ MED. PAD | 5.10 | 4.1 |
| 382903-26895 | 116-5133 | 736857143 | ■ | ALCOHOL SWAB REG 326895 BD 100 MED. PAD | 6.03 | |
| 072140-01187 | 356-7013 | 736857143 | ■ | EUCERIN ECZEMA BODY CREME 8Z | 9.33 | |
| 699073-70822 | 170-0608 | 736857143 | ■ | FREESTYLE LITE TEST STRIPS 50 STRIP | 76.29 | |
| 358657-50508 | 351-8248 | 736857143 | ■ | GUAIF DM SYR10/100MGMETH237ML@ SYRUP | 5.72 | |
| 786227-30105 | 254-0417 | 736857143 | ■ | LANCET SURECOMF 30G 100 EACH | 8.80 | |
| 358602-70176 | 235-8042 | 736857143 | ■ | LOPERAMIDE AD CAPL 2MG AURH24@ TABLET | 2.94 | |
| 037000-74079 | 112-7752 | 736857143 | ■ | METAMUCIL S/T SUG ORNG 72DSE POWDER | 15.74 | |
| 353885-00975 | 200-2459 | 736857143 | ■ | ONETOUCH VERIO TEST STRIP 100 STRIP | 74.51 | |
| 080196-52856 | 346-7537 | 736857143 | ■ | REMDY PHYTOPLEX ANT/F PWD3Z | 8.62 | |

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7393496395 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | daily 1-23    00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 030768-15745 | 197-2629 | 736857143 | | | POWDER S/D MELATONIN TAB 5MG      90 | █ | | █ | | 14.97 | |
| 021292-00616 | 330-3732 | 736857143 | █ | █ | TRUE METRIX TEST STRIPS 100 STRIP | █ | | █ | | 349.86 | |
| 079854-20025 | 124-6628 | 736857143 | █ | | VIT B-2 TAB 25MG    NAT/V  100 TABLET | █ | | █ | | 4.51 | |
| 325550-01600 | 152-1178 | 736857143 | █ | █ | VITAM B12 TAB 1000MCG MMP 500@ TABLET | █ | | █ | █ | 12.58 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $26.34 |
| TOTAL OTC PURCHASES: | $661.27 | TOTAL NON CONTRACT PURCHASES: | $634.93 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $661.27
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $674.77

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 15 | 0 | 39 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7393496396 | | |
| **Billing Date:** | 01/24/2023 | | |
| **PO#:** | QO01232023 | 00 | |
| **McK Connect UserID:** | i0o6y0h1 | | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0634-03 | 239-0326 | 736858381 | █ | | OMEPRAZOLE DR CP 20MG1000NSTR@ CAPSULE DR | █ | █ | █ | █ | 29.02 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $29.02 | TOTAL CONTRACT PURCHASES: | $29.02 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $29.02
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $29.61

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393496397 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | QO01232023  00 |
| **McK Connect UserID:** | i0o6y0h1 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 307660-74610 | 134-1429 | 736859137 | 160 | | TUMS ULTRA TAB ASST FRUIT TAB CHEW | ▉ | | ▉ | | 16.18 | |

### SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $16.18 | | TOTAL NON CONTRACT PURCHASES: | $16.18 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $16.18
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $16.51

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice. |

# McKESSON

## Drop Ship Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393520873 |
| **Billing Date:** | 01/24/2023 |
| **PO#:** | daily 1-6   01 |
| **McK Connect UserID:** | s8w9j5s8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

Pharm Contact :David Reed
Pharm Contact # :3177539111
Overnight Delivery Requested:No

| NDC/UPC# | ITEM# | | | ITEM DESCRIPTION | | | | | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 38779-6496-01 | 392-1574 | ▮ ▮ | | RCRA WASTE BLK 18 GAL MED 5DS | | ▮ | ▮ | | 308.98 |

MEDISCA INC, MCK PO# daily 1-6 01M7950, INV# 000000003045048, 01/11/2023

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $308.98 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $308.98 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $308.98
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $315.29

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Returns Credit

| Billing No.: | 7393599497 |
|---|---|
| Billing Date: | 01/24/2023 |
| Ref Doc#: | 6551689769 |
| Ref Doc Date: | 01/19/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2022 | 7377206624 | AD | 263-0002 | | ▮ | EVOXAC CAP 30MG CAPSULE | 100 | Saleable Return | 657.17 | H |
| 01/09/2023 | 7390125979 | AD | 399-0124 | | ▮ | GABAPENTIN CAP 100MG SKYUD100@ CAPSULE | | Saleable Return | 11.48 | |
| 01/09/2023 | 7390125990 | AD | 391-6681 | | ▮ | METHOCARB TAB 750MG BAY 500@ TABLET | | Saleable Return | 76.64 | |
| 01/06/2023 | 7389677886 | AD | 152-5252 | | ▮ | TIADYLT ER CP 360MG ZYD 90@ CAP SA 24H | | Saleable Return | 50.52 | |
| 01/19/2023 | 7392493599 | AD | 327-0550 | | ▮ | TOVIAZ 8MG TAB TAB ER 24H | 30 | Saleable Return | 357.65 | |

# MᶜKESSON

# Returns Credit

| | |
|---|---|
| **Billing No.:** | 7393599497 |
| **Billing Date:** | 01/24/2023 |
| **Ref Doc#:** | 6551689769 |
| **Ref Doc Date:** | 01/19/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**NET CREDIT AMOUNT:** $1,153.46

# MᶜKESSON

## Returns Credit

| | |
|---|---|
| Billing No.: | 7393601500 |
| Billing Date: | 01/24/2023 |
| Ref Doc#: | 6551689769 |
| Ref Doc Date: | 01/19/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/09/2023 | 7390125972 | RA | 231-7006 | ▮ | ACETAM TAB 325MG RUG 50@ TABLET | Saleable Return | 20.14 |
| 01/09/2023 | 7390125972 | RA | 392-9254 | ▮ | ASPIRIN 81MG CHEW TAB 90 TAB CHEW | Saleable Return | 5.12 |
| 01/13/2023 | 7391295554 | TA | 184-8522 | ▮ 12 | SM ANTI-DIARRH CAPL TABLET | Saleable Return | 6.96 |

**NET CREDIT AMOUNT:** $32.22

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393781304 |
| Billing Date: | 01/25/2023 |
| PO#: | we-owe 1-23      00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
| --- | --- | --- | --- |
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\* SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 699073-70822 | 170-0608 | 736889662 | ▮▮ | | FREESTYLE LITE TEST STRIPS  50 STRIP | ▮▮▮ | ▮▮▮ | | 152.58 |

### SUMMARY

| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| --- | --- | --- | --- |
| TOTAL OTC PURCHASES: | $152.58 | TOTAL NON CONTRACT PURCHASES: | $152.58 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $152.58
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $155.69

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
| --- | --- | --- | --- |
| 1 | 0 | 2 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | | Billing No.: | 7393781306 |
|---|---|---|---|---|---|
| | | | | Billing Date: | 01/25/2023 |
| | | | | PO#: | daily 1-24      00 |
| | | | | McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131   **Phone:** 855/625-7385
14500 EAST 39th AVENUE   **DEA:** PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-24

| 00173-0717-20 | 188-8536 | 737130857 | | | ADVAIR HFA+ 230MCG/21MCG 120DSE HFA AER AD | | | | | 506.85 | |
| 21922-0009-09 | 152-5203 | 737130857 | | | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | | | | | 31.95 | |
| 00003-0893-21 | 201-3290 | 737130857 | 60 | | ELIQUIS TAB 2.5MG TABLET | | | | | 1,597.80 | |
| 00003-0894-21 | 201-3282 | 737130857 | 60 | | ELIQUIS TAB 5MG TABLET | | | | | 1,597.80 | |
| 57599-0800-00 | 155-3874 | 737130857 | | | FREESTYLE LIBRE 2 SENSOR KIT | | | | | 348.54 | |

Product shipped is best dating due to manufacturer processes.

| 00173-0873-10 | 340-7947 | 737130857 | | | INCRUSE ELLIPTA RETAIL 30 BLST W/DEV | | | | | 336.32 | |
| 10631-0008-30 | 392-4719 | 737130857 | 30 | | KAPSPARGO SPRINKLE CP 25MG CAP SPR 24 | | | | | 50.20 | |
| 00603-1880-16 | 259-0248 | 737130857 | | | LIDOCAINE PTCH 5%/700MG PAR30@ ADH. PATCH | | | | | 236.64 | |

2590248 / N00603188016 Was Substituted for 2333128 / N65162079108 (LIDOCAINE PATCH 5% AMN 30@) by OneStop Generics

| 00597-0075-41 | 177-1930 | 737130857 | 30 | | SPIRIVA HANDIHALER CAP W/DEV | | | | | 943.48 | |

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | | 7393781306 | |
| **Billing Date:** | | 01/25/2023 | |
| **PO#:** | | daily 1-24 | 00 |
| **McK Connect UserID:** | | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50458-0579-30 | 143-0024 | 737130857 | ▮ | ▮ | XARELTO TAB 20MG TABLET | 30 | ▬ ▮ | ▬ ▮ ▮ | | 473.52 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $6,123.10 | TOTAL CONTRACT PURCHASES: | $1,735.79 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $4,387.31 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $6,123.10
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $6,248.06

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 27 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7393781306 | | |
| **Billing Date:** | 01/25/2023 | | |
| **PO#:** | daily 1-24 | 00 | |
| **McK Connect UserID:** | c7t5d2c8 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
2590248 / N00603188016 Was Substituted for 2333128 / N65162079108 (LIDOCAINE PATCH 5% AMN 30@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 27 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No.: | 7393781309 | |
| Billing Date: | 01/25/2023 | |
| PO#: | daily 1-24 | 00 |
| McK Connect UserID: | c7t5d2c8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

---

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-24



| NDC/UPC# | ITEM# | DEL DOC# | | DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 357896-18405 | 244-0923 | 737130858 | | ARTIFICIAL TEARS 15ML DROPS | | 1.31 |
| 085251-85003 | 115-3972 | 737130858 | | BAG ECON-ZIP 2M 3X5 ACT CS1000 | | 96.56 |
| 085251-85006 | 201-8604 | 737130858 | | BAG ECON-ZIP 2M 5X8 ACT CS1000 | | 215.68 |
| 085251-85008 | 201-8612 | 737130858 | | BAG ECON-ZIP 2M 6X9 ACT CS1000 | | 105.36 |
| 603382-30260 | 246-2257 | 737130858 | | BAG ZIPLOCK 4MIL 12X15 RD  500 | | 172.23 |
| 369618-03206 | 366-9942 | 737130858 | | SIMETHICONE 125MG CHW REL 60 TAB CHEW | | 2.34 |
| 300651-43302 | 220-2554 | 737130858 | | SYSTANE BAL REST EYE DROP 10ML DROPS | | 11.53 |
| 375834-17001 | 390-8399 | 737130858 | | ZINC OXIDE OINT NIV 1OZ@ OINT. (G) | | 6.72 |
| 375834-17002 | 390-8407 | 737130858 | | ZINC OXIDE OINT NIV 2OZ@ OINT. (G) | | 13.44 |

Product shipped is best dating available from manufacturer.

**SUMMARY**

# MCKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| **Billing No.:** | 7393781309 |
| **Billing Date:** | 01/25/2023 |
| **PO#:** | daily 1-24      00 |
| **McK Connect UserID:** | c7t5d2c8 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

TOTAL RX PURCHASES: $0.00  TOTAL CONTRACT PURCHASES: $613.64
TOTAL OTC PURCHASES: $625.17  TOTAL NON CONTRACT PURCHASES: $11.53

NET PAYABLE BY STATEMENT DATE 02/10/2023: $625.17
GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023: $637.93

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 9 | 13 | 33 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7393781311 |
| **Billing Date:** | | 01/25/2023 |
| **PO#:** | daily 1-24 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-24
CONTROLLED

| 00143-9659-01 | 360-2687 | 737130859 | ▮ ▮ | | TESTOS CYP 200MG/ML HIK 1ML VIAL | ▮ ▮ | | ▮ ▮ | | 13.30 | |

3602687 / N00143965901 Is a temporary backup to primary program item 3937802 / N69097080232 (TESTOS CYP SDV200MG/ML CIP1ML@) on Multi-Source

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $13.30 | TOTAL CONTRACT PURCHASES: | $13.30 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $13.30
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $13.57

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** <br> Claims must be made within 5 days and show date of invoice. |

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393781311 |
| **Billing Date:** | 01/25/2023 |
| **PO#:** | daily 1-24    00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**

3602687 / N00143965901 Is a temporary backup to primary program item 3937802 / N69097080232 (TESTOS CYP SDV200MG/ML CIP1ML@) on Multi-Source

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7393781312 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | daily 1-24    00 |
| McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131          **Phone:**     855/625-7385
14500 EAST 39th AVENUE                         **DEA:**        PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                                  **DEA:**     FP6379071
PREMIER PHARMACY GROUP 07           **PHCY:**    PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * *McKesson Speciality Health / MPB Intersect ENT SINUVA* * *  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 Ll Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-24

| 00002-7510-01 | 162-2513 | 737130860 | | | ■ ■ HUMALOG VIAL 100U VIAL | 10ML | | ■ ■ | ■ ■ | ■ | 495.74 | |

Product shipped is best dating available from manufacturer.

| 00088-2220-33 | 272-2601 | 737130860 | | | ■ ■ LANTUS INSULIN VIAL VIAL | 10ML | | ■ ■ | ■ ■ | ■ | 499.32 | |
| 00169-3687-12 | 216-8227 | 737130860 | | | ■ ■ LEVEMIR VIAL VIAL | 10ML | | ■ ■ | ■ ■ | ■ | 1,685.76 | |
| 24208-0504-02 | 392-5476 | 737130860 | | | ■ ■ VYZULTA OPH 0.24MG/ML DROPS | 2.5ML | | ■ ■ | ■ ■ | ■ | 228.79 | |

### SUMMARY

| TOTAL RX PURCHASES: | $2,909.61 | TOTAL CONTRACT PURCHASES: | $2,909.61 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**     $2,909.61
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**     $2,968.99

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393781312 |
| **Billing Date:** | 01/25/2023 |
| **PO#:** | daily 1-24     00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7393781313 |
| **Billing Date:** | 01/25/2023 |
| **PO#:** | We Owe 1-24    00 |
| **McK Connect UserID:** | s8w9j5s8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 047469-04837 | 193-8216 | 737132032 | | ▌ | NTRL MELATONIN TR TAB 5MG 100 | ▆ | | ▆ | | 12.70 | |
| 094841-25517 | 360-9088 | 737132032 | | ▌ | SIMILAS EAR WAX REMOVAL KIT | ▆ | | ▆ | | 30.45 | |
| 010939-17244 | 183-5453 | 737132032 | | ▌ | SM OMEPRAZ TAB 20MG     42 TABLET DR | ▆ | | ▆ | | 86.95 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $130.10 | TOTAL NON CONTRACT PURCHASES: | $130.10 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**  $130.10
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**  $132.76

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 3 | 0 | 12 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7393781314 | | |
| **Billing Date:** | 01/25/2023 | | |
| **PO#:** | We Owe 1-24 | 00 | |
| **McK Connect UserID:** | s8w9j5s8 | | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* McKesson Speciality Health / MPB Intersect ENT SINUVA\* \* \*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 65862-0559-90 | 209-6378 | 737132034 | ▮ | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | 6.62 |
| 16714-0559-01 | 262-2116 | 737132034 | ▮ | PRAVASTA SODTB 20MG 90NSTR@ TABLET | 5.73 |
| | 2622116 / N16714055901 Was Substituted for 1369719 / N00093720198 (PRAVAST TAB 20MG   TEV   90@) by OneStop Generics | | | | |
| 50458-0579-30 | 143-0024 | 737132034 | ▮ | XARELTO TAB 20MG      30 TABLET | 473.52 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $485.87 | TOTAL CONTRACT PURCHASES: | $485.87 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $485.87
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $495.79

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7393781314 |
| **Billing Date:** | 01/25/2023 |
| **PO#:** | We Owe 1-24    00 |
| **McK Connect UserID:** | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE              **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                         **SHIP TO:**                          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07            PREMIER PHARMACY GROUP 07            **PHCY:**   PDO1680000122
4162 E BIJOU ST                      4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824      COLORADO SPRINGS CO
80909-6824

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 4 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>C</sup>KESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| Billing No.: | 7393781314 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | We Owe 1-24   00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**

2622116 / N16714055901 Was Substituted for 1369719 / N00093720198 (PRAVAST TAB 20MG     TEV     90@) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 4 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393781316 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24      00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \*McKesson Speciality Health / MPB Intersect ENT SINUVA\* \* \*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 307610-23408 | 122-0805 | 737132606 | | | BV LUTEIN SOFTGEL 20MG    40 | | | 5.09 |
| 820555-00500 | 154-6175 | 737132606 | | | CALC CARB TAB 600MG MMP 150@ TABLET | | | 7.35 |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 704142-00032 | 368-8223 | 737132606 | | | FLORASTOR CAP 250MG     100 | | | 146.16 |
| 316714-89803 | 377-6424 | 737132606 | | | LORATADINE TAB 10MG NSTR 300@ TABLET | | | 9.18 |
| 880681-04100 | 155-4195 | 737132606 | | | MELATONIN TAB 1MG RUG    90 TABLET | | | 1.10 |
| 074312-13168 | 144-5584 | 737132606 | | | N/B SUPER B+ VIT C CAPL     150 | | | 29.36 |
| 798540-79418 | 369-6887 | 737132606 | | | NAT/V VIT D3 TAB 5000IU 100 TABLET | | | 19.77 |
| 030768-48678 | 198-7759 | 737132606 | | | S/D MELATONIN TAB 3MG    120 TABLET | | | 17.67 |
| 030768-15745 | 197-2629 | 737132606 | | | S/D MELATONIN TAB 5MG     90 | | | 19.96 |
| 305361-04710 | 344-6820 | 737132606 | | | SODIUM BICARB TAB 10GR MMP 1K@ TABLET | | | 9.35 |

3446820 / U30536104710 Was temporarily substituted as a backup 1552397 / U36498052810 (SOD BICARB TAB 10GR RIS 1000@) to Multi-Source

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 880681-16900 | 155-3106 | 737132606 | | | VIT D3 TB 25MCG(1000IU)RUG100@ TABLET | | | 4.02 |
| 880681-07100 | 156-3394 | 737132606 | | | VITAMIN B-12 TAB 100MCG RUG100 TABLET | | | 1.23 |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7393781316 |
| **Billing Date:** | 01/25/2023 |
| **PO#:** | Cycle 1-24       00 |
| **McK Connect UserID:** | s8w9j5s8 |

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $178.39 |
| TOTAL OTC PURCHASES: | $270.24 | TOTAL NON CONTRACT PURCHASES: | $91.85 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $270.24
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $275.76

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 12 | 0 | 28 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393781316 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24          00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
3446820 / U30536104710 Was temporarily substituted as a backup 1552397 / U36498052810 (SOD BICARB TAB 10GR RIS 1000@) to Multi-Source

---

| Lines | Cases | Pieces |
|---|---|---|
| 12 | 0 | 28 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393781318 |
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24          00 |
| McK Connect UserID: | s8w9j5s8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Need call tags, coolers/icepacks, tote ties, or Class-II envelopes? | | | | | | |
| | | | | | Effective 9/08/2010, now order your DC supplies online along | | | | | | |
| | | | | | with your other McKesson products using newly assigned item numbers. | | | | | | |
| | | | | | New item numbers for DC supplies: | | | | | | |
| | | | | | - Tote ties 136-6723 (Return Kit-Regular) | | | | | | |
| | | | | | - Call Tags 141-4291 (Return Kit-DEA) | | | | | | |
| | | | | | - Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated) | | | | | | |
| | | | | | - Class II envelopes 292-8976 (Envelope CII Order Form) | | | | | | |
| | | | | | ***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect. | | | | | | |
| 45802-0103-65 | 353-7206 | 737132607 | ▮ | ▮ | ALOGLIPTIN TAB 12.5MG PERR 30@ TABLET | ▬ | ▮ | ▬ | ▮ | 127.59 | |
| 62332-0586-31 | 378-4121 | 737132607 | ▮ | ▮ | AMANTAD HCL TB 100MG ALE 100@ TABLET | ▬ | ▮ | ▬ | ▮ | 47.75 | |
| 00378-1724-93 | 343-7183 | 737132607 | ▮ | ▮ | AMLOD/VALSART TB10/320MGMYL30@ TABLET | ▬ | ▮ | ▬ | ▮ | 39.74 | |
| 67877-0199-05 | 215-8673 | 737132607 | ▮ | ▮ | AMLODIPINE BES TB 10MG ASC500@ TABLET | ▬ | ▮ | ▬ | ▮ | 14.02 | |
| 16714-0143-01 | 156-6876 | 737132607 | ▮ | ▮ | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | ▬ | ▮ | ▬ | ▮ | 6.22 | |
| 16714-0142-01 | 156-6868 | 737132607 | ▮ | ▮ | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | ▬ | ▮ | ▬ | ▮ | 3.59 | |
| 16714-0173-03 | 232-1982 | 737132607 | ▮ | ▮ | ATORVAST CALC TB 10MG1000NSTR@ TABLET | ▬ | ▮ | ▬ | ▮ | 45.58 | |
| 16714-0174-03 | 232-2071 | 737132607 | ▮ | ▮ | ATORVAST CALC TB 20MG1000NSTR@ TABLET | ▬ | ▮ | ▬ | ▮ | 26.21 | |
| 16714-0175-03 | 232-2113 | 737132607 | ▮ | ▮ | ATORVAST CALC TB 40MG1000NSTR@ TABLET | ▬ | ▮ | ▬ | ▮ | 71.38 | |
| 16714-0071-06 | 182-0984 | 737132607 | ▮ | ▮ | BACLOFEN TAB 10MG  1000 NSTAR@ TABLET | ▬ | ▮ | ▬ | ▮ | 44.59 | |
| 31722-0999-10 | 230-8856 | 737132607 | ▮ | ▮ | BACLOFEN TB 20MG CAM 1000@ TABLET | ▬ | ▮ | ▬ | ▮ | 62.64 | |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393781318 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24    00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 2 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31722-0138-01 | 234-3275 | 737132607 | | ■ | BACLOFEN TB 5MG CAM 100@ TABLET | ■ | ■ | ■ | ■ | 37.18 | |
| | 2343275 / N31722013801 Was Substituted for 2630564 / N00115101101 (BACLOFEN TAB 5MG AMN 100) by OneStop Generics | | | | | | | | | | |
| 00591-3541-60 | 113-5243 | 737132607 | | ■ | BUPROPIO SR TAB 150MG WAT  60@ TAB SR 12H | ■ | ■ | ■ | ■ | 5.44 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 24689-0120-01 | 261-1606 | 737132607 | | ■ | BUPROPION HCL TB 100MG APN100@ TABLET | ■ | ■ | | | 11.54 | |
| 42806-0086-60 | 150-6922 | 737132607 | | ■ | BUSPIRONE HCL TB 30MG EPI  60@ TABLET | | | | | 10.68 | |
| 66993-0408-32 | 221-4062 | 737132607 | | ■ | CARBAMAZ ER CP 200MG PRAS 120@ CPMP 12HR | | | ■ | | 110.96 | |
| 68382-0095-05 | 342-7044 | 737132607 | | ■ | CARVEDILOL TAB 25MG ZYD 500@ TABLET | ■ | | | | 17.65 | |
| 00378-3634-01 | 137-3372 | 737132607 | | ■ | CARVEDILOL TB 25MG  MYLN  100@ TABLET | ■ | | | | 8.82 | |
| 16714-0733-01 | 366-0982 | 737132607 | | ■ | CELECOXIB CAP 200MG 100 NSTR@ CAPSULE | ■ | | | | 6.52 | |
| 00378-6232-01 | 142-8572 | 737132607 | | ■ | CITALOPRAM TAB 20MG MYLN  100@ TABLET | ■ | | | | 2.87 | |
| | 1428572 / N00378623201 Was Substituted for 2129138 / N13668001001 (CITALOPRAM HBR TB 20MG TOR100@) by OneStop Generics | | | | | | | | | | |
| 59746-0211-10 | 142-1601 | 737132607 | | ■ | CYCLOBENZ TAB 5MG    CAD  1000@ TABLET | | | ■ | | 28.42 | |
| 24979-0704-06 | 235-0932 | 737132607 | | ■ | DEXLANSOPRAZ DR CP 60MG TWI30@ CAP DR BP | ■ | | ■ | ■ | 128.86 | 9.0 |
| 10542-0009-09 | 162-1341 | 737132607 | | ■ | DIALYVITE SUPREME D RX TAB  90 TABLET | | | | | 28.00 | |
| 47335-0670-81 | 181-6321 | 737132607 | | ■ | DILTIAZEM ER CP 180MG CAR  90@ CAP SA 24H | | | ■ | | 16.07 | |
| 16714-0484-01 | 349-1800 | 737132607 | | ■ | DIVALP SOD ERTB 250MG100NSTAR@ TAB ER 24H | | | | | 12.38 | |
| 31722-0738-30 | 379-3841 | 737132607 | | ■ | DONEPEZ HCL TAB 10MG CAMB 30@ TABLET | ■ | ■ | ■ | ■ | 5.64 | |
| | 3793841 / N31722073830 Was Substituted for 2242808 / N43547027603 (DONEPEZ TAB 10MG  SOLC  30@) by OneStop Generics | | | | | | | | | | |

# MCKESSON

# Invoice

| Billing No.: | 7393781318 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24        00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60687-0303-01 | 363-9309 | 737132607 | | | DONEPEZ HCL TB 10MG AHP UD100@ TABLET | | | | | 19.30 | |
| 55111-0302-30 | 202-3257 | 737132607 | | | DONEPEZIL TAB 23MG DR/R 30@ TABLET | | | | | 26.11 | 6.1 |
| 27241-0099-90 | 391-8729 | 737132607 | | | DULOXETINE DR CP 60MGAJAN1000@ CAPSULE DR | | | | | 72.39 | |
| 00003-0893-21 | 201-3290 | 737132607 | | | ELIQUIS TAB 2.5MG          60 TABLET | | | | | 4,260.80 | |
| 00003-0894-21 | 201-3282 | 737132607 | | | ELIQUIS TAB 5MG          60 TABLET | | | | | 8,521.60 | |
| 27241-0049-10 | 374-1782 | 737132607 | | | ENTACAPONE TAB 200MG AJAN 100@ TABLET | | | | | 59.84 | |
| 00078-0659-20 | 346-6414 | 737132607 | | | ENTRESTO TAB 24/26MG 60 TABLET | | | | | 1,256.18 | |
| 68084-0618-01 | 178-2903 | 737132607 | | | ESCITALOP TB 20MG  UD AHP 100@ TABLET | | | | | 20.33 | |
| | 1782903 / N68084061801 Is a temporary backup to primary program item 3293313 / N00904642761 (ESCITALOP TB20MG UD MMP 10X10@) on Multi-Source | | | | | | | | | | |
| 16714-0813-01 | 157-9440 | 737132607 | | | EZETIMIBE TAB 10MG  30 NSTR@ | | | | | 2.90 | |
| | 1579440 / N16714081301 Was Substituted for 3767670 / N68382077306 (EZETIMIBE TAB 10MG ZYD 30@) by OneStop Generics | | | | | | | | | | |
| 65862-0149-05 | 206-8625 | 737132607 | | | FINASTER TAB 5MG AURO 500@ TABLET | | | | | 27.62 | |
| 00054-4299-31 | 167-1916 | 737132607 | | | FUROSEM TAB 40MG   HIK  1000@ TABLET | | | | | 24.74 | |
| | 1671916 / N00054429931 Is a temporary backup to primary program item 3741675 / N43547040211 (FUROSEMIDE TAB 40MG SOLC1000@) on Multi-Source | | | | | | | | | | |
| 16714-0330-02 | 137-8876 | 737132607 | | | GABAPENT TB 600MG 500 NSTAR@ TABLET | | | | | 65.22 | |
| 50111-0397-01 | 183-7988 | 737132607 | | | HYDRAL TAB 100MG   PLIV  100@ TABLET | | | | | 19.95 | |
| 50111-0398-03 | 213-2629 | 737132607 | | | HYDRAL TAB 10MG   PLIV 1000@ TABLET | | | | | 22.61 | |
| 49884-0724-01 | 170-0293 | 737132607 | | | HYDROXYUR CAP 500MG PAR    100@ CAPSULE | | | | | 16.87 | |
| 16714-0008-01 | 152-1970 | 737132607 | | | ISOSORBID DINIT TB10MGNSTR100@ | | | | | 26.36 | |

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393781318 | |
| **Billing Date:** | 01/25/2023 | |
| **PO#:** | Cycle 1-24      00 | |
| **McK Connect UserID:** | s8w9j5s8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0010-01 | 152-2002 | 737132607 | ▮ | ▮ | ISOSORBID DINIT TB30MGNSTR100@ TABLET | ▮ | ▮ | ▮ | ▮ | 45.78 | |
| 00006-0112-31 | 180-1448 | 737132607 | ▮ | ▮ | JANUVIA TAB  50MG          30 TABLET | ▮ | ▮ | ▮ | ▮ | 493.74 | |
| 00006-0277-31 | 179-8586 | 737132607 | ▮ | ▮ | JANUVIA TAB 100MG          30 TABLET | ▮ | ▮ | ▮ | ▮ | 987.48 | |
| 00597-0153-30 | 322-9077 | 737132607 | ▮ | ▮ | JARDIANCE TAB 25MG         30 TABLET | ▮ | ▮ | ▮ | ▮ | 540.98 | |
| 29300-0111-05 | 157-0696 | 737132607 | ▮ | ▮ | LAMOTRIGINE TAB 25MG UNIC 500@ TABLET | ▮ | ▮ | ▮ | | 18.11 | |
| 16714-0310-01 | 236-7258 | 737132607 | ▮ | ▮ | LEVETIRAC TAB 1000MG NSTR  60@ TABLET | ▮ | ▮ | ▮ | | 7.16 | |
| 16714-0537-01 | 239-6364 | 737132607 | ▮ | ▮ | LEVETIRAC TB 750MG 120 NSTR@ TABLET | ▮ | ▮ | ▮ | | 33.03 | |
| | 2396364 / N16714053701 Was Substituted for 2374577 / N16571078912 (LEVETIRAC TAB 750MG RIS 120@) by OneStop Generics | | | | | | | | | | |
| 43547-0351-50 | 347-1372 | 737132607 | ▮ | ▮ | LISINOPR TAB 2.5MG SOL 500@ TABLET | ▮ | ▮ | ▮ | | 4.78 | |
| 43547-0423-09 | 209-4258 | 737132607 | ▮ | ▮ | LOSARTAN P/HCTZ 50/12.5 SOL90@ TABLET | ▮ | ▮ | ▮ | | 11.07 | |
| 68180-0468-07 | 178-8538 | 737132607 | ▮ | ▮ | LOVASTAT TAB 20MG   LUPI   60@ TABLET | ▮ | ▮ | ▮ | | 2.17 | |
| 68382-0548-06 | 154-7207 | 737132607 | ▮ | ▮ | MEMANT HCL ER CP 21MG ZYD 30@ CAP SPR 24 | ▮ | ▮ | ▮ | | 10.88 | |
| 68382-0549-06 | 154-7223 | 737132607 | ▮ | ▮ | MEMANT HCL ER CP 28MG ZYD 30@ CAP SPR 24 | ▮ | ▮ | ▮ | | 10.86 | |
| 68382-0546-06 | 154-7181 | 737132607 | ▮ | ▮ | MEMANT HCL ER CP 7MG ZYD 30@ CAP SPR 24 | ▮ | ▮ | ▮ | | 19.79 | |
| 29300-0171-05 | 151-6400 | 737132607 | ▮ | ▮ | MEMANTINE HCL TAB 5MG UNI 500@ TABLET | ▮ | ▮ | ▮ | | 51.70 | |
| 65862-0653-99 | 394-7918 | 737132607 | ▮ | ▮ | MEMANTINE HCL TB 10MG AURO1000 TABLET | ▮ | ▮ | ▮ | | 403.33 | |
| 16714-0854-01 | 208-0711 | 737132607 | ▮ | ▮ | METOPROL SUCC ER 100MG100NSTR@ TAB ER 24H | ▮ | ▮ | ▮ | | 23.72 | |

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7393781318 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24       00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 5 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | RX | UNIT PRICE | ID | EXTENDED AMOUNT | HM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0855-01 | 208-0760 | 737132607 | | | METOPROL SUCC ER 200MG100NSTR@ TAB ER 24H | | | | | 24.86 | |
| 16714-0853-01 | 207-8426 | 737132607 | | | METOPROL SUCC ER 50MG 100NSTR@ TAB ER 24H | | | | | 18.50 | |
| 00245-0213-11 | 133-3301 | 737132607 | | | MIDODRIN TAB 10MG   U/S   100@ TABLET | | | | | 32.99 | |
| 00245-0212-11 | 133-2238 | 737132607 | | | MIDODRIN TAB 5MG    U/S   100@ TABLET | | | | | 18.38 | |
| 54092-0547-01 | 393-6895 | 737132607 | | | MOTEGRITY TAB 2MG 30 TABLET | | | | | 480.03 | |
| 57841-1300-01 | 157-1603 | 737132607 | | | MOVANTIK TAB 12.5MG       30 TABLET | | | | | 354.06 | |
| 00469-2601-30 | 169-0817 | 737132607 | | | MYRBETRIQ ER TAB 25MG     30 TAB ER 24H | | | | | 1,973.80 | |
| 00469-2602-30 | 169-0841 | 737132607 | | | MYRBETRIQ ER TAB 50MG     30 TAB ER 24H | | | | | 1,973.80 | |
| 00406-1170-03 | 172-5274 | 737132607 | | | NALTREXONE TAB 50MG MALL   30@ TABLET | | | | | 16.33 | |
| 51672-4002-05 | 344-2480 | 737132607 | | | NORTRIPTYL HYD CP 25MG TAR 90@ CAPSULE | | | | | 6.42 | |
| 43598-0164-30 | 346-4104 | 737132607 | | | OLANZAPINE TAB 5MG    DR/R 30@ TABLET | | | | | 3.52 | |
| 00781-2234-10 | 238-5615 | 737132607 | | | OMEPRAZ DR CAP 40MG   SAN1000@ CAPSULE DR | | | | | 156.60 | |
| 16714-0159-01 | 230-9300 | 737132607 | | | ONDANS HCL TAB 4MG NSTR 30@ TABLET | | | | | 6.15 | |
| 51991-0293-05 | 323-4093 | 737132607 | | | OXCARBAZEPINE TB300MGBRECK500@ TABLET | | | | | 55.05 | |
| 68382-0256-01 | 379-6430 | 737132607 | | | OXYBUTYNIN CL ER TB10MGZYD100@ TAB ER 24 | | | | | 12.16 | |
| 65862-0559-90 | 209-6378 | 737132607 | | | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | | | | | 9.93 | |
| 65862-0560-99 | 330-0613 | 737132607 | | | PANTOPRAZ SOD DR 40MG AUR1000@ | | | | | 41.93 | |

Product shipped is best dating available from manufacturer.

# McKESSON

# Invoice

| Billing No.: | 7393781318 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24     00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 6 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET DR | | | | | | |
| 00597-0360-55 | 374-9454 | 737132607 | | | PRADAXA CAP 150MG        60 CAPSULE | | | | | 433.41 | |
| 16714-0559-01 | 262-2116 | 737132607 | | | PRAVASTA SODTB 20MG 90NSTR@ | | | | | 5.73 | |
| | 2622116 / N16714055901 Was Substituted for 1369719 / N00093720198 (PRAVAST TAB 20MG        TEV        90@) by OneStop Generics | | | | | | | | | | |
| 53746-0544-05 | 370-1430 | 737132607 | | | PRIMIDONE TAB 50MG AMN 500@ TABLET | | | | | 51.87 | |
| 00603-5482-32 | 184-3465 | 737132607 | | | PROPRAN TAB 10MG     Q/P 1000@ TABLET | | | | | 53.17 | |
| 00603-5483-21 | 184-4810 | 737132607 | | | PROPRAN TAB 20MG     Q/P  100@ TABLET | | | | K | 11.64 | |
| 67877-0248-10 | 363-4052 | 737132607 | | | QUETIAPINE FUM TB400MGASC1000@ TABLET | | | | | 152.59 | |
| 16714-0213-02 | 235-9016 | 737132607 | | | RALOXIFENE TB 60MG 100 NSTR@ TABLET | | | | | 25.52 | |
| 70756-0703-60 | 152-4685 | 737132607 | | | RANOLAZINE ER TB 500MG LIF 60@ TAB ER 12H | | | | | 38.29 | |
| 27241-0003-50 | 343-3372 | 737132607 | | | RISPERIDONE TB .5MG AJAN 500@ TABLET | | | | | 9.26 | |
| 68462-0253-01 | 182-9183 | 737132607 | | | ROPINIROLE TB 0.25MG GLEN 100@ TABLET | | | | | 3.78 | |
| 16714-0988-01 | 396-8112 | 737132607 | | | ROSUVAST CALC TAB 5MG NSTR 90@ TABLET | | | | | 4.33 | |
| 27808-0157-03 | 233-5735 | 737132607 | | | ROSUVASTATIN TB 20MG TRIS 500@ TABLET | | | | | 30.10 | |
| 16714-0613-05 | 328-5012 | 737132607 | | | SERTRALIN TAB 100MG 500 NSTAR@ TABLET | | | | | 27.48 | |
| 16714-0612-05 | 328-4890 | 737132607 | | | SERTRALIN TAB 50MG 500   NSTAR@ TABLET | | | | | 24.78 | |
| 16714-0713-02 | 363-9010 | 737132607 | | | TAMSULOSIN HCL CP0.4MG500NSTR@ CAPSULE | | | | | 43.98 | |
| 68382-0745-16 | 152-5211 | 737132607 | | | TIADYLT ER CP 120MG ZYD 90@ CAP SA 24H | | | | | 10.66 | |

# M<sup>C</sup>KESSON

# Invoice

| Billing No.: | 7393781318 |
|---|---|
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24      00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 7 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50111-0918-01 | 130-1498 | 737132607 | ▇ | | TORSEMIDE TAB 100MG TEVA 100@ TABLET | ▇ | ▇ | ▇ | ▇ | 16.32 | |
| | 1301498 / N50111091801 Was Substituted for 1918424 / N31722053201 (TORSEMID TAB 100MG  CAMB  100@) by OneStop Generics | | | | | | | | | | |
| 50111-0915-01 | 126-9513 | 737132607 | ▇ | | TORSEMIDE TAB 5MG  TEVA 100@ TABLET | ▇ | ▇ | ▇ | ▇ | 12.12 | |
| 00597-0140-30 | 214-3600 | 737132607 | ▇ | | TRADJENTA TAB 5MG  30 TABLET | ▇ | ▇ | ▇ | ▇ | 448.85 | |
| 65862-0527-30 | 215-4425 | 737132607 | ▇ | | VENLAF ER CAP 37.5MG AURO  30@ CAP ER 24H | ▇ | ▇ | ▇ | | 11.36 | |
| 64380-0737-06 | 341-3697 | 737132607 | ▇ | | VITAMIN D CAP 1.25MG  STR100@ CAPSULE | ▇ | ▇ | ▇ | | 9.37 | |
| 50458-0580-30 | 140-0167 | 737132607 | ▇ | | XARELTO TAB 10MG  30 TABLET | ▇ | ▇ | ▇ | ▇ | 1,420.56 | |
| 50458-0579-30 | 143-0024 | 737132607 | ▇ | | XARELTO TAB 20MG  30 TABLET | ▇ | ▇ | ▇ | ▇ | 2,841.12 | |
| 65649-0303-02 | 196-8460 | 737132607 | ▇ | | XIFAXAN TAB 550MG  60 TABLET | ▇ | ▇ | ▇ | ▇ | 2,825.95 | |
| 65862-0374-05 | 139-0202 | 737132607 Above Item | ▇ | | ESCITALOP TAB 10MG AURO  500@ Manufacturer cannot supply TABLET | | | ▇ | ▇ | | |

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7393781318 | |
| **Billing Date:** | 01/25/2023 | |
| **PO#:** | Cycle 1-24 | 00 |
| **McK Connect UserID:** | s8w9j5s8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 8 of 9 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $31,724.49 | TOTAL CONTRACT PURCHASES: | $18,030.73 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $13,693.76 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $31,724.49
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $32,371.93

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 99 | 0 | 174 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7393781318 |
| Billing Date: | 01/25/2023 |
| PO#: | Cycle 1-24          00 |
| McK Connect UserID: | s8w9j5s8 |

**DC:**
MCKESSON CORPORATION DC#8131          **Phone:**   855/625-7385
14500 EAST 39th AVENUE                **DEA:**     PM0018425
AURORA  CO  80011

| 075344 | M02 | 035 | 9 of 9 |
| Customer | Route | Stop | Page |

**BILL TO:**                          **SHIP TO:**                          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07             PREMIER PHARMACY GROUP 07             **PHCY:**  PDO1680000122
4162 E BIJOU ST                       4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824       COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
2343275 / N31722013801 Was Substituted for 2630564 / N00115101101 (BACLOFEN TAB 5MG AMN 100) by OneStop Generics
3793841 / N31722073830 Was Substituted for 2242808 / N43547027603 (DONEPEZ TAB 10MG  SOLC  30@) by OneStop Generics
2622116 / N16714055901 Was Substituted for 1369719 / N00093720198 (PRAVAST TAB 20MG      TEV   90@) by OneStop Generics
2396364 / N16714053701 Was Substituted for 2374577 / N16571078912 (LEVETIRAC TAB 750MG RIS 120@) by OneStop Generics
1579440 / N16714081301 Was Substituted for 3767670 / N68382077306 (EZETIMIBE TAB 10MG ZYD 30@) by OneStop Generics
1428572 / N00378623201 Was Substituted for 2129138 / N13668001001 (CITALOPRAM HBR TB 20MG TOR100@) by OneStop Generics
1301498 / N50111091801 Was Substituted for 1918424 / N31722053201 (TORSEMID TAB 100MG  CAMB  100@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1671916 / N00054429931 Is a temporary backup to primary program item 3741675 / N43547040211 (FUROSEMIDE TAB 40MG SOLC1000@) on Multi-Source
1782903 / N68084061801 Is a temporary backup to primary program item 3293313 / N00904642761 (ESCITALOP TB20MG UD MMP 10X10@) on Multi-Source

**OMITTED ITEMS**
1390202 ( N65862037405 - ESCITALOP TAB 10MG AURO  500@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces |
| 99 | 0 | 174 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394087391 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | QO01252023    00 |
| **McK Connect UserID:** | i0o6y0h1 |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 29033-0019-12 | 213-1571 | 737177066 | ▮ | | CARBAMAZEP CP ER 100MGNOST120@ CPMP 12HR | ▆ | ▮ | ▆ | ▮ | 99.99 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $99.99 | TOTAL CONTRACT PURCHASES: | $99.99 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $99.99  
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $102.03

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**  
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394087392 |
| Billing Date: | 01/26/2023 |
| PO#: | DAILY 1-25      00 |
| McK Connect UserID: | i0o6y0h1 |

| 075344 | M02 | 035 | 1 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------------------|-----|-----|-----------|-----|--------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|----------|-------|----------|-----|----|------------------|--------|
| 31722-0138-01 | 234-3275 | 737382895 | | | BACLOFEN TB 5MG CAM 100@ TABLET | 111.54 |
| | 2343275 / N31722013801 Was Substituted for 2368181 / N00527133301 (BACLOFEN TB 5MG LAN100@) by OneStop Generics | | | | | |
| 00173-0859-10 | 207-2874 | 737382895 | | | BREO ELLIPTA 100/25MCG 2X30DAY BLST W/DEV | 751.02 |
| 00185-0128-01 | 117-5439 | 737382895 | | | BUMETAN TAB 0.5MG    SAN   100@ TABLET | 39.75 |
| | 1175439 / N00185012801 Was temporarily substituted as a backup 3737780 / N69238148901 (BUMETAN TAB 0.5MG AMN 100@) to Multi-Source | | | | | |
| 69238-1532-04 | 152-2580 | 737382895 | | | CLOBETASOL PROP CRM.05%AMN45G@ CREAM (G) | 13.58 |
| 21922-0009-09 | 152-5203 | 737382895 | | | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | 31.95 |
| | 1525203 / N21922000909 Was Substituted for 2064285 / N69097052444 (DICLOFEN SOD GEL 1.0%CIP100GM@) by OneStop Generics | | | | | |
| 21922-0009-09 | 152-5203 | 737382895 | | | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | 19.17 |
| 24208-0910-55 | 166-3434 | 737382895 | | | ERYTHR O/O .5%      B&L 3.5GM@ OINT. (G) | 8.97 |
| 65862-0373-01 | 139-0574 | 737382895 | | | ESCITALOP TAB  5MG AURO  100@ TABLET | 15.40 |
| 00054-0326-56 | 158-9811 | 737382895 | | | FLUTICAS HAL 100MCG/50 HIKM60@ BLST W/DEV | 68.14 |
| 16714-0332-02 | 137-9270 | 737382895 | | | GABAPENT TAB 800MG  500 NSTAR@ | 42.90 |

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7394087392 | | |
| **Billing Date:** | 01/26/2023 | | |
| **PO#:** | DAILY 1-25 | 00 | |
| **McK Connect UserID:** | i0o6y0h1 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00254-3028-02 | 150-2780 | 737382895 | | | LUBIPROSTONE CP 8MCG PAR 60@ TABLET | | | | | 296.05 | |
| 45802-0923-41 | 145-4214 | 737382895 | | | MESALAM REC SU 4GM PERR  KIT@ CAPSULE ENEMA KIT | | | | | 322.77 | |
| 45802-0059-11 | 340-7954 | 737382895 | | | NYSTATIN CRM 100MU  PERR 30GM@ CREAM (G) | | | | | 19.08 | |
| 16714-0184-01 | 235-6350 | 737382895 | | | PAROXET HCL TB 40MG 30NSTR@ TABLET | | | | | 2.61 | |
| 33342-0055-10 | 290-5669 | 737382895 | | | PIOGLITAZONE TAB 30MG MACL 90@ TABLET | | | | | 11.16 | |
| | 2905669 / N33342005510 Was Substituted for 3458247 / N00093727298 (PIOGLITAZ TAB 30MG TEV   90@) by OneStop Generics | | | | | | | | | | |
| 55150-0120-30 | 242-6013 | 737382895 | | | PIPER/TAZ INJ 3.375GM AUR/M10@ VIAL | | | | | 133.42 | |
| | 2426013 / N55150012030 Was Substituted for 3665601 / N64679005601 (PIPER/TAZ INJ 3.375G WOC 10@) by OneStop Generics | | | | | | | | | | |
| 00832-5325-10 | 395-7693 | 737382895 | | | POTAS CHL ER TB20MEQ UPSH1000@ TAB ER PRT | | | | | 141.86 | |
| 60758-0119-05 | 189-5325 | 737382895 | | | PREDNISOL AC OPH 1% GRE  5ML@ DROPS SUSP | | | | | 38.28 | |
| 27241-0003-50 | 343-3372 | 737382895 | | | RISPERIDONE TB .5MG AJAN 500@ TABLET | | | | | 9.26 | |
| 16714-0116-02 | 398-0935 | 737382895 | | | RIVASTIG PAT 9.5MG/24HRNSTR30@ PATCH TD24 | | | | | 51.06 | |
| 00169-4303-30 | 236-5674 | 737382895 | | | RYBELSUS TAB 3MG BOTTLE 30 TABLET | | | | | 888.79 | |
| 52427-0664-30 | 236-8868 | 737382895 | | | SERTRALINE HCL CAP 150MG 30 CAPSULE | | | | | 139.62 | |
| 68382-0745-16 | 152-5211 | 737382895 | | | TIADYLT ER CP 120MG ZYD 90@ CAP SA 24H | | | | | 10.66 | |
| 00121-0675-85 | 235-4645 | 737382895 Above Item | | | VALPROIC OS 250MG/5ML PAI16OZ@ SOLUTION   Manufacturer limiting supply - allocated quantity | | | | | 10.32 | |
| 76282-0250-90 | 174-9043 | 737382895 Above Item | | | ESCITALOP TAB 10MG EXEL     90   Manufacturer cannot supply | | | | | | |

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394087392 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | DAILY 1-25        00 |
| **McK Connect UserID:** | i0o6y0h1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,177.36 | TOTAL CONTRACT PURCHASES: | $1,397.93 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,779.43 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $3,177.36
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $3,242.20

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 0 | 46 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No.: | 7394087392 | |
| Billing Date: | 01/26/2023 | |
| PO#: | DAILY 1-25 | 00 |
| McK Connect UserID: | i0o6y0h1 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2426013 / N55150012030 Was Substituted for 3665601 / N64679005601 (PIPER/TAZ INJ 3.375G WOC 10@) by OneStop Generics
1525203 / N21922000909 Was Substituted for 2064285 / N69097052444 (DICLOFEN SOD GEL 1.0%CIP100GM@) by OneStop Generics
2343275 / N31722013801 Was Substituted for 2368181 / N00527133301 (BACLOFEN TB 5MG LAN100@) by OneStop Generics
2905669 / N33342005510 Was Substituted for 3458247 / N00093727298 (PIOGLITAZ TAB 30MG TEV     90@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1175439 / N00185012801 Was temporarily substituted as a backup 3737780 / N69238148901 (BUMETAN TAB 0.5MG AMN 100@) to Multi-Source

**OMITTED ITEMS**
2354645 ( N00121067585 - VALPROIC OS 250MG/5ML PAI16OZ@ ) Manufacturer limiting supply - allocated quantity
1749043 ( N76282025090 - ESCITALOP TAB 10MG EXEL     90 ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 0 | 46 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394087393 |
| Billing Date: | 01/26/2023 |
| PO#: | DAILY 1-25        00 |
| McK Connect UserID: | i0o6y0h1 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 365702-15610 | 197-2181 | 737382896 | | | ACCU-CHEK SOFTCLIX NFRS     100 EACH | 9.49 |
| 072140-45231 | 186-7779 | 737382896 | | | AQUAPHOR OINT NAT HEAL   1.75OZ OINT. (G) | 3.34 |
| 886790-16280 | 346-1688 | 737382896 | | | BENEFIBER PWD UN STK 4G 28 POWD PACK | 29.13 |
| 049100-40021 | 208-0513 | 737382896 | | | CULTURELLE CAP DIGEST       50 | 21.64 |
| 309046-99446 | 152-9726 | 737382896 Above Item | | | GAS RELI ES S/GELS 125MGMMP30@   Not filled complete - please reorder CAPSULE | 2.42 |
| 309046-98640 | 398-3327 | 737382896 | | | GUAIFENES ER TAB 600MG MMP500@ TAB ER 12H | 90.71 |
| 363824-05620 | 127-4752 | 737382896 | | | MUCINEX DM TAB EXT/REL       20 TAB ER 12H | 40.65 |
| 363824-07214 | 127-4323 | 737382896 | | | MUCINEX DM TAB MAX/STR       14 TAB ER 12H | 17.68 |
| 305361-32271 | 365-1478 | 737382896 | | | OMEPRAZ DR TAB 20MG RUG      28@ TABLET DR | 37.83 |
| | | 3651478 / U30536132271 Is a temporary backup to primary program item 3793155 / U36923031836 (OMEPRAZOLE TB 20MG CAM 28@) on Multi-Source | | | | |
| 345802-86803 | 189-2132 | 737382896 | | | POLYETH GLY PW 3350 PERR17.9Z@ POWDER | 43.26 |
| 305732-86893 | 393-3397 | 737382896 | | | PREP H CRM M/STR M-S 0.9OZ | 5.75 |

# MᶜKESSON

## Invoice

| Billing No.: | 7394087393 |
|---|---|
| Billing Date: | 01/26/2023 |
| PO#: | DAILY 1-25          00 |
| McK Connect UserID: | i0o6y0h1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CREAM (G) | | | | | | |
| 010939-62144 | 209-0082 | 737382896 | ▮ | ▮ | SM EYE DROPS DRY EYE REL 0.5OZ DROPS | ▮ | | ▮ | ▮ | 4.70 | |
| 010939-91144 | 255-7908 | 737382896 | ▮ | ▮ | SM LOPERAM HYD ORAL SUSP 4OZ LIQUID | ▮ | | ▮ | | 13.72 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $292.41 |
| TOTAL OTC PURCHASES: | $320.32 | TOTAL NON CONTRACT PURCHASES: | $27.91 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $320.32
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $326.86

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 13 | 0 | 32 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394087393 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | DAILY 1-25          00 |
| **McK Connect UserID:** | i0o6y0h1 |

**DC:**
MCKESSON CORPORATION DC#8131          **Phone:**     855/625-7385
14500 EAST 39th AVENUE                **DEA:**       PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                          **SHIP TO:**                    **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07             PREMIER PHARMACY GROUP 07       **PHCY:**  PDO1680000122
4162 E BIJOU ST                       4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824       COLORADO SPRINGS CO
80909-6824

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
3651478 / U30536132271 Is a temporary backup to primary program item 3793155 / U36923031836 (OMEPRAZOLE TB 20MG CAM 28@) on Multi-Source

**OMITTED ITEMS**
1529726 ( U30904699446 - GAS RELI ES S/GELS 125MGMMP30@ ) Not filled complete - please reorder

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 13 | 0 | 32 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**<br>**Statement for information only**<br>Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394087394 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | DAILY 1-25 |  00 |
| **McK Connect UserID:** | iOo6y0h1 |

MCKESSON CORPORATION DC#8131     **Phone:**   855/625-7385
14500 EAST 39th AVENUE              **DEA:**     PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                        **DEA:**     FP6379071
PREMIER PHARMACY GROUP 07          **PHCY:**    PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* McKesson Speciality Health / MPB Intersect ENT SINUVA\* \* \*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 Ll Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00002-8824-27 | 352-5581 | 737382897 | | | HUMULIN R KWIK PEN U500 3ML 2 INSULN PEN | ▮ | ▮ | ▮ | | 545.38 |
| 59762-0333-02 | 180-5308 | 737382897 | | | LATANOP OS 125MCG/2.5ML GRE 1@ DROPS | ▮ | ▮ | ▮ ▮ | | 13.00 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $558.38 | TOTAL CONTRACT PURCHASES: | $13.00 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $545.38 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**  $558.38
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**  $569.78

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394087394 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | DAILY 1-25          00 |
| **McK Connect UserID:** | i0o6y0h1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 6 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| Billing No.: | 7394087396 |
| Billing Date: | 01/26/2023 |
| PO#: | 1/25 cycle   00 |
| McK Connect UserID: | c6r1i0w6 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

1/25 cycle

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 16729-0443-16 | 360-5110 | 737383762 | ■ | | ■ BUPROP HCL ER XLTB150MGACC500@ TAB ER 24H | 59.64 |
| 16571-0813-20 | 261-2208 | 737383762 | ■ | | ■ CALC ACET CP 667MG RIS 200@ CAPSULE | 94.46 |
| 68382-0094-05 | 190-5702 | 737383762 | ■ | | ■ CARVEDILOL TAB 12.5MG ZYD 500@ TABLET | 7.16 |
| 00093-2064-06 | 203-1490 | 737383762 | ■ | | ■ CILOSTAZOL TAB 100MG TEVA 60@ TABLET | 4.98 |
| 16729-0440-10 | 154-5102 | 737383762 | ■ | | ■ CINACALCET TAB 30MG ACC 30@ TABLET | 19.99 |
| 68682-0367-90 | 327-8504 | 737383762 | ■ | | ■ DILTIAZ HCL ER CP 120MGVAL90@ CAP SA 24H | 49.77 |
| 57237-0018-99 | 205-2157 | 737383762 | ■ | | ■ DULOXET DR CAP 30MG CIT 1000@ CAPSULE DR | 67.99 |
| 00172-5728-80 | 270-6117 | 737383762 | ■ | | ■ FAMOTID TAB 20MG IVA 1000@ TABLET | 22.35 |
| 16714-0663-02 | 126-6071 | 737383762 | ■ | | ■ GABAPENT CAP 400MG 500 NSTAR@ CAPSULE | 19.82 |
| 55111-0322-01 | 194-3398 | 737383762 | ■ | | ■ GLIMEPIR TAB 4MG DR/R 100@ TABLET | 3.91 |

# MCKESSON

# Invoice

| Billing No.: | 7394087396 |
|---|---|
| Billing Date: | 01/26/2023 |
| PO#: | 1/25 cycle      00 |
| McK Connect UserID: | c6r1i0w6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00597-0153-30 | 322-9077 | 737383762 | | | JARDIANCE TAB 25MG          30 TABLET | | | | | 540.98 | |
| 00245-5319-90 | 395-7503 | 737383762 | | | KLOR-CON  TAB M20  UPSH 90 TAB ER PRT | | | | | 24.84 | |
| 63402-0306-30 | 206-7288 | 737383762 | | | LATUDA TAB 60MG          30 TABLET | | | | | 1,307.06 | |
| 16714-0852-03 | 207-8418 | 737383762 | | | METOPROL SUCC ER 25MG1000NSTR@ TAB ER 24H | | | | | 56.92 | |
| 16714-0853-02 | 208-0679 | 737383762 | | | METOPROL SUCC ER 50MG 500NSTR@ TAB ER 24H | | | | | 45.26 | |
| 00245-0212-11 | 133-2238 | 737383762 | | | MIDODRIN TAB 5MG     U/S  100@ TABLET | | | | | 36.76 | |
| 00469-2602-30 | 169-0841 | 737383762 | | | MYRBETRIQ ER TAB 50MG          30 TAB ER 24H | | | | | 789.52 | |
| 68382-0255-01 | 379-6422 | 737383762 | | | OXYBUTYNIN CL ER TB5MG ZYD100@ TAB ER 24 | | | | | 11.48 | |
| 65862-0559-90 | 209-6378 | 737383762 | | | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | | | | | 6.62 | |
| 42192-0320-90 | 170-6688 | 737383762 | | | PNV-SELECT TAB          BROO  90@ TABLET | | | | | 140.28 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70954-0019-50 | 234-5965 | 737383762 | | | PRAZOSIN CP 1MG NOV 90@ CAPSULE | | | | | 14.06 | |
| 68382-0472-78 | 340-3789 | 737383762 | | | TELMISARTAN UD 40MG ZYD3X10@ TABLET | | | | | 21.15 | |
| 68382-0745-16 | 152-5211 | 737383762 | | | TIADYLT ER CP 120MG ZYD 90@ CAP SA 24H | | | | | 10.66 | |
| 00597-0140-30 | 214-3600 | 737383762 | | | TRADJENTA TAB 5MG          30 TABLET | | | | | 448.85 | |
| 52937-0001-20 | 203-1482 | 737383762 | | | VASCEPA CAP 1GM          120 CAPSULE | | | | | 336.75 | |
| 00093-1713-01 | 347-0481 | 737383762 | | | WARFARIN SOD TAB 2MG TEVA 100@ TABLET | | | | | 14.42 | |
| 50458-0578-30 | 141-1446 | 737383762 | | | XARELTO TAB 15MG          30 | | | | | 947.04 | |

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394087396 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | 1/25 cycle        00 |
| **McK Connect UserID:** | c6r1i0w6 |

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0453-02 | 328-0864 | 737383762 | | | TABLET QUETIAPIN FUM TB 50MG1000NSTR@ | | | ███ █ | | | |
| | | Above Item | | | Manufacturer cannot supply | | | | | | |
| | | | | | TABLET | | | | | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $5,102.72 | TOTAL CONTRACT PURCHASES: | $4,765.97 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $336.75 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**  $5,102.72
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**  $5,206.86

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 27 | 0 | 34 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7394087396 |
| **Billing Date:** | | 01/26/2023 |
| **PO#:** | | 1/25 cycle    00 |
| **McK Connect UserID:** | | c6r1i0w6 |

**DC:**
MCKESSON CORPORATION DC#8131          **Phone:**    855/625-7385
14500 EAST 39th AVENUE                         **DEA:**        PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                                          **SHIP TO:**                              **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07        PREMIER PHARMACY GROUP 07     **PHCY:**  PDO1680000122
4162 E BIJOU ST                             4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824   COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**OMITTED ITEMS**
3280864 ( N16714045302 - QUETIAPIN FUM TB 50MG1000NSTR@ ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 27 | 0 | 34 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394092512 |
|---|---|
| Billing Date: | 01/26/2023 |
| PO#: | 1/25 cycle     00 |
| McK Connect UserID: | c6r1i0w6 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

1/25 cycle

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | ID | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 370010-16001 | 260-4981 | 737383763 | ■ | | ACETAMIN ER TB 650MG GRAN 100@ TABLET ER | ■ | ■ | ■ | 23.00 |
| 880681-13901 | 156-5068 | 737383763 | ■ | | CALC+ VIT D3 TB 600MG RUG 180@ TABLET | ■ | ■ | ■ | 2.79 |
| 316714-79903 | 378-6951 | 737383763 | ■ | | CETIRIZINE HCI TB10MG 300NSTR@ TABLET | ■ | ■ | ■ | 9.97 |
| 355111-11891 | 231-3641 | 737383763 | ■ | | FAMOTIDINE TAB 10MG DR/R 90@ TABLET | ■ | ■ | ■ | 15.28 |
| 354973-29566 | 156-3766 | 737383763 | ■ | | HYLANDS LEG CRAMPS TB 100 | ■ | ■ | | 15.98 |
| 798540-79418 | 369-6887 | 737383763 | ■ | | NAT/V VIT D3 TAB 5000IU 100 TABLET | ■ | ■ | | 13.18 |
| 647865-99550 | 390-9918 | 737383763 | ■ | | NEURIVA BRAIN PERFRMNCE PLS 30 | ■ | ■ | | 34.21 |
| 309041-88372 | 176-6237 | 737383763 | ■ | | OYST TAB 500MG      MMP   300@ TABLET | ■ | ■ | ■ | 4.67 |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | ID | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 840093-10268 | 361-9350 | 737383763 | ■ | | SD RED YEAST RICE 600MG CAPS90 | ■ | ■ | ■ | 7.62 |

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394092512 | |
| **Billing Date:** | 01/26/2023 | |
| **PO#:** | 1/25 cycle | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $55.71 |
| TOTAL OTC PURCHASES: | $126.70 | TOTAL NON CONTRACT PURCHASES: | $70.99 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $126.70
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $129.29

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 9 | 0 | 15 | **Statement for information only** |

This invoice is payable to
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394092513 |
| Billing Date: | 01/26/2023 |
| PO#: | WE-OWE 1-25   00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 68382-0255-01 | 379-6422 | 737383971 | ▮ | ▮ | OXYBUTYNIN CL ER TB5MG ZYD100@ TAB ER 24 | 11.48 |
| 16729-0352-10 | 261-5318 | 737383971 | ▮ | ▮ | VILAZODONE HCL TB 10MG ACC30@ TABLET | 63.31 |

Product shipped is best dating available from manufacturer.

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $74.79 | TOTAL CONTRACT PURCHASES: | $74.79 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $74.79
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $76.32

# MᶜKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394092513 |
| Billing Date: | 01/26/2023 |
| PO#: | WE-OWE 1-25 00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131    **Phone:**    855/625-7385
14500 EAST 39th AVENUE           **DEA:**      PM0018425
AURORA CO  80011

| | | | |
|---|---|---|---|
| **Billing No.:** | | 7394092514 | |
| **Billing Date:** | | 01/26/2023 | |
| **PO#:** | | QO01252023 | 00 |
| **McK Connect UserID:** | | d2t1k6z5 | |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07   **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 00003-0893-21 | 201-3290 | 737385844 | ■ | | ELIQUIS TAB 2.5MG TABLET | 60 | 1,597.80 |
| 16714-0159-01 | 230-9300 | 737384872 | ■ | | ONDANS HCL TAB 4MG NSTR 30@ TABLET | | 6.15 |
| 16714-0559-01 | 262-2116 | 737393089 | ■ | | PRAVASTA SODTB 20MG 90NSTR@ TABLET | | 5.73 |

2622116 / N16714055901 Was Substituted for 1369719 / N00093720198 (PRAVAST TAB 20MG      TEV      90@) by OneStop Generics

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,609.68 | TOTAL CONTRACT PURCHASES: | $11.88 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,597.80 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**    $1,609.68
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**    $1,642.53

# M<sup>c</sup>KESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394092514 |
| **Billing Date:** | 01/26/2023 |
| **PO#:** | QO01252023        00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 9 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394092514 | |
| **Billing Date:** | 01/26/2023 | |
| **PO#:** | QO01252023 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

2622116 / N16714055901 Was Substituted for 1369719 / N00093720198 (PRAVAST TAB 20MG    TEV    90@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 9 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394092515 |
| Billing Date: | 01/26/2023 |
| PO#: | QO01252023      00 |
| McK Connect UserID: | c6r1i0w6,d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 1 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|------------------|---------------|-----|-----------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\* SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|------------------|---------------|-----|-----------|-----|-----------------|-----|
| 740985-27493 | 217-5099 | 737387504 | | | CALC CITR+ D CAPL MAX 21ST 120 | | | | | 5.28 | |
| 079854-40050 | 124-1819 | 737392838 | | | MULTI VIT+ MIN TAB   NAT/V  100 TABLET | | | | | 5.98 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $11.26 | TOTAL NON CONTRACT PURCHASES: | $11.26 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:**        $11.26
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:**   $11.49

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|-------|-------|--------|---|
| 2 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394372026 |
| **Billing Date:** | 01/27/2023 |
| **PO#:** | QO01252023      00 |
| **McK Connect UserID:** | c6r1i0w6 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * *McKesson Speciality Health / MPB Intersect ENT SINUVA* * *  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 65862-0857-30 | 369-7133 | 737393665 | ▮ ▮ | | AMLOD+ OLMES TAB 10/40MGAURO30@ TABLET | ▬▬ ▮ | | ▬▬ ▮ | ▮ | 8.79 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $8.79 | TOTAL CONTRACT PURCHASES: | $8.79 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

| | |
|---|---|
| **NET PAYABLE BY STATEMENT DATE 02/10/2023:** | $8.79 |
| **GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** | $8.97 |

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394372027 | |
| **Billing Date:** | 01/27/2023 | |
| **PO#:** | 0126231440 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 00169-3687-12 | 216-8227 | 737542612 | ▮ | ▮ | LEVEMIR VIAL VIAL | 10ML | 561.92 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $561.92 | TOTAL CONTRACT PURCHASES: | $561.92 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $561.92
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $573.39

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394372028 | |
| **Billing Date:** | 01/27/2023 | |
| **PO#:** | we-owe 1-26 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 68382-0549-06 | 154-7223 | 737652791 | █ | MEMANT HCL ER CP 28MG ZYD 30@ CAP SPR 24 | 10.86 |
| 16714-0991-01 | 396-8146 | 737652791 | █ █ | ROSUVAST CALC TAB 40MG NSTR30@ TABLET | 5.84 |
| | | Above Item | | Manufacturer limiting supply - allocated quantity | |
| 16714-0988-01 | 396-8112 | 737652791 | █ | ROSUVAST CALC TAB 5MG NSTR 90@ TABLET | 21.65 |
| 00591-2258-04 | 261-8460 | 737652791 | █ | SCOPOLAM TRAN 1MG/3DAY TEV 4@ PATCH TD 3 | 174.95 |
| | 2618460 / N00591225804 Was Substituted for 3639721 / N45802058084 (SCOPO TDS PTCH 1MG3DAY PER4@) by OneStop Generics | | | | |
| 00597-0140-30 | 214-3600 | 737652791 | █ | TRADJENTA TAB 5MG 30 TABLET | 448.85 |

**SUMMARY**

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394372028 | |
| **Billing Date:** | 01/27/2023 | |
| **PO#:** | we-owe 1-26 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL RX PURCHASES: | $662.15 | | TOTAL CONTRACT PURCHASES: | $662.15 | | | | | |
| | | TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $0.00 | | | | | |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $662.15
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $675.66

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 5 | 0 | 14 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only |

Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394372028 | |
| **Billing Date:** | 01/27/2023 | |
| **PO#:** | we-owe 1-26 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * * *  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
2618460 / N00591225804 Was Substituted for 3639721 / N45802058084 (SCOPO TDS PTCH 1MG3DAY PER4@) by OneStop Generics

**OMITTED ITEMS**
3968146 ( N16714099101 - ROSUVAST CALC TAB 40MG NSTR30@ ) Manufacturer limiting supply - allocated quantity

_____

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 14 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394372029 |
| Billing Date: | 01/27/2023 |
| PO#: | we-owe 1-26        00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------------|-----------|-----|-----------|-----|----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------------|-----------|-----|-----------|-----|----------------|-----|
| 041167-05840 | 355-3898 | 737652792 | | | ASPERCREME LIDOCAINE PATCH 5CT | ■ | | ■ | | 40.80 | |
| 302231-76001 | 142-6121 | 737652792 | | | SOD CHLOR TAB 1GM   CON   100 TABLET SOL | ■ | | ■ | | 14.46 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $55.26 | TOTAL NON CONTRACT PURCHASES: | $55.26 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $55.26
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $56.39

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|-------|-------|--------|--|
| 2 | 0 | 8 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

|  | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7394372030 | | | |
| **Billing Date:** | 01/27/2023 | | | |
| **PO#:** | we-owe 1-26 | | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | | |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16714-0887-01 | 256-4185 | 737652793 | ■ ■ | | CLOBAZAM TAB 10MG 100 NSTR@ TABLET | ██ █ | ██ █ | 34.64 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $34.64 | TOTAL CONTRACT PURCHASES: | $34.64 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $34.64  
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $35.35

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**  
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7394372031 |
| Billing Date: | 01/27/2023 |
| PO#: | we-owe 1-26    00 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------------|------|---|------|---|--------|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| 00088-2219-05 | 162-6688 | 737652794 | 5 | | LANTUS SOLOSTAR PEN 3ML INSULN PEN | ▮▮ | ▮ | ▮▮ ▮ | ▮ | 748.94 | |

### SUMMARY

| TOTAL RX PURCHASES: | $748.94 | TOTAL CONTRACT PURCHASES: | $748.94 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $748.94
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $764.22

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|-------|-------|--------|--|
| 1 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394372033 | |
| **Billing Date:** | 01/27/2023 | |
| **PO#:** | cycle 1-26 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| 305363-22301 | 189-7479 | 737654321 | ■ | ■ | CALC CITR+ D TB 400MG/500IU100@ TABLET | ■ | | ■ | ■ | 6.22 | |

'DO NOT SUB' SELECTED.

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $6.22 |
| TOTAL OTC PURCHASES: | $6.22 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $6.22
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $6.35

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| Billing No.: | 7394372033 |
|---|---|
| Billing Date: | 01/27/2023 |
| PO#: | cycle 1-26      00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**

1897479 ( U30536322301 - CALC CITR+ D TB 400MG/500IU100 @ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394372034 |
| **Billing Date:** | 01/27/2023 |
| **PO#:** | cycle 1-26      00 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16571-0779-09 | 237-3066 | 737654322 | ▮ | ▮ | DONEPEZ TAB 10MG RIS 90@ TABLET | ▬ | ▮ | ▬ | ▮ | 13.52 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $13.52 | TOTAL CONTRACT PURCHASES: | $13.52 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $13.52
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $13.80

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 4 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | | 7394372035 | |
| Billing Date: | | 01/27/2023 | |
| PO#: | | daily 1-26 | 00 |
| McK Connect UserID: | | c7t5d2c8 | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-26

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 731124-00004 | 358-4588 | 737654809 | | | BIOFREEZE GEL CLEAR 3OZ | | 9.38 |
| 699073-70822 | 170-0608 | 737654809 | | | FREESTYLE LITE TEST STRIPS 50 STRIP | | 76.29 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $85.67 | TOTAL NON CONTRACT PURCHASES: | $85.67 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $85.67

**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $87.42

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 2 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394372039 |
|---|---|
| Billing Date: | 01/27/2023 |
| PO#: | daily 1-26       00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-26

| 67877-0198-05 | 215-8459 | 737654810 | | | AMLODIPINE BES TB 5MG ASC 500@ TABLET | ■ ■ | ■ | ■ | ■ | 23.90 | |
| 42571-0162-42 | 209-5537 | 737654810 | | | AMOX CLAV TB 875/125MG MICR20@ | ■ | ■ | ■ | ■ | 19.38 | |
| | Above Item | | ■ ■ | | Manufacturer limiting supply - allocated quantity TABLET | | | | | | |

2095537 / N42571016242 Is a temporary backup to primary program item 1536291 / N16714001401 (AMOXIC CLA TB875/125MG NSTR20@) on Multi-Source

| 55150-0114-20 | 249-1835 | 737654810 | | | AMPICIL INF 2GM   AUR/M   10@ VIAL | ■ | ■ | ■ | ■ | 47.98 | |

Product shipped is best dating available from manufacturer.

| 16714-0964-01 | 395-2090 | 737654810 | | | ASPI+ DIP ER CP25/200MG NSTR60@ CPMP 12HR | ■ | ■ | ■ | | 69.20 | |

'DO NOT SUB' SELECTED.

| 70069-0231-01 | 395-8915 | 737654810 | | | BRIMONID OPH SOL 0.2% SOM 5ML@ DROPS | ■ | ■ | ■ | | 6.80 | |
| 45802-0138-11 | 167-8556 | 737654810 | | | CICLOPIR CRM 0.77%  PER  30GM@ CREAM (G) | ■ | ■ | ■ | | 8.54 | |

1678556 / N45802013811 Was Substituted for 1609478 / N00713063831 (CICLOPIROX CRM 0.77% G&W 30GM@) by OneStop Generics

| 00093-2064-06 | 203-1490 | 737654810 | | | CILOSTAZOL TAB 100MG TEVA  60@ TABLET | ■ | ■ | ■ | | 4.98 | |
| 67877-0749-57 | 237-0740 | 737654810 | | | FOSFOMYCIN TROM GRAN ASC 3GM@ | ■ | ■ | ■ | ■ | 132.12 | |

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PACKET | | | | | | |
| 63739-0953-25 | 202-0063 | 737654810 | ▮ | ▮ | HEPAR SOD MDV 5000U1ML SKY25@ VIAL | ▮ | ▮ | ▮ | ▮ | 39.64 | |
| 50458-0141-30 | 201-8653 | 737654810 | ▮ | ▮ | INVOKANA TAB 300MG         30 TABLET | ▮ | ▮ | ▮ | ▮ ▮ | 541.17 | |
| 50383-0775-04 | 162-2208 | 737654810 | ▮ | ▮ | LIDOCA ORAL SOL 2% HI-T 100ML@ SOLUTION | ▮ | | ▮ | | 31.32 | |
| 00603-1880-16 | 259-0248 | 737654810 | ▮ | ▮ | LIDOCAINE PTCH 5%/700MG PAR30@ ADH. PATCH | ▮ | | ▮ | | 118.32 | |
| | 2590248 / N00603188016 Was Substituted for 2590248 / N00603188016 (LIDOCAINE PTCH 5%/700MG PAR30@) by OneStop Generics | | | | | | | | | | |
| 00254-3029-02 | 150-2806 | 737654810 | ▮ | ▮ | LUBIPROSTONE CP 24MCG PAR 60@ CAPSULE | ▮ | | ▮ | | 296.05 | |
| 68462-0180-22 | 214-4632 | 737654810 | ▮ | ▮ | MUPIROCIN OINT 2%    GLEN 22GM@ OINT. (G) | ▮ | | ▮ | | 2.47 | |
| | 2144632 / N68462018022 Was Substituted for 1997014 / N00093101042 (MUPIROCIN OINT 2%    TEV 22GM@) by OneStop Generics | | | | | | | | | | |
| 16714-0159-01 | 230-9300 | 737654810 | ▮ | ▮ | ONDANS HCL TAB 4MG NSTR 30@ TABLET | ▮ | | ▮ | | 9.84 | |
| 55150-0120-30 | 242-6013 | 737654810 | ▮ | ▮ | PIPER/TAZ INJ 3.375GM AUR/M10@ VIAL | ▮ | ▮ | ▮ | | 133.42 | |
| | 2426013 / N55150012030 Was Substituted for 3665601 / N64679005601 (PIPER/TAZ INJ 3.375G WOC 10@) by OneStop Generics | | | | | | | | | | |
| 60758-0119-05 | 189-5325 | 737654810 | ▮ | ▮ | PREDNISOL AC OPH 1% GRE  5ML@ DROPS SUSP | ▮ | | ▮ | | 38.28 | |
| 00904-6639-61 | 376-0501 | 737654810 | ▮ | ▮ | QUETIAPIN TB 50MG  UDMMP10X10@ TABLET | ▮ | | ▮ | | 15.27 | |
| 16714-0989-01 | 396-8120 | 737654810 Above Item | ▮ ▮ ▮ | | ROSUVAST CALC TAB 10MG NSTR90@  Manufacturer limiting supply - allocated quantity TABLET | ▮ | | ▮ | | 3.81 | |
| 00338-0553-18 | 141-2204 | 737654810 | ▮ | ▮ | SOD CHL M-BAG 0.9%1CML2B004380 PGY VL PRT | ▮ | ▮ | ▮ | | 541.39 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00173-0887-10 | 373-0942 | 737654810 | ▮ | ▮ | TRELEGY ELL 100/62.5/25MCG 60 BLST W/DEV | ▮ | | ▮ | ▮ | 606.47 | |
| 50383-0792-16 | 183-2807 | 737654810 | ▮ | ▮ | VALPROIC SYRP 250/5 AKO 16OZ@ SOLUTION | ▮ | ▮ | ▮ | | 24.16 | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394372039 |
| **Billing Date:** | 01/27/2023 |
| **PO#:** | daily 1-26        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00456-1110-30 | 215-1645 | 737654810 | ▮ | ▮ | VIIBRYD TAB 10MG TABLET | 30 | ▮ ▮ | | ▮ ▮ ▮ | | 314.14 | |
| 50458-0578-30 | 141-1446 | 737654810 | ▮ | ▮ | XARELTO TAB 15MG TABLET | 30 | ▮ ▮ | | ▮ ▮ ▮ | | 473.52 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,502.17 | TOTAL CONTRACT PURCHASES: | $2,354.31 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,147.86 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $3,502.17
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $3,573.64

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 1 | 52 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7394372039 | | |
| **Billing Date:** | 01/27/2023 | | |
| **PO#:** | daily 1-26 | 00 | |
| **McK Connect UserID:** | c7t5d2c8 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
2426013 / N55150012030 Was Substituted for 3665601 / N64679005601 (PIPER/TAZ INJ 3.375G WOC 10@) by OneStop Generics
1678556 / N45802013811 Was Substituted for 1609478 / N00713063831 (CICLOPIROX CRM 0.77% G&W 30GM@) by OneStop Generics
2144632 / N68462018022 Was Substituted for 1997014 / N00093101042 (MUPIROCIN OINT 2%   TEV  22GM@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
2590248 / N00603188016 Was Substituted for 2590248 / N00603188016 (LIDOCAINE PTCH 5%/700MG PAR30@) by OneStop Generics
2095537 / N42571016242 Is a temporary backup to primary program item 1536291 / N16714401401 (AMOXIC CLA TB875/125MG NSTR20@) on Multi-Source

**SUBSTITUTION OVERRIDES**
3952090 ( N16714096401 - ASPI+ DIP ER CP25/200MG NSTR60@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
2095537 ( N16714001401 - AMOX CLAV TB 875/125MG MICR20@ ) Manufacturer limiting supply - allocated quantity
3968120 ( N16714098901 - ROSUVAST CALC TAB 10MG NSTR90@ ) Manufacturer limiting supply - allocated quantity

_____

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 1 | 52 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394372043 | |
| **Billing Date:** | 01/27/2023 | |
| **PO#:** | daily 1-26 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

daily 1-26

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 00088-2220-33 | 272-2601 | 737654811 | ▮▮ | LANTUS INSULIN VIAL  10ML VIAL | 748.98 |
| 301691-83711 | 219-1443 | 737654811 | ▮▮ | NOVOLIN 70/30 VIAL 100U  10ML VIAL | 124.25 |
| 00002-1434-80 | 329-2372 | 737654811 | ▮▮ | TRULICITY 1.5MG/0.5ML PEN 4 PEN INJCTR | 1,715.24 |

Product shipped is best dating available from manufacturer.

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $2,464.22 | TOTAL CONTRACT PURCHASES: | $2,588.47 |
| TOTAL OTC PURCHASES: | $124.25 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $2,588.47
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $2,641.30

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394372043 |
| **Billing Date:** | 01/27/2023 |
| **PO#:** | daily 1-26     00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 6 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7394372044 | | | |
| **Billing Date:** | 01/27/2023 | | | |
| **PO#:** | QO01262023 | 00 | | |
| **McK Connect UserID:** | c6r1i0w6 | | | |

MCKESSON CORPORATION DC#8131   **Phone:** 855/625-7385
14500 EAST 39th AVENUE   **DEA:** PM0018425
AURORA CO 80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**   **DEA:** FP6379071
PREMIER PHARMACY GROUP 07   **PHCY:** PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 68180-0114-16 | 145-5849 | 737656064 | ▮ | ▮ | LEVETIRAC TAB 750MG LUPI 120 TABLET | ▮ | ▮ | ▮ | ▮ | 20.28 |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 16714-0537-01 | 239-6364 | 737656369 | ▮ | ▮ | LEVETIRAC TB 750MG 120 NSTR@ TABLET | ▮ | ▮ | ▮ | ▮ | 22.02 |

2396364 / N16714053701 Was Substituted for 1455849 / N68180011416 (LEVETIRAC TAB 750MG LUPI   120) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $42.30 | TOTAL CONTRACT PURCHASES: | $42.30 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/10/2023:** $42.30
**GROSS PAYABLE AFTER STATEMENT DATE 02/10/2023:** $43.16

# MᶜKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394372044 |
|---|---|
| Billing Date: | 01/27/2023 |
| PO#: | QO01262023      00 |
| McK Connect UserID: | c6r1i0w6 |

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 4 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394372044 |
| **Billing Date:** | 01/27/2023 |
| **PO#:** | QO01262023      00 |
| **McK Connect UserID:** | c6r1i0w6 |

**DC:**

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

2396364 / N16714053701 Was Substituted for 1455849 / N68180011416 (LEVETIRAC TAB 750MG LUPI   120) by OneStop Generics

**SUBSTITUTION OVERRIDES**

1455849 ( N68180011416 - LEVETIRAC TAB 750MG LUPI   120 ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 4 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394766656 | |
| **Billing Date:** | 01/30/2023 | |
| **PO#:** | QO01272023 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \*McKesson Speciality Health / MPB Intersect ENT SINUVA\* \* \*  SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 358657-50916 | 351-8214 | 737678879 | ■ | ■ | GUAIFEN LIQ100MG/5MLMETH473ML@ LIQUID | ■ | ■ ■ | | 18.96 |

3518214 / U35865750916 Is a temporary backup to primary program item 1575364 / U30536131485 (GUAIFENSIN SYR 100MG/5ML RUG@) on Multi-Source

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 010939-72744 | 328-9188 | 737678879 | ■ | ■ | SM TUSSIN LIQUID | 8OZ | | | 28.32 |

**SUMMARY**

| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $18.96 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $47.28 | TOTAL NON CONTRACT PURCHASES: | $28.32 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $47.28
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $48.24

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766656 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | QO01272023        00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 15 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766656 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | QO01272023        00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**

3518214 / U35865750916 Is a temporary backup to primary program item 1575364 / U30536131485 (GUAIFENSIN SYR 100MG/5ML RUG@) on Multi-Source

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 15 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394766657 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | QO01272023 00 |
| **McK Connect UserID:** | i0o6y0h1 |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\* SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot  
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43547-0281-11 | 358-3135 | 737726634 | ▮ | | ESCITALOPRAM TAB 10MGSOLC1000@ TABLET | ▮▮ | ▮ | ▮▮ | ▮ | 35.74 | |

### SUMMARY

| TOTAL RX PURCHASES: | $35.74 | TOTAL CONTRACT PURCHASES: | $35.74 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $35.74  
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $36.47

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**  
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394766658 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | c2                    01 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)
***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | RX | UNIT PRICE | ID | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| NARCOTIC 00406-0123-05 | 328-4262 | 738052400 | | ■ | HYDROC B+ AC TB 5/325 MALL 500@ TABLET | ■ | ■ | ■ | ■ | 61.70 |
| CSOS ID - 23X100005 | | | | | | | | | | |
| 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 66689-0023-16 | 326-9958 | 738052400 | | ■ | HYDROCOD+ AP OS VISTA 473ML@ SOLUTION | ■ | ■ | ■ | ■ | 23.49 |
| CSOS ID - 23X100005 | | | | | | | | | | |
| 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 00406-3249-01 | 132-3500 | 738052400 | | ■ | HYDROMORPH TAB 8MG MALL  100@ TABLET | ■ | ■ | ■ | ■ | 19.08 |
| CSOS ID - 23X100005 | | | | | | | | | | |
| 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 00406-8330-01 | 247-4518 | 738052400 | | ■ | MORPHINE ER TAB 30MG MALL 100@ TABLET ER | ■ | ■ | ■ | ■ | 64.54 |
| CSOS ID - 23X100005 | | | | | | | | | | |
| 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| NARCOTIC 10702-0056-01 | 149-5258 | 738052400 | | ■ | OXYCOD HCL TAB 10MG KVK   100@ | ■ | ■ | ■ | ■ | 19.92 |

# MCKESSON

## Invoice

| | |
|---|---|
| Billing No.: | 7394766658 |
| Billing Date: | 01/30/2023 |
| PO#: | c2          01 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CSOS ID - 23X100005 | | | | | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | TABLET | | | | | | | |
| NARCOTIC 00406-0552-01 | 188-6852 | 738052400 | ▮ | ▮ | OXYCOD TAB 5MG    MALL  100@ | ▮ ▮ | | ▮ ▮ | | 27.64 | |
| | CSOS ID - 23X100005 | | | | | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | TABLET | | | | | | | |
| NARCOTIC 24510-0115-10 | 354-8849 | 738052400 | ▮ | | XTAMPZA ER CAP 13.5MG    100 | ▮ ▮ | | ▮ | ▮ | 868.37 | |
| | CSOS ID - 23X100005 | | | | | | | | | | |
| | | | | CAP SPR 12 | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,084.74 | TOTAL CONTRACT PURCHASES: | $216.37 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $868.37 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $1,084.74
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $1,106.88

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 7 | 0 | 13 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766658 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | c2    01 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
3269958 ( N66689002316 - HYDROCOD+ AP OS VISTA 473ML@ ) 'DO NOT SUB' SELECTED.
1323500 ( N00406324901 - HYDROMORPH TAB 8MG  MALL  100@ ) 'DO NOT SUB' SELECTED.
2474518 ( N00406833001 - MORPHINE ER TAB 30MG MALL 100@ ) 'DO NOT SUB' SELECTED.
3284262 ( N00406012305 - HYDROC B+ AC TB 5/325 MALL 500@ ) 'DO NOT SUB' SELECTED.
1495258 ( N10702005601 - OXYCOD HCL TAB 10MG KVK   100@ ) 'DO NOT SUB' SELECTED.
1886852 ( N00406055201 - OXYCOD TAB 5MG      MALL  100@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 7 | 0 | 13 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394766663 |
| Billing Date: | 01/30/2023 |
| PO#: | daily 1-29      00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 6 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|-----|-----|-----|-----|-----|-----|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP | RX | UNIT | ID | EXTENDED | HM |
|----------|-------|----------|-----|----|-----|-----|-----|-----|-----|-----|-----|
| 00173-0716-20 | 188-8031 | 738061876 | ▮ | ▮ | ADVAIR HFA+ 115MCG/21MCG 120DSE HFA AER AD | ▮ | ▮ | ▮ | | 385.38 | |
| 76204-0010-55 | 239-8931 | 738061876 | ▮ | ▮ | ALBUT SUL INH 0.63MG/3MLRIT25@ VIAL-NEB | ▮ | ▮ | ▮ | ▮ | 25.14 | |
| 16714-0577-01 | 237-6259 | 738061876 | ▮ | ▮ | ALLOPURINOL TB 300MG 100 NSTR@ TABLET | ▮ | ▮ | ▮ | ▮ | 11.62 | |
| 16714-0143-01 | 156-6876 | 738061876 | ▮ | ▮ | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | ▮ | ▮ | ▮ | ▮ | 6.22 | |
| 16714-0142-01 | 156-6868 | 738061876 | ▮ | ▮ | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | ▮ | ▮ | ▮ | ▮ | 10.77 | |
| 42806-0714-01 | 395-5721 | 738061876 | ▮ | ▮ | BENZONATATE CAP 100MG EPI 100@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 6.75 | |
| 00591-3541-60 | 113-5243 | 738061876 | ▮ | ▮ | BUPROPIO SR TAB 150MG WAT  60@ TAB SR 12H | ▮ | ▮ | ▮ | ▮ | 5.44 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP | RX | UNIT | ID | EXTENDED | HM |
|----------|-------|----------|-----|----|-----|-----|-----|-----|-----|-----|-----|
| 00378-3232-77 | 150-5684 | 738061876 | ▮ | ▮ | CANDESARTAN CILEX TB32MGMYL90@ | ▮ | ▮ | ▮ | ▮ | 76.06 | |

1505684 / N00378323277 Was Substituted for 2091577 / N49884066109 (CANDESART TAB 32MG PAR   90@) by OneStop Generics

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP | RX | UNIT | ID | EXTENDED | HM |
|----------|-------|----------|-----|----|-----|-----|-----|-----|-----|-----|-----|
| 16714-0394-01 | 201-4306 | 738061876 | ▮ | ▮ | CEFPODOXIM PROX TB100MG20NSTR@ TABLET | ▮ | ▮ | ▮ | ▮ | 31.12 | |
| 00713-0936-81 | 263-1711 | 738061876 | ▮ | ▮ | COLESEVEL HCI TAB 625MGCOS180@ | ▮ | ▮ | ▮ | ▮ | 116.48 | |

# MCKESSON

## Invoice

| | | |
|---|---|---|
| Billing No.: | 7394766663 | |
| Billing Date: | 01/30/2023 | |
| PO#: | daily 1-29 | 00 |
| McK Connect UserID: | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 6 |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 59762-0450-01 | 124-7246 | 738061876 | ▮ | ▮ | COLESTIP HCL TB 1GM GRE120@ | ▮ | ▮ | ▮ | ▮ | 59.52 | |
| | | | | | TABLET | | | | | | |
| 33342-0029-07 | 205-2892 | 738061876 | ▮ | ▮ | DONEPEZ HYD TAB 5MG MAC 30@ | ▮ | | ▮ | | 5.79 | |
| | | | | | TAB RAPDIS | | | | | | |
| 43547-0276-11 | 224-2923 | 738061876 | ▮ | ▮ | DONEPEZ TAB 10MG SOLC1000@ | ▮ | | ▮ | | 26.75 | |
| | | | | | TABLET | | | | | | |
| 00143-9803-50 | 242-9074 | 738061876 | ▮ | ▮ | DOXYCYC HYC CAP 100MG HIK  50@ | ▮ | | ▮ | ▮ | 11.56 | |
| | | | | | CAPSULE | | | | | | |
| 31722-0014-90 | 239-0359 | 738061876 | ▮ | ▮ | DROXIDOPA CAP 100MG CAMB 90@ | ▮ | | ▮ | | 63.84 | |
| | | | | | CAPSULE | | | | | | |
| 51991-0746-05 | 348-9044 | 738061876 | ▮ | ▮ | DULOXETINE DR CP 20MGBRECK500@ | ▮ | | ▮ | | 28.15 | |
| | | | | | CAPSULE DR | | | | | | |
| 00003-0893-21 | 201-3290 | 738061876 | ▮ | ▮ | ELIQUIS TAB 2.5MG          60 | | | | ▮ | 2,130.40 | |
| | | | | | TABLET | | | | | | |
| 00003-0894-21 | 201-3282 | 738061876 | ▮ | ▮ | ELIQUIS TAB 5MG          60 | | | ▮ | ▮ | 5,326.00 | |
| | | | | | TABLET | | | | | | |
| 00574-4024-35 | 259-9017 | 738061876 | ▮ | ▮ | ERYTHROMY O/O 0.5%   PERR3.5GM@ | ▮ | | ▮ | | 9.57 | |
| | | | | | OINT. (G) | | | | | | |
| 00173-0719-20 | 123-8856 | 738061876 | ▮ | ▮ | FLOVENT HFA 110MCG+ CNTR 120DSE | ▮ | | ▮ | | 260.08 | 2.2 |
| | | | | | AER W/ADAP | | | | | | |
| 00054-0326-56 | 158-9811 | 738061876 | ▮ | ▮ | FLUTICAS HAL 100MCG/50 HIKM60@ | ▮ | | ▮ | | 68.14 | |
| | | | | | BLST W/DEV | | | | | | |
| 00054-3270-99 | 165-9457 | 738061876 | ▮ | ▮ | FLUTICAS NAS SPR 50MCGHIK16GM@ | ▮ | | ▮ | | 39.36 | |
| | | | | | SPRAY SUSP | | | | | | |
| 43547-0401-11 | 374-1667 | 738061876 Above Item | ▮ | ▮ | FUROSEMIDE TAB 20MG SOLC1000@   Manufacturer limiting supply - allocated quantity | ▮ | | ▮ | | 25.53 | |
| | | | | | TABLET | | | | | | |
| 00172-2083-80 | 171-8675 | 738061876 | ▮ | ▮ | HYDROCHL TAB 25MG    IVA  1000@ | ▮ | | ▮ | | 19.40 | |
| | | | | | TABLET | | | | | | |
| | 1718675 / N00172208380 Was Substituted for 1775758 / N65862013399 (HYDROCHL TAB 25MG   AURO 1000@) by OneStop Generics | | | | | | | | | | |
| 31722-0731-30 | 202-5930 | 738061876 | ▮ | ▮ | IRBESARTAN TAB 300MG CAMB 30@ | ▮ | | ▮ | | 6.08 | |
| | | | | | TABLET | | | | | | |
| 00597-0152-30 | 322-9051 | 738061876 | ▮ | ▮ | JARDIANCE TAB 10MG          30 | ▮ | ▮ | ▮ | ▮ | 540.98 | |

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7394766663 |
|---|---|
| Billing Date: | 01/30/2023 |
| PO#: | daily 1-29    00 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 3 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00245-0360-01 | 373-8135 | 738061876 | | | KLOR-CON PWD PKT 20MEQ UPS100@ PACKET TABLET | | | | | 247.16 | |
| 00527-5125-70 | 152-6938 | 738061876 | | | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | | | | | 11.46 | |
| 16714-0358-01 | 221-5507 | 738061876 | | | LEVETIRAC OS100MG/ML473MLNSTR@ SOLUTION | | | | | 31.20 | |
| 68180-0969-03 | 379-2710 | 738061876 | | | LEVOTHYRO SOD TB0.1MG LUP1000@ TABLET | | | | | 171.46 | |
| 68382-0549-06 | 154-7223 | 738061876 | | | MEMANT HCL ER CP 28MG ZYD 30@ CAP SPR 24 | | | | | 10.86 | |
| 65862-0782-01 | 359-2524 | 738061876 | | | METHENAMINE TB 1G AURO    100@ TABLET | | | | | 49.74 | |
| 16714-0852-03 | 207-8418 | 738061876 | | | METOPROL SUCC ER 25MG1000NSTR@ TAB ER 24H | | | | | 56.92 | |
| 00245-0213-11 | 133-3301 | 738061876 | | | MIDODRIN TAB 10MG    U/S   100@ TABLET | | | | | 32.99 | |
| 31722-0588-90 | 235-2177 | 738061876 | | | NEBIVOLOL TAB 20MG CAM 90@ TABLET | | | | | 25.22 | |
| 64597-0301-60 | 193-2086 | 738061876 | | | NUEDEXTA CAP 20/10MG 60 CAPSULE | | | | | 1,326.40 | |
| 00832-5322-11 | 396-3386 | 738061876 | | | POTAS CHL ER TB 8MEQ UPSH 100@ TABLET ER | | | | | 14.55 | |
| 16714-0559-01 | 262-2116 | 738061876 | | | PRAVASTA SODTB 20MG 90NSTR@ TABLET | | | | | 5.73 | |
| 29300-0148-01 | 390-1279 | 738061876 | | | QUETIAPIN FUM TB 50M UNIC 100@ TABLET | | | | | 54.95 | |

3901279 / N29300014801 Was temporarily substituted as a backup 2051134 / N68180044601 (QUETIAP TAB 50MG LUPI 100) to Multi-Source

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58468-0132-02 | 216-2634 | 738061876 | | | RENVELA PWD 0.8G SACHET    90 POWD PACK | | | | | 1,525.67 | |
| 68462-0254-01 | 183-2187 | 738061876 | | | ROPINIROLE TB 0.5MG GLEN   100@ TABLET | | | | | 3.07 | |
| 16714-0989-01 | 396-8120 | 738061876 | | | ROSUVAST CALC TAB 10MG NSTR90@ TABLET | | | | | 3.81 | |

# McKESSON

## Invoice

| Billing No.: | 7394766663 |
| Billing Date: | 01/30/2023 |
| PO#: | daily 1-29        00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 6 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|------------------|---------------|-----|-----------|-----|-----------------|-----|
| 16714-0988-01 | 396-8112 | 738061876 | ■ | ■ | ROSUVAST CALC TAB 5MG NSTR 90@ TABLET | ■ | ■ | ■ | ■ | 4.33 | |
| 64896-0664-01 | 342-2748 | 738061876 | ■ | ■ | RYTARY ER CP61.25/245MG AMN100 CAPSULE ER | ■ | ■ | ■ | | 459.14 | |
| 16714-0084-02 | 153-1235 | 738061876 | ■ | | SPIRONOLA TB 25MG 500 NSTAR@ TABLET | ■ | ■ | ■ | ■ | 17.87 | |
| 50111-0916-01 | 126-9802 | 738061876 | ■ | ■ | TORSEMIDE TAB 10MG  TEVA  100@ TABLET | ■ | ■ | ■ | ■ | 4.83 | |
| 16714-0986-03 | 239-9277 | 738061876 | ■ | ■ | TRIAMCIN ACET CRM0.100%80NSTR@ CREAM (G) | ■ | ■ | ■ | ■ | 8.04 | |
| 50268-0816-15 | 324-2898 | 738061876 Above Item | ■ | ■ | ZONISAMIDE CP 100MG AVK UD50@ Manufacturer limiting supply - allocated quantity CAPSULE | ■ | ■ | ■ | ■ | 23.75 | |
| 43547-0282-11 | 355-4722 | 738061876 Above Item | ■ | ■ | ESCITALOPRAM TB 20MG SOLC1000@ Manufacturer cannot supply TABLET | | | ■ | ■ | | |
| | | 3554722 / N43547028211 Was Substituted for 3260130 / N16729017017 (ESCITALOP TAB 20MG ACCO 1000@) by OneStop Generics | | | | | | | | | |
| 68382-0775-01 | 363-7360 | 738061876 Above Item | ■ | ■ | METHOTREXATE TAB 2.5 ZYD 100@ Temporarily out - please reorder TABLET | | | ■ | ■ | | |

**SUMMARY**

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394766663 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | daily 1-29      00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 5 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| TOTAL RX PURCHASES: $13,385.28 | TOTAL CONTRACT PURCHASES: $3,298.61 |
| TOTAL OTC PURCHASES: $0.00 | TOTAL NON CONTRACT PURCHASES: $10,086.67 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $13,385.28
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $13,658.45

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 48 | 0 | 90 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7394766663 | | |
| **Billing Date:** | 01/30/2023 | | |
| **PO#:** | daily 1-29 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

| 075344 | M02 | 035 | 6 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
1718675 / N00172208380 Was Substituted for 1775758 / N65862013399 (HYDROCHL TAB 25MG   AURO 1000@) by OneStop Generics
3554722 / N43547028211 Was Substituted for 3260130 / N16729017017 (ESCITALOP TAB 20MG ACCO 1000@) by OneStop Generics
1505684 / N00378323277 Was Substituted for 2091577 / N49884066109 (CANDESART TAB 32MG PAR   90@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
3901279 / N29300014801 Was temporarily substituted as a backup 2051134 / N68180044601 (QUETIAP TAB 50MG LUPI 100) to Multi-Source

**OMITTED ITEMS**
3637360 ( N68382077501 - METHOTREXATE TAB 2.5 ZYD 100@ ) Temporarily out - please reorder
3741667 ( N43547040111 - FUROSEMIDE TAB 20MG SOLC1000@ ) Manufacturer limiting supply - allocated quantity
3554722 ( N43547028211 - ESCITALOPRAM TB 20MG SOLC1000@ ) Manufacturer cannot supply
3242898 ( N50268081615 - ZONISAMIDE CP 100MG AVK UD50@ ) Manufacturer limiting supply - allocated quantity

| Lines | Cases | Pieces |
|---|---|---|
| 48 | 0 | 90 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7394766666 | | |
| Billing Date: | 01/30/2023 | | |
| PO#: | daily 1-29 | 00 | |
| McK Connect UserID: | h5p1d7x2 | | |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 365702-40710 | 214-9383 | 738061877 | ▮ | | ACCU-CHEK AVIVA+ TST STRIP  50 STRIP | ▮ | | ▮ | | 163.98 | |
| 305361-32710 | 231-6966 | 738061877 | ▮ | | ACETAM TAB 325MG RUG 1000@ TABLET | ▮ | | ▮ | ▮ | 8.97 | |
| 370010-16001 | 260-4981 | 738061877 | ▮ | | ACETAMIN ER TB 650MG GRAN 100@ TABLET ER | ▮ | | ▮ | ▮ | 11.50 | |
| 357896-90110 | 186-7399 | 738061877 | ▮ | | ASPIR TAB 325MG    GERI  1000@ TABLET | ▮ | | ▮ | ▮ | 5.08 | |
| 309046-75180 | 255-4863 | 738061877 | ▮ | | ASPIR-LOW EC TB 81MG MMP1000@ TABLET DR | ▮ | | ▮ | ▮ | 8.32 | |
| 820555-00500 | 154-6175 | 738061877 | ▮ | | CALC CARB TAB 600MG MMP  150@ TABLET | ▮ | | ▮ | | 2.45 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 079854-00020 | 124-6388 | 738061877 | ▮ | | CRANBERRY CONC 500MG NAT/V  60 CAPSULE | ▮ | | 41 | | 6.41 | |
| 357896-30310 | 150-3663 | 738061877 | ▮ | | DOC SOD+ SEN TB50+ 8.6MGGER1000@ TABLET | ▮ | | ▮ | ▮ | 23.78 | |
| 309047-59080 | 142-6378 | 738061877 | ▮ | | FERR SO4 FC TB 325MG MMP 1000@ TABLET | ▮ | | ▮ | ▮ | 14.28 | |
| 363739-15710 | 260-9766 | 738061877 | ▮ | | FERROUS OS 300MG/5ML SKYUD100@ LIQUID | ▮ | | ▮ | ▮ | 335.38 | |

2609766 / U36373915710 Was Substituted for 1573005 /  (FERR SUL OS300MG/5ML PATUD100@) by OneStop Generics

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7394766666 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | daily 1-29        00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 4 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 704142-00007 | 248-3063 | 738061877 | ■ | | FLORASTOR CAP 250MG          50 CAPSULE | ■ | | ■ | ■ | 26.12 | |
| 305361-20207 | 237-4429 | 738061877 | ■ | | LIDOCAINE PATCH 4% RUG30@ ADH. PATCH | ■ | | ■ | ■ | 124.80 | |
| 358602-70176 | 235-8042 | 738061877 | ■ | | LOPERAMIDE AD CAPL 2MG AURH24@ TABLET | ■ | | ■ | ■ | 4.41 | |
| 309045-84709 | 189-9830 | 738061877 | ■ | | MAPAP LIQ E/S ADULT MMP 237ML@ LIQUID | ■ | | ■ | ■ | 15.00 | |
| 309046-73080 | 256-7097 | 738061877 | ■ | | MAPAP TAB 500MG       MMP  1000@ TABLET | ■ | | ■ | ■ | 50.49 | |
| 309046-82960 | 395-3635 | 738061877 | ■ | | MEDI PADS MMP 100@ MED. PAD | ■ | | ■ | ■ | 3.03 | |
| 037000-40511 | 276-9842 | 738061877 | ■ | | METAMUCIL CAP          160 CAPSULE | ■ | | ■ | ■ | 18.78 | |
| 848985-00151 | 347-6835 | 738061877 | ■ | | NICOTINE PATCH 14MG STP-2  7@ PATCH TD24 | ■ | | ■ | ■ | 18.48 | |
| 324208-69762 | 209-4316 | 738061877 | ■ | | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ■ | | ■ | ■ | 46.46 | |
| 324208-69763 | 356-7096 | 738061877 | ■ | | PRESERVISION AREDS 2VMS CHEW60 | ■ | | ■ | | 16.64 | |
| 030768-19995 | 350-1418 | 738061877 | ■ | | S/D VIT D3 1000 SFTGL 400 | ■ | | ■ | | 9.34 | |
| 300650-45407 | 142-2633 | 738061877 | ■ | | SYSTANE LUB EYE DROP GEL  10ML DROPS GEL | ■ | | ■ | | 11.28 | |
| 300650-50935 | 375-1427 | 738061877 | ■ | | SYSTANE NIGHT OINT       3.5GM | ■ | | ■ | | 18.38 | |
| 358790-00115 | 241-1783 | 738061877 | ■ | | THERA TEARS IN-A-BOTTLE    15ML DROPS | ■ | | ■ | ■ | 20.43 | |

# MCKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7394766666 | | |
| Billing Date: | 01/30/2023 | | |
| PO#: | daily 1-29 | 00 | |
| McK Connect UserID: | h5p1d7x2 | | |

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $718.98 |
| TOTAL OTC PURCHASES: | $963.79 | TOTAL NON CONTRACT PURCHASES: | $244.81 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $963.79
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $983.46

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 2 | 48 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7394766666 | | |
| **Billing Date:** | 01/30/2023 | | |
| **PO#:** | daily 1-29    00 | | |
| **McK Connect UserID:** | h5p1d7x2 | | |

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2609766 / U36373915710 Was Substituted for 1573005 /   (FERR SUL OS300MG/5ML PATUD100@) by OneStop Generics

--------------------------------------------------------------------------------------------------------------------------------

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 2 | 48 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766670 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | daily 1-29       00 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 13107-0083-05 | 392-8488 | 738061878 | █ | █ | LORAZEPAM TAB 0.5MG AURO 500@ TABLET | 30.98 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $30.98 | TOTAL CONTRACT PURCHASES: | $30.98 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

| | |
|---|---|
| **NET PAYABLE BY STATEMENT DATE 02/17/2023:** | $30.98 |
| **GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** | $31.61 |

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | Billing No.: | 7394766671 |
|---|---|---|---|---|
| | | | Billing Date: | 01/30/2023 |
| | | | PO#: | daily 1-29    00 |
| | | | McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE            **DEA:**     PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                      **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07         **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 Ll Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 42023-0104-05 | 145-3042 | 738061879 | | | APLISOL VIAL 50-TEST     5ML VIAL | | | | | 304.41 |
| | | | | | | | | | | |
| *Product shipped is best dating available from manufacturer.* | | | | | | | | | | |
| 00088-2219-05 | 162-6688 | 738061879 | | | LANTUS SOLOSTAR PEN 3ML     5 INSULN PEN | | | | | 374.47 |
| 00169-3687-12 | 216-8227 | 738061879 | | | LEVEMIR VIAL          10ML VIAL | | | | | 1,123.84 |
| 70727-0497-25 | 377-2621 | 738061879 | | | RHOPRESSA OPTH SOL .02% 2.5ML DROPS | | | | | 296.30 |
| 66993-0429-30 | 265-6437 | 738061879 | | | TAFLUPROST OS .0015% PRA 30@ DROPERETTE | | | | | 102.80 |

**SUMMARY**

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394766671 | |
| **Billing Date:** | 01/30/2023 | |
| **PO#:** | daily 1-29 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL RX PURCHASES: | | $2,201.82 | | TOTAL CONTRACT PURCHASES: | $1,905.52 | | | | | |
| | TOTAL OTC PURCHASES: | | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $296.30 | | | | | |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $2,201.82
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $2,246.76

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 8 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7394766672 | | |
| **Billing Date:** | 01/30/2023 | | |
| **PO#:** | we-owe 1-29 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\*McKesson Speciality Health / MPB Intersect ENT SINUVA\*\*\* SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00527-5125-70 | 152-6938 | 738063659 | ■ | ■ | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | ■ | ■ | ■ | ■ | 22.92 | |
| 33342-0090-09 | 346-5259 | 738063659 | ■ | ■ | RIVASTIGM TART CP 3MG MAC60@ CAPSULE | ■ | ■ | ■ | ■ | 23.48 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $46.40 | TOTAL CONTRACT PURCHASES: | $46.40 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $46.40  
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $47.35

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766672 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | we-owe 1-29      00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 6 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON                    Invoice

MCKESSON CORPORATION DC#8131          **Phone:**     855/625-7385
14500 EAST 39th AVENUE                **DEA:**       PM0018425
AURORA CO  80011

| | | | |
|---|---|---|---|
| **Billing No.:** | 7394766673 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | we-owe 1-29    00 |
| **McK Connect UserID:** | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                         **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07            **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00088-2219-05 | 162-6688 | 738063660 | 5 | | LANTUS SOLOSTAR PEN 3ML INSULN PEN | | | | | 374.47 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $374.47 | TOTAL CONTRACT PURCHASES: | $374.47 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:**    $374.47
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:**    $382.11

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| **Billing No.:** | 7394766675 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | cycle 1-29        00 |
| **McK Connect UserID:** | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot
Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00597-0153-30 | 322-9077 | 738065111 | | ▮ | JARDIANCE TAB 25MG   30 TABLET | ▮ | ▮ | ▮ | ▮ ▮ | 540.98 | |
| 68180-0969-01 | 379-1498 | 738065111 | | ▮ | LEVOTHYRO SOD TB0.1MG LUPI100@ TABLET | ▮ | ▮ | ▮ | ▮ | 17.34 | |
| 70710-1162-00 | 159-0769 | 738065111 | | ▮ | MECLIZINE HCL TB 25MG ZYD1000@ TABLET | ▮ | ▮ | ▮ | ▮ | 82.77 | |
| | 1590769 / N70710116200 Was Substituted for 2642874 / N53746044210 (MECLIZ HYDR TB 25MG AMN  1000@) by OneStop Generics | | | | | | | | | | |
| 50268-0816-15 | 324-2898 | 738065111 | | ▮ | ZONISAMIDE CP 100MG AVK UD50@ CAPSULE | ▮ | ▮ | ▮ | ▮ ▮ | 23.75 | |

**SUMMARY**

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766675 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | cycle 1-29        00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL RX PURCHASES: | $664.84 | TOTAL CONTRACT PURCHASES: $664.84 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $664.84
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $678.41

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 4 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766675 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | cycle 1-29      00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
1590769 / N70710116200 Was Substituted for 2642874 / N53746044210 (MECLIZ HYDR TB 25MG AMN  1000@) by OneStop Generics

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 4 | 0 | 4 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON                    Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7394766678 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | cycle 1-29        00 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***McKesson Speciality Health / MPB Intersect ENT SINUVA*** SINUVA 1350MCG SINUS IMPLANT KIT 1/EA Material# 5009684 NDC#10599-0003-01 MPB SINUVA 1350MCG IMPLANT Material# 3274123 NDC#10599-0003-01 LI Lot Numbers 10111003, 10203002, 10302002, 10325001, 10519001, 10526002, 10602002, 10819004, 21092101, 21110402, 21111901 Additional information can be found on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | RX | UNIT PRICE | ID | EXTENDED AMOUNT | HM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 370010-16001 | 260-4981 | 738065113 | ▮ | ▮ | ACETAMIN ER TB 650MG GRAN 100@ TABLET ER | ▮ | | ▮ | ▮ | 5.75 | |
| 309046-73080 | 256-7097 | 738065113 | ▮ | ▮ | MAPAP TAB 500MG     MMP  1000@ TABLET | ▮ | | ▮ | ▮ | 16.83 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $22.58 |
| TOTAL OTC PURCHASES: | $22.58 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 02/17/2023:** $22.58
**GROSS PAYABLE AFTER STATEMENT DATE 02/17/2023:** $23.04

# M<sup>C</sup>KESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7394766678 |
| **Billing Date:** | 01/30/2023 |
| **PO#:** | cycle 1-29         00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE            **DEA:**     PM0018425
AURORA CO  80011

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 2 |

**BILL TO:**                          **SHIP TO:**                    **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07         PREMIER PHARMACY GROUP 07     **PHCY:**   PDO1680000122
4162 E BIJOU ST                   4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824   COLORADO SPRINGS CO
80909-6824

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE            **DEA #: PM0018425**
AURORA CO  80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP            **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **Credit Memo Information** | Page |
|---|---|
| **Number:**  7396673405<br>**Date: 02/07/2023** | 1  of  1 |

| **75344**<br>Customer Number | M02<br>Route | 035<br>Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/07/2023 |

### Corresponding Document

**Date:** 02/07/2023        **Reference:** 7396673406

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept.<br>Code | NDC/  UPC<br>NUMBER | ITEM<br>NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL<br>UNIT PRICE<br>CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX<br>(if applicable) | *H<br>M |
|---|---|---|---|---|---|---|---|---|---|---|
|  | N69097091203 | 3590494 | ■ | ■ | TROSPIUM CHL TAB 20MG CIP 60@<br>TABLET | ■ | ■ | 165.45 | 0.00 |  |

**Original Invoice Number:** 7390392228        **Original Purchase Order:** CYCLE 1-9        00
**Original Invoice Date:**   01/10/2023         **Contract Reference ID:**   MS-BACKSTO

| | |
|---|---|
| Sales Tax Total: | **$0.00** |
| Gross Credit Amount: | **$165.45** |
| Less Trade Discount: | **$0.00** |
| Net Credit Amount: | **$165.45** |

| LINES | CASES | PIECES |
|---|---|---|
|  |  |  |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:**  <u>HAZARDOUS MATERIAL</u>

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                              E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                  F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011                    **DEA #: PM0018425**

| Invoice Information | | Page |
|---|---|---|
| Number:  7396673406 | | 1 of 1 |
| **Date: 02/07/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/07/2023 |

## Corresponding Document

**Date:** 02/07/2023          **Reference:** 7396673405

**Pricing Correction Reason:**
  Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

\* HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N69097091203 | 3590494 | ■ | ■ | TROSPIUM CHL TAB 20MG CIP 60@ TABLET | ■ | ■ | 14.37 | 0.00 | |

Original Invoice Number: 7390392228          Original Purchase Order: CYCLE 1-9      00
Original Invoice Date:   01/10/2023          Contract Reference ID:   0060000285

| | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$14.37** |
| **Gross Payable by Statement Due Date:** | **$14.66** |

| LINES | CASES | PIECES | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |
|---|---|---|---|

CODES AND CLASSIFICATIONS:  <u>HAZARDOUS MATERIAL</u>

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                           E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# MCKESSON

# Fee Invoice

| | |
|---|---|
| **Billing No:** | 7398270038 |
| **Billing Date:** | 02/14/2023 |
| **Order Reason:** | Fee Billing |

MSD: MCK INITIATED ACH DEBIT
Statement for information only
TEST  00000

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| SOLD TO# | CUSTOMER NAME | BILLING PERIOD | DEPT | ITEM# | QTY | ITEM DESCRIPTION | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 075344 | PREMIER PHARMACY GROUP | December 2022 | ZX | 260-5715 | ■ | DELIVERY SURCHARGE | ■ | 10.50 |

| | |
|---|---|
| **SUBTOTAL FOR 075344** | $10.50 |

| | |
|---|---|
| **NET PAYABLE BY STATEMENT DATE:** | $10.50 |
| **GROSS PAYABLE AFTER STATEMENT DATE:** | $10.50 |

This invoice is payable to  **MSD: MCK INITIATED ACH DEBIT Statement for information only TEST  00000**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE **DEA #: PM0018425**
AURORA CO 80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

| Credit Memo Information | Page |
|---|---|
| **Number:** 7398567995 | 1 of 1 |
| **Date: 02/15/2023** | |

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/15/2023 |

## Corresponding Document

**Date:** 02/15/2023      **Reference:** 7398567996

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.   Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N24208043262 | 2445732 | ▮ | ▮ | PRESERVISION TAB TABLET   120 | ▮ | ▮ | 14.69 | 0.00 | |

**Original Invoice Number:** 7390392229      **Original Purchase Order:** CYCLE 1-9      00
**Original Invoice Date:** 01/10/2023      **Contract Reference ID:**

| | |
|---|---|
| Sales Tax Total: | **$0.00** |
| Gross Credit Amount: | **$14.69** |
| Less Trade Discount: | **$0.00** |
| Net Credit Amount: | **$14.69** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.          D - Corrosive Material
  - Flammable Compressed Gas                 E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.       F - Oxidizing Material
C - Flammable Liquid                         G - Poision Liquid or Solid Class B
                                             T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | | Page |
|---|---|---|
| **Number:** 7398567996 | | 1 of 1 |
| **Date: 02/15/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/15/2023 |

## Corresponding Document

**Date:** 02/15/2023          **Reference:** 7398567995

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.          * HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N24208043262 | 2445732 | ▮ | ▮ | PRESERVISION TAB TABLET          120 | ▮ | ▮ | 12.69 | 0.00 | |

| **Original Invoice Number:** 7390392229 | **Original Purchase Order:** CYCLE 1-9      00 |
|---|---|
| **Original Invoice Date:** 01/10/2023 | **Contract Reference ID:** P10907-1 |

| | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$12.69** |
| **Gross Payable by Statement Due Date:** | **$12.95** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:  HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                           E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **Credit Memo Information** | Page |
|---|---|
| **Number:** 7398891479 | 1 of 1 |
| **Date: 02/16/2023** | |

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| **Sales Territory ID** | 0307 |
|---|---|
| **Billing Date:** | 02/16/2023 |

### Corresponding Document

**Date:** 02/16/2023          **Reference:** 7398891480

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.   Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N65162062711 | 3209392 | ■ | ■ | TRAMADOL TAB 50MG   AMN  1000@ TABLET | ■ | ■ | 188.10 | 0.00 | |

**Original Invoice Number:** 7382652409          **Original Purchase Order:** DAILY 12-04-22  00
**Original Invoice Date:**   12/05/2022          **Contract Reference ID:**   MS-BACKSTO

| | |
|---|---|
| **Sales Tax Total:** | **$0.00** |
| **Gross Credit Amount:** | **$188.10** |
| **Less Trade Discount:** | **$0.00** |
| **Net Credit Amount:** | **$188.10** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO McKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                           E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# MᶜKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | | Page |
|---|---|---|
| **Number:**  7398891480 | | 1  of  1 |
| **Date: 02/16/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/16/2023 |

### Corresponding Document

**Date:** 02/16/2023          **Reference:** 7398891479

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/  UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N65162062711 | 3209392 | ■ | ■ | TRAMADOL TAB 50MG   AMN  1000@ TABLET | ■ | ■ | 44.20 | 0.00 | |

**Original Invoice Number:** 7382652409          **Original Purchase Order:** DAILY 12-04-22  00
**Original Invoice Date:**  12/05/2022          **Contract Reference ID:**   MHA100116

|  |  |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$44.20** |
| **Gross Payable by Statement Due Date:** | **$45.10** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO McKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.              D - Corrosive Material
  - Flammable Compressed Gas                     E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.           F - Oxidizing Material
C - Flammable Liquid                             G - Poision Liquid or Solid Class B
                                                 T - Toxic Material

# MCKESSON

## Returns Credit

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7400073698 |
|---|---|
| Billing Date: | 02/09/2023 |
| PO#: | ret44 |
| Ref Doc#: | 6551874432 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 09/22/2022 | 7367830746 | IA | 377-5806 | ███ | DAPTOMYCIN INJ 500MG NSTR 1@ VIAL | Saleable Return | 33.68 | H |
| 01/09/2023 | 7390125976 | IA | 201-1815 | ███ | GABAPENT OS 470ML ACEL    1@ SOLUTION | Saleable Return | 82.08 | |
| 01/18/2023 | 7392236611 | IA | 234-8530 | ███ | PREVNAR 20 PFS 0.5ML UD 1 SYRINGE | Saleable Return | 241.43 | |

**NET CREDIT AMOUNT:**                    $357.19

# M<sup>c</sup>KESSON

# Returns Credit

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| Billing No.: | 7400073699 |
|---|---|
| Billing Date: | 02/09/2023 |
| PO#: | ret46 |
| Ref Doc#: | 6551875031 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/2023 | 7393781312 | 714020 | 162-2513 | ▆ | | HUMALOG VIAL 100U 10ML VIAL | Saleable Return | 495.74 | |
| | | | | | | | Item permanently shortdated. | | |
| 01/30/2023 | 7394766671 | IA | 145-3042 | ▆ | | APLISOL VIAL 50-TEST 5ML VIAL | Saleable Return | 304.41 | |
| | | | | | | | Item permanently shortdated. | | |
| 10/06/2022 | 7370565053 | IA | 164-2750 | ▆ | | CATHFLO ACTIVASE VIAL 2MG VIAL | Saleable Return | 129.77 | H |
| 12/12/2022 | 7384192964 | IA | 343-9130 | ▆ | | FIRST OMEPRAZOLE 5OZ KIT SUSP RECON | Saleable Return | 100.27 | H |
| 09/08/2022 | 7365050367 | IA | 370-4699 | ▆ | | HUMALOG JUNIOR KWIKPEN 3ML 5 INS PEN HF | Saleable Return | 406.89 | H |
| | | | | | | | Item permanently shortdated. | | |
| 01/12/2023 | 7391017242 | IA | 154-5037 | ▆ | | INSULIN LISPRO KWIKPEN 3MLX5 INSULN PEN | Saleable Return | 143.57 | |
| 01/30/2023 | 7394766671 | IA | 216-8227 | ▆ | | LEVEMIR VIAL 10ML VIAL | Saleable Return | 1,123.84 | |
| 11/03/2022 | 7376280115 | IA | 137-9593 | ▆ | | NOVOLOG F/PEN PREF SYR 3ML 5 INSULN PEN | Saleable Return | 424.09 | H |
| 12/20/2022 | 7385990678 | IA | 374-7524 | ▆ | | OZEM .25 MG OR .5MG/1.5ML 1PK PEN INJCTR | Saleable Return | 720.19 | H |
| 01/17/2023 | 7391957214 | IA | 260-8289 | ▆ | | OZEMPIC PEN 2MG PEN INJCTR | Saleable Return | 888.79 | |
| | | | | | | | Item permanently shortdated. | | |

# MCKESSON

## Returns Credit

| Billing No.: | 7400073699 |
|---|---|
| Billing Date: | 02/09/2023 |
| PO#: | ret46 |
| Ref Doc#: | 6551875031 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|

H =  HANDLING CHARGE APPLIED PER RETURNS POLICY                **NET CREDIT AMOUNT:**          $4,737.56

# M<sup>c</sup>KESSON

# Returns Credit

| Billing No.: | 7400076100 |
|---|---|
| Billing Date: | 02/09/2023 |
| PO#: | ret46 |
| Ref Doc#: | 6551875031 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131        **Phone:**   855/625-7385
14500 EAST 39th AVENUE             **DEA:**     PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07          **DEA:**     No DEA Num
4162 E BIJOU ST                   **PHCY:**    PDO1680000122
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/2022 | 7362373762 | IA | 145-7571 | ███ | NOVOLIN REG 100U VIAL | 10ML | Saleable Return | 316.91 | H |

H =  HANDLING CHARGE APPLIED PER RETURNS POLICY

**NET CREDIT AMOUNT:**        $316.91

# M<sup>c</sup>KESSON

# Returns Credit

| | | |
|---|---|---|
| **Billing No.:** | 7400076101 | |
| **Billing Date:** | 02/09/2023 | |
| **PO#:** | ret45 | |
| **Ref Doc#:** | 6551844303 | |
| **Ref Doc Date:** | 02/06/2023 | |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131    **Phone:**    855/625-7385
14500 EAST 39th AVENUE                     **DEA:**     PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07        **DEA:**     No DEA Num
4162 E BIJOU ST                            **PHCY:**    PDO1680000122
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of  2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 01/23/2023 | 7393195974 | 640080 | 180-0531 | ▮ | | HUMALOG KWIK PEN 3ML      5 INSULN PEN | Saleable Return | 478.59 | |
| 01/25/2023 | 7393781312 | 714020 | 272-2601 | ▮ | | LANTUS INSULIN VIAL        10ML VIAL | Saleable Return | 499.32 | |
| 10/21/2022 | 7373663356 | IA | 321-5381 | ▮ | | CALCITON SALMON SPR APX 3.7ML@ SPRAY/PUMP | Saleable Return | 27.85 | H |
| 01/20/2023 | 7392806942 | IA | 321-5381 | ▮ | | CALCITON SALMON SPR APX 3.7ML@ SPRAY/PUMP | Saleable Return | 41.65 | |
| 12/27/2022 | 7387354544 | IA | 264-5570 | ▮ | | INSULIN DEGLUDEC INJ 100U/ML 5 INSULN PEN | Saleable Return | 143.67 | H |
| 09/02/2022 | 7364075432 | IA | 236-8132 | ▮ | | INSULIN GLARGINE INJ 100U/ML 5 INSULN PEN | Saleable Return | 234.21 | H |

# McKESSON

## Returns Credit

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| Billing No.: | 7400076101 |
|---|---|
| Billing Date: | 02/09/2023 |
| PO#: | ret45 |
| Ref Doc#: | 6551844303 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  No DEA Num
**PHCY:**  PDO1680000122

| 075344 | M02 | 035 | 2 of  2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **NET CREDIT AMOUNT:** | $1,425.29 |

# M<sup>c</sup>KESSON

# Returns Credit

| Billing No.: | 7400076102 |
|---|---|
| Billing Date: | 02/09/2023 |
| PO#: | ret45 |
| Ref Doc#: | 6551844303 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE               **DEA:**     PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07            **DEA:**     No DEA Num
4162 E BIJOU ST                      **PHCY:**    PDO1680000122
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/23/2022 | 7380446284 | IA | 203-5525 | ██ | | HUMULIN   N   KWIKPEN 5 INSULN PEN | Saleable Return | 369.08   H |

H =  HANDLING CHARGE APPLIED PER RETURNS POLICY                **NET CREDIT AMOUNT:**        $369.08

# M<sup>c</sup>KESSON

# Returns Credit

| | |
|---|---|
| **Billing No.:** | 7400076103 |
| **Billing Date:** | 02/09/2023 |
| **PO#:** | ret45 |
| **Ref Doc#:** | 6551844304 |
| **Ref Doc Date:** | 02/06/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/2022 | 7364780899 | JI | 233-9729 | ■ | | DRONABINOL CP 2.5MG ASC 60@ CAPSULE | Saleable Return | 93.71 | H |
| | | | | | | | Item permanently shortdated. | | |
| 09/08/2022 | 7365050374 | JI | 233-9729 | ■ | | DRONABINOL CP 2.5MG ASC 60@ CAPSULE | Saleable Return | 93.71 | H |
| | | | | | | | Item permanently shortdated. | | |

H = HANDLING CHARGE APPLIED PER RETURNS POLICY

**NET CREDIT AMOUNT:** $187.42

# McKESSON

# Returns Credit

| Billing No.: | 7400076104 |
|---|---|
| Billing Date: | 02/10/2023 |
| PO#: | 203028742 & 203028743 |
| Ref Doc#: | 6551860494 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2022 | 7374560945 | 711560 | 362-1034 | | | FENTANYL TDS 100MCG/H ALV 5@ PATCH TD72 | Saleable Return | 59.16 | H |
| 01/24/2023 | 7393496383 | 711560 | 362-1018 | | | FENTANYL TDS 50MCG/H ALV 5@ PATCH TD72 | Saleable Return | 24.25 | |
| 01/06/2023 | 7389677882 | 711560 | 362-1018 | | | FENTANYL TDS 50MCG/H ALV 5@ PATCH TD72 | Saleable Return | 20.61 | H |
| 12/27/2022 | 7387354541 | 711560 | 362-1018 | | | FENTANYL TDS 50MCG/H ALV 5@ PATCH TD72 | Saleable Return | 20.61 | H |
| 12/05/2022 | 7382652402 | JE | 248-3055 | | | ADDERALL XR CAP 30MG        100 CAP ER 24H | Saleable Return | 575.05 | H |
| 10/31/2022 | 7375463253 | JE | 360-7561 | | | DEXMETHLP HCI TB  5MG TRIS100@ TABLET | Saleable Return | 72.70 | H |
| 09/20/2022 | 7367326258 | JE | 234-2434 | | | FENTAN TRAN PTC12MCG/HR MALL5@ PATCH TD72 | Saleable Return | 135.74 | H |
| 08/24/2022 | 7362111181 | JE | 158-9753 | | | FENTANY TDS MTX 25MCG/HR MAL5@ PATCH TD72 | Saleable Return | 47.38 | H |
| 01/24/2023 | 7393496383 | JE | 328-4262 | | | HYDROC B+ AC TB 5/325 MALL 500@ TABLET | Saleable Return | 30.85 | |
| 12/27/2022 | 7387354541 | JE | 326-9958 | | | HYDROCOD+ AP OS VISTA 473ML@ SOLUTION | Saleable Return | 39.93 | H |
| 09/20/2022 | 7367326258 | JE | 139-0145 | | | HYDROMORPH OS 1MG/ML HIK473ML@ LIQUID | Saleable Return | 78.31 | H |
| 01/02/2023 | 7388509889 | JE | 116-9234 | | | HYDROMORPH TAB 2MG  MALL  100@ TABLET | Saleable Return | 5.11 | H |
| 01/02/2023 | 7388509890 | JE | 191-3334 | | | HYDROMORPH TAB 2MG  RHOD  100@ TABLET | Saleable Return | 6.29 | H |
| 01/30/2023 | 7394766658 | JE | 132-3500 | | | HYDROMORPH TAB 8MG  MALL  100@ TABLET | Saleable Return | 19.08 | |
| 10/31/2022 | 7375463253 | JE | 159-4696 | | | METHADONE TAB 5MG HIK 100@ TABLET | Saleable Return | 13.74 | H |
| 01/06/2023 | 7389677882 | JE | 260-0716 | | | METHYLPHEN IR TB 5MG ASC 100@ TABLET | Saleable Return | 9.83 | H |
| 11/18/2022 | 7379485010 | JE | 347-9508 | | | MORPH SU PNK100MG/5MLHIK15ML@ SOLUTION | Saleable Return | 14.28 | H |

# McKESSON

## Returns Credit

| | |
|---|---|
| Billing No.: | 7400076104 |
| Billing Date: | 02/10/2023 |
| PO#: | 203028742 & 203028743 |
| Ref Doc#: | 6551860494 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 08/24/2022 | 7362111181 | JE | 347-9516 | ■ | MORPH SU PNK100MG/5MLHIK30ML@ SOLUTION | Saleable Return | 23.53 | H |
| 01/30/2023 | 7394766658 | JE | 247-4518 | ■ | MORPHINE ER TAB 30MG MALL 100@ TABLET ER | Saleable Return | 32.27 | |
| 01/06/2023 | 7389677882 | JE | 247-4641 | ■ | MORPHINE ER TB 15MG MALL  100@ TABLET ER | Saleable Return | 13.87 | H |
| 12/07/2022 | 7383218825 | JE | 397-4516 | ■ | MORPHINE SUL TB 15MG UPS 100@ TABLET | Saleable Return | 18.65 | H |
| 10/26/2022 | 7374560945 | JE | 189-1431 | ■ | MORPHINE SULF TB 30MG HIK 100@ TABLET | Saleable Return | 59.34 | H |
| | | | | | | Item permanently shortdated. | | |
| 12/05/2022 | 7382652402 | JE | 376-1251 | ■ | OXYCOD HCI O/S 5MG/5MLMMP500ML SOLUTION | Saleable Return | 39.59 | H |
| 12/27/2022 | 7387354541 | JE | 149-5258 | ■ | OXYCOD HCL TAB 10MG KVK    100@ TABLET | Saleable Return | 42.33 | H |
| 12/05/2022 | 7382652402 | JE | 149-5340 | ■ | OXYCOD HCL TAB 20MG KVK    100@ TABLET | Saleable Return | 22.19 | H |
| 08/08/2022 | 7358739685 | JE | 127-6567 | ■ | OXYCOD HCL TAB 30MG SPEC   100@ TABLET | Saleable Return | 74.03 | H |
| 01/18/2023 | 7392233895 | JE | 188-6852 | ■ | OXYCOD TAB 5MG        MALL  100@ TABLET | Saleable Return | 34.55 | |
| 01/18/2023 | 7392233895 | JE | 352-9740 | ■ | OXYCOD+ ACET 5/325MG ALV 100@ TABLET | Saleable Return | 48.60 | |
| 01/18/2023 | 7392233895 | JE | 127-5742 | ■ | OXYCOD+ ACET TB 10/325 SPEC100@ TABLET | Saleable Return | 30.70 | |
| 12/27/2022 | 7387354541 | JE | 127-5742 | ■ | OXYCOD+ ACET TB 10/325 SPEC100@ TABLET | Saleable Return | 13.05 | H |
| 12/07/2022 | 7383218825 | JE | 329-5300 | ■ | OXYCOD+ ACETTB7.5/325MGRHOD100@ TABLET | Saleable Return | 14.60 | H |
| 12/15/2022 | 7385026611 | JE | 396-2255 | ■ | OXYCOD+ APAP TB 2.5/325 CAM100@ TABLET | Saleable Return | 86.78 | H |
| 07/15/2022 | 7354269027 | JE | 213-6398 | ■ | OXYCONTIN CR TAB 10MG (REF)100 TAB ER 12H | Saleable Return | 752.44 | H |
| 07/15/2022 | 7354269027 | JE | 213-6620 | ■ | OXYCONTIN CR TAB 15MG (REF)100 | Saleable Return | 553.85 | H |

# MCKESSON

## Returns Credit

| | |
|---|---|
| **Billing No.:** | 7400076104 |
| **Billing Date:** | 02/10/2023 |
| **PO#:** | 203028742 & 203028743 |
| **Ref Doc#:** | 6551860494 |
| **Ref Doc Date:** | 02/06/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/30/2023 | 7394766658 | JE | 354-8849 | ▮ | TAB ER 12H XTAMPZA ER CAP 13.5MG CAP SPR 12  100 | Saleable Return | 868.37 |

H = HANDLING CHARGE APPLIED PER RETURNS POLICY

**NET CREDIT AMOUNT:**                    $3,901.66

# M^cKESSON

# Returns Credit

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| Billing No.: | 7400076105 |
|---|---|
| Billing Date: | 02/17/2023 |
| PO#: | ret38 |
| Ref Doc#: | 6551871167 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | 7390701156 | CD | 145-4214 | ██ | | MESALAM REC SU 4GM PERR ENEMA KIT | KIT@ | Saleable Return | 107.59 |
| 01/26/2023 | 7394087392 | CD | 145-4214 | ██ | | MESALAM REC SU 4GM PERR ENEMA KIT | KIT@ | Saleable Return | 322.77 |

**NET CREDIT AMOUNT:**          $430.36

# M<sup>c</sup>KESSON     Returns Credit

| | | |
|---|---|---|
| **Billing No.:** | 7400076106 |
| **Billing Date:** | 02/17/2023 |
| **PO#:** | ret40 |
| **Ref Doc#:** | 6551863189 |
| **Ref Doc Date:** | 02/06/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/25/2023 | 7393781309 | XZ | 201-8604 | ▮ | BAG ECON-ZIP 2M 5X8 ACT CS1000 | Saleable Return | 215.68 |

**NET CREDIT AMOUNT:**     $215.68

# M<sup>c</sup>KESSON

# Returns Credit

| Billing No.: | 7400076107 |
|---|---|
| Billing Date: | 02/17/2023 |
| PO#: | ret39 |
| Ref Doc#: | 6551871165 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | 7391017238 | TA | 260-9766 | ▉ | | FERROUS OS 300MG/5ML SKYUD100@ LIQUID | Saleable Return | 167.69 |
| | | | | | | | Item permanently shortdated. | |
| 01/30/2023 | 7394766666 | TA | 260-9766 | ▉ | | FERROUS OS 300MG/5ML SKYUD100@ LIQUID | Saleable Return | 335.38 |
| | | | | | | | Item permanently shortdated. | |

**NET CREDIT AMOUNT:**                    $503.07

# M<sup>c</sup>KESSON

# Returns Credit

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| Billing No.: | 7400076108 |
|---|---|
| Billing Date: | 02/17/2023 |
| PO#: | ret43 |
| Ref Doc#: | 6551874316 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/25/2023 | 7393781309 | XZ | 201-8612 | ■ | BAG ECON-ZIP 2M 6X9 ACT CS1000 | Saleable Return | 70.24 |

**NET CREDIT AMOUNT:**          $70.24

# M<sup>c</sup>KESSON

# Returns Credit

| Billing No.: | 7400076109 |
|---|---|
| Billing Date: | 02/17/2023 |
| PO#: | ret41 |
| Ref Doc#: | 6551873371 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/25/2023 | 7393781309 | 714020 | 246-2257 | ■ | | BAG ZIPLOCK 4MIL 12X15 RD 500 | Saleable Return | 172.23 |

**NET CREDIT AMOUNT:** $172.23

# M<sup>c</sup>KESSON

# Returns Credit

| Billing No.: | 7400076110 |
|---|---|
| Billing Date: | 02/17/2023 |
| PO#: | ret42 |
| Ref Doc#: | 6551874309 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/25/2023 | 7393781309 | XZ | 115-3972 | ■ | | BAG ECON-ZIP 2M 3X5 ACT CS1000 | Saleable Return | 84.49 |

**NET CREDIT AMOUNT:** $84.49

# MCKESSON

# Returns Credit

| | |
|---|---|
| Billing No.: | 7400076111 |
| Billing Date: | 02/17/2023 |
| PO#: | 1/11/2023 |
| Ref Doc#: | 6551584624 |
| Ref Doc Date: | 01/11/2023 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY UM | ITEM DESCRIPTION | | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/2022 | 7368446748 | AD | 142-3706 | ▮ | COLESTID TAB TABLET | 120 | Outdated | 188.33 | H |
| | | | | | | | Unattested Product Item permanently shortdated. | | |
| 09/12/2022 | 7365626019 | AD | 352-1069 | ▮ | PRENAT VIT+ LOW IRON TABNNO100@ TABLET | | Outdated | 3.79 | H |
| | | | | | | | Unattested Product | | |

**ITEMS REJECTED, NOT RECEIVED, OR CHANGED TO UNSALEABLE CREDIT**                                      **CHANGED REASON**

| | | | | | |
|---|---|---|---|---|---|
| 352-1069 | ▮ ▮ | PRENAT VIT+ LOW IRON TABNNO100@ | | Saleable Return | Unattested Product |
| 142-3706 | ▮ ▮ | COLESTID TAB | 120 | Saleable Return | Unattested Product |
| | | Item permanently shortdated. | | | |

H =  HANDLING CHARGE APPLIED PER RETURNS POLICY

**NET CREDIT AMOUNT:**                    $192.12

# M<sup>c</sup>KESSON

# Returns Credit

| | |
|---|---|
| Billing No.: | 7400076112 |
| Billing Date: | 02/17/2023 |
| PO#: | ret36 |
| Ref Doc#: | 6551874246 |
| Ref Doc Date: | 02/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131   **Phone:** 855/625-7385
14500 EAST 39th AVENUE        **DEA:** PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07      **DEA:** No DEA Num
4162 E BIJOU ST               **PHCY:** PDO1680000122
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/2022 | 7353733015 | 711500 | 202-8371 | ■ | | PANTOPRAZOL DR TB40MG AURO90@ TABLET DR | Saleable Return | 10.98 | H |
| 01/27/2023 | 7394372039 | AD | 215-8459 | ■ | | AMLODIPINE BES TB 5MG ASC 500@ TABLET | Saleable Return | 9.56 | |
| 01/03/2023 | 7388850785 | AD | 123-3378 | ■ | | CLONIDINE TS/PTC0.3MG/DAYMYL4@ PATCH TDWK | Saleable Return | 41.61 | H |
| 10/17/2022 | 7372666479 | AD | 117-4812 | ■ | | ESTRADIOL PATCH 0.1MG MYLN  4@ PATCH TDWK | Saleable Return | 30.81 | H |
| | | | | | | | Item permanently shortdated. | | |
| 08/09/2022 | 7358995100 | AD | 145-7431 | ■ | | ESTRADIOL SYSTM 0.025MG MYLN4@ PATCH TDWK | Saleable Return | 63.14 | H |
| 12/06/2022 | 7382934589 | AD | 392-3158 | ■ | | OSELTAMIV PHOS CP 75MG STR 10@ CAPSULE | Saleable Return | 104.55 | H |
| 12/19/2022 | 7385723049 | AD | 390-3770 | ■ | | OSELTAMIVIR PHOS 75MG CAMBP10@ CAPSULE | Saleable Return | 40.22 | H |
| 07/12/2022 | 7353468830 | BE | 397-5620 | ■ | | BAQSIMI PWD DEVICE 3MG 1 SPRAY | Saleable Return | 219.95 | H |
| 01/25/2023 | 7393781306 | CA | 259-0248 | ■ | | LIDOCAINE PTCH 5%/700MG PAR30@ ADH. PATCH | Saleable Return | 236.64 | |
| 01/20/2023 | 7392806941 | DA | 247-3379 | ■ | | FONDAP PFS 7.5MG/0.6ML DR/R10@ SYRINGE | Saleable Return | 287.09 | |
| 12/21/2022 | 7386333650 | IC | 375-1005 | ■ | | MEDROXYPR ACEPFS150MG/MLAMPH1@ SYRINGE | Saleable Return | 58.92 | H |

# MCKESSON

## Returns Credit

| | |
|---|---|
| **Billing No.:** | 7400076112 |
| **Billing Date:** | 02/17/2023 |
| **PO#:** | ret36 |
| **Ref Doc#:** | 6551874246 |
| **Ref Doc Date:** | 02/06/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **NET CREDIT AMOUNT:** | $1,103.47 |

# M<sup>C</sup>KESSON

# Returns Credit

| | |
|---|---|
| **Billing No.:** | 7400076113 |
| **Billing Date:** | 02/17/2023 |
| **PO#:** | ret36 |
| **Ref Doc#:** | 6551874247 |
| **Ref Doc Date:** | 02/06/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** No DEA Num
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | 7391017251 | AD | 232-4754 | ■ | | BIKTARVY TB 50/200/25MG BP30 TABLET | Saleable Return | 3,700.36 | |
| 11/03/2022 | 7376097372 | AD | 231-3856 | ■ | | SIVEXTRO TAB 200MG 30= TABLET | Saleable Return | 10,217.71 | H |

H = HANDLING CHARGE APPLIED PER RETURNS POLICY

**NET CREDIT AMOUNT:** $13,918.07

# MᶜKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE           **DEA #: PM0018425**
AURORA CO 80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP           **DEA #:**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **Credit Memo Information** | Page |
|---|---|
| **Number:** 7400138236 <br> **Date: 02/22/2023** | 1  of  1 |

| **75344** <br> Customer Number | M02 <br> Route | 035 <br> Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/22/2023 |

### Corresponding Document

**Date:** 02/22/2023        **Reference:** 7400138238

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N17271070107 | 2248904 | ■ | ■ | SOD CHL 0.9% INJ 1000ML IV SOLN | ■ | ■ | 49.20 | 0.00 | |

Original Invoice Number: 7385990669          Original Purchase Order: DAILY 12-19   00
Original Invoice Date:   12/20/2022          Contract Reference ID:

| Sales Tax Total: | $0.00 |
|---|---|
| Gross Credit Amount: | $49.20 |
| Less Trade Discount: | $0.00 |
| Net Credit Amount: | $49.20 |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                          E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                  G - Poision Liquid or Solid Class B
                                                      T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #:**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **Credit Memo Information** | Page |
|---|---|
| **Number:**  7400138237  **Date: 02/22/2023** | 1  of  1 |

| **75344**  Customer Number | M02  Route | 035  Stop |
|---|---|---|

| **Sales Territory ID** | 0307 |
|---|---|
| **Billing Date:** | 02/22/2023 |

### Corresponding Document

**Date:** 02/22/2023          **Reference:** 7400138239

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.   Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/  UPC  NUMBER | ITEM  NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL  UNIT PRICE  CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX  (if applicable) | *H  M |
|---|---|---|---|---|---|---|---|---|---|---|
|  | N17271070107 | 2248904 | ■ | ■ | SOD CHL 0.9% INJ 1000ML  IV SOLN | ■ | ■ | 49.20 | 0.00 | |

**Original Invoice Number:** 7387354555          **Original Purchase Order:** DAILY          00
**Original Invoice Date:**   12/27/2022          **Contract Reference ID:**

| Sales Tax Total: | $0.00 |
|---|---|
| Gross Credit Amount: | $49.20 |
| Less Trade Discount: | $0.00 |
| Net Credit Amount: | $49.20 |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                           E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                   G - Poision Liquid or Solid Class B
                                                       T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | | Page |
|---|---|---|
| Number:  7400138238 | | 1  of  1 |
| **Date: 02/22/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #:**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/22/2023 |

## Corresponding Document

**Date:** 02/22/2023          **Reference:** 7400138236

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

\* HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N17271070107 | 2248904 | ■ | ■ | SOD CHL 0.9% INJ 1000ML IV SOLN | ■ | ■ | 20.42 | 0.00 | |

**Original Invoice Number:** 7385990669          **Original Purchase Order:** DAILY 12-19    00
**Original Invoice Date:**   12/20/2022          **Contract Reference ID:**   600027250

|  | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$20.42** |
| **Gross Payable by Statement Due Date:** | **$20.84** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

| | |
|---|---|
| A - Flammable Compressed Gas N.O.S. | D - Corrosive Material |
| - Flammable Compressed Gas | E - Flammable Solid |
| B - NonFlammable Compressed Gas N.O.S. | F - Oxidizing Material |
| C - Flammable Liquid | G - Poision Liquid or Solid Class B |
| | T - Toxic Material |

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | | Page |
|---|---|---|
| **Number:** 7400138239 | | 1 of 1 |
| **Date: 02/22/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #:**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 02/22/2023 |

## Corresponding Document

**Date:** 02/22/2023          **Reference:** 7400138237

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N17271070107 | 2248904 | ■ | ■ | SOD CHL 0.9% INJ 1000ML IV SOLN | ■ | ■ | 20.42 | 0.00 | |

**Original Invoice Number:** 7387354555          **Original Purchase Order:** DAILY          00
**Original Invoice Date:** 12/27/2022          **Contract Reference ID:** 600027250

| | | |
|---|---|---|
| **Total Trade Discount Extended:** | | **$0.00** |
| **Sales Tax Total:** | | **$0.00** |
| **Net Payable by Statement Due Date:** | | **$20.42** |
| **Gross Payable by Statement Due Date:** | | **$20.84** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.                     D - Corrosive Material
  - Flammable Compressed Gas                            E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                  F - Oxidizing Material
C - Flammable Liquid                                    G - Poision Liquid or Solid Class B
                                                        T - Toxic Material

# MᴄKESSON  ADDBILL INVOICE

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

| DC DEA # |
| --- |
| PM0018425 |

| McKesson Contact Information |
| --- |
| Service First |
| 1-855-625-4677 |

| Sales Territory ID | 0307 |
| --- | --- |
| Billing Date | 01/18/2023 |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Customer DEA # |
| --- |
| FP6379071 |

| 75344 | M02 | 035 |
| --- | --- | --- |
| Customer Number | Route | Stop |

| Supplier Information |
| --- |
| Name:  ASTRA/ZENECA PHARMACEUT |
| Number: 2830 |

| Contract Information |
| --- |
| Reference #:    002891830E |

| Invoice Information |
| --- |
| Number: 8901101450 |
| Date:    01/18/2023 |
| Page: 1  of   1 |

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

| McKesson Item # | Item Description | NDC / UPC Number | Unit of Measure | Quantity Purchased | Unit Price Per Contract | Unit Price Billed | Unit Price Difference | Extended Price Per Contract | Extended Price Billed | Extended Price Difference Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3413861 | FARXIGA TAB 10MG          30 | N00310621030 | | | | | | | | 15.16 |

**Original Invoice Date:** 01/03/2023     **Original Invoice Number:** 7388850790          **Purchase Order # for Original Invoice:** cycle 1-02     00
**Addbill Reason Code:** ABCP          **Addbill Reason Code Description:** Invalid Contract BID     **Debit Memo #:** 3003BAZNDV
**McKesson Lead #:** 00049537          **Description:** 019 CMT 002891830E ASTRA
**Addbill Comments** 25 per supplier correct bid price at the time of the sale was 548.33 /EDI error

**TOTAL ADDBILL NET PAYABLE BY STATEMENT DUE DATE:**          15.16

| LINES | CASES | PIECES |
| --- | --- | --- |
| | | |

THIS INVOICE IS PAYABLE TO McKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

# MCKESSON

# ADDBILL INVOICE

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

| DC DEA # |
|---|
| PM0018425 |

| McKesson Contact Information |
|---|
| **Service First** |
| 1-855-625-4677 |

| Sales Territory ID | 0307 |
|---|---|
| Billing Date | 01/18/2023 |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Customer DEA # |
|---|
| FP6379071 |

| 75344 | M02 | 035 |
|---|---|---|
| Customer Number | Route | Stop |

| Supplier Information |
|---|
| **Name:**   SANOFI U.S. LLC |
| **Number:** 21035 |

| Contract Information |
|---|
| **Reference #:**   A20588-14 |

| Invoice Information |
|---|
| **Number:** 8901101451 |
| **Date:**    01/18/2023 |
| **Page:** 1  of   1 |

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

| McKesson Item # | Item Description | NDC / UPC Number | Unit of Measure | Quantity Purchased | Unit Price Per Contract | Unit Price Billed | Unit Price Difference | Extended Price Per Contract | Extended Price Billed | Extended Price Difference Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 2722601 | LANTUS INSULIN VIAL          10ML | N00088222033 | | | | | | | | 7.28 |

**Original Invoice Date:** 01/05/2023      **Original Invoice Number:** 7389394172              **Purchase Order # for Original Invoice:** DAILY 01/04/23   00
**Addbill Reason Code:** ABCP          **Addbill Reason Code Description:** Invalid Contract BID      **Debit Memo #:** 3005BSNYDV
**McKesson Lead #:** 00964993          **Description:** 019 CMT A20588-14 SANOFI-
**Addbill Comments** 25 per supplier correct bid price at the time of the sale was 262.86 / EDI

**TOTAL ADDBILL NET PAYABLE BY STATEMENT DUE DATE:**                7.28

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

# McKESSON

# ADDBILL INVOICE

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

| DC DEA # |
|---|
| PM0018425 |

| McKesson Contact Information |
|---|
| **Service First** |
| 1-855-625-4677 |

| Sales Territory ID | 0307 |
|---|---|
| Billing Date | 01/18/2023 |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 75344 | M02 | 035 |
|---|---|---|
| Customer Number | Route | Stop |

| Customer DEA # |
|---|
| FP6379071 |

| Supplier Information |
|---|
| **Name:**  ELI LILLY AND COMPANY |
| **Number:** 59000 |

| Contract Information |
|---|
| **Reference #:**    A01088-1 |

| Invoice Information |
|---|
| **Number:** 8901101452 |
| **Date:**    01/18/2023 |
| **Page:** 1   of    1 |

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

| McKesson Item # | Item Description | NDC / UPC Number | Unit of Measure | Quantity Purchased | Unit Price Per Contract | Unit Price Billed | Unit Price Difference | Extended Price Per Contract | Extended Price Billed | Extended Price Difference Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 3292372 | TRULICITY 1.5MG/0.5ML PEN 4 | N00002143480 | ■ | | ▮ | | ■ | | ■ | 40.83 |

**Original Invoice Date:** 01/03/2023   **Original Invoice Number:** 7388850788   **Purchase Order # for Original Invoice:** daily 1-2       00
**Addbill Reason Code:** ABCP   **Addbill Reason Code Description:** Invalid Contract BID   **Debit Memo #:** 3003BEL1DV
**McKesson Lead #:** 00637567   **Description:** 019 CMT A01088-1 ELI LILL
**Addbill Comments** Bid price $902.95 is eff at the time of invoice ! / EDI

| McKesson Item # | Item Description | NDC / UPC Number | Unit of Measure | Quantity Purchased | Unit Price Per Contract | Unit Price Billed | Unit Price Difference | Extended Price Per Contract | Extended Price Billed | Extended Price Difference Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 3292356 | TRULICITY 0.75MG/0.5ML PEN 4 | N00002143380 | ■ | | ▮ | | ■ | | ■ | 40.83 |

**Original Invoice Date:** 01/05/2023   **Original Invoice Number:** 7389394172   **Purchase Order # for Original Invoice:** DAILY 01/04/23  00
**Addbill Reason Code:** ABCP   **Addbill Reason Code Description:** Invalid Contract BID   **Debit Memo #:** 3005BEL1DV
**McKesson Lead #:** 00637567   **Description:** 019 CMT A01088-1 ELI LILL
**Addbill Comments** 25 customer was eligible for higher price / EDI

**TOTAL ADDBILL NET PAYABLE BY STATEMENT DUE DATE:**        81.66

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**Invoices for  $71,107.72 Non-Sufficient Funds Transaction**

| CoCd | Acct# | DBA Name | Doc. Date | Due Date | DocumentNo | Gross | Disc | Net |
|------|-------|----------|-----------|----------|------------|-------|------|-----|
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509888 | $ 1,666.92 | $ 33.34 | $ 1,633.58 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509889 | $ 12.27 | $ 0.25 | $ 12.02 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509890 | $ 72.46 | $ 1.45 | $ 71.01 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509891 | $ 4,552.92 | $ 91.06 | $ 4,461.86 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509895 | $ 200.76 | $ 4.02 | $ 196.74 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509896 | $ 398.05 | $ 7.96 | $ 390.09 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509897 | $ 384.26 | $ 7.69 | $ 376.57 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388509899 | $ 2,641.17 | $ 52.82 | $ 2,588.35 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388516102 | $ 6,974.47 | $ 139.49 | $ 6,834.98 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/02/2023 | 01/20/2023 | 7388516104 | $ 92.74 | $ 1.85 | $ 90.89 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388850783 | $ 3,458.29 | $ 69.17 | $ 3,389.12 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388850785 | $ 6,816.20 | $ 136.32 | $ 6,679.88 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388850788 | $ 3,404.34 | $ 68.09 | $ 3,336.25 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388850789 | $ 35.30 | $ 0.71 | $ 34.59 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388850790 | $ 11,202.22 | $ 224.04 | $ 10,978.18 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388856500 | $ 181.48 | $ 3.63 | $ 177.85 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388856501 | $ 1,112.94 | $ 22.26 | $ 1,090.68 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388856502 | $ 2,152.54 | $ 43.05 | $ 2,109.49 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388856503 | $ 50.12 | $ 1.00 | $ 49.12 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/03/2023 | 01/20/2023 | 7388856504 | $ 529.52 | $ 10.59 | $ 518.93 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/04/2023 | 01/20/2023 | 7389124417 | $ 1,249.40 | $ 24.99 | $ 1,224.41 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/04/2023 | 01/20/2023 | 7389124419 | $ 5,999.52 | $ 119.99 | $ 5,879.53 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/04/2023 | 01/20/2023 | 7389124420 | $ 28.37 | $ 0.57 | $ 27.80 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/04/2023 | 01/20/2023 | 7389124422 | $ 863.84 | $ 17.28 | $ 846.56 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394147 | $ 34.35 | $ 0.69 | $ 33.66 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394149 | $ 47.22 | $ 0.94 | $ 46.28 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394150 | $ 58.06 | $ 1.16 | $ 56.90 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394153 | $ 7.55 | $ 0.15 | $ 7.40 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394157 | $ 5,672.37 | $ 113.45 | $ 5,558.92 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394168 | $ 300.99 | $ 6.02 | $ 294.97 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394170 | $ 314.68 | $ 6.29 | $ 308.39 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394172 | $ 1,852.89 | $ 37.06 | $ 1,815.83 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394173 | $ 148.33 | $ 2.97 | $ 145.36 |

## Invoices for  $71,107.72 Non-Sufficient Funds Transaction

| CoCd | Acct# | DBA Name | Doc. Date | Due Date | DocumentNo | Gross | Disc | Net |
|------|-------|----------|-----------|----------|------------|------:|-----:|----:|
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394174 | $ 7,315.10 | $ 146.30 | $ 7,168.80 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394175 | $ 351.46 | $ 7.03 | $ 344.43 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/05/2023 | 01/20/2023 | 7389394176 | $ 30.06 | $ 0.60 | $ 29.46 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677882 | $ 137.65 | $ 2.75 | $ 134.90 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677883 | $ 17.04 | $ 0.34 | $ 16.70 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677884 | $ 433.43 | $ 8.67 | $ 424.76 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677885 | $ 56.08 | $ 1.12 | $ 54.96 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677886 | $ 1,901.49 | $ 38.03 | $ 1,863.46 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677891 | $ 3,771.70 | $ 75.43 | $ 3,696.27 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677892 | $ 589.28 | $ 11.79 | $ 577.49 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677894 | $ 379.05 | $ 7.58 | $ 371.47 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389677896 | $ 173.33 | $ 3.47 | $ 169.86 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/06/2023 | 01/20/2023 | 7389681200 | $ 12.99 | $ 0.26 | $ 12.73 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/11/2023 | 7390807237 | $ (1,547.78) | $ - | $ (1,547.78) |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/12/2023 | 7391094741 | $ (816.28) | $ - | $ (816.28) |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/12/2023 | 7391094742 | $ (1,224.41) | $ - | $ (1,224.41) |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/12/2023 | 7391094743 | $ (816.28) | $ - | $ (816.28) |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/12/2023 | 7391286364 | $ (138.00) | $ - | $ (138.00) |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/12/2023 | 7391286365 | $ (481.01) | $ - | $ (481.01) |
| | | | | | | | | $ 71,107.72 |

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388509888 |
| Billing Date: | 01/02/2023 |
| PO#: | QO12302022      00 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 00002-1434-80 | 329-2372 | 731900904 | ▮ ▮ | | TRULICITY 1.5MG/0.5ML PEN 4 PEN INJCTR | ▮ ▮ | | ▮ ▮ | | 1,633.58 | |

Product shipped is best dating available from manufacturer.

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,633.58 | TOTAL CONTRACT PURCHASES: | $1,633.58 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $1,633.58
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $1,666.92

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 2 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# **McKESSON**

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388509889 |
|---|---|
| Billing Date: | 01/02/2023 |
| PO#: | DAILY 12-28      01 |
| McK Connect UserID: | auto_snd |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

NARCOTIC
00406-3243-01     116-9234        731902591      ▮    HYDROMORPH TAB 2MG  MALL   100@      ▮  ▮        ▮  ▮      ▮         12.02
            CSOS ID - 22X100057                                       TABLET
    1169234 / N00406324301 Was Substituted for 1913334 / N42858030101 (HYDROMORPH TAB 2MG   RHOD   100@) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $12.02 | TOTAL CONTRACT PURCHASES: | $12.02 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $12.02
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $12.27

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7388509889 |
| **Billing Date:** | | 01/02/2023 |
| **PO#:** | | DAILY 12-28      01 |
| **McK Connect UserID:** | | auto_snd |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

1169234 / N00406324301 Was Substituted for 1913334 / N42858030101 (HYDROMORPH TAB 2MG  RHOD  100@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388509890 |
|---|---|
| Billing Date: | 01/02/2023 |
| PO#: | c-2          00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

NARCOTIC
42858-0301-01    191-3334    731905369    █    █  HYDROMORPH TAB 2MG  RHOD  100@    █  █    █ █    22.20
CSOS ID - 22X100058                                 TABLET

'DO NOT SUB' SELECTED.

NARCOTIC
00406-8315-01    247-4641    731905369    █    █  MORPHINE ER TB 15MG MALL   100@    █  █    █ █    32.64
CSOS ID - 22X100058                                 TABLET ER

'DO NOT SUB' SELECTED.

NARCOTIC
42858-0102-01    329-5193    731905369    █    █  OXYCOD+ ACET TB5/325MG RHOD100@    █  █    █ █    16.17
CSOS ID - 22X100058                                 TABLET

'DO NOT SUB' SELECTED.

**SUMMARY**

# MCKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | | 7388509890 | | |
| **Billing Date:** | | 01/02/2023 | | |
| **PO#:** | | c-2 | 00 | |
| **McK Connect UserID:** | | h5p1d7x2 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL RX PURCHASES: | $71.01 | | TOTAL CONTRACT PURCHASES: | $71.01 | | | | | |
| | | TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $0.00 | | | | | |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**   $71.01
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**   $72.46

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 8 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7388509890 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | c-2          00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131          **Phone:**   855/625-7385
14500 EAST 39th AVENUE                **DEA:**     PM0018425
AURORA CO 80011

| 075344 | M02 | 035 | 3 of 3 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**                          **SHIP TO:**                          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07             PREMIER PHARMACY GROUP 07             **PHCY:**  PDO1680000122
4162 E BIJOU ST                       4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824       COLORADO SPRINGS CO
80909-6824

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**
2474641 ( N00406831501 - MORPHINE ER TB 15MG MALL  100@ ) 'DO NOT SUB' SELECTED.
3295193 ( N42858010201 - OXYCOD+ ACET TB5/325MG RHOD100@ ) 'DO NOT SUB' SELECTED.
1913334 ( N42858030101 - HYDROMORPH TAB 2MG  RHOD  100@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|-------|-------|--------|
| 3 | 0 | 8 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131  **Phone:**  855/625-7385
14500 EAST 39th AVENUE  **DEA:**  PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  **DEA:**  FP6379071
PREMIER PHARMACY GROUP 07  **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| | |
|---|---|
| Billing No.: | 7388509891 |
| Billing Date: | 01/02/2023 |
| PO#: | daily 1-1          00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 12-30

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00173-0869-10 | 205-5796 | 732236238 | | ■ | ANORO ELLIPTA RETAIL 30INH 60 BLST W/DEV | ■ | ■ | ■ | ■ | 875.74 | |
| 24208-0411-15 | 131-4145 | 732236238 | | ■ | BRIMONID OPH SOL 0.2% BAU15ML@ DROPS | ■ | ■ | ■ | ■ | 8.60 | |
| 70594-0090-02 | 237-4296 | 732236238 | | ■ | CEFEPIME INJ 2GM XEL 10@ VIAL | ■ | ■ | ■ | ■ | 102.04 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 60505-0253-03 | 202-0196 | 732236238 | | ■ | CLOPIDOGREL TAB 75MG APX1000@ TABLET | ■ | ■ | ■ | ■ | 63.83 | |
| 21922-0009-09 | 152-5203 | 732236238 | | ■ | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | ■ | ■ | ■ | ■ | 6.39 | |
| | | 1525203 / N21922000909 Was Substituted for 2064285 / N69097052444 (DICLOFEN SOD GEL 1.0%CIP100GM@) by OneStop Generics | | | | | | | | | |
| 21922-0009-09 | 152-5203 | 732236238 | | ■ | DICLOFEN SOD T/GEL1% ENC100GM@ GEL (GRAM) | ■ | ■ | ■ | ■ | 38.34 | |
| 69097-0528-34 | 152-6144 | 732236238 | | ■ | ESOMEPRAZOLE OS 20MG CIP 30@ SUSPDR PKT | ■ | ■ | ■ | ■ | 416.86 | |
| 00054-3270-99 | 165-9457 | 732236238 | ■ | | FLUTICAS NAS SPR 50MCGHIK16GM@ SPRAY SUSP | ■ | ■ | ■ | ■ | 32.10 | |
| 00054-0327-56 | 158-9902 | 732236238 | ■ | | FLUTICAS SAL 250MCG/50 HIKM60@ BLST W/DEV | ■ | ■ | ■ | ■ | 104.20 | |
| 67877-0749-57 | 237-0740 | 732236238 | | ■ | FOSFOMYCIN TROM GRAN ASC 3GM@ | ■ | ■ | ■ | ■ | 132.12 | |

# McKESSON

## Invoice

| Billing No.: | 7388509891 |
| --- | --- |
| Billing Date: | 01/02/2023 |
| PO#: | daily 1-1     00 |
| McK Connect UserID: | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
| --- | --- | --- | --- |
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PACKET | | | | | | |
| 57599-0803-00 | 155-3890 | 732236238 | ▮ | ▮ | FREESTYLE LIBRE 2 READER EACH | ▮ | ▮ | ▮ | | 66.49 | 9.0 |
| 57599-0001-01 | 253-5193 | 732236238 | ▮ | ▮ | FREESTYLE LIBRE SENSOR 14D KIT | ▮ | ▮ | ▮ | | 174.27 | |
| Product shipped is best dating due to manufacturer processes. | | | | | | | | | | | |
| 00002-8031-01 | 191-6154 | 732236238 | ▮ | ▮ | GLUCAGON EMERG KIT 1MG+ SYR 1ML VIAL | ▮ | ▮ | ▮ | ▮ | 258.71 | |
| 69315-0312-28 | 150-8779 | 732236238 | ▮ | ▮ | HYDROCORT CRM 2.5% LEAD 28GM@ CRM/PE APP | ▮ | ▮ | ▮ | | 11.28 | |
| 00173-0873-10 | 340-7947 | 732236238 | ▮ | ▮ | INCRUSE ELLIPTA RETAIL 30 BLST W/DEV | ▮ | ▮ | ▮ | | 672.64 | |
| 00093-4145-56 | 364-4143 | 732236238 | ▮ | ▮ | LEVALBUT SOL .31MG TEV 3MLX30@ VIAL-NEB | ▮ | ▮ | ▮ | | 76.59 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 65162-0791-08 | 233-3128 | 732236238 Above Item | ▮ | ▮ | LIDOCAINE PATCH 5% AMN 30@     Manufacturer limiting supply - allocated quantity ADH. PATCH | ▮ | ▮ | ▮ | ▮ | 71.35 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 13668-0090-30 | 204-5177 | 732236238 | ▮ | ▮ | OLANZAP ODT 20MG TORR 30@ TAB RAPDIS | ▮ | ▮ | ▮ | | 17.13 | |
| 00023-9163-60 | 180-3972 | 732236238 | ▮ | ▮ | RESTASIS OPTH EMUL .4ML UDV 60 DROPERETTE | ▮ | ▮ | ▮ | | 612.92 | |
| 00597-0075-41 | 177-1930 | 732236238 | ▮ | ▮ | SPIRIVA HANDIHALER        30 CAP W/DEV | ▮ | ▮ | ▮ | ▮ ▮ | 471.74 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 56151-2103-01 | 233-3896 | 732236238 | ▮ | ▮ | TOPCARE PEN NDL 31G 8MM  30 DIS NEEDLE | ▮ | ▮ | ▮ | | 44.16 | |
| 00409-1319-01 | 236-8843 | 732236238 | ▮ | ▮ | VANCOMYCIN HCL 10GM/VIAL PFI1@ VIAL | ▮ | ▮ | ▮ | | 77.86 | |
| | | 2368843 / N00409131901 Is a temporary backup to primary program item 3591690 / N70594004801 (VANCOMYC PWD 10GM XELL 1@) on Multi-Source | | | | | | | | | |
| 00173-0682-20 | 182-6700 | 732236238 | ▮ | ▮ | VENTOLIN HFA 200DOSE W/COUNTER HFA AER AD | ▮ | ▮ | ▮ | | 108.32 | 2.2 |
| 00093-1712-01 | 349-0935 | 732236238 | ▮ | ▮ | WARFARIN SOD TAB 1MG TEVA100@ | ▮ | ▮ | ▮ | | 18.18 | |

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7388509891 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | daily 1-1     00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 00173-0718-20 | 121-1812 | 732236238 | | | FLOVENT HFA  44MCG+ CNTR 120DSE | | | ▉▉ | | | |
| | | Above Item | | | Temporarily out - please reorder | | | | | | |
| | | | | | AER W/ADAP | | | | | | |
| 00264-7800-20 | 180-0879 | 732236238 | | | SOD CHL 0.9% BG 250ML BRAU  24 | | | ▉▉ ▉ | | | |
| | | Above Item | | | Manufacturer limiting supply - full omit | | | | | | |
| | | | | | IV SOLN | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $4,461.86 | TOTAL CONTRACT PURCHASES: | $2,520.24 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,941.62 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**     $4,461.86
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**     $4,552.92

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 0 | 58 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7388509891 |
| Billing Date: | 01/02/2023 |
| PO#: | daily 1-1          00 |
| McK Connect UserID: | d2t1k6z5 |

**DC:**

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
1525203 / N21922000909 Was Substituted for 2064285 / N69097052444 (DICLOFEN SOD GEL 1.0%CIP100GM@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
2368843 / N00409131901 Is a temporary backup to primary program item 3591690 / N70594004801 (VANCOMYC PWD 10GM XELL 1@) on Multi-Source

**SUBSTITUTION OVERRIDES**
2374296 ( N70594009002 - CEFEPIME INJ 2GM XEL 10@ ) 'DO NOT SUB' SELECTED.
2333128 ( N65162079108 - LIDOCAINE PATCH 5% AMN 30@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
2333128 ( N65162079108 - LIDOCAINE PATCH 5% AMN 30@ ) Manufacturer limiting supply - allocated quantity
1211812 ( N00173071820 - FLOVENT HFA  44MCG+ CNTR 120DSE ) Temporarily out - please reorder
1800879 ( N00264780020 - SOD CHL 0.9% BG 250ML BRAU  24 ) Manufacturer limiting supply - full omit

---

| Lines | Cases | Pieces |
|-------|-------|--------|
| 24 | 0 | 58 |

This invoice is payable to   **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388509895 |
|---|---|
| Billing Date: | 01/02/2023 |
| PO#: | daily 1-1          00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 12-30

| 309047-72524 | 142-4936 | 732236239 | | ■ | ANTI-DIARRH TAB 2MG MMP     24@ TABLET | ■ | | ■ | ■ | 4.34 | |
| | 1424936 / U30904772524 Was temporarily substituted as a backup 2358042 / U35860270176 (LOPERAMIDE AD CAPL 2MG AURH24@) to Multi-Source | | | | | | | | | | |
| 820555-00500 | 154-6175 | 732236239 | | ■ | CALC CARB TAB 600MG MMP     150@ TABLET | | | | | 2.30 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 300450-08002 | 178-9395 | 732236239 | | ■ | LACTAID CAPL ORIG STR       120 TABLET | ■ | | ■ | | 52.28 | |
| 360258-17101 | 161-1714 | 732236239 | | ■ | MAGNES OXID TAB 400MG CYP 120@ TABLET | ■ | | ■ | | 4.58 | |
| 305361-31983 | 351-1821 | 732236239 | | ■ | MILK OF MAG 1200MG RUG 12OZ@ ORAL SUSP | ■ | | ■ | | 2.16 | |
| | 3511821 / U30536131983 Was Substituted for 3266657 / U35789664912 (MILK OF MAG  GERI 12OZ@) by OneStop Generics | | | | | | | | | | |
| 345802-86803 | 189-2132 | 732236239 | | ■ | POLYETH GLY PW 3350 PERR17.9Z@ POWDER | ■ | | ■ | ■ | 98.20 | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| 010939-72744 | 328-9188 | 732236239 | | ■ | SM TUSSIN            8OZ LIQUID | ■ | | ■ | | 14.16 | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| 074300-01067 | 141-8664 | 732236239 | | ■ | VISINE DRY EYE RELIEF 0.5OZ DROPS | ■ | | ■ | | 5.76 | |

# M<sup>C</sup>KESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7388509895 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | daily 1-1        00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 3 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 311845-11831 | 140-1710 | 732236239 | ▮ | ▮ | VIT D SFTGEL 400IU  MAS | 100 | ▮ | | ▮ | | 5.40 | |
| 350289-32501 | 344-6333 | 732236239 | ▮ | ▮ | WITCH HAZEL PAD A.E.R. | 40 | ▮ | | ▮ | ▮ | 7.56 | |
| | | | | | MED. PAD | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $111.58 |
| TOTAL OTC PURCHASES: | $196.74 | TOTAL NON CONTRACT PURCHASES: | $85.16 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $196.74
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $200.76

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 31 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388509895 | |
| **Billing Date:** | 01/02/2023 | |
| **PO#:** | daily 1-1 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3511821 / U30536131983 Was Substituted for 3266657 / U35789664912 (MILK OF MAG  GERI 12OZ@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1424936 / U30904772524 Was temporarily substituted as a backup 2358042 / U35860270176 (LOPERAMIDE AD CAPL 2MG AURH24@) to Multi-Source

**SUBSTITUTION OVERRIDES**
1892132 ( U34580286803 - POLYETH GLY PW 3350 PERR17.9Z@ ) 'DO NOT SUB' SELECTED.
3289188 ( U01093972744 - SM TUSSIN            8OZ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 31 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131  **Phone:** 855/625-7385
14500 EAST 39th AVENUE  **DEA:** PM0018425
AURORA CO  80011

| Billing No.: | 7388509896 |
| Billing Date: | 01/02/2023 |
| PO#: | daily 1-1     00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 12-30

**CONTROLLED**

| 42858-0839-40 | 367-7630 | 732236240 | ■ | ■ | BUPRENTRDM SYS 20MCG/HR RHOD4@ PATCH TDWK | ■ | ■ | ■ | ■ | 390.09 | |

  3677630 / N42858083940 Was Substituted for 3610235 / N00093365940 (BUPREN TRANSDSYST20MCG/HRTEVA4) by OneStop Generics

### SUMMARY

| TOTAL RX PURCHASES: | $390.09 | TOTAL CONTRACT PURCHASES: | $390.09 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**  $390.09
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**  $398.05

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| **Billing No.:** | 7388509896 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | daily 1-1       00 |
| **McK Connect UserID:** | d2t1k6z5 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3677630 / N42858083940 Was Substituted for 3610235 / N00093365940 (BUPREN TRANSDSYST20MCG/HRTEVA4) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7388509897 | | |
| **Billing Date:** | 01/02/2023 | | |
| **PO#:** | daily 1-1 | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 12-30

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 300028-21501 | 145-5559 | 732236241 | | | HUMULIN R REG INSUL U100  10ML VIAL | ▮ | | ▮ ▮ | | 134.18 | |
| 00088-2220-33 | 272-2601 | 732236241 | | | LANTUS INSULIN VIAL        10ML VIAL | ▮ ▮ | | ▮ ▮ | | 242.39 | |
| 00169-6438-10 | 273-3459 | 732236241 Above Item | | | LEVEMIR FLEXTOUCH  INJ 3ML  5   Manufacturer cannot supply INSULN PEN | ▮ ▮ ▮ | | ▮ ▮ | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $242.39 | TOTAL CONTRACT PURCHASES: | $376.57 |
| TOTAL OTC PURCHASES: | $134.18 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $376.57
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $384.26

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 2 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7388509897 | | |
| **Billing Date:** | 01/02/2023 | | |
| **PO#:** | daily 1-1 | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**
2733459 ( N00169643810 - LEVEMIR FLEXTOUCH  INJ 3ML  5 ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7388509899 |
|---|---|
| Billing Date: | 01/02/2023 |
| PO#: | we-owe 1-1        00 |
| McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

Phone:  855/625-7385
DEA:  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

DEA:  FP6379071
PHCY:  PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00121-0646-16 | 243-3928 | 732236436 | | | AMANTAD SYRP    P/A  16OZ@ SOLUTION | | | | | 6.07 | |
| 63304-0720-90 | 158-8508 | 732236436 | | | DILTIAZEM ER CP 240MG SUN 90@ CAP ER 24H | | | | | 17.34 | |
| | 1588508 / N63304072090 Was Substituted for 3422573 / N68682099798 (DILTIAZ HCL ER CP 240MG VAL90@) by OneStop Generics | | | | | | | | | | |
| 00003-0893-21 | 201-3290 | 732236436 | | | ELIQUIS TAB 2.5MG          60 TABLET | | | | | 1,065.20 | |
| 00003-0894-21 | 201-3282 | 732236436 | | | ELIQUIS TAB 5MG          60 TABLET | | | | | 1,065.20 | |
| 16714-0186-02 | 235-9099 | 732236436 | | | LANSOPRAZO DR ODT 30MG100NSTR@ TAB RAP DR | | | | | 434.54 | |

**SUMMARY**

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7388509899 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | we-owe 1-1      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| TOTAL RX PURCHASES: | $2,588.35 |
| TOTAL OTC PURCHASES: | $0.00 |

|  |  |
|---|---|
| TOTAL CONTRACT PURCHASES: | $457.95 |
| TOTAL NON CONTRACT PURCHASES: | $2,130.40 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $2,588.35
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $2,641.17

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 7 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7388509899 | | |
| **Billing Date:** | 01/02/2023 | | |
| **PO#:** | we-owe 1-1     00 | | |
| **McK Connect UserID:** | c7t5d2c8 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
1588508 / N63304072090 Was Substituted for 3422573 / N68682099798 (DILTIAZ HCL ER CP 240MG VAL90@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 7 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388516102 |
| Billing Date: | 01/02/2023 |
| PO#: | CYCLE 1-1          00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 1 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|------------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * * Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|----------|-------|----------|-----|------------------|-----------------|
| 67877-0197-10 | 346-4153 | 732237100 | | AMLODIP BESYL TB 2.5MGASC1000@ TABLET | 9.78 |
| 16714-0175-03 | 232-2113 | 732237100 | | ATORVAST CALC TB 40MG1000NSTR@ TABLET | 35.69 |
| 16729-0201-01 | 360-8833 | 732237100 | | BUSPIRONE HCL TAB7.5MGACCO100@ TABLET | 27.26 |
| 62332-0342-90 | 395-0714 | 732237100 | | CANDESART CIL TAB 8MG ALEM 90@ TABLET | 52.92 |
| 00378-3232-93 | 150-5700 | 732237100 | | CANDESARTAN CILEX TB32MGMYL30@ TABLET | 28.46 |
| 00713-0936-81 | 263-1711 | 732237100 | | COLESEVEL HCI TAB 625MGCOS180@ TABLET | 128.52 |
| | 2631711 / N00713093681 Was Substituted for 3263803 / N67877050651 (COLESEV HCI TAB 625MG ASC 180@) by OneStop Generics | | | | |
| 33342-0029-07 | 205-2892 | 732237100 | | DONEPEZ HYD TAB 5MG MAC 30@ TAB RAPDIS | 5.79 |
| 53489-0647-01 | 187-0666 | 732237100 | | DOXYCYC HYC TAB 20MG MUT  100@ TABLET | 68.48 |
| | 1870666 / N53489064701 Is a temporary backup to primary program item 1506229 / N42806036201 (DOXYCYCLI HYC TB 20MG EPI 100@) on Multi-Source | | | | |
| 31722-0014-90 | 239-0359 | 732237100 | | DROXIDOPA CAP 100MG CAMB 90@ CAPSULE | 63.84 |
| 00003-0893-21 | 201-3290 | 732237100 | 60 | ELIQUIS TAB 2.5MG TABLET | 1,065.20 |
| 00003-0894-21 | 201-3282 | 732237100 | 60 | ELIQUIS TAB 5MG | 2,130.40 |

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7388516102 |
| Billing Date: | 01/02/2023 |
| PO#: | CYCLE 1-1          00 |
| McK Connect UserID: | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00172-5728-80 | 270-6117 | 732237100 | ▮ | ▮ | TABLET<br>FAMOTID TAB 20MG      IVA  1000@ | ▮ | ▮ | ▮ | ▮ | 18.72 | |
| 50111-0397-01 | 183-7988 | 732237100 | ▮ | ▮ | TABLET<br>HYDRAL TAB 100MG      PLIV  100@ | ▮ | ▮ | ▮ | ▮ | 13.30 | |
| 16714-0110-01 | 398-0851 | 732237100 | ▮ | ▮ | TABLET<br>HYDROXY SULF TB 200MG NSTR100@ | ▮ | ▮ | ▮ | ▮ | 16.38 | |
| 68180-0968-03 | 379-2900 | 732237100 | ▮ | ▮ | TABLET<br>LEVOTHY SOD TB0.088MG LUP1000@ | ▮ | ▮ | ▮ | ▮ | 165.37 | |
| 58657-0170-01 | 392-6151 | 732237100 | ▮ | ▮ | TABLET<br>M-NATAL PLUS TB27/1MG METH100@ | ▮ | ▮ | ▮ | ▮ | 8.56 | |
| 00555-0873-02 | 177-8687 | 732237100 | ▮ | ▮ | TABLET<br>MEDROXYPR TAB 5MG    BARR  100@ | ▮ | ▮ | ▮ | ▮ | 9.69 | |
| 68382-0549-06 | 154-7223 | 732237100 | ▮ | ▮ | TABLET<br>MEMANT HCL ER CP 28MG ZYD 30@ | ▮ | ▮ | ▮ | ▮ | 13.49 | |
| 65862-0008-99 | 343-5047 | 732237100 | ▮ | ▮ | CAP SPR 24<br>METFORM TAB 500MG    AURO 1000@ | ▮ | ▮ | ▮ | ▮ | 11.79 | |
| 16714-0852-03 | 207-8418 | 732237100 | ▮ | ▮ | TABLET<br>METOPROL SUCC ER 25MG1000NSTR@ | ▮ | ▮ | ▮ | ▮ | 66.96 | |
| 52817-0362-00 | 375-1237 | 732237100 | ▮ | ▮ | TAB ER 24H<br>METOPROL TART TAB100MGTRU1000@ | ▮ | ▮ | ▮ | ▮ | 20.30 | |
| 00245-0213-11 | 133-3301 | 732237100 | ▮ | ▮ | TABLET<br>MIDODRIN TAB 10MG    U/S   100@ | ▮ | ▮ | ▮ | ▮ | 65.98 | |
| 31722-0588-30 | 235-2169 | 732237100 | ▮ | ▮ | TABLET<br>NEBIVOLOL TAB 20MG CAM 30 @ | ▮ | ▮ | ▮ | ▮ | 12.19 | |
| 50742-0260-01 | 349-3442 | 732237100 | ▮ | ▮ | TABLET<br>NIFEDIPINE ER TB 30MG ING 100@ | ▮ | ▮ | ▮ | ▮ | 14.58 | |
| 00597-0360-55 | 374-9454 | 732237100 | ▮ | ▮ | TAB ER 24<br>PRADAXA CAP 150MG          60 | ▮ | ▮ | ▮ | ▮ | 433.41 | |
| 00603-5483-21 | 184-4810 | 732237100 | ▮ | ▮ | CAPSULE<br>PROPRAN TAB 20MG    Q/P  100@ | ▮ | ▮ | ▮ | ▮ | 5.82 | |
| 00527-4116-37 | 151-5519 | 732237100 | ▮ | ▮ | TABLET<br>PROPRANOLOL ER CP 60MG LAN100@ | ▮ | ▮ | ▮ | ▮ | 27.14 | |
| 67877-0246-10 | 363-4078 | 732237100 | ▮ | ▮ | CAP SA 24H<br>QUETIAPINE FUM TB200MGASC1000@ | ▮ | ▮ | ▮ | ▮ | 79.79 | |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7388516102 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | CYCLE 1-1      00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64896-0664-01 | 342-2748 | 732237100 | ▮ | ▮ | RYTARY ER CP61.25/245MG AMN100 CAPSULE ER | ▮ | ▮ | ▮ | | 459.14 | |
| 16714-0613-05 | 328-5012 | 732237100 | ▮ | ▮ | SERTRALIN TAB 100MG 500 NSTAR@ TABLET | ▮ | ▮ | ▮ | ▮ | 18.74 | |
| 59746-0385-06 | 166-8409 | 732237100 | ▮ | ▮ | TERAZOSIN CAP 5MG   JUB    100@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 11.29 | |
| 00832-0310-11 | 343-3539 | 732237100 | ▮ | ▮ | VALPROIC ACID CP 250MG U/S100@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 26.90 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61874-0115-30 | 352-1713 | 732237100 | ▮ | ▮ | VRAYLAR CAP 1.5MG          30 CAPSULE | ▮ | ▮ | ▮ | | 1,245.58 | |
| 50458-0579-30 | 143-0024 | 732237100 | ▮ | ▮ | XARELTO TAB 20MG           30 TABLET | ▮ | ▮ | ▮ | ▮ | 473.52 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $6,834.98 | TOTAL CONTRACT PURCHASES: | $3,180.24 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $3,654.74 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $6,834.98
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $6,974.47

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 34 | 0 | 42 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | Billing No.: | 7388516102 |
|---|---|---|---|
| | | Billing Date: | 01/02/2023 |
| | | PO#: | CYCLE 1-1        00 |
| | | McK Connect UserID: | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131          **Phone:**   855/625-7385
14500 EAST 39th AVENUE                **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                          **SHIP TO:**                          **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07             PREMIER PHARMACY GROUP 07            **PHCY:**  PDO1680000122
4162 E BIJOU ST                       4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824       COLORADO SPRINGS CO
80909-6824

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  S U B S T I T U T I O N   S U M M A R Y   P A G E  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

2631711 / N00713093681 Was Substituted for 3263803 / N67877050651 (COLESEV HCl TAB 625MG ASC 180@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**

1870666 / N53489064701 Is a temporary backup to primary program item 1506229 / N42806036201 (DOXYCYCLI HYC TB 20MG EPI 100@) on Multi-Source

_____

| Lines | Cases | Pieces |
|---|---|---|
| 34 | 0 | 42 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388516104 |
|---|---|
| Billing Date: | 01/02/2023 |
| PO#: | CYCLE 1-1          00 |
| McK Connect UserID: | m5i4i2g6 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 810006-73038 | 393-6002 | 732237101 | | | MAGNES OXIDE TAB 400MG MMP120@ TABLET | | | | | 2.36 | |
| 840093-10588 | 365-4035 | 732237101 | | | NT VIT B-1 100MG TB 100 | | | | | 3.80 | |
| 079854-07009 | 165-8434 | 732237101 | | | OMEGA-3 ODRLS 1200MG NAT/V  60 CAPSULE | | | | | 8.00 | |
| 324208-69762 | 209-4316 | 732237101 | | | PRESER VISION AREDS2 SFTGL 120 CAPSULE | | | | | 27.82 | |
| 880681-02200 | 152-1681 | 732237101 | | | A REGULOID CAP MMP 160@ CAPSULE | | | | | 5.01 | |
| 030768-48678 | 198-7759 | 732237101 | | | S/D MELATONIN TAB 3MG    120 TABLET | | | | | 11.78 | |
| 030768-15745 | 197-2629 | 732237101 | | | S/D MELATONIN TAB 5MG     90 | | | | | 14.97 | |
| 010939-95376 | 152-0097 | 732237101 | | | SM VIT D3 50MCG 2000IU SG 100 | | | | | 4.49 | |
| 880681-16900 | 155-3106 | 732237101 | | | VIT D3 TB 25MCG(1000IU)RUG100@ TABLET | | | | | 1.34 | |
| 380681-13200 | 153-8768 | 732237101 | | | VITAMIN D3 TB2000IU MMP 500@ TABLET | | | | | 11.32 | |

**SUMMARY**

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7388516104 |
| **Billing Date:** | 01/02/2023 |
| **PO#:** | CYCLE 1-1        00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | |
| TOTAL OTC PURCHASES: | $90.89 | |

| | | |
|---|---|---|
| TOTAL CONTRACT PURCHASES: | $20.03 |
| TOTAL NON CONTRACT PURCHASES: | $70.86 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $90.89
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $92.74

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 13 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388850783 | |
| **Billing Date:** | 01/03/2023 | |
| **PO#:** | QO01022023 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 00169-4130-13 | 230-3360 | 732263211 | OZEMPIC 1MG DOSE PEN (3ML) PEN INJCTR | 1,694.56 |
| 00169-4772-12 | 260-8289 | 732263211 | OZEMPIC PEN 2MG PEN INJCTR | 1,694.56 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,389.12 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $3,389.12 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $3,389.12
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $3,458.29

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 4 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388850785 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | daily 1-2    00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-2

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0632-01 | 126-1932 | 732446095 | | | ALENDRONAT SOD TB 35MG 4NSTAR@ TABLET | | | | | 2.73 | |
| 16714-0633-01 | 126-2989 | 732446095 | | | ALENDRONAT SOD TB 70MG 4NSTAR@ TABLET | | | | | 4.68 | |
| 55150-0114-20 | 249-1835 | 732446095 | | | AMPICIL INF 2GM AUR/M 10@ VIAL | | | | | 71.97 | |
| 00173-0869-10 | 205-5796 | 732446095 | | | ANORO ELLIPTA RETAIL 30INH 60 BLST W/DEV | | | | | 437.87 | |
| 50111-0787-10 | 216-3699 | 732446095 | | | AZITHROMY TAB 250MG TEVA 30@ TABLET | | | | | 8.91 | |
| 00173-0859-10 | 207-2874 | 732446095 | | | BREO ELLIPTA 100/25MCG 2X30DAY BLST W/DEV | | | | | 375.51 | |
| 00093-3147-05 | 366-6799 | 732446095 | | | CEPHALEX CAP 500MG TEV 500@ CAPSULE | | | | | 37.05 | |
| 00116-2001-16 | 246-9146 | 732446095 | | | CHLORHEX GLUC .12%+ ALC XTT16Z@ MOUTHWASH | | | | | 6.00 | |
| 00378-0873-99 | 123-3378 | 732446095 | | | CLONIDINE TS/PTC0.3MG/DAYMYL4@ PATCH TDWK | | | | | 48.95 | |
| 00032-1212-01 | 119-4588 | 732446095 | | | CREON 12000 CAP 100 CAPSULE DR | | | | | 357.81 | |
| 66993-0078-96 | 238-3495 | 732446095 | | | FLUTIC PRO HFA 44MCG PRA10.6G@ | | | | | 136.94 | 9.0 |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388850785 |
| Billing Date: | 01/03/2023 |
| PO#: | daily 1-2 00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | AER W/ADAP | | | | | | |
| 00054-0327-56 | 158-9902 | 732446095 | | | FLUTICAS SAL 250MCG/50 HIKM60@ BLST W/DEV | | | | | 104.20 | |
| 57599-0800-00 | 155-3874 | 732446095 | | | FREESTYLE LIBRE 2 SENSOR KIT | | | | | 116.18 | |
| Product shipped is best dating due to manufacturer processes. | | | | | | | | | | | |
| 00597-0153-30 | 322-9077 | 732446095 | | | JARDIANCE TAB 25MG          30 TABLET | | | | | 1,622.94 | |
| 00245-0360-01 | 373-8135 | 732446095 | | | KLOR-CON PWD PKT 20MEQ UPS100@ PACKET | | | | | 494.32 | |
| 00904-6351-61 | 205-6463 | 732446095 | | | LEVOFLOX TAB 250MG UD MMP 100@ TABLET | | | | | 17.53 | |
| 65162-0791-08 | 233-3128 | 732446095 | | | LIDOCAINE PATCH 5% AMN 30@ ADH. PATCH | | | | | 214.05 | |
| 2333128 / N65162079108 Is a temporary backup to primary program item 1544600 / N42858011830 (LIDOCAINE PATCH 5% RHO    30@) on Multi-Source | | | | | | | | | | | |
| 00456-1202-30 | 200-8720 | 732446095 | | | LINZESS CAP 290MCG          30 CAPSULE | | | | | 1,377.03 | |
| 64380-0160-01 | 260-9279 | 732446095 | | | MEGEST ACE O/S 40MG/ML STR8OZ@ ORAL SUSP | | | | | 68.70 | |
| 00597-0075-41 | 177-1930 | 732446095 | | | SPIRIVA HANDIHALER          30 CAP W/DEV | | | | | 471.74 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00173-0887-10 | 373-0942 | 732446095 | | | TRELEGY ELL 100/62.5/25MCG 60 BLST W/DEV | | | | | 606.47 | |
| 00713-0228-80 | 365-8093 | 732446095 | | | TRIAMCIN OINT 0.1% COS 80GM OINT. (G) | | | | | 25.74 | |
| 3658093 / N00713022880 Is a temporary backup to primary program item 1953140 / N45802005536 (TRIAMCIN OINT 0.1%  PERR 80GM@) on Multi-Source | | | | | | | | | | | |
| 65862-0697-05 | 234-6211 | 732446095 | | | VENLAFAX ER CP 150MG AUR 500@ CAP ER 24H | | | | | 62.03 | |
| 00093-1714-01 | 345-0327 | 732446095 | | | WARFARIN SOD TB2.5MG TEVA100@ TABLET | | | | | 10.53 | |

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7388850785 |
| **Billing Date:** | 01/03/2023 |
| **PO#:** | daily 1-2    00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SUMMARY**

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $6,679.88 | | TOTAL CONTRACT PURCHASES: | $4,786.04 |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $1,893.84 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**    $6,679.88
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**    $6,816.20

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 0 | 46 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7388850785 |
| **Billing Date:** | 01/03/2023 |
| **PO#:** | daily 1-2      00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**

2333128 / N65162079108 Is a temporary backup to primary program item 1544600 / N42858011830 (LIDOCAINE PATCH 5% RHO   30@) on Multi-Source

3658093 / N00713022880 Is a temporary backup to primary program item 1953140 / N45802005536 (TRIAMCIN OINT 0.1%   PERR 80GM@) on Multi-Source

----

| Lines | Cases | Pieces |
|---|---|---|
| 24 | 0 | 46 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388850788 | |
| **Billing Date:** | 01/03/2023 | |
| **PO#:** | | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

MCKESSON CORPORATION DC#8131     **Phone:**   855/625-7385
14500 EAST 39th AVENUE     **DEA:**   PM0018425
AURORA CO 80011

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**     **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07     **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-2

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00002-1506-80 | 261-7819 | 732446096 | | | MOUNJARO 2.5MG/0.5MLX4PEND AM PEN INJCTR | ████ | ███ | | █ | 971.68 |
| 59676-0310-01 | 180-4681 | 732446096 | | 6 | PROCRIT VL 10000U 1ML VIAL | ████ | ███ | ███ █ | | 1,547.78 |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | |
| 00002-1434-80 | 329-2372 | 732446096 | | 4 | TRULICITY 1.5MG/0.5ML PEN PEN INJCTR | ████ | ███ | ██ █ | | 816.79 |

Product shipped is best dating available from manufacturer.

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,336.25 | TOTAL CONTRACT PURCHASES: | $2,364.57 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $971.68 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**    $3,336.25
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**    $3,404.34

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 3 | 0 | 3 | Statement for information only |

Claims must be made within 5 days and show date of invoice.

# MⷜKESSON

# Invoice

| | Billing No.: | 7388850788 |
|---|---|---|
| | Billing Date: | 01/03/2023 |
| | PO#: | daily 1-2        00 |
| | McK Connect UserID: | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**      PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**
1804681 ( N59676031001 - PROCRIT VL 10000U 1ML     6 ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388850789 |
| **Billing Date:** | 01/03/2023 |
| **PO#:** | daily 1-2 | 00 |
| **McK Connect UserID:** | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-2

| 316714-89803 | 377-6424 | 732446097 | | | LORATADINE TAB 10MG NSTR 300@ TABLET | | | | | 18.36 | |
| 300235-48730 | 176-7243 | 732446097 | | | REFRESH PLUS 30 DROPERETTE | | | | | 7.83 | |
| 010939-37433 | 184-9330 | 732446097 | | | SM ANTI-DIARRH CAPL TABLET | 24 | | | | 8.40 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $26.19 |
| TOTAL OTC PURCHASES: | $34.59 | TOTAL NON CONTRACT PURCHASES: | $8.40 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $34.59
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $35.30

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 3 | 0 | 5 | Statement for information only |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388850790 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02          00 |
| McK Connect UserID: | m5i4i2g6 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0259-02 | 234-4034 | 732447957 | | | AMITRIPTY HCL TB50MG 1000NSTR@ TABLET | | | | | 77.06 | |
| 55111-0587-01 | 117-6510 | 732447957 | | | AMLO BESY+ BENZ 5/40MG DR/R 1C@ CAPSULE | | | | | 15.14 | |
| 67877-0197-10 | 346-4153 | 732447957 | | | AMLODIP BESYL TB 2.5MGASC1000@ TABLET | | | | | 9.78 | |
| 67877-0199-05 | 215-8673 | 732447957 | | | AMLODIPINE BES TB 10MG ASC500@ TABLET | | | | | 7.01 | |
| 16714-0143-01 | 156-6876 | 732447957 | | | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | | | | | 3.11 | |
| 00378-6232-01 | 142-8572 | 732447957 | | | CITALOPRAM TAB 20MG MYLN   100@ TABLET | | | | | 2.87 | |
| 16714-0851-02 | 240-9886 | 732447957 | | | CLOMIPRAM HCL CP 75MG 90 NSTR@ CAPSULE | | | | | 172.35 | |
| 60505-0253-03 | 202-0196 | 732447957 | | | CLOPIDOGREL TAB 75MG APX1000@ TABLET | | | | | 63.83 | |
| 10542-0009-09 | 162-1341 | 732447957 | | | DIALYVITE SUPREME D RX TAB  90 TABLET | | | | | 28.00 | |
| 68382-0782-01 | 367-2144 | 732447957 | | | DOXYCYCLINE CAP 50MG ZYD 100@ CAPSULE | | | | | 21.46 | |
| 00003-0893-21 | 201-3290 | 732447957 | | | ELIQUIS TAB 2.5MG          60 TABLET | | | | | 2,130.40 | |
| 00078-0659-20 | 346-6414 | 732447957 | | | ENTRESTO TAB 24/26MG 60 | | | | | 1,196.36 | |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388850790 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02      00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 2 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68382-0773-06 | 376-7670 | 732447957 | ▮ | ▮ | TABLET EZETIMIBE TAB 10MG ZYD 30@ TABLET | ▬ | ▮ | ▬ | ▮ | 14.86 | |
| | 3767670 / N68382077306 Was temporarily substituted as a backup 1579440 / N16714081301 (EZETIMIBE TAB 10MG   30 NSTR@) to Multi-Source | | | | | | | | | | |
| 00310-6210-30 | 341-3861 | 732447957 | ▮ | ▮ | FARXIGA TAB 10MG          30 TABLET | ▬ | ▮ | ▬ | ▮ | 505.65 | |
| 16714-0895-01 | 326-7036 | 732447957 | ▮ | ▮ | GLIPIZIDE ER TB 5MG NOR 100@ TAB ER 24 | ▬ | ▮ | ▬ | | 8.69 | |
| 50111-0397-01 | 183-7988 | 732447957 | ▮ | ▮ | HYDRAL TAB 100MG      PLIV  100@ TABLET | ▬ | ▮ | ▬ | | 13.30 | |
| 13668-0105-01 | 215-9929 | 732447957 | ▮ | ▮ | ISOSOR MON ER TB 60MG TORR100@ TAB ER 24H | ▬ | ▮ | ▬ | | 8.75 | |
| 00006-0112-31 | 180-1448 | 732447957 | ▮ | ▮ | JANUVIA TAB  50MG          30 | ▬ | ▮ | ▬ | | 940.92 | |
| 00006-0277-31 | 179-8586 | 732447957 | ▮ | ▮ | JANUVIA TAB 100MG          30 TABLET | ▬ | ▮ | ▬ | | 470.46 | |
| 29300-0111-05 | 157-0696 | 732447957 | ▮ | | LAMOTRIGINE TAB 25MG UNIC 500@ TABLET | ▬ | ▮ | ▬ | | 18.11 | |
| 16714-0195-01 | 236-5252 | 732447957 | ▮ | | LAMOTRIGINE TB 100MG 100 NSTR@ TABLET | ▬ | ▮ | ▬ | | 3.25 | |
| 68180-0968-03 | 379-2900 | 732447957 | ▮ | | LEVOTHY SOD TB0.088MG LUP1000@ TABLET | ▬ | ▮ | ▬ | | 165.37 | |
| 65862-0202-99 | 197-9046 | 732447957 | ▮ | | LOSARTAN POT TAB 50MG AURO1M@ TABLET | ▬ | ▮ | ▬ | | 97.60 | |
| 68180-0468-07 | 178-8538 | 732447957 | ▮ | | LOVASTAT TAB 20MG      LUPI   60@ TABLET | ▬ | ▮ | ▬ | | 2.17 | |
| 29300-0171-05 | 151-6400 | 732447957 | ▮ | | MEMANTINE HCL TAB 5MG UNI 500@ TABLET | ▬ | ▮ | ▬ | | 51.70 | |
| 65862-0782-01 | 359-2524 | 732447957 | ▮ | | METHENAMINE TB 1G AURO      100@ TABLET | ▬ | ▮ | ▬ | | 49.74 | |
| 23155-0071-01 | 223-4870 | 732447957 | ▮ | | METHIMAZ TAB 10MG      HERI  100@ TABLET | ▬ | ▮ | ▬ | | 24.26 | |
| 23155-0070-01 | 223-4896 | 732447957 | ▮ | | METHIMAZ TAB 5MG      HERI  100@ | ▬ | ▮ | ▬ | | 14.02 | |

# McKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388850790 |
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02      00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 3 of 6 |
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0854-01 | 208-0711 | 732447957 | ■ | ■ | METOPROL SUCC ER 100MG100NSTR@ TAB ER 24H | ■ | ■ | ■ | ■ | 11.86 | |
| 16714-0852-03 | 207-8418 | 732447957 | ■ | ■ | METOPROL SUCC ER 25MG1000NSTR@ TAB ER 24H | ■ | ■ | ■ | ■ | 66.96 | |
| 52817-0361-00 | 375-1229 | 732447957 | ■ | ■ | METOPROL TART TAB 50MGTRU1000@ TABLET | ■ | ■ | ■ | ■ | 13.10 | |
| 00245-0212-11 | 133-2238 | 732447957 | ■ | ■ | MIDODRIN TAB 5MG      U/S    100@ TABLET | ■ | ■ | ■ | ■ | 18.38 | |
| 00469-2601-30 | 169-0817 | 732447957 | ■ | ■ | MYRBETRIQ ER TAB 25MG        30 TAB ER 24H | ■ | ■ | ■ | ■ | 816.28 | |
| 00406-1170-03 | 172-5274 | 732447957 | ■ | ■ | NALTREXONE TAB 50MG MALL    30@ TABLET | ■ | ■ | ■ | ■ | 48.99 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31722-0586-30 | 235-2128 | 732447957 | ■ | ■ | NEBIVOLOL TAB 5MG CAM 30@ TABLET | ■ | ■ | ■ | ■ | 9.14 | |
| 50742-0260-01 | 349-3442 | 732447957 | ■ | ■ | NIFEDIPINE ER TB 30MG ING 100@ TAB ER 24 | ■ | ■ | ■ | ■ | 14.58 | |
| 00832-5325-10 | 395-7693 | 732447957 | ■ | ■ | POTAS CHL ER TB20MEQ UPSH1000@ TAB ER PRT | ■ | ■ | ■ | ■ | 141.86 | |
| 57237-0184-90 | 363-4797 | 732447957 | ■ | ■ | PRAMIP DIHYD TAB 1MG RIS 90@ | ■ | ■ | ■ | ■ | 3.67 | |

3634797 / N57237018490 Was Substituted for 1184126 / N13668009490 (PRAMIPEX TAB 1MG        TORR    90@) by OneStop Generics

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69584-0684-10 | 390-7698 | 732447957 | ■ | ■ | PRIMIDONE TAB 50MG OXF 100@ TABLET | ■ | ■ | ■ | ■ | 10.74 | |
| 00603-5483-21 | 184-4810 | 732447957 | ■ | ■ | PROPRAN TAB 20MG       Q/P    100@ TABLET | ■ | ■ | ■ | ■ | 5.82 | |
| 16714-0213-01 | 235-9008 | 732447957 | ■ | ■ | RALOXIFENE TB 60MG 30 NSTR@ TABLET | ■ | ■ | ■ | ■ | 7.66 | |
| 65862-0475-01 | 224-2527 | 732447957 | ■ | ■ | RAMIPRIL CAP 2.5MG AURO    100@ CAPSULE | ■ | ■ | ■ | ■ | 6.81 | |
| 65862-0870-11 | 360-5797 | 732447957 | ■ | ■ | RISEDRONATE TAB 150MG AURO 1@ TABLET | ■ | ■ | ■ | ■ | 26.25 | |
| 16714-0988-01 | 396-8112 | 732447957 | ■ | ■ | ROSUVAST CALC TAB 5MG NSTR 90@ TABLET | ■ | ■ | ■ | ■ | 8.66 | |

# MCKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388850790 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02 00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 4 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0613-05 | 328-5012 | 732447957 | ▮ | ▮ | SERTRALIN TAB 100MG 500 NSTAR@ TABLET | ▮ | ▮ | ▮ | ▮ | 18.74 | |
| 16714-0612-06 | 328-4932 | 732447957 | ▮ | ▮ | SERTRALIN TAB 50MG 1000 NSTAR@ TABLET | ▮ | ▮ | ▮ | ▮ | 25.87 | |
| 50228-0427-30 | 395-4500 | 732447957 | ▮ | ▮ | SOLIFENACIN SUCC TB 5MG SCI30@ TABLET | ▮ | ▮ | ▮ | ▮ | 12.62 | |
| 16714-0086-03 | 153-1359 | 732447957 | ▮ | ▮ | SPIRONOLA TB 100MG 100 NSTAR@ TABLET | ▮ | ▮ | ▮ | ▮ | 13.20 | |
| 16714-0084-02 | 153-1235 | 732447957 | ▮ | ▮ | SPIRONOLA TB 25MG 500 NSTAR@ TABLET | ▮ | ▮ | ▮ | ▮ | 17.87 | |
| 16714-0713-02 | 363-9010 | 732447957 | ▮ | ▮ | TAMSULOSIN HCL CP0.4MG500NSTR@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 21.99 | |
| 59746-0383-06 | 166-0877 | 732447957 | ▮ | ▮ | TERAZOSIN CAP 1MG CAD 100@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 10.53 | |
| 50111-0916-01 | 126-9802 | 732447957 | ▮ | ▮ | TORSEMIDE TAB 10MG TEVA 100@ TABLET | ▮ | ▮ | ▮ | ▮ | 4.83 | |
| 68382-0806-05 | 378-6878 | 732447957 | ▮ | ▮ | TRAZODONE HCI TB 100MG ZYD500@ TABLET | ▮ | ▮ | ▮ | ▮ | 20.35 | |
| 65862-0528-90 | 205-8535 | 732447957 | ▮ | ▮ | VENLAF ER CAP 75MG AURO 90@ CAP ER 24H | ▮ | ▮ | ▮ | ▮ | 15.72 | |

2058535 / N65862052890 Is a temporary backup to primary program item 2321073 / N16714004401 (VENLAFAX ER CP 75MG 90 NSTR@) on Multi-Source

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68084-0709-01 | 347-0960 | 732447957 | ▮ | ▮ | VENLAF ER CAP 75MG UD AHP 100@ CAP ER 24H | ▮ | | ▮ | K | 33.19 | |
| 65862-0697-05 | 234-6211 | 732447957 | ▮ | ▮ | VENLAFAX ER CP 150MG AUR 500@ CAP ER 24H | ▮ | | ▮ | | 62.03 | |
| 00591-2882-01 | 116-6297 | 732447957 | ▮ | ▮ | VERAPAM SR CAP180MG WAT 100@ CAP24H PEL | ▮ | | ▮ | | 94.79 | |
| 50458-0579-30 | 143-0024 | 732447957 | ▮ | ▮ | XARELTO TAB 20MG 30 | ▮ | ▮ | ▮ | ▮ | 473.52 | |
| 65649-0303-02 | 196-8460 | 732447957 | ▮ | ▮ | XIFAXAN TAB 550MG 60 TABLET | ▮ | ▮ | ▮ | ▮ | 2,825.95 | |
| 00003-0894-70 | 366-3945 | 732447957 | ▮ | ▮ | ELIQUIS TAB 5MG 74 TABLET | | | ▮ | | | |
| | | Above Item | ▮ | ▮ | Temporarily out - please reorder | | | | | | |

# MCKESSON

## Invoice

| Billing No.: | 7388850790 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02      00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 5 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50268-0816-15 | 324-2898 | 732447957 | ██ ██ | | ZONISAMIDE CP 100MG AVK UD50@ | | | ██ | █ | | |
| | | | Above Item | | Temporarily out - please reorder | | | | | | |
| | | | | | CAPSULE | | | | | | |

### SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $10,978.18 | | TOTAL CONTRACT PURCHASES: | $8,003.50 |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $2,974.68 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $10,978.18
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $11,202.22

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 59 | 0 | 70 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388850790 | |
| **Billing Date:** | 01/03/2023 | |
| **PO#:** | cycle 1-02 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 6 of 6 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3634797 / N57237018490 Was Substituted for 1184126 / N13668009490 (PRAMIPEX TAB 1MG    TORR    90@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
2058535 / N65862052890 Is a temporary backup to primary program item 2321073 / N16714004401 (VENLAFAX ER CP 75MG 90 NSTR@) on Multi-Source
3767670 / N68382077306 Was temporarily substituted as a backup 1579440 / N16714081301 (EZETIMIBE TAB 10MG  30 NSTR@) to Multi-Source

**OMITTED ITEMS**
3242898 ( N50268081615 - ZONISAMIDE CP 100MG AVK UD50@ ) Temporarily out - please reorder
3663945 ( N00003089470 - ELIQUIS TAB 5MG      74 ) Temporarily out - please reorder

_____

| Lines | Cases | Pieces |
|---|---|---|
| 59 | 0 | 70 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M**C**KESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388856500 | |
| **Billing Date:** | 01/03/2023 | |
| **PO#:** | cycle 1-02 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | RX | UNIT PRICE | ID | EXTENDED AMOUNT | HM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 370010-16001 | 260-4981 | 732447958 | ■ | | ACETAMIN ER TB 650MG GRAN 100@ TABLET ER | ■ | | ■ | ■ | 17.25 | |
| 305730-16440 | 141-4457 | 732447958 | ■ | | ADVIL PM CAPL        80 TABLET | ■ | | ■ | | 12.29 | |
| 309046-41292 | 329-5425 | 732447958 | ■ | | CALC ANTACID TABS MMP 150@ TAB CHEW | ■ | | ■ | | 1.27 | |
| 357896-30310 | 150-3663 | 732447958 | ■ | | DOC SOD+ SEN TB50+ 8.6MGGER1000@ TABLET | ■ | | ■ | | 11.89 | |
| 305364-30605 | 196-0756 | 732447958 | ■ | | FIBER-LAX CAPTAB 500MG MMP500@ TABLET | ■ | | ■ | | 21.78 | |
| 079854-40050 | 124-1819 | 732447958 | ■ | | MULTI VIT+ MIN TAB   NAT/V  100 TABLET | ■ | | ■ | | 11.96 | |
| 324208-38762 | 323-1289 | 732447958 | ■ | | OCUVITE TAB         120 TABLET | ■ | | ■ | | 10.89 | |
| 324208-69760 | 152-2689 | 732447958 | ■ | | PRESERVISION AREDS 2 SG 60 | ■ | | ■ | | 14.70 | |
| 030768-00339 | 162-4733 | 732447958 | ■ | | S/D ECHINACEA CAP      100 | ■ | | ■ | | 4.65 | |
| 030768-19484 | 197-6877 | 732447958 | ■ | | S/D MELATONIN CAP 10MG    90 CAPSULE | ■ | | ■ | | 14.09 | |
| 030768-48678 | 198-7759 | 732447958 | ■ | | S/D MELATONIN TAB 3MG    120 TABLET | ■ | | ■ | | 17.67 | |
| 840093-10380 | 361-9889 | 732447958 | ■ | | SD MELATONIN 10 MG TAB 45 | ■ | ■ | ▮ | | 3.59 | |
| 305367-18706 | 182-0430 | 732447958 | ■ | | SEA OMEGA-50 CAP    MMP    50@ CAPSULE | ■ | | ■ | | 4.20 | |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388856500 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02      00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309046-99760 | 156-8864 | 732447958 | ▪ | ▪ | STOOL SOFT CAP 240MG MMP 100@ CAPSULE | ▪ | | ▪ | ▪ | 4.44 | |
| 309040-52372 | 195-1995 | 732447958 | ▪ | ▪ | VIT C TAB 500MG       MMP  300 TABLET | ▪ | | ▪ | ▪ | 5.28 | |
| 305361-35301 | 262-3346 | 732447958 | ▪ | ▪ | VIT D3 SFTGL 50MCG RUG 100@ CAPSULE | ▪ | | ▪ | ▪ | 3.28 | |
| 880681-16900 | 155-3106 | 732447958 | ▪ | ▪ | VIT D3 TB 25MCG(1000IU)RUG100@ TABLET | ▪ | | ▪ | ▪ | 2.68 | |
| 880681-07100 | 156-3394 | 732447958 | ▪ | ▪ | VITAMIN B-12 TAB 100MCG RUG100 TABLET | ▪ | | ▪ | ▪ | 1.23 | |
| 380681-13200 | 153-8768 | 732447958 | ▪ | ▪ | VITAMIN D3 TB2000IU MMP 500@ TABLET | ▪ | | ▪ | ▪ | 11.32 | |
| 357896-75201 | 390-2889 | 732447958 | ▪ | ▪ | VITAMIN E SFTGL 400IU  GER100@ CAPSULE | ▪ | | ▪ | ▪ | 3.39 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $88.01 |
| TOTAL OTC PURCHASES: | $177.85 | TOTAL NON CONTRACT PURCHASES: | $89.84 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**   $177.85
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**   $181.48

# McKESSON

# Invoice

| Billing No.: | 7388856500 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | cycle 1-02      00 |
| McK Connect UserID: | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 26 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388856501 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | we owe 1-2          00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-2

| 00088-2219-05 | 162-6688 | 732448531 | ▮ | | LANTUS SOLOSTAR PEN 3ML INSULN PEN | 5 | ▮▮▮ ▮ | ▮▮▮ ▮ | | 1,090.68 | |

### SUMMARY

| TOTAL RX PURCHASES: | $1,090.68 | TOTAL CONTRACT PURCHASES: | $1,090.68 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $1,090.68
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $1,112.94

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

| Billing No.: | 7388856502 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | we owe 1-2        00 |
| McK Connect UserID: | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-2

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00143-3126-01 | 257-4457 | 732448532 | | ■ | DICYCLOM CAP 10MG   HIKM  100@ CAPSULE | ■ | ■ | ■ | | 29.96 | |
| | 2574457 / N00143312601 Is a temporary backup to primary program item 1939420 / N00591079401 (DICYCLOM CAP 10MG   WAT    100@) on Multi-Source | | | | | | | | | | |
| 16714-0196-01 | 236-5260 | 732448532 | | ■ | LAMOTRIGINE TB 150MG 60 NSTR@ TABLET | ■ | ■ | ■ | | 3.09 | |
| 00456-1202-30 | 200-8720 | 732448532 | | ■ | LINZESS CAP 290MCG        30 CAPSULE | ■ | ■ | ■ | | 918.02 | |
| 64380-0160-01 | 260-9279 | 732448532 | | ■ | MEGEST ACE O/S 40MG/ML STR8OZ@ ORAL SUSP | ■ | ■ | ■ | | 68.70 | |
| 66689-0305-16 | 260-3397 | 732448532 | | ■ | SUCRALFATE OS1G/10MLVIST414ML@ ORAL SUSP | ■ | ■ | ■ | | 192.02 | |
| 00597-0140-30 | 214-3600 | 732448532 | | ■ | TRADJENTA TAB 5MG         30 TABLET | ■ | ■ | ■ | ■ | 897.70 | |

**SUMMARY**

# MᶜKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388856502 | |
| **Billing Date:** | 01/03/2023 | |
| **PO#:** | we owe 1-2 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL RX PURCHASES: | $2,109.49 | |
| TOTAL OTC PURCHASES: | $0.00 | |

| | |
|---|---|
| TOTAL CONTRACT PURCHASES: | $2,109.49 |
| TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $2,109.49
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $2,152.54

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388856502 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | we owe 1-2          00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**
2574457 / N00143312601 Is a temporary backup to primary program item 1939420 / N00591079401 (DICYCLOM CAP 10MG   WAT    100@) on Multi-Source

---

| Lines | Cases | Pieces |
|---|---|---|
| 6 | 0 | 11 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7388856503 |
|---|---|
| Billing Date: | 01/03/2023 |
| PO#: | we owe 1-2          00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

we owe 1-2

CONTROLLED

| 57664-0377-18 | 320-9145 | 732448533 | ■ | ■ | TRAMADOL TAB 50MG    CARA  1000@ TABLET | ■■ ■ | | ■■ ■ | | 49.12 | |

### SUMMARY

| | |
|---|---|
| TOTAL RX PURCHASES: | $49.12 |
| TOTAL OTC PURCHASES: | $0.00 |

| | |
|---|---|
| TOTAL CONTRACT PURCHASES: | $49.12 |
| TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**     $49.12
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**     $50.12

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to | **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|---|
| 1 | 0 | 2 | | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7388856504 | |
| **Billing Date:** | 01/03/2023 | |
| **PO#:** | QO01022023 | 00 |
| **McK Connect UserID:** | iOo6y0h1 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 64896-0664-01 | 342-2748 | 732452254 | | RYTARY ER CP61.25/245MG AMN100 CAPSULE ER | 459.14 |
| 62559-0390-50 | 392-3828 | 732456504 | | VANCOMY HCL CP 125MG ANI 50@ CAPSULE | 59.79 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $518.93 | TOTAL CONTRACT PURCHASES: | $59.79 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $459.14 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $518.93
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $529.52

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7389124417 |
| Billing Date: | 01/04/2023 |
| PO#: | QO01022023     00 |
| McK Connect UserID: | iOo6y0h1 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 00469-2601-90 | 169-0825 | 732457407 | ■ ■ | | MYRBETRIQ ER TAB 25MG TAB ER 24H | 90 | ■■■■ ■ | ■■■■ | | 1,224.41 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,224.41 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,224.41 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $1,224.41
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $1,249.40

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389124419 |
|---|---|
| Billing Date: | 01/04/2023 |
| PO#: | daily 1-3          00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-3

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 00121-0646-16 | 243-3928 | 732711638 | | | AMANTAD SYRP    P/A  16OZ@ SOLUTION | 24.28 |
| 00173-0869-10 | 205-5796 | 732711638 | | | ANORO ELLIPTA RETAIL 30INH 60 BLST W/DEV | 1,313.61 |
| 00003-0894-21 | 201-3282 | 732711638 | | | ELIQUIS TAB 5MG          60 TABLET | 2,663.00 |
| 65628-0050-01 | 128-7119 | 732711638 | | | FIRST MOUTHWASH BLM       8OZ MOUTHWASH | 83.01 |
| 16729-0182-17 | 205-8576 | 732711638 | | | HYDROCHL TAB 12.5MG ACC 1000@ TABLET | 33.94 |
| 00006-0277-31 | 179-8586 | 732711638 | | | JANUVIA TAB 100MG        30 TABLET | 940.92 |
| 00093-4148-56 | 364-4689 | 732711638 | | | LEVALBUT SOL 1.25MG TEV3MLX30@ VIAL-NEB | 99.57 |
| 00186-4040-01 | 116-3757 | 732711638 | | | NEXIUM DR OS PWD  40MG PKT 30 SUSPDR PKT | 271.49 |
| 65862-0559-90 | 209-6378 | 732711638 | | | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | 6.62 |
| 08290-3201-19 | 242-6591 | 732711638 | | | PEN NDL MINI BD 31G 5MM   100 DIS NEEDLE | 101.56 |
| 00603-5484-21 | 185-0528 | 732711638 | | | PROPRAN TAB 40MG    Q/P  100@ | 8.75 |

# M<sup>c</sup>KESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389124419 |
|---|---|
| Billing Date: | 01/04/2023 |
| PO#: | daily 1-3     00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 16729-0097-12 | 359-5576 | 732711638 | ▮ | | QUETIAP FUM XR TB 400MG ACC60@ TAB ER 24H | ▮▮▮ | ▮ | ▮▮ | ▮ | 45.64 | |
| 00338-0049-02 | 379-3106 | 732711638 | ▮ | ▮ | SOD CHL 0.9% 250ML  2B1322Q  36 IV SOLN | ▮▮ | ▮ | ▮▮ | | 169.87 | |
| 00338-0048-02 | 116-7550 | 732711638 | ▮ | ▮ | SOD CHL IRR 250CC 2F7122     24 IRRIG SOLN | ▮▮ | ▮ | ▮▮ | | 110.96 | |
| 50228-0427-30 | 395-4500 | 732711638 | ▮ | | SOLIFENACIN SUCC TB 5MG SCI30@ TABLET | ▮▮ | ▮ | ▮▮ | ▮ | 6.31 | |
| 00378-8270-91 | 201-8943 | 732711638 Above Item | ▮ | ▮ | ALBUTEROL INH SOL0.083%MYLN60@ Manufacturer cannot supply VIAL-NEB | | | ▮▮ | ▮ | | |
| 16571-0657-10 | 279-2091 | 732711638 Above Item | ▮ | ▮ | CEVIMELI HYDRO CP 30MGPACK100@ Manufacturer cannot supply CAPSULE | | | ▮▮ | ▮ | | |

2792091 / N16571065710 Was Substituted for 2008183 / N63304047901 (CEVIMELINE CAP 30MG SUN 100) by OneStop Generics

**SUMMARY**

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389124419 | | |
| **Billing Date:** | 01/04/2023 | | |
| **PO#:** | daily 1-3 | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL RX PURCHASES: | $5,879.53 | | TOTAL CONTRACT PURCHASES: | $1,520.53 | | | |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $4,359.00 | | | |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**  $5,879.53
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**  $5,999.52

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 15 | 2 | 30 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389124419 | |
| **Billing Date:** | 01/04/2023 | |
| **PO#:** | daily 1-3 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2792091 / N16571065710 Was Substituted for 2008183 / N63304047901 (CEVIMELINE CAP 30MG SUN 100) by OneStop Generics

**OMITTED ITEMS**
2792091 ( N16571065710 - CEVIMELI HYDRO CP 30MGPACK100@ ) Manufacturer cannot supply
2018943 ( N00378827091 - ALBUTEROL INH SOL0.083%MYLN60@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces |
|---|---|---|
| 15 | 2 | 30 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| Billing No.: | 7389124420 |
| Billing Date: | 01/04/2023 |
| PO#: | daily 1-3     00 |
| McK Connect UserID: | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

daily 1-3

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 048582-00330 | 180-8054 | 732711639 | | | BIOTENE DRY MOUTHWASH | 16OZ | | | 9.30 |
| 362103-33302 | 168-0875 | 732711639 | | | BOUDREAUX BUTT PASTE OINT. (G) | 2OZ | | | 2.94 |
| 760569-06404 | 151-2193 | 732711639 | | | DIAB/TUSS DM MAX/STR | 4OZ | | | 9.02 |
| 345802-49071 | 344-2126 | 732711639 | | | NAPROXEN TAB 220MG PERR TABLET | 50@ | | | 6.54 |

**SUMMARY**

| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $18.78 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $27.80 | TOTAL NON CONTRACT PURCHASES: | $9.02 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $27.80

**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $28.37

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 8 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389124422 | |
| **Billing Date:** | 01/04/2023 | |
| **PO#:** | QO01032023 | 00 |
| **McK Connect UserID:** | i0o6y0h1 | |

MCKESSON CORPORATION DC#8131     **Phone:**   855/625-7385
14500 EAST 39th AVENUE               **DEA:**    PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                              **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07       **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 00310-7370-20 | 394-6555 | 732715545 | ▮ ▮ | | BUDE FORM FUMDIH160/4.5PRA120@ HFA AER AD | ▮ ▮ | ▮ ▮ | | 230.95 |
| 31722-0586-30 | 235-2128 | 732716983 | ▮ | | NEBIVOLOL TAB 5MG CAM 30@ TABLET | ▮ | ▮ | | 9.14 |
| 00173-0887-10 | 373-0942 | 732713299 | ▮ ▮ | | TRELEGY ELL 100/62.5/25MCG 60 BLST W/DEV | ▮ ▮ | ▮ ▮ | ▮ | 606.47 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $846.56 | TOTAL CONTRACT PURCHASES: | $240.09 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $606.47 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**     $846.56
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**     $863.84

# MᶜKESSON

# Invoice

| Billing No.: | 7389124422 |
| Billing Date: | 01/04/2023 |
| PO#: | QO01032023 00 |
| McK Connect UserID: | i0o6y0h1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7389394147 | | |
| Billing Date: | 01/05/2023 | | |
| PO#: | QO01032023 | 00 | |
| McK Connect UserID: | i0o6y0h1 | | |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309046-73080 | 256-7097 | 732719295 | ▮▮ | | MAPAP TAB 500MG TABLET | MMP | 1000@ | ▮▮▮ | ▮▮ ▮ | 33.66 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $33.66 |
| TOTAL OTC PURCHASES: | $33.66 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $33.66  
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $34.35

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**  
**Statement for information only**  
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7389394149 | | | |
| **Billing Date:** | 01/05/2023 | | | |
| **PO#:** | 0104230606 | 00 | | |
| **McK Connect UserID:** | b6w7r2a1 | | | |

MCKESSON CORPORATION DC#8131   **Phone:**   855/625-7385
14500 EAST 39th AVENUE   **DEA:**   PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**   **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07   **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

NARCOTIC
42806-0344-01   235-4694   732730643   ▮ ▮   DEXT-AMPHET SLT TB 20MGEPI100@   ▬ ▮   ▬ ▮   46.28
           CSOS ID - 23X100000
                       TABLET

## SUMMARY

TOTAL RX PURCHASES:         $46.28         TOTAL CONTRACT PURCHASES:         $46.28
TOTAL OTC PURCHASES:         $0.00         TOTAL NON CONTRACT PURCHASES:         $0.00

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**         $46.28
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**         $47.22

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 2 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No.: | | 7389394150 |
| Billing Date: | | 01/05/2023 |
| PO#: | | WE-OWE 1/4      00 |
| McK Connect UserID: | | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Need call tags, coolers/icepacks, tote ties, or Class-II envelopes? | | | | | | |
| | | | | | Effective 9/08/2010, now order your DC supplies online along | | | | | | |
| | | | | | with your other McKesson products using newly assigned item numbers. | | | | | | |
| | | | | | New item numbers for DC supplies: | | | | | | |
| | | | | | - Tote ties 136-6723 (Return Kit-Regular) | | | | | | |
| | | | | | - Call Tags 141-4291 (Return Kit-DEA) | | | | | | |
| | | | | | - Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated) | | | | | | |
| | | | | | - Class II envelopes 292-8976 (Envelope CII Order Form) | | | | | | |

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTROLLED | | | | | | | | | | | |
| 62175-0452-32 | 254-8220 | 732978879 | | ▪ | BUPREN+ NALO SL TB2/0.5MGLAN30@ TAB SUBL | ███ | ▪ | ███ | ▪ | 35.25 | |
| CONTROLLED | | | | | | | | | | | |
| 16714-0552-01 | 262-0813 | 732978879 | | ▪ | LACOSAMIDE TB 200MG 60 NSTR@ TABLET | ███ | ▪ | ███ | ▪ | 21.65 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $56.90 | TOTAL CONTRACT PURCHASES: | $56.90 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $56.90
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $58.06

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389394153 | | |
| **Billing Date:** | 01/05/2023 | | |
| **PO#:** | WE-OWE 1/4 | 00 | |
| **McK Connect UserID:** | c7t5d2c8 | | |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 16714-0142-01 | 156-6868 | 732978881 | | | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | | 3.59 |
| 16714-0989-01 | 396-8120 | 732978881 | | | ROSUVAST CALC TAB 10MG NSTR90@ TABLET | | 3.81 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7.40 | TOTAL CONTRACT PURCHASES: | $7.40 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $7.40
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $7.55

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 2 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# M^cKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389394157 |
| Billing Date: | 01/05/2023 |
| PO#: | DAILY 01/04/23  00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|-----------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|-----------------|---------------|-----|------------|-----|-----------------|-----|
| 47335-0703-52 | 235-8257 | 732979674 | ■ | ■ | ALBUTE SUL INH.083%3ML SUN 30@ VIAL-NEB | ■ | ■ | ■ | ■ | 10.84 | |
| 16714-0633-01 | 126-2989 | 732979674 | ■ | ■ | ALENDRONAT SOD TB 70MG 4NSTAR@ TABLET | ■ | ■ | ■ | ■ | 2.34 | |
| 17478-0215-05 | 342-1880 | 732979674 | ■ | ■ | ATROP CARE OS 1%    5ML DROPS | ■ | ■ | ■ | ■ | 71.24 | |
| 16714-0816-02 | 390-2137 | 732979674 | ■ | ■ | BICALUTAM TAB 50MG 100 NSTAR@ TABLET | ■ | ■ | ■ | ■ | 16.49 | |
| 00310-7370-20 | 394-6555 | 732979674 | ■ | ■ | BUDE FORM FUMDIH160/4.5PRA120@ HFA AER AD | ■ | ■ | ■ | ■ | 230.95 | |
| 69584-0092-10 | 158-5181 | 732979674 | ■ | ■ | BUSPIR HCL TB 10MG    OXF 100@ TABLET | ■ | ■ | ■ | ■ | 2.45 | |

1585181 / N69584009210 Was Substituted for 3608858 / N16729020201 (BUSPIRONE HCL TAB 10MGACCO100@) by OneStop Generics

| 00116-2001-16 | 246-9146 | 732979674 | ■ | ■ | CHLORHEX GLUC .12%+ ALC XTT16Z@ MOUTHWASH | ■ | ■ | ■ | ■ | 2.00 | |
| 33342-0028-15 | 259-9082 | 732979674 | ■ | ■ | DONEPEZ HYD TAB 10MG MACL 500@ TABLET | ■ | ■ | ■ | ■ | 30.38 | |
| 31722-0131-30 | 368-0980 | 732979674 | ■ | ■ | DUTASTERIDE CP 0.5MG CAMB 30@ CAPSULE | ■ | ■ | ■ | ■ | 13.14 | |
| 51672-1290-06 | 128-9735 | 732979674 | ■ | ■ | HYDROCORT+ VL CR 0.2% TAR 45GM@ CREAM (G) | ■ | ■ | ■ | ■ | 11.03 | |

1289735 / N51672129006 Was Substituted for 1501899 / N68180095402 (HYDROCORTISON VAL CRM.2%LUP45G) by OneStop Generics

Product shipped is best dating available from manufacturer.

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7389394157 |
| **Billing Date:** | 01/05/2023 |
| **PO#:** | DAILY 01/04/23  00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55111-0281-30 | 126-1080 | 732979674 | ■ | ■ | LEVOFLOX TAB 750MG  DR/R   30@ TABLET | ■ | ■ | ■ | ■ | 6.19 | |
| 31722-0722-50 | 361-1266 | 732979674 | ■ | ■ | LEVOFLOXACIN TAB 500MG CAM 50@ TABLET | ■ | ■ | ■ | ■ | 6.30 | |
| 68462-0180-22 | 214-4632 | 732979674 | ■ | ■ | MUPIROCIN OINT 2%   GLEN 22GM@ OINT. (G) | ■ | ■ | ■ | ■ | 6.84 | |
| 00186-4040-01 | 116-3757 | 732979674 | ■ | ■ | NEXIUM DR OS PWD  40MG PKT 30 SUSPDR PKT | ■ | ■ | ■ | ■ | 271.49 | |
| 45802-0059-11 | 340-7954 | 732979674 | ■ | ■ | NYSTATIN CRM 100MU  PERR 30GM@ CREAM (G) | ■ | ■ | ■ | ■ | 9.54 | |
| 69238-1616-06 | 155-0094 | 732979674 | ■ | ■ | OFLOXACIN OTIC 0.3% AMN 10ML@ DROPS | ■ | ■ | ■ | ■ | 19.14 | |
| 60758-0119-05 | 189-5325 | 732979674 | ■ | ■ | PREDNISOL AC OPH 1% GRE  5ML@ DROPS SUSP | ■ | ■ | ■ | ■ | 30.10 | |
| 00173-0521-00 | 197-8626 | 732979674 | ■ | ■ | SEREVENT DISKUS INH PWD  60DSE BLST W/DEV | ■ | ■ | ■ | ■ | 402.20 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00990-7983-03 | 150-8670 | 732979674 | ■ | ■ | SOD CHL INJ 0.9%500ML ICU CS24 | ■ | ■ | ■ | | 148.05 | |
| | | Above Item | ■ | | MCK limiting supply - order quantity allocated IV SOLN | | | | | | |
| 00597-0075-41 | 177-1930 | 732979674 | ■ | ■ | SPIRIVA HANDIHALER      30 CAP W/DEV | ■ | ■ | ■ | ■ | 943.48 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68382-0749-16 | 152-5252 | 732979674 | ■ | ■ | TIADYLT ER CP 360MG ZYD 90@ CAP SA 24H | ■ | ■ | ■ | ■ | 25.26 | |
| 50458-0579-30 | 143-0024 | 732979674 | ■ | ■ | XARELTO TAB 20MG        30 TABLET | ■ | ■ | ■ | ■ | 473.52 | |
| 65649-0303-02 | 196-8460 | 732979674 | ■ | ■ | XIFAXAN TAB 550MG       60 TABLET | ■ | ■ | ■ | ■ | 2,825.95 | |

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7389394157 |
| **Billing Date:** | 01/05/2023 |
| **PO#:** | DAILY 01/04/23  00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $5,558.92 | TOTAL CONTRACT PURCHASES: | $5,008.67 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $550.25 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $5,558.92
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $5,672.37

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 23 | 1 | 38 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389394157 | |
| **Billing Date:** | 01/05/2023 | |
| **PO#:** | DAILY 01/04/23  00 | |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
1585181 / N69584009210 Was Substituted for 3608858 / N16729020201 (BUSPIRONE HCL TAB 10MGACCO100@) by OneStop Generics
1289735 / N51672129006 Was Substituted for 1501899 / N68180095402 (HYDROCORTISON VAL CRM.2%LUP45G) by OneStop Generics

**OMITTED ITEMS**
1508670 ( N00990798303 - SOD CHL INJ 0.9%500ML ICU CS24 ) MCK limiting supply - order quantity allocated

_____

| Lines | Cases | Pieces |
|---|---|---|
| 23 | 1 | 38 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389394168 |
| **Billing Date:** | 01/05/2023 |
| **PO#:** | DAILY 01/04/23  00 |
| **McK Connect UserID:** | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTROLLED | | | | | | | | | | | |
| 62856-0410-30 | 154-2356 | 732979675 | | ▮ | DAYVIGO TAB 10MG 30 TABLET | ▮ | ▮ | ▮ | | 279.48 | |
| CONTROLLED | | | | | | | | | | | |
| 13107-0083-05 | 392-8488 | 732979675 | | ▮ | LORAZEPAM TAB 0.5MG AURO 500@ TABLET | ▮ | ▮ | ▮ | ▮ | 15.49 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $294.97 | TOTAL CONTRACT PURCHASES: | $15.49 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $279.48 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $294.97
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $300.99

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 2 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389394170 |
| Billing Date: | 01/05/2023 |
| PO#: | DAILY 01/04/23  00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 305361-32710 | 231-6966 | 732979676 | | | ACETAM TAB 325MG RUG 1000@ TABLET | 8.97 |
| 305361-32710 | 231-6966 | 732979676 | | | ACETAM TAB 325MG RUG 1000@ TABLET | 17.94 |
| | 2316966 / U30536132710 Was Substituted for 2307478 / U35789610110 (ACETAMIN TAB 325MG GERI 1000@) by OneStop Generics | | | | | |
| 300054-34462 | 358-6260 | 732979676 | | | CENTRUM LIQUID MULTI     8OZ LIQUID | 38.64 |
| 305364-30605 | 196-0756 | 732979676 | | | FIBER-LAX CAPTAB 500MG MMP500@ TABLET | 21.78 |
| 339328-02430 | 329-2539 | 732979676 | | | LIDOCA 4% CRM TUBE PATR    30G@ CREAM (G) | 35.34 |
| 339328-02430 | 329-2539 | 732979676 | | | LIDOCA 4% CRM TUBE PATR    30G@ CREAM (G) | 17.67 |
| | 3292539 / U33932802430 Was Substituted for 3925666 / U34229139930 (LIDOCA 4% CRM AVKA    30GM) by OneStop Generics | | | | | |
| 309046-73080 | 256-7097 | 732979676 | | | MAPAP TAB 500MG     MMP 1000@ TABLET | 33.66 |
| 324208-69760 | 152-2689 | 732979676 | | | PRESERVISION AREDS 2 SG 60 | 29.40 |
| 894047-00103 | 398-3012 | 732979676 | | | PREVAGEN REGULAR STRENGTH 30 | 47.88 |
| 351660-20469 | 152-7522 | 732979676 | | | PSEUDOEPHED HCL120MG TB OHM10@ TABLET ER | 7.95 |
| 300235-48750 | 229-9220 | 732979676 | | | REFRESH PLUS          50 DROPERETTE | 24.28 |
| 369618-03206 | 366-9942 | 732979676 | | | SIMETHICONE 125MG CHW REL 60 | 4.68 |

# MCKESSON

# Invoice

| Billing No.: | 7389394170 |
|---|---|
| Billing Date: | 01/05/2023 |
| PO#: | DAILY 01/04/23  00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TAB CHEW | | | | | | |
| 074300-01067 | 141-8664 | 732979676 | ■ | ■ | VISINE DRY EYE RELIEF 0.5OZ | ■ | | ■ | | 5.76 | |
| | | | | | DROPS | | | | | | |
| 357896-89601 | 399-5214 | 732979676 | ■ | ■ | VITAM B12 COB TB1000MCGGER100@ | ■ | | ■ ■ | | 2.23 | |
| | | | | | TABLET | | | | | | |
| | 3995214 / U35789689601 Was Substituted for 3952371 / U81000673043 (VITAM B-12 TAB 1000MCG MMP 100) by OneStop Generics | | | | | | | | | | |
| 380681-17400 | 157-4359 | 732979676 | ■ | ■ | VITAMIN D3 CAP 1250MCG RUG100@ | ■ | | ■ ■ | | 12.21 | |
| | | | | | CAPSULE | | | | | | |

**SUMMARY**

| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $225.35 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $308.39 | TOTAL NON CONTRACT PURCHASES: | $83.04 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $308.39
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $314.68

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 15 | 0 | 29 | |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389394170 | | |
| **Billing Date:** | 01/05/2023 | | |
| **PO#:** | DAILY 01/04/23   00 | | |
| **McK Connect UserID:** | c7t5d2c8 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3995214 / U35789689601 Was Substituted for 3952371 / U81000673043 (VITAM B-12 TAB 1000MCG MMP 100) by OneStop Generics
2316966 / U30536132710 Was Substituted for 2307478 / U35789610110 (ACETAMIN TAB 325MG GERI 1000@) by OneStop Generics
3292539 / U33932802430 Was Substituted for 3925666 / U34229139930 (LIDOCA 4% CRM AVKA      30GM) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 15 | 0 | 29 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131     **Phone:**  855/625-7385
14500 EAST 39th AVENUE           **DEA:**    PM0018425
AURORA CO  80011

| | | | |
|---|---|---|---|
| Billing No.: | 7389394172 | | |
| Billing Date: | 01/05/2023 | | |
| PO#: | DAILY 01/04/23  00 | | |
| McK Connect UserID: | c7t5d2c8 | | |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                      **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07         **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00002-8824-27 | 352-5581 | 732979677 | | | HUMULIN R KWIK PEN U500 3ML 2 INSULN PEN | | | | | 545.38 | |
| 00088-2220-33 | 272-2601 | 732979677 | | | LANTUS INSULIN VIAL     10ML VIAL | | | | | 242.39 | |
| 301691-83711 | 219-1443 | 732979677 | | | NOVOLIN 70/30 VIAL 100U     10ML VIAL | | | | | 124.25 | |
| 00002-1433-80 | 329-2356 | 732979677 | | | TRULICITY 0.75MG/0.5ML PEN 4 PEN INJCTR | | | | | 816.79 | |

Product shipped is best dating available from manufacturer.

| 49281-0752-21 | 168-9827 | 732979677 | | | TUBERSOL VIAL 5TU-10 TEST  1ML VIAL | | | | | 87.02 | |

**SUMMARY**

# M<sup>C</sup>KESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389394172 | | |
| **Billing Date:** | 01/05/2023 | | |
| **PO#:** | DAILY 01/04/23   00 | | |
| **McK Connect UserID:** | c7t5d2c8 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $1,691.58 | TOTAL CONTRACT PURCHASES: | $1,270.45 | |
| TOTAL OTC PURCHASES: | $124.25 | TOTAL NON CONTRACT PURCHASES: | $545.38 | |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $1,815.83
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $1,852.89

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 5 | 0 | 5 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389394173 | |
|---|---|---|
| Billing Date: | 01/05/2023 | |
| PO#: | cycle 1-4 | 00 |
| McK Connect UserID: | d2t1k6z5 | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

cycle 1-4

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305361-32710 | 231-6966 | 732980107 | ■ | | ACETAM TAB 325MG RUG 1000@ TABLET | ■ | | ■ ■ | | 17.94 | |
| 370010-16001 | 260-4981 | 732980107 | ■ | | ACETAMIN ER TB 650MG GRAN 100@ TABLET ER | ■ | | ■ ■ | | 5.75 | |
| 079854-00020 | 124-6388 | 732980107 | ■ | | CRANBERRY CONC 500MG NAT/V  60 CAPSULE | ■ | | ■ | | 6.41 | |
| 305364-30605 | 196-0756 | 732980107 | ■ | | FIBER-LAX CAPTAB 500MG MMP500@ TABLET | ■ | | ■ ■ | | 21.78 | |
| 309046-73080 | 256-7097 | 732980107 | ■ | | MAPAP TAB 500MG    MMP 1000@ TABLET | ■ | | ■ ■ | | 33.66 | |
| 324208-69762 | 209-4316 | 732980107 | ■ | | PRESER VISION AREDS2 SFTGL 120 CAPSULE | ■ | | ■ ■ | | 55.64 | |
| 041167-00607 | 123-2719 | 732980107 | ■ | | UNISOM SLEEP AID TAB      16 TABLET | ■ | | ■ ■ | | 4.18 | |

**SUMMARY**

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389394173 | |
| **Billing Date:** | 01/05/2023 | |
| **PO#:** | cycle 1-4 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL RX PURCHASES: | $0.00 | | TOTAL CONTRACT PURCHASES: | $83.31 | | | | | |
| | | TOTAL OTC PURCHASES: | $145.36 | | TOTAL NON CONTRACT PURCHASES: | $62.05 | | | | | |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $145.36
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $148.33

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 7 | 0 | 10 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# M<sup>C</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| Billing No.: | 7389394174 |
|---|---|
| Billing Date: | 01/05/2023 |
| PO#: | cycle 1-4      00 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

cycle 1-4

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 00121-0646-16 | 243-3928 | 732980108 | ■ | AMANTAD SYRP      P/A  16OZ@ SOLUTION | 6.07 |
| 42799-0920-01 | 156-6447 | 732980108 | ■ | BISOPR+ HCTZTB2.5/6.25MGEDE100@ TABLET | 28.55 |
| 31722-0131-30 | 368-0980 | 732980108 | ■ | DUTASTERIDE CP 0.5MG CAMB 30@ CAPSULE | 13.14 |
| 00003-0893-21 | 201-3290 | 732980108 | ■ | ELIQUIS TAB 2.5MG          60 TABLET | 1,597.80 |
| 00003-0894-21 | 201-3282 | 732980108 | ■ | ELIQUIS TAB 5MG            60 TABLET | 4,260.80 |
| 16714-0663-02 | 126-6071 | 732980108 | ■ | GABAPENT CAP 400MG 500   NSTAR@ CAPSULE | 19.82 |
| 00115-1803-01 | 158-6262 | 732980108 | ■ | HYDROXYZ PAM CAP 25MG AMN 100@ CAPSULE | 5.63 |
| | 1586262 / N00115180301 Was Substituted for 3209483 / N00185067401 (HYDROXYZ PAM CP 25MG SAN  100@) by OneStop Generics | | | | |
| 31722-0731-30 | 202-5930 | 732980108 | ■ | IRBESARTAN TAB 300MG CAMB 30@ TABLET | 8.29 |
| 16714-0008-01 | 152-1970 | 732980108 | ■ | ISOSORBID DINIT TB10MGNSTR100@ TABLET | 26.36 |
| 43598-0551-30 | 358-5155 | 732980108 | ■ | LAMOTRIGINE ODT 50MG DR/R 30@ TAB RAPDIS | 83.08 |

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7389394174 |
| **Billing Date:** | 01/05/2023 |
| **PO#:** | cycle 1-4   00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 4 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16729-0034-15 | 341-3713 | 732980108 | ■ | ■ | LETROZOL TAB 2.5MG  ACC     90@ TABLET | ■ | ■ | ■ | ■ | 7.77 | |
| 68462-0220-01 | 114-8329 | 732980108 | ■ | ■ | LITHIUM CARB CP 150MG GLEN100@ CAPSULE | ■ | ■ | ■ | ■ | 12.92 | |
| 68382-0549-06 | 154-7223 | 732980108 | ■ | ■ | MEMANT HCL ER CP 28MG ZYD 30@ CAP SPR 24 | ■ | ■ | ■ | ■ | 13.49 | |
| | 1547223 / N68382054906 Was Substituted for 2363190 / N70436005704 (MEMANTINE HCL ER CP 28MG SLA30) by OneStop Generics | | | | | | | | | | |
| 00469-2601-30 | 169-0817 | 732980108 | ■ | ■ | MYRBETRIQ ER TAB 25MG      30 TAB ER 24H | ■ | ■ | ■ | | 816.28 | |
| 65862-0559-90 | 209-6378 | 732980108 | ■ | ■ | PANTOPRAZ SOD DR 20MG AURO 90@ TABLET DR | ■ | ■ | ■ | ■ | 3.31 | |
| 00603-5484-21 | 185-0528 | 732980108 | ■ | ■ | PROPRAN TAB 40MG    Q/P  100@ TABLET | ■ | ■ | ■ | ■ | 8.75 | |
| 00074-4552-90 | 163-6893 | 732980108 | ■ | ■ | SYNTHROID TAB 0.05MG      90 TABLET | ■ | ■ | ■ | ■ | 128.37 | |
| 00074-9296-90 | 163-9137 | 732980108 | ■ | ■ | SYNTHROID TAB 0.112MG      90 TABLET | ■ | ■ | ■ | ■ | 128.37 | |

**SUMMARY**

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7389394174 |
| **Billing Date:** | 01/05/2023 |
| **PO#:** | cycle 1-4          00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7,168.80 | TOTAL CONTRACT PURCHASES: | $237.18 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $6,931.62 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $7,168.80
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $7,315.10

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 18 | 0 | 31 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389394174 | |
| **Billing Date:** | 01/05/2023 | |
| **PO#:** | cycle 1-4      00 | |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * * *  S U B S T I T U T I O N   S U M M A R Y   P A G E  * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**

1586262 / N00115180301 Was Substituted for 3209483 / N00185067401 (HYDROXYZ PAM CP 25MG SAN  100@) by OneStop Generics
1547223 / N68382054906 Was Substituted for 2363190 / N70436005704 (MEMANTINE HCL ER CP 28MG SLA30) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 31 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389394175 | |
| **Billing Date:** | 01/05/2023 | |
| **PO#:** | cycle 1-4 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

cycle 1-4

CONTROLLED
| 62856-0410-30 | 154-2356 | 732980109 | ▋ | ▇ | DAYVIGO TAB 10MG 30 TABLET | ▇ | ▋ | ▇ | | 279.48 | |

CONTROLLED
| 16714-0552-01 | 262-0813 | 732980109 | ▋ | ▇ | LACOSAMIDE TB 200MG 60 NSTR@ TABLET | ▇ | ▋ | ▇ | ▋ | 64.95 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $344.43 | TOTAL CONTRACT PURCHASES: | $64.95 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $279.48 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $344.43
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $351.46

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 4 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389394176 | | |
| **Billing Date:** | 01/05/2023 | | |
| **PO#:** | QO01042023 | 00 | |
| **McK Connect UserID:** | i0o6y0h1 | | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 345802-86803 | 189-2132 | 732980386 | ■ ■ | | POLYETH GLY PW 3350 PERR 17.9Z@ POWDER | 29.46 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $29.46 |
| TOTAL OTC PURCHASES: | $29.46 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $29.46
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $30.06

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 3 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389677882 |
| Billing Date: | 01/06/2023 |
| PO#: | 0105231719          00 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| NARCOTIC 47781-0426-47 | 362-1018 | 733228431 | FENTANYL TDS 50MCG/H ALV 5@ | 24.25 |
| CSOS ID - 23X100001 | | | PATCH TD72 | |
| 'DO NOT SUB' SELECTED. | | | | |
| NARCOTIC 67877-0616-01 | 260-0716 | 733228431 | METHYLPHEN IR TB 5MG ASC 100@ | 23.12 |
| CSOS ID - 23X100001 | | | TABLET | |
| NARCOTIC 00406-8315-01 | 247-4641 | 733228431 | MORPHINE ER TB 15MG MALL  100@ | 32.64 |
| CSOS ID - 23X100001 | | | TABLET ER | |
| 'DO NOT SUB' SELECTED. | | | | |
| NARCOTIC 00406-0552-01 | 188-6852 | 733228431 | OXYCOD TAB 5MG          MALL  100@ | 34.55 |
| CSOS ID - 23X100001 | | | TABLET | |
| 'DO NOT SUB' SELECTED. | | | | |
| NARCOTIC 00406-0512-01 | 328-5335 | 733228431 | OXYCOD+ APAP TB 5/325 MALL 100@ | 20.34 |
| CSOS ID - 23X100001 | | | TABLET | |

# MCKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389677882 | | |
| **Billing Date:** | 01/06/2023 | | |
| **PO#:** | 0105231719 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

3285335 / N00406051201 Was temporarily substituted as a backup 3529740 / N47781019601 (OXYCOD+ ACET 5/325MG ALV 100@) to Multi-Source

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $134.90 | TOTAL CONTRACT PURCHASES: | $134.90 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**  $134.90
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**  $137.65

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 13 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7389677882 |
| **Billing Date:** | 01/06/2023 |
| **PO#:** | 0105231719          00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
3285335 / N00406051201 Was temporarily substituted as a backup 3529740 / N47781019601 (OXYCOD+ ACET 5/325MG ALV 100@) to Multi-Source

**SUBSTITUTION OVERRIDES**
3621018 ( N47781042647 - FENTANYL TDS 50MCG/H ALV 5@ ) 'DO NOT SUB' SELECTED.
1886852 ( N00406055201 - OXYCOD TAB 5MG        MALL  100@ ) 'DO NOT SUB' SELECTED.
2474641 ( N00406831501 - MORPHINE ER TB 15MG MALL  100@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 5 | 0 | 13 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389677883 |
| Billing Date: | 01/06/2023 |
| PO#: | Cycle 1-5      00 |
| McK Connect UserID: | s8w9j5s8 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 50228-0179-10 | 394-2810 | 733250094 | ■ ■ | | GABAPENTIN CAP 100MG SCI 1000@ CAPSULE | | ■  ■ | ■  ■ | | 16.70 | |
| 68462-0461-60 | 120-1268 | 733250094 Above Item | ■ ■ | | TROSPIUM CHL TB 20MG GLEN  60@ Manufacturer cannot supply TABLET | | ■  ■ | | | | |

OUT OF INVENTORY; ITEM IS AC-SLOT AND NOT SUBJECT TO AUTOMATIC SUBSTITUTION.

### SUMMARY

| TOTAL RX PURCHASES: | $16.70 | TOTAL CONTRACT PURCHASES: | $16.70 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**   $16.70
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**   $17.04

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389677883 | |
| **Billing Date:** | 01/06/2023 | |
| **PO#:** | Cycle 1-5    00 | |
| **McK Connect UserID:** | s8w9j5s8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**
1201268 ( N68462046160 - TROSPIUM CHL TB 20MG GLEN  60@ ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7389677884 |
| **Billing Date:** | 01/06/2023 |
| **PO#:** | We Owe 1.5    00 |
| **McK Connect UserID:** | s8w9j5s8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73336-0075-30 | 230-1489 | 733251070 | ■ | ■ | GEMTESA TB 75MG SUN 30 TABLET | ■ ■ | | ■ ■ ■ | | 403.61 | |
| 68382-0472-78 | 340-3789 | 733251070 | ■ | ■ | TELMISARTAN UD 40MG ZYD3X10@ TABLET | ■ ■ | | ■ ■ | | 21.15 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $424.76 | TOTAL CONTRACT PURCHASES: | $424.76 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $424.76
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $433.43

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7389677885 |
| **Billing Date:** | | 01/06/2023 |
| **PO#:** | We Owe 1.5 | 00 |
| **McK Connect UserID:** | s8w9j5s8 | |

MCKESSON CORPORATION DC#8131  **Phone:** 855/625-7385
14500 EAST 39th AVENUE   **DEA:** PM0018425
AURORA CO 80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**   **DEA:** FP6379071
PREMIER PHARMACY GROUP 07  **PHCY:** PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 363739-19861 | 350-3620 | 733251071 | ■ | | PEG3350 POLYETH GLUPWDR SKY30@ POWD PACK | ▮ | | ▮ ▮ | | 54.96 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $54.96 |
| TOTAL OTC PURCHASES: | $54.96 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $54.96
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $56.08

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to | **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|---|
| 1 | 0 | 2 | | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389677886 |
|---|---|
| Billing Date: | 01/06/2023 |
| PO#: | DAILY 1-5        00 |
| McK Connect UserID: | c7t5d2c8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76204-0011-55 | 239-8949 | 733253801 | | | ALBUT SUL INH 1.25MG/3MLRIT25@ VIAL-NEB | | | | | 40.00 | |
| 16714-0477-01 | 347-8393 | 733253801 | | | AMOXICI CLV+ POT500/125 20NSTR@ TABLET | | | | | 8.14 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 55150-0114-20 | 249-1835 | 733253801 Above Item | | | AMPICIL INF 2GM    AUR/M    10@   Manufacturer limiting supply - allocated quantity VIAL | | | | | 23.99 | |
| 65862-0186-01 | 190-6791 | 733253801 | | | CLINDA HYD CAP 300MG AURO 100@ CAPSULE | | | | | 18.22 | |
| 00003-0894-21 | 201-3282 | 733253801 | | | ELIQUIS TAB 5MG          60 TABLET | | | | | 1,065.20 | |
| 69097-0316-02 | 392-5021 | 733253801 | | | EXEMESTANE TB 25MG CIP 30@ TABLET | | | | | 38.43 | |
| 00115-7033-01 | 240-2444 | 733253801 | | | FLUDROC TAB 0.1MG    AMN    100@ TABLET | | | | | 34.39 | |
| 00527-5125-70 | 152-6938 | 733253801 | | | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | | | | | 11.46 | |
| 57841-1301-01 | 157-1611 | 733253801 | | | MOVANTIK TAB 25MG          30 TABLET | | | | | 354.06 | |
| 17478-0713-11 | 181-1140 | 733253801 | | | OFLOXACIN OPH 0.3%   AKOR 10ML@ DROPS | | | | | 25.62 | |

1811140 / N17478071311 Was Substituted for 3465507 / N64980051501 (OFLOXACIN OPH 0.3% RIS 10ML@) by OneStop Generics

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389677886 | |
| **Billing Date:** | 01/06/2023 | |
| **PO#:** | DAILY 1-5 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68462-0357-01 | 358-7433 | 733253801 | ■ | ■ | POT CHL ER CAP 10MEQ GLEN100@ CAPSULE ER | ■ | ■ | ■ | ■ | 18.86 | |
| | 3587433 / N68462035701 Was Substituted for 1515055 / N63304009001 (POTAS CHL ER CAP 750MG SUN 100) by OneStop Generics | | | | | | | | | | |
| 68382-0749-16 | 152-5252 | 733253801 | ■ | ■ | TIADYLT ER CP 360MG ZYD 90@ CAP SA 24H | ■ | ■ | ■ | ■ | 75.78 | |
| 16714-0986-02 | 260-4080 | 733253801 | ■ | ■ | TRIAMCIN ACE CRM 0.1% 30 NSTR@ CREAM (G) | ■ | ■ | ■ | ■ | 3.18 | |
| 21922-0024-11 | 347-5555 | 733253801 | ■ | ■ | TRIAMCINOLONE ACOINT0.05%ENC1@ OINT. (G) | ■ | ■ | ■ | ■ | 146.13 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,863.46 | TOTAL CONTRACT PURCHASES: | $798.26 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,065.20 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $1,863.46
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $1,901.49

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 14 | 0 | 24 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only Claims must be made within 5 days and show date of invoice. |

# MᶜKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389677886 | |
| **Billing Date:** | 01/06/2023 | |
| **PO#:** | DAILY 1-5 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
3587433 / N68462035701 Was Substituted for 1515055 / N63304009001 (POTAS CHL ER CAP 750MG SUN 100) by OneStop Generics
1811140 / N17478071311 Was Substituted for 3465507 / N64980051501 (OFLOXACIN OPH 0.3% RIS 10ML@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
3478393 ( N16714047701 - AMOXICI CLV+ POT500/125 20NSTR@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
2491835 ( N55150011420 - AMPICIL INF 2GM   AUR/M    10@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 14 | 0 | 24 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389677891 | | |
| **Billing Date:** | 01/06/2023 | | |
| **PO#:** | DAILY 1-5 | 00 | |
| **McK Connect UserID:** | c7t5d2c8 | | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 00088-2219-05 | 162-6688 | 733253802 | | ■ | LANTUS SOLOSTAR PEN 3ML  5 INSULN PEN | | 1,123.41 |
| 00002-1433-80 | 329-2356 | 733253802 | | ■ | TRULICITY 0.75MG/0.5ML PEN 4 PEN INJCTR | | 857.62 |
| Product shipped is best dating available from manufacturer. | | | | | | | |
| 00002-1434-80 | 329-2372 | 733253802 | | ■ | TRULICITY 1.5MG/0.5ML PEN 4 PEN INJCTR | | 857.62 |
| Product shipped is best dating available from manufacturer. | | | | | | | |
| 00002-2236-80 | 156-7726 | 733253802 | | ■ | TRULICITY SDV 3MG/.5ML 4 PEN INJCTR | | 857.62 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,696.27 | TOTAL CONTRACT PURCHASES: | $3,696.27 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $3,696.27
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $3,771.70

# M<sup>C</sup>KESSON

## Invoice

| Billing No.: | 7389677891 |
|---|---|
| Billing Date: | 01/06/2023 |
| PO#: | DAILY 1-5          00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 6 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389677892 |
| Billing Date: | 01/06/2023 |
| PO#: | DAILY 1-5        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 3 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|----------|-------|----------|-----|------------------|-----------------|
| 041167-05877 | 356-7088 | 733253803 | | ASPERCREME LIDCNE CREME 2.7OZ | 28.20 |
| 045611-00204 | 161-7414 | 733253803 | | BLUE EMU SUPER STRENGTH CRM 4Z | 33.18 |
| 300450-91060 | 187-2654 | 733253803 | | LACTAID FAST ACTION CAPL     60 TABLET | 26.58 |
| 016500-55817 | 366-5213 | 733253803 | | ONE-A-DAY PRENATAL1 SFTGL 30CT | 12.45 |
| 363739-19861 | 350-3620 | 733253803 | | PEG3350 POLYETH GLUPWDR SKY30@ POWD PACK | 27.48 |
| | | 3503620 / U36373919861 Was Substituted for 1518745 / U30904693176 (PEG 3350 PWD PCKTS MAJ UD30@) by OneStop Generics | | | |
| 080196-52856 | 346-7537 | 733253803 | | REMDY PHYTOPLEX ANT/F PWD3Z POWDER | 8.62 |
| 010939-71944 | 330-5091 | 733253803 | | SM TRUE METRIX METER RETAIL EACH | 57.00 |
| 021292-00616 | 330-3732 | 733253803 | | TRUE METRIX TEST STRIPS 100 STRIP | 349.86 |
| 021292-00619 | 390-9678 | 733253803 | | TRUE METRIX TST STRIPS MEDI 50 STRIP | 25.96 |
| 021292-00446 | 208-2097 | 733253803 | | TRUEPLUS LANCET 30G100 EACH | 4.80 |
| 375834-17001 | 390-8399 | 733253803 | | ZINC OXIDE OINT NIV 1OZ@ OINT. (G) | 3.36 |

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7389677892 | |
| **Billing Date:** | 01/06/2023 | |
| **PO#:** | DAILY 1-5 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $30.84 |
| TOTAL OTC PURCHASES: | $577.49 | TOTAL NON CONTRACT PURCHASES: | $546.65 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $577.49
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $589.28

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 34 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389677892 |
| Billing Date: | 01/06/2023 |
| PO#: | DAILY 1-5        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 3 of 3 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3503620 / U36373919861 Was Substituted for 1518745 / U30904693176 (PEG 3350 PWD PCKTS MAJ UD30@) by OneStop Generics

---

| Lines | Cases | Pieces |
|-------|-------|--------|
| 11 | 0 | 34 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131    **Phone:**  855/625-7385
14500 EAST 39th AVENUE    **DEA:**  PM0018425
AURORA CO  80011

| Billing No.: | 7389677894 |
|---|---|
| Billing Date: | 01/06/2023 |
| PO#: | DAILY 1-5          00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Need call tags, coolers/icepacks, tote ties, or Class-II envelopes? | | | | | | |

Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00006-0005-30 | 341-3507 | 733253804 | ▮ | | BELSOMRA TAB 5MG TABLET | 30 | ▮ | ▮ | ▮ | 371.47 | |

**SUMMARY**

| TOTAL RX PURCHASES: | $371.47 | TOTAL CONTRACT PURCHASES: | $371.47 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:**    $371.47
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:**    $379.05

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7389677896 |
|---|---|
| Billing Date: | 01/06/2023 |
| PO#: | QO01052023    00 |
| McK Connect UserID: | h5p1d7x2,i0o6y0h1 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0142-01 | 156-6868 | 733261319 | | | ARIPIPRAZOLE TB 5MG 30 NSTR@ TABLET | | | | | 3.59 | |
| 16729-0079-01 | 204-4899 | 733262012 | | | CARB/LEVO ERTB 50/200MGACC100@ TABLET ER | | | | | 41.82 | |
| 00093-9702-05 | 260-2472 | 733262009 | | | CARBID+ LEV TB 25/100 ACTA 500@ TABLET | | | | | 28.89 | |
| 00527-5125-70 | 152-6938 | 733260368 | | | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | | | | | 5.73 | |
| 00527-5125-70 | 152-6938 | 733261942 | | | LACTULOSE SOL10G/15ML LAN16OZ@ SOLUTION | | | | | 5.73 | |
| 70748-0129-06 | 155-9392 | 733262406 | | | LEFLUNOMIDE TAB 10MG LUP  30@ TABLET | | | | | 9.92 | |
| 16714-0310-01 | 236-7258 | 733260361 | | | LEVETIRAC TAB 1000MG NSTR  60@ TABLET | | | | | 8.16 | |
| 00245-0212-11 | 133-2238 | 733255676 | | | MIDODRIN TAB 5MG    U/S  100@ TABLET | | | | | 18.38 | |
| 17478-0713-10 | 181-1124 | 733261965 | | | OFLOXACIN OPH 0.3%  AKOR  5ML@ DROPS | | | | | 9.36 | |
| 69238-1616-06 | 155-0094 | 733257719 | | | OFLOXACIN OTIC 0.3% AMN 10ML@ DROPS | | | | | 38.28 | |

**SUMMARY**

# MᶜKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7389677896 |
| **Billing Date:** | 01/06/2023 |
| **PO#:** | QO01052023        00 |
| **McK Connect UserID:** | h5p1d7x2,i0o6y0h1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $169.86 | TOTAL CONTRACT PURCHASES: | $169.86 | |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 | |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $169.86
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $173.33

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 10 | 0 | 13 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131  **Phone:** 855/625-7385
14500 EAST 39th AVENUE  **DEA:** PM0018425
AURORA CO 80011

| | | | |
|---|---|---|---|
| **Billing No.:** | 7389681200 | | |
| **Billing Date:** | 01/06/2023 | | |
| **PO#:** | QO01052023 | 00 | |
| **McK Connect UserID:** | i0o6y0h1 | | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 041167-05847 | 159-4159 | 733262011 | ▮ | ▮ | ASPERCREME LIDOCAINE PATCH 1CT ADH. PATCH | ▮ | | ▮ | ▮ | 2.78 | |
| 300236-63010 | 396-7965 | 733260294 | ▮ | ▮ | REFRESH RELIEVA DROPS 10ML DROPS | ▮ | | ▮ | ▮ | 9.95 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $12.73 |
| TOTAL OTC PURCHASES: | $12.73 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/20/2023:** $12.73
**GROSS PAYABLE AFTER STATEMENT DATE 01/20/2023:** $12.99

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 3 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE     **DEA #: PM0018425**
AURORA CO 80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP     **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

| **Credit Memo Information** | Page |
|---|---|
| **Number:** 7390807237 <br> **Date: 01/11/2023** | 1 of 1 |

| **75344** <br> **Customer Number** | M02 <br> Route | 035 <br> Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/11/2023 |

### Corresponding Document

**Date:** 01/11/2023     **Reference:** 7390807238

**Pricing Correction Reason:**
Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale. Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N59676031001 | 1804681 | ■ | ■ | PROCRIT VL 10000U 1ML   6 <br> VIAL | ■ | ■ | 1547.78 | 0.00 | |

**Original Invoice Number:** 7388850788     **Original Purchase Order:** DAILY 1-2    00
**Original Invoice Date:** 01/03/2023     **Contract Reference ID:** 79220543

| | |
|---:|---:|
| Sales Tax Total: | $0.00 |
| Gross Credit Amount: | $1,547.78 |
| Less Trade Discount: | $0.00 |
| Net Credit Amount: | $1,547.78 |

| LINES | CASES | PIECES | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |
|---|---|---|---|

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.        D - Corrosive Material
  - Flammable Compressed Gas            E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.    F - Oxidizing Material
C - Flammable Liquid                        G - Poision Liquid or Solid Class B
                                         T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011                    **DEA #: PM0018425**

| **Credit Memo Information** | | Page |
|---|---|---|
| **Number:**  7391094741 | | 1  of  1 |
| **Date: 01/12/2023** | | |

**SOLD TO**

| **75344** | M02 | 035 |
|---|---|---|
| **Customer Number** | Route | Stop |

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP                **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/12/2023 |

## Corresponding Document

**Date:** 01/12/2023        **Reference:** 7391094744

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/  UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| N | 00469260130 | 1690817 | ■ | ■ | MYRBETRIQ ER TAB 25MG    30 TAB ER 24H | ■ | ■ | 816.28 | 0.00 | |

**Original Invoice Number:** 7389394174         **Original Purchase Order:** CYCLE 1-4     00
**Original Invoice Date:**   01/05/2023          **Contract Reference ID:**

| | |
|---|---|
| Sales Tax Total: | **$0.00** |
| Gross Credit Amount: | **$816.28** |
| Less Trade Discount: | **$0.00** |
| Net Credit Amount: | **$816.28** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:**   <u>HAZARDOUS MATERIAL</u>

A - Flammable Compressed Gas N.O.S.                    D - Corrosive Material
  - Flammable Compressed Gas                         E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.                 F - Oxidizing Material
C - Flammable Liquid                                  G - Poision Liquid or Solid Class B
                                                      T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE        **DEA #: PM0018425**
AURORA CO  80011

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP        **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Credit Memo Information | Page |
|---|---|
| **Number:** 7391094742<br>**Date: 01/12/2023** | 1  of  1 |

| **75344**<br>Customer Number | M02<br>Route | 035<br>Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date | 01/12/2023 |

### Corresponding Document

**Date:** 01/12/2023        **Reference:** 7391094745

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept.<br>Code | NDC/   UPC<br>NUMBER | ITEM<br>NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL<br>UNIT PRICE<br>CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX<br>(if applicable) | *H<br>M |
|---|---|---|---|---|---|---|---|---|---|---|
| N00469260190 | 1690825 | ■ | ■ | MYRBETRIQ ER TAB 25MG      90<br>TAB ER 24H | ■ | ■ | 1224.41 | 0.00 | |

**Original Invoice Number:** 7389124417        **Original Purchase Order:** QO01022023    00
**Original Invoice Date:**   01/04/2023        **Contract Reference ID:**

|  |  |
|---|---|
| Sales Tax Total: | **$0.00** |
| Gross Credit Amount: | **$1,224.41** |
| Less Trade Discount: | **$0.00** |
| Net Credit Amount: | **$1,224.41** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.
  - Flammable Compressed Gas
B - NonFlammable Compressed Gas N.O.S.
C - Flammable Liquid

D - Corrosive Material
E - Flammable Solid
F - Oxidizing Material
G - Poision Liquid or Solid Class B
T - Toxic Material

# McKESSON

# Pricing Correction Credit Memo

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**DEA #: PM0018425**

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA #: FP6379071**

| Credit Memo Information | Page |
|---|---|
| **Number:** 7391094743 <br> **Date: 01/12/2023** | 1 of 1 |

| **75344** <br> Customer Number | M02 <br> Route | 035 <br> Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date | 01/12/2023 |

## Corresponding Document

**Date:** 01/12/2023          **Reference:** 7391094746

**Pricing Correction Reason:**
  Proactive Credit Rebill

Merchandise is not accepted for credit unless returned within 10 days of sale.  Issuance of credit subject to our inspection and acceptance of merchandise.

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| N | 00469260130 | 1690817 | ■ | ■ | MYRBETRIQ ER TAB 25MG      30 <br> TAB ER 24H | ■ | ■ | 816.28 | 0.00 | |

**Original Invoice Number:** 7388850790          **Original Purchase Order:** CYCLE 1-02    00
**Original Invoice Date:** 01/03/2023          **Contract Reference ID:**

| | |
|---|---|
| Sales Tax Total: | **$0.00** |
| Gross Credit Amount: | **$816.28** |
| Less Trade Discount: | **$0.00** |
| Net Credit Amount: | **$816.28** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:** <u>HAZARDOUS MATERIAL</u>

A - Flammable Compressed Gas N.O.S.
  - Flammable Compressed Gas
B - NonFlammable Compressed Gas N.O.S.
C - Flammable Liquid

D - Corrosive Material
E - Flammable Solid
F - Oxidizing Material
G - Poision Liquid or Solid Class B
T - Toxic Material

# McKESSON

## Returns Credit

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Billing No.: | 7391286364 |
|---|---|
| Billing Date: | 01/12/2023 |
| PO#: | ret34 |
| Ref Doc#: | 6551533231 |
| Ref Doc Date: | 01/06/2023 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/06/2023 | 7389677896 | BA | 155-0094 | ■ | | OFLOXACIN OTIC 0.3% AMN 10ML@ DROPS | Saleable Return | 38.28 |
| 12/23/2022 | 7386909388 | BE | 173-5232 | ■ | | HYPER-SAL 7% SOD CHL 4ML  CT60 VIAL-NEB | Saleable Return | 99.72 |

**NET CREDIT AMOUNT:**                    $138.00

# M<sup>c</sup>KESSON

## Returns Credit

| | |
|---|---|
| **Billing No.:** | 7391286365 |
| **Billing Date:** | 01/12/2023 |
| **PO#:** | ret35 |
| **Ref Doc#:** | 6551532580 |
| **Ref Doc Date:** | 01/06/2023 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131    **Phone:**  855/625-7385
14500 EAST 39th AVENUE    **DEA:**  PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07    **DEA:**  FP6379071
4162 E BIJOU ST    **PHCY:**  PDO1680000122
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| REF INV DATE | REF INV# | DEPT | ITEM# | QTY | UM | ITEM DESCRIPTION | REASON | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/2022 | 7376963172 | DA | 399-7426 | ▇ | | GVOKE HYPOPEN 2-PACK 1MG/0.2ML AUTO INJCT | Saleable Return | 481.01 | H |

H = HANDLING CHARGE APPLIED PER RETURNS POLICY          **NET CREDIT AMOUNT:**    $481.01

**Invoices for $66,987.95 Non-Sufficient Funds Transaction**

| CoCd | Acct# | DBA Name | Doc. Date | Due Date | DocumentNo | Gross | Disc | Net |
|------|-------|----------|-----------|----------|------------|-------|------|-----|
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125960 | $ 80.74 | $ 1.61 | $ 79.13 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125963 | $ 220.42 | $ 4.41 | $ 216.01 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125966 | $ 365.24 | $ 7.30 | $ 357.94 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125968 | $2,108.60 | $ 42.17 | $ 2,066.43 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125972 | $ 304.99 | $ 6.10 | $ 298.89 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125976 | $ 317.22 | $ 6.34 | $ 310.88 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125979 | $3,439.11 | $ 68.78 | $ 3,370.33 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125986 | $1,777.12 | $ 35.54 | $ 1,741.58 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125988 | $ 28.14 | $ 0.56 | $ 27.58 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125989 | $ 160.49 | $ 3.21 | $ 157.28 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125990 | $6,606.69 | $132.13 | $ 6,474.56 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125991 | $ 165.84 | $ 3.32 | $ 162.52 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125992 | $1,630.36 | $ 32.61 | $ 1,597.75 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/09/2023 | 01/27/2023 | 7390125993 | $ 21.05 | $ 0.42 | $ 20.63 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392221 | $ 22.13 | $ 0.44 | $ 21.69 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392222 | $ 1.30 | $ 0.03 | $ 1.27 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392223 | $ 395.30 | $ 7.91 | $ 387.39 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392224 | $ 175.36 | $ 3.51 | $ 171.85 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392225 | $ 341.51 | $ 6.83 | $ 334.68 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392226 | $2,385.34 | $ 47.71 | $ 2,337.63 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392227 | $ 413.95 | $ 8.28 | $ 405.67 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392228 | $4,455.64 | $ 89.11 | $ 4,366.53 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392229 | $ 87.57 | $ 1.75 | $ 85.82 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392230 | $ 33.87 | $ 0.68 | $ 33.19 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392231 | $ 6.89 | $ 0.14 | $ 6.75 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/10/2023 | 01/27/2023 | 7390392232 | $ 15.28 | $ 0.31 | $ 14.97 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701152 | $ 8.26 | $ 0.17 | $ 8.09 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701153 | $ 300.49 | $ 6.01 | $ 294.48 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701154 | $ 153.85 | $ 3.08 | $ 150.77 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701156 | $5,855.65 | $117.11 | $ 5,738.54 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701158 | $ 7.42 | $ 0.15 | $ 7.27 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701159 | $ 134.97 | $ 2.70 | $ 132.27 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390701161 | $2,568.61 | $ 51.37 | $ 2,517.24 |

**Invoices for $66,987.95 Non-Sufficient Funds Transaction**

| CoCd | Acct# | DBA Name | Doc. Date | Due Date | DocumentNo | Gross | Disc | Net |
|------|-------|----------|-----------|----------|------------|-------|------|-----|
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/11/2023 | 01/27/2023 | 7390807238 | $1,398.67 | $   27.97 | $   1,370.70 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017227 | $   38.94 | $   0.78 | $   38.16 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017231 | $8,503.55 | $170.07 | $   8,333.48 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017238 | $   189.97 | $   3.80 | $   186.17 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017242 | $   951.80 | $   19.04 | $   932.76 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017244 | $   1.63 | $   0.03 | $   1.60 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017245 | $   509.11 | $   10.18 | $   498.93 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017246 | $   12.89 | $   0.26 | $   12.63 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017251 | $9,469.97 | $189.40 | $   9,280.57 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391017256 | $   81.06 | $   1.62 | $   79.44 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391094744 | $   774.63 | $   15.49 | $   759.14 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391094745 | $1,161.94 | $   23.24 | $   1,138.70 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 7391094746 | $   774.63 | $   15.49 | $   759.14 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295549 | $   6.80 | $   0.14 | $   6.66 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295550 | $   402.61 | $   8.05 | $   394.56 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295551 | $1,549.27 | $   30.99 | $   1,518.28 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295552 | $1,321.89 | $   26.44 | $   1,295.45 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295553 | $   2.13 | $   0.04 | $   2.09 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295554 | $   237.15 | $   4.74 | $   232.41 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295555 | $4,384.13 | $   87.68 | $   4,296.45 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295557 | $   891.15 | $   17.82 | $   873.33 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/13/2023 | 01/27/2023 | 7391295558 | $1,068.79 | $   21.38 | $   1,047.41 |
| 8000 | 75344 | PREMIER PHARMACY GROUP 07 | 01/12/2023 | 01/27/2023 | 8901098994 | $   23.28 | $   - | $   23.28 |
|      |       |          |           |          |            |       |      | $66,978.95 |

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125960 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | QO01062023   00 | |
| **McK Connect UserID:** | a6m9t0g5,c6r1i0w6 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 08290-3201-22 | 240-4671 | 733438163 | ■ ■ | | PEN NDL NANO BD 32G 4MM  CT100 DIS NEEDLE | ■ | ■ | ■ | | 50.78 |
| 63304-0090-01 | 151-5055 | 733289760 | ■ ■ | | POTAS CHL ER CAP 750MG SUN 100 CAPSULE ER | ■ | ■ | ■ ■ | | 28.35 |

'DO NOT SUB' SELECTED.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $79.13 | TOTAL CONTRACT PURCHASES: | $28.35 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $50.78 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $79.13
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $80.74

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 4 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7390125960 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | QO01062023      00 |
| **McK Connect UserID:** | a6m9t0g5,c6r1i0w6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**    855/625-7385
**DEA:**    PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**    FP6379071
**PHCY:**    PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTION OVERRIDES**
1515055 ( N63304009001 - POTAS CHL ER CAP 750MG SUN 100 ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 4 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125963 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | daily 1-6 | 00 |
| **McK Connect UserID:** | b6w7r2a1 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 365702-40710 | 214-9383 | 733456552 | | | ACCU-CHEK AVIVA+ TST STRIP 50 STRIP | | | 81.99 |
| 746876-00040 | 214-3550 | 733456552 | | | CALMOSEPTINE OINT TUBE 4OZ OINT. (G) | | | 28.75 |
| 016500-53502 | 115-9383 | 733456552 | | | CITRACAL PETITES TAB 100 TABLET | | | 5.43 |
| 305361-20207 | 237-4429 | 733456552 | | | LIDOCAINE PATCH 4% RUG30@ ADH. PATCH | | | 99.84 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $99.84 |
| TOTAL OTC PURCHASES: | $216.01 | TOTAL NON CONTRACT PURCHASES: | $116.17 |

| | |
|---|---|
| **NET PAYABLE BY STATEMENT DATE 01/27/2023:** | $216.01 |
| **GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** | $220.42 |

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125963 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | daily 1-6 | 00 |
| **McK Connect UserID:** | b6w7r2a1 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 4 | 0 | 11 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7390125966 | | | |
| **Billing Date:** | 01/09/2023 | | | |
| **PO#:** | | 00 | | |
| **McK Connect UserID:** | b6w7r2a1 | | | |

MCKESSON CORPORATION DC#8131   **Phone:**   855/625-7385
14500 EAST 39th AVENUE   **DEA:**   PM0018425
AURORA CO 80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**   **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07   **PHCY:**   PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42192-0608-16 | 201-1815 | 733456553 | | | GABAPENT OS 470ML ACEL 1@ SOLUTION | | | | | 27.36 | |
| 42192-0608-16 | 201-1815 | 733456553 | | | GABAPENT OS 470ML ACEL 1@ SOLUTION | | | | | 82.08 | |
| 301691-83711 | 219-1443 | 733456553 | | | NOVOLIN 70/30 VIAL 100U 10ML VIAL | | | | | 248.50 | |
| 00169-6438-10 | 273-3459 | 733456553 Above Item | | | LEVEMIR FLEXTOUCH INJ 3ML 5 Manufacturer cannot supply INSULN PEN | | | | | | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $109.44 | TOTAL CONTRACT PURCHASES: | $357.94 |
| TOTAL OTC PURCHASES: | $248.50 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**   $357.94
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**   $365.24

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125966 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | daily 1-6 | 00 |
| **McK Connect UserID:** | b6w7r2a1 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 6 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7390125966 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | daily 1-6      00 |
| **McK Connect UserID:** | b6w7r2a1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**
2733459 ( N00169643810 - LEVEMIR FLEXTOUCH  INJ 3ML  5 ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 6 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390125968 | |
|---|---|---|
| Billing Date: | 01/09/2023 | |
| PO#: | daily 1-6 | 00 |
| McK Connect UserID: | b6w7r2a1 | |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 68180-0963-01 | 156-4558 | 733456554 | ALBUTEROL SUL INH90MCGLUP8.5G@ HFA AER AD | 90.15 |
| 68180-0472-01 | 374-9413 | 733456554 | AMLODIP BENZ10MG/20/MGLUPI100@ CAPSULE | 11.69 |
| 00781-3408-95 | 215-4714 | 733456554 | AMPICIL VL 2GM 20ML  SAN   10@ VIAL | 135.15 |
| | 2154714 / N00781340895 Was temporarily substituted as a backup 2374247 / N70594008702 (AMPICIL INJ PWD 2GM XEL 10) to Multi-Source | | | |
| 00781-3408-95 | 215-4714 | 733456554 | AMPICIL VL 2GM 20ML  SAN   10@ VIAL | 270.30 |
| | 2154714 / N00781340895 Was temporarily substituted as a backup 1476902 / N44567010310 (AMPICIL SOD INJ 2G/20ML WG 10) to Multi-Source | | | |
| 00054-0327-56 | 158-9902 | 733456554 | FLUTICAS SAL 250MCG/50 HIKM60@ BLST W/DEV | 104.20 |
| 57599-0800-00 | 155-3874 | 733456554 | FREESTYLE LIBRE 2 SENSOR KIT | 116.18 |
| Product shipped is best dating due to manufacturer processes. | | | | |
| 00472-0321-26 | 362-2859 | 733456554 | HYDROCORT CRM 1% RX TEV 1OZ@ CREAM (G) | 6.78 |
| 65862-0560-99 | 330-0613 | 733456554 | PANTOPRAZ SOD DR 40MG AUR1000@ TABLET DR | 38.02 |
| 16571-0720-01 | 239-0540 | 733456554 | QUETIAPIN FUM TB 200MG RIS100@ TABLET | 10.01 |
| | 2390540 / N16571072001 Is a temporary backup to primary program item 3280922 / N16714045501 (QUETIAPIN FUM TB 200MG100NSTR@) on Multi-Source | | | |
| 00121-0595-16 | 172-6603 | 733456554 | SOD CITR+ ACD O/S   P/A  16OZ@ | 18.50 |

# McKESSON

# Invoice

| Billing No.: | 7390125968 |
|---|---|
| Billing Date: | 01/09/2023 |
| PO#: | daily 1-6          00 |
| McK Connect UserID: | b6w7r2a1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SOLUTION | | | | | | |
| 00173-0893-10 | 157-3898 | 733456554 | ■ | | TRELEGY ELLIP200/62.5/25MCG 60 BLST W/DEV | ■ | ■ | ■ | ■ | 606.47 | |
| 23155-0249-01 | 204-7082 | 733456554 | ■ | | VENLAF TAB 75MG AVET 100@ TABLET | ■ | ■ | ■ | ■ | 8.89 | |
| 00078-0911-12 | 157-3377 | 733456554 | ■ | | XIIDRA SOL 5% 50MG/ML  60 DROPERETTE | ■ | ■ | ■ | ■ | 650.09 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00173-0696-00 | 128-4538 | 733456554 Above Item | ■ ■ | | ADVAIR DISKUS 250/50MCG 60DOSE    Temporarily out - please reorder BLST W/DEV | | | ■ | | | |
| 00487-0201-03 | 322-5307 | 733456554 Above Item | ■ ■ | | IPRATRO BR/ALBUT 3ML UDNEPH30@    Manufacturer limiting supply - full omit AMPUL-NEB | | | ■ | ■ | | |
| 42858-0118-30 | 154-4600 | 733456554 Above Item | ■ ■ | | LIDOCAINE PATCH 5% RHO    30@    Manufacturer cannot supply ADH. PATCH | | | ■ | ■ | | |
| 64980-0514-05 | 346-5416 | 733456554 Above Item | ■ ■ | | TIMOLOL MAL OPH .5% RIS 5ML@    Manufacturer limiting supply - full omit DROPS | | | ■ | ■ | | |

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125968 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | daily 1-6 | 00 |
| **McK Connect UserID:** | b6w7r2a1 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $2,066.43 | TOTAL CONTRACT PURCHASES: | $693.69 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,372.74 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $2,066.43
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $2,108.60

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 13 | 0 | 27 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# M⸓KESSON

# Invoice

| | | Billing No.: | 7390125968 |
|---|---|---|---|
| | | Billing Date: | 01/09/2023 |
| | | PO#: | daily 1-6        00 |
| | | M⸓K Connect UserID: | b6w7r2a1 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**
2390540 / N16571072001 Is a temporary backup to primary program item 3280922 / N16714045501 (QUETIAPIN FUM TB 200MG100NSTR@) on Multi-Source
2154714 / N00781340895 Was temporarily substituted as a backup 2374247 / N70594008702 (AMPICIL INJ PWD 2GM XEL 10) to Multi-Source
2154714 / N00781340895 Was temporarily substituted as a backup 1476902 / N44567010310 (AMPICIL SOD INJ 2G/20ML WG 10) to Multi-Source

**OMITTED ITEMS**
3225307 ( N00487020103 - IPRATRO BR/ALBUT 3ML UDNEPH30@ ) Manufacturer limiting supply - full omit
1284538 ( N00173069600 - ADVAIR DISKUS 250/50MCG 60DOSE ) Temporarily out - please reorder
1544600 ( N42858011830 - LIDOCAINE PATCH 5% RHO    30@ ) Manufacturer cannot supply
3465416 ( N64980051405 - TIMOLOL MAL OPH .5% RIS 5ML@ ) Manufacturer limiting supply - full omit

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 13 | 0 | 27 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**<br>**Statement for information only**<br>Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

| | | | | Billing No.: | 7390125972 |
|---|---|---|---|---|---|
| | | | | Billing Date: | 01/09/2023 |
| | | | | PO#: | daily 1-6    02 |
| | | | | McK Connect UserID: | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

Phone:    855/625-7385
DEA:       PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

DEA:     FP6379071
PHCY:   PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 305361-32706 | 231-7006 | 733596901 | | ■ | ■ ACETAM TAB 325MG RUG 50@ TABLET | | 21.20 |
| | 2317006 / U30536132706 Was Substituted for 3728581 / U35789610205 (ACETAMINOP TB 325MG GERI 50) by OneStop Generics | | | | | | |
| 309046-79489 | 392-9254 | 733596901 | | ■ | ■ ASPIRIN 81MG CHEW TAB 90 TAB CHEW | | 5.12 |
| 886790-16280 | 346-1688 | 733596901 | | ■ | ■ BENEFIBER PWD UN STK 4G 28 POWD PACK | | 9.71 |
| 380681-05000 | 156-3469 | 733596901 | | ■ | ■ DAILY-VITE TAB RUG 100@ TABLET | | 3.40 |
| 305361-30485 | 157-3682 | 733596901 | | ■ | ■ DOCUSATE SOD CHRY LIQ RUG16OZ@ LIQUID | | 66.80 |
| | 1573682 / U30536130485 Was Substituted for 1960087 / U35038377116 (DOCU LIQ        HI-T 16OZ) by OneStop Generics | | | | | | |
| 300650-51801 | 399-7012 | 733596901 | | ■ | ■ GENTEAL NIGHT-TIME OINT 3.5GM OINT. (G) | | 31.20 |
| 351672-21308 | 390-2707 | 733596901 | | ■ | ■ IBUPROF CHL OS100MG/5MLTAR4OZ@ ORAL SUSP | | 3.78 |
| 880681-04100 | 155-4195 | 733596901 | | ■ | ■ MELATONIN TAB 1MG RUG    90 TABLET | | 5.50 |
| 015718-10330 | 131-3774 | 733596901 | | ■ | ■ OCUSOFT LID SCRUB PADS     30 PACKET | | 60.45 |
| 301210-72208 | 187-6796 | 733596901 | | ■ | ■ SENNA SYRUP         P/A   8OZ@ SYRUP | | 52.92 |
| 309047-20660 | 260-6739 | 733596901 | | ■ | ■ SIMETH TAB CHW 80MG MAJ100@ | | 5.79 |

# MCKESSON

# Invoice

| Billing No.: | 7390125972 |
| Billing Date: | 01/09/2023 |
| PO#: | daily 1-6    02 |
| McK Connect UserID: | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TAB CHEW | | | | | | |
| | 2606739 / U30904720660 Was Substituted for 1867563 / U35789679101 (SIMETH TAB CHW 80MG GERI 100@) by OneStop Generics | | | | | | | | | | |
| 010939-57333 | 198-2511 | 733596901 | ▮ | | SM HYDROC PLUS MOIST 1%    1OZ CREAM  (G) | ▮ | | ▮ | | 3.90 | |
| 010939-72744 | 328-9188 | 733596901 | ▮ | | SM TUSSIN           8OZ LIQUID | ▮ | | ▮ | | 23.60 | |
| 041100-08647 | 364-7328 | 733596901 | ▮ | | SOLARCAINE+ ALOE      4.5OZ SPRAY | ▮ | | ▮ | | 5.52 | 2.1 |
| 309047-01416 | 150-3507 | 733596901 Above Item | ▮ | | ACETAM OS CHR160MG/5MLMMP16OZ@ Manufacturer cannot supply LIQUID | | | ▮ ▮ | | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $174.22 |
| TOTAL OTC PURCHASES: | $298.89 | TOTAL NON CONTRACT PURCHASES: | $124.67 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $298.89
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $304.99

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 14 | 0 | 73 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7390125972 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | daily 1-6      02 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
1573682 / U30536130485 Was Substituted for 1960087 / U35038377116 (DOCU LIQ            HI-T 16OZ) by OneStop Generics
2606739 / U30904720660 Was Substituted for 1867563 / U35789679101 (SIMETH TAB CHW 80MG GERI  100@) by OneStop Generics
2317006 / U30536132706 Was Substituted for 3728581 / U35789610205 (ACETAMINOP TB 325MG GERI 50) by OneStop Generics

**OMITTED ITEMS**
1503507 ( U30904701416 - ACETAM OS CHR160MG/5MLMMP16OZ@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces |
|---|---|---|
| 14 | 0 | 73 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7390125976 |
|---|---|
| Billing Date: | 01/09/2023 |
| PO#: | daily 1-6    02 |
| McK Connect UserID: | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 42192-0608-16 | 201-1815 | 733596902 | 1@ | | GABAPENT OS 470ML ACEL SOLUTION | | | | | 82.08 |
| Above Item | | | | | Manufacturer limiting supply - allocated quantity | | | | | |
| 24208-0504-02 | 392-5476 | 733596902 | 2.5ML | | VYZULTA OPH 0.24MG/ML DROPS | | | | | 228.80 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $310.88 | TOTAL CONTRACT PURCHASES: | $82.08 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $228.80 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $310.88
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $317.22

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 4 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7390125976 | | |
| **Billing Date:** | 01/09/2023 | | |
| **PO#:** | daily 1-6 | 02 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**
2011815 ( N42192060816 - GABAPENT OS 470ML ACEL   1@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 4 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390125979 |
| Billing Date: | 01/09/2023 |
| PO#: | daily 1-6    02 |
| McK Connect UserID: | d2t1k6z5 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | | ITEM DESCRIPTION | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 16714-0633-01 | 126-2989 | 733596903 | ▮▮ | ALENDRONAT SOD TB 70MG 4NSTAR@ TABLET | ▮▮ ▮ | ▮▮ ▮ | 5.46 |
| 67877-0198-05 | 215-8459 | 733596903 | ▮▮ | AMLODIPINE BES TB 5MG ASC 500@ TABLET | ▮▮ ▮ | ▮▮ ▮ | 4.78 |
| 68382-0094-05 | 190-5702 | 733596903 | ▮ | CARVEDILOL TAB 12.5MG ZYD 500@ TABLET | ▮▮▮ | | 7.16 |
| | | 'DO NOT SUB' SELECTED. | | | | | |
| 70954-0401-10 | 263-8401 | 733596903 | ▮▮ | DEXAMETHASONE TB 1.5MG NOV100@ TABLET | ▮▮ | ▮▮ ▮ | 59.34 |
| 00003-0893-21 | 201-3290 | 733596903 | ▮ | ELIQUIS TAB 2.5MG      60 TABLET | ▮▮ | ▮▮ | ▮ | 1,065.20 |
| 16714-0016-10 | 399-6311 | 733596903 | ▮▮ | ENOXAP SOD SYR40MG/.4MLNSTR10@ SYRINGE | ▮▮ | ▮▮ | 58.14 |
| 00054-3270-99 | 165-9457 | 733596903 | ▮▮ | FLUTICAS NAS SPR 50MCGHIK16GM@ SPRAY SUSP | ▮▮ | ▮▮ | 16.05 |
| 00054-0327-56 | 158-9902 | 733596903 | ▮▮ | FLUTICAS SAL 250MCG/50 HIKM60@ BLST W/DEV | ▮▮ | ▮▮ | 416.80 |
| 00054-0327-56 | 158-9902 | 733596903 | ▮▮ | FLUTICAS SAL 250MCG/50 HIKM60@ BLST W/DEV | ▮▮ | ▮▮ | 104.20 |
| | 1589902 / N00054032756 Was Substituted for 3266475 / N66993058597 (FLUTICASPR/SAL250/50MCGPRAS60@) by OneStop Generics | | | | | | |
| 57599-0800-00 | 155-3874 | 733596903 | ▮▮ | FREESTYLE LIBRE 2 SENSOR KIT | ▮▮ ▮ | ▮▮ | 232.36 |
| | | 'DO NOT SUB' SELECTED. | | | | | |

# McKESSON

# Invoice

| Billing No.: | 7390125979 |
|---|---|
| Billing Date: | 01/09/2023 |
| PO#: | daily 1-6          02 |
| McK Connect UserID: | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Product shipped is best dating due to manufacturer processes. | | | | | | |
| 43547-0401-11 | 374-1667 | 733596903 | ▮ | ▮ | FUROSEMIDE TAB 20MG SOLC1000@ TABLET | ▮ | ▮ | ▮ | ▮ | 51.06 | |
| 16714-0662-02 | 126-5826 | 733596903 | ▮ | ▮ | GABAPENT CAP 300MG 500  NSTAR@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 32.76 | |
| 63739-0902-10 | 399-0124 | 733596903 | ▮ | ▮ | GABAPENTIN CAP 100MG SKYUD100@ CAPSULE | ▮ | ▮ | ▮ | ▮ | 17.22 | |
| 68180-0966-03 | 379-2777 | 733596903 | ▮ | ▮ | LEVOTHYRO SOD TB0.05MGLUP1000@ TABLET | ▮ | ▮ | ▮ | ▮ | 275.30 | |
| 68382-0051-05 | 120-2837 | 733596903 | ▮ | ▮ | MELOXICAM TAB 15MG  ZYD   500@ TABLET | ▮ | ▮ | ▮ | ▮ | 7.68 | |
| 00186-4020-01 | 114-1936 | 733596903 | ▮ | ▮ | NEXIUM DR OS PWD  20MG PKT 30 SUSPDR PKT | ▮ | ▮ | ▮ | ▮ | 542.98 | |
| 16714-0769-01 | 377-8123 | 733596903 | ▮ | ▮ | NYSTAT PWD 100000U/GM15G NSTR@ POWDER | ▮ | ▮ | ▮ | ▮ | 6.42 | |
| 68462-0436-30 | 390-3663 | 733596903 | ▮ | ▮ | OLMESARTAN MEDOX TB 5MGGLEN30@ TABLET | ▮ | ▮ | ▮ | ▮ | 3.39 | |
| | | 3903663 / N68462043630 Was Substituted for 3722600 / N16729032010 (OLMES+ MEDOX TAB 5MG ACCO 30@) by OneStop Generics | | | | | | | | | |
| 16714-0715-03 | 363-8905 | 733596903 | ▮ | ▮ | OMEPRAZOLE CP DR 20MG1000NSTR@ CAPSULE DR | ▮ | ▮ | ▮ | ▮ | 21.28 | |
| 60505-6156-04 | 516-1687 | 733596903 | ▮ | ▮ | PIPER TAZ INJ 2.25G APX 10@ VIAL | ▮ | ▮ | ▮ | ▮ | 23.53 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 64679-0056-01 | 366-5601 | 733596903 | ▮ | ▮ | PIPER/TAZ INJ 3.375G WOC 10@ VIAL | ▮ | ▮ | ▮ | ▮ | 65.58 | |
| 42571-0357-07 | 234-5890 | 733596903 | ▮ | ▮ | POTASSIUM CHL OS 10% MIC473ML@ LIQUID | ▮ | ▮ | ▮ | ▮ | 63.07 | |
| 00591-2258-23 | 261-8593 | 733596903 | ▮ | ▮ | SCOPOLAM TRAN 1MG/3DAY TEV 24@ PATCH TD 3 | ▮ | ▮ | ▮ | ▮ | 196.89 | |
| 58657-0310-16 | 350-6458 | 733596903 | ▮ | ▮ | SOD CIT 500/334MG/5MLMET473ML@ SOLUTION | ▮ | ▮ | ▮ | ▮ | 24.27 | |
| 65862-0496-47 | 136-0627 | 733596903 | ▮ | ▮ | SULFAM+ TRI OS CHRY AURO 473ML@ ORAL SUSP | ▮ | ▮ | ▮ | ▮ | 25.43 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7390125979 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | daily 1-6      02 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0713-02 | 363-9010 | 733596903 | ▮ | ▮ | TAMSULOSIN HCL CP0.4MG500NSTR@ CAPSULE | ▮▮ | ▮ | ▮▮ | ▮ | 43.98 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $3,370.33 | TOTAL CONTRACT PURCHASES: | $2,072.77 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,297.56 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**      $3,370.33
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**      $3,439.11

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 26 | 0 | 56 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | | | |
|---|---|---|---|---|---|
| **Billing No.:** | 7390125979 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | daily 1-6      02 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131      **Phone:**   855/625-7385
14500 EAST 39th AVENUE            **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                        **SHIP TO:**                        **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07          PREMIER PHARMACY GROUP 07          **PHCY:**  PDO1680000122
4162 E BIJOU ST                    4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824    COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
3903663 / N68462043630 Was Substituted for 3722600 / N16729032010 (OLMES+ MEDOX TAB 5MG ACCO 30@) by OneStop Generics
1589902 / N00054032756 Was Substituted for 3266475 / N66993058597 (FLUTICASPR/SAL250/50MCGPRAS60@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
1905702 ( N68382009405 - CARVEDILOL TAB 12.5MG ZYD 500@ ) 'DO NOT SUB' SELECTED.
1360627 ( N65862049647 - SULFAM+ TRI OS CHRY AURO 473ML@ ) 'DO NOT SUB' SELECTED.
1553874 ( N57599080000 - FREESTYLE LIBRE 2 SENSOR ) 'DO NOT SUB' SELECTED.
1561687 ( N60505615604 - PIPER TAZ INJ 2.25G APX 10@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 26 | 0 | 56 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7390125986 | | | |
| **Billing Date:** | 01/09/2023 | | | |
| **PO#:** | WE OWE 1-6 | | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

WE OWE 1-6

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58468-0132-02 | 216-2634 | 733660008 | | | RENVELA PWD 0.8G SACHET 90 POWD PACK | | | | | 1,525.67 | |
| 00591-2258-23 | 261-8593 | 733660008 | | | SCOPOLAM TRAN 1MG/3DAY TEV 24@ PATCH TD 3 | | | | | 196.89 | |
| 65862-0420-01 | 349-8839 | 733660008 | | | SULFAM+ TRI TAB 8C/160MGAUR100@ TABLET | | | | | 19.02 | |
| 16571-0657-10 | 279-2091 | 733660008 Above Item | | | CEVIMELI HYDRO CP 30MGPACK100@ Manufacturer cannot supply CAPSULE | | | | | | |
| 42858-0118-30 | 154-4600 | 733660008 Above Item | | | LIDOCAINE PATCH 5% RHO 30@ Manufacturer cannot supply ADH. PATCH | | | | | | |

'DO NOT SUB' SELECTED.

**SUMMARY**

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7390125986 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | WE OWE 1-6          00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL RX PURCHASES: | $1,741.58 | |
| TOTAL OTC PURCHASES: | $0.00 | |

| | |
|---|---|
| TOTAL CONTRACT PURCHASES: | $215.91 |
| TOTAL NON CONTRACT PURCHASES: | $1,525.67 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $1,741.58
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $1,777.12

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 5 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125986 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | WE OWE 1-6 | 00 |
| **McK Connect UserID:** | d2t1k6z5 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
2162634 ( N58468013202 - RENVELA PWD 0.8G SACHET     90 ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
2792091 ( N16571065710 - CEVIMELI HYDRO CP 30MGPACK100@ ) Manufacturer cannot supply
1544600 ( N42858011830 - LIDOCAINE PATCH 5% RHO    30@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces | |
|---|---|---|---|
| 3 | 0 | 5 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** **Statement for information only** Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7390125988 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | WE OWE 1-6       00 |
| **McK Connect UserID:** | d2t1k6z5 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

WE OWE 1-6

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 357896-44101 | 136-7523 | 733660009 | ■ | | BISACOD TAB 5GR   GERI   100@ TABLET DR | ■ | | ■ ■ | | 2.62 | |
| | 1367523 / U35789644101 Was Substituted for 1376607 / U34948300301 (BISACOD TAB 5MG       TIME   100) by OneStop Generics | | | | | | | | | | |
| 305361-20207 | 237-4429 | 733660009 | ■ | | LIDOCAINE PATCH 4% RUG30@ ADH. PATCH | ■ | | ■ ■ | | 24.96 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $27.58 |
| TOTAL OTC PURCHASES: | $27.58 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**     $27.58
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**     $28.14

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 3 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only** Claims must be made within 5 days and show date of invoice. |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7390125988 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | WE OWE 1-6      00 |
| **McK Connect UserID:** | d2t1k6z5 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

1367523 / U35789644101 Was Substituted for 1376607 / U34948300301 (BISACOD TAB 5MG    TIME 100) by OneStop Generics

_____

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390125989 |
| Billing Date: | 01/09/2023 |
| PO#: | WE OWE 1-6   00 |
| McK Connect UserID: | d2t1k6z5 |

| 075344 | M02 | 035 | 1 of 2 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------|--------|-----|-----|-----|-----|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

WE OWE 1-6

| 65162-0698-90 | 134-0959 | 733660010 | ▮ | | GABAPENT OS 250MG/5MLAMN473ML@ SOLUTION | ▮ | ▮ | ▮ ▮ | | 157.28 | |

1340959 / N65162069890 Was temporarily substituted as a backup 2011815 / N42192060816 (GABAPENT OS 470ML ACEL  1@) to Multi-Source

### SUMMARY

| TOTAL RX PURCHASES: | $157.28 | TOTAL CONTRACT PURCHASES: | $157.28 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $157.28
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $160.49

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to | **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
| 1 | 0 | 2 | | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7390125989 | | |
| **Billing Date:** | 01/09/2023 | | |
| **PO#:** | WE OWE 1-6 | 00 | |
| **McK Connect UserID:** | d2t1k6z5 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
1340959 / N65162069890 Was temporarily substituted as a backup 2011815 / N42192060816 (GABAPENT OS 470ML ACEL   1@) to Multi-Source

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125990 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | cycle 1-6 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 16714-0173-03 | 232-1982 | 733660012 | | | ATORVAST CALC TB 10MG1000NSTR@ TABLET | 22.79 |
| 42806-0714-01 | 395-5721 | 733660012 | | | BENZONATATE CAP 100MG EPI 100@ CAPSULE | 13.50 |
| | 3955721 / N42806071401 Was Substituted for 1699487 / N68382024701 (BENZONATATE CAP 100MG ZYD 100@) by OneStop Generics | | | | | |
| 42799-0920-01 | 156-6447 | 733660012 | | | BISOPR+ HCTZTB2.5/6.25MGEDE100@ TABLET | 28.55 |
| 00310-7370-20 | 394-6555 | 733660012 | | | BUDE FORM FUMDIH160/4.5PRA120@ HFA AER AD | 461.90 |
| 00003-0894-21 | 201-3282 | 733660012 | | | ELIQUIS TAB 5MG          60 TABLET | 532.60 |
| 16714-0016-10 | 399-6311 | 733660012 | | | ENOXAP SOD SYR40MG/.4MLNSTR10@ SYRINGE | 116.28 |
| 00078-0777-20 | 346-6430 | 733660012 | | | ENTRESTO TAB 49/51MG 60 TABLET | 1,256.18 |
| 72578-0057-01 | 230-4152 | 733660012 | | | FELBAMATE TAB 600MG VIO 100@ TABLET | 244.79 |
| | 2304152 / N72578005701 Was Substituted for 3980240 / N47781063001 (FELBAMATE TAB 600MG ALV  100@) by OneStop Generics | | | | | |
| 16714-0675-01 | 236-5963 | 733660012 | | | FLUPHENAZINE TB 10MG 100 NSTR@ TABLET | 229.99 |
| 00054-3270-99 | 165-9457 | 733660012 | | | FLUTICAS NAS SPR 50MCGHIK16GM@ SPRAY SUSP | 32.10 |
| 43547-0401-11 | 374-1667 | 733660012 | | | FUROSEMIDE TAB 20MG SOLC1000@ | 25.53 |

# McKESSON

# Invoice

| | |
|---|---|
| Billing No.: | 7390125990 |
| Billing Date: | 01/09/2023 |
| PO#: | cycle 1-6      00 |
| McK Connect UserID: | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Above Item | ■ | | Manufacturer limiting supply - allocated quantity TABLET | | | | | | |
| | 3741667 / N43547040111 Was Substituted for 1671262 / N00054429731 (FUROSEM TAB 20MG      HIK  1000@) by OneStop Generics | | | | | | | | | | |
| 16714-0663-02 | 126-6071 | 733660012 | ■ | | ■ GABAPENT CAP 400MG 500  NSTAR@ CAPSULE | ■ | ■ | ■ | ■ | 19.82 | |
| 16714-0330-02 | 137-8876 | 733660012 | ■ | | ■ GABAPENT TB 600MG 500 NSTAR@ TABLET | ■ | ■ | ■ | ■ | 35.13 | |
| 65862-0458-60 | 160-0923 | 733660012 | ■ | | ■ GALANTAM TAB 4MG  AURO   60@ TABLET | ■ | ■ | ■ | ■ | 7.42 | |
| 00115-1803-01 | 158-6262 | 733660012 | ■ | | ■ HYDROXYZ PAM CAP 25MG AMN 100@ CAPSULE | ■ | ■ | ■ | ■ | 11.26 | |
| | 1586262 / N00115180301 Was Substituted for 3209483 / N00185067401 (HYDROXYZ PAM CP 25MG SAN  100@) by OneStop Generics | | | | | | | | | | |
| 16714-0008-01 | 152-1970 | 733660012 | ■ | | ■ ISOSORBID DINIT TB10MGNSTR100@ TABLET | ■ | ■ | ■ | | 26.36 | |
| 00006-0277-31 | 179-8586 | 733660012 | ■ | | ■ JANUVIA TAB 100MG          30 TABLET | ■ | ■ | ■ | ■ ■ | 470.46 | |
| 10631-0008-30 | 392-4719 | 733660012 | ■ | | ■ KAPSPARGO SPRINKLE CP 25MG  30 CAP SPR 24 | ■ | ■ | ■ | | 50.20 | |
| 69918-0360-30 | 239-3338 | 733660012 | ■ | | ■ LAMOTRIGINE ODT 50MG AMR 30@ TAB RAPDIS | ■ | ■ | ■ | | 132.53 | |
| 16729-0034-15 | 341-3713 | 733660012 | ■ | | ■ LETROZOL TAB 2.5MG  ACC       90@ TABLET | ■ | ■ | ■ | | 7.77 | |
| 00023-3205-03 | 189-3080 | 733660012 | ■ | | ■ LUMIGAN OPH SOL 0.01%     2.5ML DROPS | ■ | ■ | ■ | ■ | 227.29 | |
| 68382-0549-06 | 154-7223 | 733660012 | ■ | | ■ MEMANT HCL ER CP 28MG ZYD 30@ CAP SPR 24 | ■ | ■ | ■ | | 13.49 | |
| | 1547223 / N68382054906 Was Substituted for 2363190 / N70436005704 (MEMANTINE HCL ER CP 28MG SLA30) by OneStop Generics | | | | | | | | | | |
| 76385-0124-50 | 391-6681 | 733660012 | ■ | | ■ METHOCARB TAB 750MG BAY 500@ TABLET | ■ | ■ | ■ | | 114.96 | |
| | 3916681 / N76385012450 Was temporarily substituted as a backup 3929049 / N70010077005 (METHOCARBAM TAB 750MG GRAN500@) to Multi-Source | | | | | | | | | | |
| 00469-2601-30 | 169-0817 | 733660012 | ■ | | ■ MYRBETRIQ ER TAB 25MG        30 TAB ER 24H | ■ | | ■ | | 759.14 | |
| 68462-0639-45 | 372-4382 | 733660012 | ■ | | ■ NITROGLYC SL TB .4MG GLEN4X25@ TAB SUBL | ■ | ■ | ■ | | 15.40 | |

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125990 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | cycle 1-6 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43598-0165-30 | 346-7313 | 733660012 | ▮ | ▮ | OLANZAPINE TB 7.5MG DR/R30@ TABLET | ▮ | ▮ | ▮ | ▮ | 17.70 | |
| 16714-0183-02 | 235-6335 | 733660012 | ▮ | ▮ | PAROXET HCL TB 30MG 90NSTR@ TABLET | ▮ | ▮ | ▮ | ▮ | 14.28 | |
| 00074-4552-90 | 163-6893 | 733660012 | ▮ | | SYNTHROID TAB 0.05MG        90 TABLET | ▮ | ▮ | ▮ | ▮ | 128.37 | |
| 68382-0805-10 | 378-6936 | 733660012 | ▮ | ▮ | TRAZODONE HCl TB 50MG ZYD1000@ TABLET | ▮ | ▮ | ▮ | | 25.49 | |
| 16714-0986-02 | 260-4080 | 733660012 | ▮ | ▮ | TRIAMCIN ACE CRM 0.1% 30 NSTR@ CREAM (G) | ▮ | ▮ | ▮ | | 12.72 | |
| 50458-0578-30 | 141-1446 | 733660012 | ▮ | ▮ | XARELTO TAB 15MG        30 TABLET | ▮ | ▮ | ▮ | | 473.52 | |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50458-0579-30 | 143-0024 | 733660012 | ▮ | | XARELTO TAB 20MG        30 TABLET | ▮ | ▮ | ▮ | ▮ | 947.04 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $6,474.56 | TOTAL CONTRACT PURCHASES: | $5,813.59 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $660.97 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $6,474.56
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $6,606.69

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 32 | 0 | 61 |

This invoice is payable to   **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125990 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | cycle 1-6 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
2304152 / N72578005701 Was Substituted for 3980240 / N47781063001 (FELBAMATE TAB 600MG ALV  100@) by OneStop Generics
3955721 / N42806071401 Was Substituted for 1699487 / N68382024701 (BENZONATATE CAP 100MG ZYD 100@) by OneStop Generics
1547223 / N68382054906 Was Substituted for 2363190 / N70436005704 (MEMANTINE HCL ER CP 28MG SLA30) by OneStop Generics
1586262 / N00115180301 Was Substituted for 3209483 / N00185067401 (HYDROXYZ PAM CP 25MG SAN  100@) by OneStop Generics
3741667 / N43547040111 Was Substituted for 1671262 / N00054459731 (FUROSEM TAB 20MG    HIK 1000@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
3916681 / N76385012450 Was temporarily substituted as a backup 3929049 / N70010077005 (METHOCARBAM TAB 750MG GRAN500@) to Multi-Source

**OMITTED ITEMS**
3741667 ( N43547040111 - FUROSEMIDE TAB 20MG SOLC1000@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces | |
|---|---|---|---|
| 32 | 0 | 61 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390125991 | |
| **Billing Date:** | 01/09/2023 | |
| **PO#:** | cycle 1-6 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 079854-00020 | 124-6388 | 733660013 | | | CRANBERRY CONC 500MG NAT/V 60 CAPSULE | | | | | 12.82 | |
| 305740-50801 | 198-1158 | 733660013 | | | FERR GLU TAB 324MG PERR 100@ TABLET | | | | | 3.74 | |
| 316714-89901 | 393-4528 | 733660013 | | | FEXOFENAD HCL TAB 180MGNSTR30@ TABLET | | | | | 4.74 | |
| 305364-30605 | 196-0756 | 733660013 | | | FIBER-LAX CAPTAB 500MG MMP500@ TABLET | | | | | 21.78 | |
| 345802-86803 | 189-2132 | 733660013 | | | POLYETH GLY PW 3350 PERR17.9Z@ POWDER | | | | | 49.10 | |
| 324208-69760 | 152-2689 | 733660013 | | | PRESERVISION AREDS 2 SG 60 | | | | | 29.40 | |
| 300650-50935 | 375-1427 | 733660013 | | | SYSTANE NIGHT OINT 3.5GM | | | | | 36.76 | |
| 041167-00607 | 123-2719 | 733660013 | | | UNISOM SLEEP AID TAB 16 TABLET | | | | | 4.18 | |

**SUMMARY**

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| **Billing No.:** | 7390125991 |
| **Billing Date:** | 01/09/2023 |
| **PO#:** | cycle 1-6    00 |
| **McK Connect UserID:** | m5i4i2g6 |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL RX PURCHASES: | | $0.00 | | TOTAL CONTRACT PURCHASES: | $83.54 | | | | | |
| | TOTAL OTC PURCHASES: | | $162.52 | | TOTAL NON CONTRACT PURCHASES: | $78.98 | | | | | |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $162.52

**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $165.84

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 8 | 0 | 17 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | Billing No.: | 7390125992 |
|---|---|---|---|
| | | Billing Date: | 01/09/2023 |
| | | PO#: | cycle 1-6    00 |
| | | McK Connect UserID: | m5i4i2g6 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00310-6540-04 | 374-2244 | 733660014 | | | BYDUREON BCISE AUTOINJ 2MG CT4 AUTO INJCT | | | | | 740.13 | |
| 00002-1433-80 | 329-2356 | 733660014 | | | TRULICITY 0.75MG/0.5ML PEN 4 PEN INJCTR | | | | | 857.62 | |

Product shipped is best dating available from manufacturer.

## SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $1,597.75 | | TOTAL CONTRACT PURCHASES: | $1,597.75 |
| TOTAL OTC PURCHASES: | $0.00 | | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $1,597.75
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $1,630.36

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 2 | 0 | 2 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390125993 |
|---|---|
| Billing Date: | 01/09/2023 |
| PO#: | cycle 1-6          00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \*  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00832-0590-11 | 255-4905 | 733660015 | ▌█ | | DIPH HCl+ ATR2.5/.025MG USL100@ TABLET | █ █ | | █ █ | | 20.63 | |

**SUMMARY**

| TOTAL RX PURCHASES: | $20.63 | TOTAL CONTRACT PURCHASES: | $20.63 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $20.63
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $21.05

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7390392221 |
| **Billing Date:** | 01/10/2023 |
| **PO#:** | we-owe 1-9        00 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| CONTROLLED | | | | | | | | | | | |
| 13107-0083-05 | 392-8488 | 733917409 | ▌ | | LORAZEPAM TAB 0.5MG AURO 500@ TABLET | ███ | █ | ███ | █ | 15.49 | |
| CONTROLLED | | | | | | | | | | | |
| 62332-0123-90 | 396-7296 | 733917409 | ▌ | | PREGABALIN CP 150MG ALE 90@ CAPSULE | ███ | █ | ███ | █ | 6.20 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $21.69 | TOTAL CONTRACT PURCHASES: | $21.69 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $21.69  
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $22.13

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

Statement for information only  
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390392222 |
| **Billing Date:** | 01/10/2023 |
| **PO#:** | we-owe 1-9    00 |
| **McK Connect UserID:** | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Need call tags, coolers/icepacks, tote ties, or Class-II envelopes? | | | | | | |
| | | | | | Effective 9/08/2010, now order your DC supplies online along | | | | | | |
| | | | | | with your other McKesson products using newly assigned item numbers. | | | | | | |
| | | | | | New item numbers for DC supplies: | | | | | | |
| | | | | | - Tote ties 136-6723 (Return Kit-Regular) | | | | | | |
| | | | | | - Call Tags 141-4291 (Return Kit-DEA) | | | | | | |
| | | | | | - Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated) | | | | | | |
| | | | | | - Class II envelopes 292-8976 (Envelope CII Order Form) | | | | | | |

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309046-41292 | 329-5425 | 733917411 | ■ | ■ | CALC ANTACID TABS MMP 150@ TAB CHEW | | ■ | ■ ■ | | 1.27 | |

3295425 / U30904641292 Was Substituted for 3422680 / U30536104815 (CALCIUM ANTACID TAB MMP 150@) by OneStop Generics

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $1.27 |
| TOTAL OTC PURCHASES: | $1.27 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**   $1.27
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**   $1.30

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice. |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7390392222 |
| **Billing Date:** | 01/10/2023 |
| **PO#:** | we-owe 1-9      00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

3295425 / U30904641292 Was Substituted for 3422680 / U30536104815 (CALCIUM ANTACID TAB MMP 150@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | | 7390392223 | |
| **Billing Date:** | | 01/10/2023 | |
| **PO#:** | | we-owe 1-9 | 00 |
| **McK Connect UserID:** | | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0814-01 | 390-6831 | 733917413 | ██ ██ | | SEVELAMERCARBONTB800MG270NSTR@ TABLET | ███ █ | | ███ █ | | 99.36 | |
| 66689-0305-16 | 260-3397 | 733917413 | ██ ██ | | SUCRALFATE OS1G/10MLVIST414ML@ ORAL SUSP | ███ █ | | ███ █ | | 288.03 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $387.39 | TOTAL CONTRACT PURCHASES: | $387.39 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**   $387.39
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**   $395.30

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 5 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| Billing No: | 7390392224 | |
| Billing Date: | 01/10/2023 | |
| PO#: | | 00 |
| McK Connect UserID: | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * * Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 041167-05840 | 355-3898 | 733917415 | | ■ | ASPERCREME LIDOCAINE PATCH 5CT | ■ | | ■ | ■ | 40.80 | |
| 309046-79480 | 392-9163 | 733917415 | | ■ | ASPIRIN 81MG CHEW TAB MMP1000@ TAB CHEW | ■ | | ■ | ■ | 17.07 | |
| 886790-16280 | 346-1688 | 733917415 | | ■ | BENEFIBER PWD UN STK 4G 28 POWD PACK | ■ | | ■ | ■ | 19.42 | |
| 439005-82764 | 232-2535 | 733917415 | | ■ | BOOST VERY VANILLA 8OZ CS24 LIQUID | ■ | | ■ | ■ | 20.49 | |
| 339328-02515 | 329-2695 | 733917415 | | ■ | LIDOCA 5% CRM TUBE PATR    15G@ CREAM (G) | ■ | | ■ | ■ | 10.45 | |
| 300230-50601 | 183-0678 | 733917415 | | ■ | REFRESH CLASSIC PRES/FREE    30 DROPERETTE | ■ | | ■ | ■ | 8.17 | |
| 302231-76001 | 142-6121 | 733917415 | | ■ | SOD CHLOR TAB 1GM    CON    100 TABLET SOL | ■ | | ■ | ■ | 36.15 | |
| 325550-01600 | 152-1178 | 733917415 | | ■ | VITAM B12 TAB 1000MCG MMP 500@ TABLET | ■ | | ■ | ■ | 12.58 | |
| 375834-17001 | 390-8399 | 733917415 | | ■ | ZINC OXIDE OINT NIV 1OZ@ OINT. (G) | ■ | | ■ | ■ | 6.72 | |

**SUMMARY**

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390392224 | |
| **Billing Date:** | 01/10/2023 | |
| **PO#:** | daily 1-9 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL RX PURCHASES: | | $0.00 | | TOTAL CONTRACT PURCHASES: | $94.90 | | | | | |
| | TOTAL OTC PURCHASES: | | $171.85 | | TOTAL NON CONTRACT PURCHASES: | $76.95 | | | | | |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $171.85
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $175.36

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 9 | 1 | 24 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** Statement for information only |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390392225 | |
| **Billing Date:** | 01/10/2023 | |
| **PO#:** | daily 1-9 | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTROLLED | | | | | | | | | | | |
| 42858-0586-40 | 367-7580 | 733917416 | ▮ | ▮ | BUPREN TRDM SYS15MCG/HR RHOD4@ PATCH TDWK | ▬ | ▮ | ▬ | ▮ | 319.19 | |
| CONTROLLED | | | | | | | | | | | |
| 13107-0083-05 | 392-8488 | 733917416 | ▮ | ▮ | LORAZEPAM TAB 0.5MG AURO 500@ TABLET | ▬ | ▮ | ▬ | ▮ | 15.49 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $334.68 | TOTAL CONTRACT PURCHASES: | $334.68 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $334.68
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $341.51

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 2 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390392226 |
| Billing Date: | 01/10/2023 |
| PO#: | daily 1-9          00 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | | | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00173-0696-00 | 128-4538 | 733917417 | ■ | ■ | ADVAIR DISKUS 250/50MCG 60DOSE BLST W/DEV | ■ | ■ | ■ | | 748.30 |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | |
| 00378-8270-55 | 206-5506 | 733917417 Above Item | ■ ■ | ■ | ALBUTEROL INH 0.083%MYL 3ML30@  Manufacturer limiting supply - allocated quantity VIAL-NEB | ■ | ■ | ■ | ■ | 17.07 |
| | 2065506 / N00378827055 Is a temporary backup to primary program item 3478898 / N76204020001 (ALBSULF SGLVL I/S 0.083%RIT30@) on Multi-Source | | | | | | | | | |
| 16714-0633-01 | 126-2989 | 733917417 | ■ | ■ | ALENDRONAT SOD TB 70MG 4NSTAR@ TABLET | ■ | ■ | ■ | | 4.68 |
| 60505-0589-01 | 264-8319 | 733917417 | ■ | ■ | BRIMON/TIMO OPSL.2%/.5%APO5ML@ DROPS | ■ | ■ | ■ | | 124.99 |
| | 2648319 / N60505058901 Is a temporary backup to primary program item 2647410 / N00591242226 (BRIMON/TIM OPSL.2%/.5%TEV5ML@) on Multi-Source | | | | | | | | | |
| 57599-0001-01 | 253-5193 | 733917417 | ■ | ■ | FREESTYLE LIBRE SENSOR 14D KIT | ■ | ■ | ■ | | 58.09 |
| Product shipped is best dating due to manufacturer processes. | | | | | | | | | | |
| 00169-7065-15 | 175-3607 | 733917417 | ■ | ■ | GLUCAGEN HYPOKIT NOVO  7065-15 VIAL | ■ | ■ | ■ | ■ | 274.72 |
| 70748-0129-06 | 155-9392 | 733917417 | ■ | ■ | LEFLUNOMIDE TAB 10MG LUP  30@ TABLET | ■ | ■ | ■ | | 9.92 |
| 00023-3205-03 | 189-3080 | 733917417 | ■ | ■ | LUMIGAN OPH SOL 0.01%    2.5ML DROPS | ■ | ■ | ■ | | 454.58 |
| 45802-0059-11 | 340-7954 | 733917417 | ■ | ■ | NYSTATIN CRM 100MU  PERR 30GM@ CREAM (G) | ■ | ■ | ■ | | 9.54 |

# MCKESSON

# Invoice

| | | Billing No.: | 7390392226 |
|---|---|---|---|
| | | Billing Date: | 01/10/2023 |
| | | PO#: | daily 1-9      00 |
| | | McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131       **Phone:**   855/625-7385
14500 EAST 39th AVENUE              **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                           **SHIP TO:**                            **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07             PREMIER PHARMACY GROUP 07              **PHCY:**   PDO1680000122
4162 E BIJOU ST                       4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824       COLORADO SPRINGS CO
80909-6824

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60505-6130-05 | 390-1287 | 733917417 | ▮ | ▮ | ONDANSET SDV 2MG/ML 2MLAPX 25@ VIAL | ▮ | ▮ | ▮ | ▮ | 22.82 | |
| 00023-5301-05 | 363-0019 | 733917417 | ▮ | ▮ | RESTASIS MULTIDOSE EMUL 5.5ML DROPS | ▮ | ▮ | ▮ | ▮ | 612.92 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $2,337.63 | TOTAL CONTRACT PURCHASES: | $1,531.24 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $806.39 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $2,337.63
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $2,385.34

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 23 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7390392226 |
| **Billing Date:** | | 01/10/2023 |
| **PO#:** | daily 1-9 | 00 |
| **McK Connect UserID:** | | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
2648319 / N60505058901 Is a temporary backup to primary program item 2647410 / N00591242226 (BRIMON/TIM OPSL.2%/.5%TEV5ML@) on Multi-Source
2065506 / N00378827055 Is a temporary backup to primary program item 3478898 / N76204020001 (ALBSULF SGLVL I/S 0.083%RIT30@) on Multi-Source

**SUBSTITUTION OVERRIDES**
1284538 ( N00173069600 - ADVAIR DISKUS 250/50MCG 60DOSE ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
2065506 ( N76204020001 - ALBUTEROL INH 0.083%MYL 3ML30@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 23 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON
# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| Billing No.: | 7390392227 |
|---|---|
| Billing Date: | 01/10/2023 |
| PO#: | daily 1-9          00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00088-2219-05 | 162-6688 | 733917418 | | | LANTUS SOLOSTAR PEN 3ML INSULN PEN | 5 | | | | 374.47 |
| 59762-0333-02 | 180-5308 | 733917418 | | | LATANOP OS 125MCG/2.5ML GRE DROPS | 1@ | | | | 31.20 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $405.67 | TOTAL CONTRACT PURCHASES: | $405.67 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $405.67
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $413.95

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 0 | 13 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390392228 |
|---|---|
| Billing Date: | 01/10/2023 |
| PO#: | cycle 1-9      00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *   Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 16729-0281-01 | 362-6991 | 733917506 | | ARIPIPRAZOLE TB 15MG ACC 100@ TABLET | 25.63 |
| 00093-9702-05 | 260-2472 | 733917506 | | CARBID+ LEV TB 25/100 ACTA 500@ TABLET | 28.89 |
| 33342-0028-15 | 259-9082 | 733917506 | | DONEPEZ HYD TAB 10MG MACL 500@ TABLET | 15.19 |
| 31722-0131-30 | 368-0980 | 733917506 | | DUTASTERIDE CP 0.5MG CAMB 30@ CAPSULE | 4.38 |
| 00003-0894-21 | 201-3282 | 733917506 | | ELIQUIS TAB 5MG       60 TABLET | 2,663.00 |
| 69918-0360-30 | 239-3338 | 733917506 | | LAMOTRIGINE ODT 50MG AMR 30@ TAB RAPDIS | 132.53 |
| | | 'DO NOT SUB' SELECTED. | | | |
| 00254-3029-02 | 150-2806 | 733917506 | | LUBIPROSTONE CP 24MCG PAR 60@ CAPSULE | 296.05 |
| 57841-1301-01 | 157-1611 | 733917506 | | MOVANTIK TAB 25MG       30 TABLET | 354.06 |
| 55111-0355-60 | 112-0997 | 733917506 | | RIVASTIGM CAP 6MG DR/R       60@ CAPSULE | 31.58 |
| | | 1120997 / N55111035560 Was temporarily substituted as a backup 3618667 / N65862065160 (RIVASTIGMN CAP 6MG AURO 60@) to Multi-Source | | | |
| 16714-0989-01 | 396-8120 | 733917506 | | ROSUVAST CALC TAB 10MG NSTR90@ TABLET | 3.81 |
| 69097-0912-03 | 359-0494 | 733917506 | | TROSPIUM CHL TAB 20MG CIP 60@ | 165.45 |

# MCKESSON

# Invoice

| Billing No.: | 7390392228 |
|---|---|
| Billing Date: | 01/10/2023 |
| PO#: | cycle 1-9      00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23155-0530-06 | 359-9800 | 733917506 | ■ | ■ | TABLET TROSPIUM CHL TAB 20MG HERI60@ | ■ | ■ | ■ | ■ | 165.45 | |
| 00093-1716-01 | 345-9963 | 733917506 | ■ | ■ | TABLET WARFARIN SOD TAB 4MG TEVA100@ | ■ | ■ | ■ | ■ | 6.99 | |
| 50458-0578-30 | 141-1446 | 733917506 | ■ | ■ | XARELTO TAB 15MG        30 TABLET | ■ | ■ | ■ | ■ | 473.52 | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $4,366.53 | TOTAL CONTRACT PURCHASES: | $1,703.53 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $2,663.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $4,366.53
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $4,455.64

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 14 | 0 | 18 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
Statement for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7390392228 | | |
| **Billing Date:** | 01/10/2023 | | |
| **PO#:** | cycle 1-9    00 | | |
| **McK Connect UserID:** | h5p1d7x2 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

* * * * * * * * * * * * * * * * *  S U B S T I T U T I O N   S U M M A R Y   P A G E  * * * * * * * * * * * * * * * * *

**BACK-UP SUBSTITUTIONS**
1120997 / N55111035560 Was temporarily substituted as a backup 3618667 / N65862065160 (RIVASTIGMN CAP 6MG AURO 60@) to Multi-Source

**SUBSTITUTION OVERRIDES**
2393338 ( N69918036030 - LAMOTRIGINE ODT 50MG AMR 30@ ) 'DO NOT SUB' SELECTED.

_____

| Lines | Cases | Pieces |
|---|---|---|
| 14 | 0 | 18 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390392229 |
| Billing Date: | 01/10/2023 |
| PO#: | cycle 1-9      00 |
| McK Connect UserID: | h5p1d7x2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including, rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 305361-32710 | 231-6966 | 733917507 | | | ACETAM TAB 325MG RUG 1000@ TABLET | 8.97 |
| 300055-56919 | 143-8712 | 733917507 | | | CALTRATE CHEW VAN CREME      60 TAB CHEW | 7.49 |
| 310135-68260 | 394-2943 | 733917507 | | | GUAIFENESIN CAP 400MG MARL 60@ TABLET | 1.72 |
| 386810-02000 | 152-1087 | 733917507 | | | MULTI VITAMIN TAB MMP 1000@ TABLET | 8.76 |
| 324208-69762 | 209-4316 | 733917507 | | | PRESER VISION AREDS2 SFTGL 120 CAPSULE | 27.82 |
| 324208-43262 | 244-5732 | 733917507 | | | PRESERVISION TAB            120 TABLET | 14.69 |
| 380681-06200 | 153-8891 | 733917507 | | | PROBIOTIC FORM CAP MMP      30@ CAPSULE | 11.88 |
| 010939-95376 | 152-0097 | 733917507 | | | SM VIT D3 50MCG 2000IU SG 100 | 4.49 |

**SUMMARY**

# McKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7390392229 |
| **Billing Date:** | 01/10/2023 |
| **PO#:** | cycle 1-9      00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $31.33 |
| TOTAL OTC PURCHASES: | $85.82 | TOTAL NON CONTRACT PURCHASES: | $54.49 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $85.82
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $87.57

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 8 | 0 | 9 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7390392230 | | |
| **Billing Date:** | 01/10/2023 | | |
| **PO#:** | cycle 1-9 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * * Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| 62332-0365-06 | 151-2797 | 733917508 | ▮ | █ | CLONAZEPAM ODT 0.25MG ALE10X6@ TAB RAPDIS | █ █ | █ | █ ▮ | | 33.19 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $33.19 | TOTAL CONTRACT PURCHASES: | $33.19 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $33.19
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $33.87

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390392231 | |
| **Billing Date:** | 01/10/2023 | |
| **PO#:** | QO01092023 | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42806-0714-01 | 395-5721 | 733919774 | █ | | BENZONATATE CAP 100MG EPI 100@ CAPSULE | █ █ | | █ █ | | 6.75 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $6.75 | TOTAL CONTRACT PURCHASES: | $6.75 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $6.75
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $6.89

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131 **Phone:** 855/625-7385
14500 EAST 39th AVENUE **DEA:** PM0018425
AURORA CO 80011

| Billing No.: | 7390392232 |
|---|---|
| Billing Date: | 01/10/2023 |
| PO#: | QO01092023 00 |
| McK Connect UserID: | c6r1i0w6 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:** **DEA:** FP6379071
PREMIER PHARMACY GROUP 07 **PHCY:** PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 1 of 1 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 030768-15745 | 197-2629 | 733921278 | ▮ ▮ | | S/D MELATONIN TAB 5MG | 90 | ▮ | ▮ | 14.97 |

**SUMMARY**

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $14.97 | TOTAL NON CONTRACT PURCHASES: | $14.97 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $14.97
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $15.28

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131  **Phone:** 855/625-7385
14500 EAST 39th AVENUE  **DEA:** PM0018425
AURORA CO  80011

| Billing No.: | 7390701152 |
| Billing Date: | 01/11/2023 |
| PO#: | We Owe 1-10   00 |
| McK Connect UserID: | s8w9j5s8 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  **DEA:** FP6379071
PREMIER PHARMACY GROUP 07  **PHCY:** PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| 16729-0136-16 | 215-2049 | 734195365 | █ | █ | CLONAZEP TAB 0.5MG   ACCO   500@ TABLET | ██ █ | | ██ █ | | 8.09 | |

## SUMMARY

| TOTAL RX PURCHASES: | $8.09 | TOTAL CONTRACT PURCHASES: | $8.09 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $8.09
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $8.26

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | | 7390701153 |
| **Billing Date:** | | 01/11/2023 |
| **PO#:** | We Owe 1-10 | 00 |
| **McK Connect UserID:** | s8w9j5s8 | |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 00002-7715-59 | 360-5177 | 734195366 | ■ ■ | | BASAGLAR KWIKPEN 3ML  5 INSULN PEN | 294.48 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $294.48 | TOTAL CONTRACT PURCHASES: | $294.48 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $294.48
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $300.49

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390701154 |
|---|---|
| Billing Date: | 01/11/2023 |
| PO#: | DAILY 1-10        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 357896-18405 | 244-0923 | 734195759 | | ■ | ARTIFICIAL TEARS 15ML DROPS | ■ | | ■ | ■ | 1.31 | |
| 316571-40110 | 220-4220 | 734195759 | | ■ | CETIRIZ HYD TAB 5MG PACK  100@ TABLET | ■ | | ■ | ■ | 3.91 | |
| | 2204220 / U31657140110 Was Substituted for 1796895 / U30378363501 (CETIRIZ TAB 5MG       MYLN  100@) by OneStop Generics | | | | | | | | | | |
| 309046-99860 | 363-1736 | 734195759 | | ■ | DOCUSATE S/G CAP 100MG MMP100@ CAPSULE | ■ | | ■ | | 1.47 | |
| 681421-02103 | 246-5953 | 734195759 | ■ | ■ | DULCOLAX SUPPOS             16 | | | ■ | ■ | 23.36 | |
| | Above Item | | ■ | | Manufacturer limiting supply - allocated quantity SUPPOS. | | | | | | |
| 300650-51801 | 399-7012 | 734195759 | ■ | | GENTEAL NIGHT-TIME OINT 3.5GM OINT. (G) | ■ | | ■ | | 7.80 | |
| 305361-31983 | 351-1821 | 734195759 | ■ | | MILK OF MAG 1200MG RUG 12OZ@ ORAL SUSP | ■ | | ■ | ■ | 8.64 | |
| 840093-11098 | 322-3500 | 734195759 | ■ | | NT MAGNESIUM 400MG 72 | ■ | | ■ | ■ | 7.30 | |
| 033732-00082 | 197-6257 | 734195759 | ■ | | PRORINSE EARWAX REM KIT  00082 | ■ | | ■ | | 30.85 | |
| 030768-15745 | 197-2629 | 734195759 | ■ | | S/D MELATONIN TAB 5MG        90 | ■ | | ■ | | 4.99 | |
| 010939-38944 | 134-0447 | 734195759 | ■ | | SM LUB EYE DROPS          0.5OZ DROPS | ■ | | ■ | ■ | 16.02 | |
| 300650-45407 | 142-2633 | 734195759 | ■ | | SYSTANE LUB EYE DROP GEL  10ML DROPS GEL | ■ | | ■ | | 45.12 | |

# M<sup>C</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7390701154 |
| **Billing Date:** | 01/11/2023 |
| **PO#:** | DAILY 1-10        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $38.69 |
| TOTAL OTC PURCHASES: | $150.77 | TOTAL NON CONTRACT PURCHASES: | $112.08 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**   $150.77
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**   $153.85

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 24 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390701154 | |
| **Billing Date:** | 01/11/2023 | |
| **PO#:** | DAILY 1-10 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131    **Phone:**    855/625-7385
14500 EAST 39th AVENUE           **DEA:**      PM0018425
AURORA CO 80011

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**                          **SHIP TO:**                          **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07            PREMIER PHARMACY GROUP 07            **PHCY:**   PDO1680000122
4162 E BIJOU ST                      4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824      COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
2204220 / U31657140110 Was Substituted for 1796895 / U30378363501 (CETIRIZ TAB 5MG    MYLN  100@) by OneStop Generics

**OMITTED ITEMS**
2465953 ( U68142102103 - DULCOLAX SUPPOS          16 ) Manufacturer limiting supply - allocated quantity

_____

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 24 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390701156 |
| Billing Date: | 01/11/2023 |
| PO#: | DAILY 1-10        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--|------|---|----|---|-----|----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|----------|-------|----------|------------------|-----------------|
| 00173-0716-20 | 188-8031 | 734195760 | ADVAIR HFA+ 115MCG/21MCG 120DSE HFA AER AD | 385.38 |
| 67877-0197-10 | 346-4153 | 734195760 | AMLODIP BESYL TB 2.5MGASC1000@ TABLET | 9.78 |
| 17478-0215-05 | 342-1880 | 734195760 | ATROP CARE OS 1%        5ML DROPS | 106.86 |
| 00168-0055-46 | 213-4898 | 734195760 | BETAMET DIP CR 0.05%SAN 45GM@ CREAM (G) | 40.59 |
| 00185-0130-01 | 117-9233 | 734195760 | BUMETAN TAB 2MG        SAN   100 TABLET | 75.93 |
| | 1179233 / N00185013001 Was temporarily substituted as a backup 1523414 / N00832054211 (BUMETANIDE IR TB 2MG U/S 100) to Multi-Source | | | |
| 17478-0100-02 | 218-8886 | 734195760 | CYCLOPENTOLATE 1% AKOR    2ML@ DROPS | 13.59 |
| Product shipped is best dating available from manufacturer. | | | | |
| 63304-0616-50 | 346-7446 | 734195760 | DOXYCYC CAP 100MG SUN 50@ CAPSULE | 8.91 |
| | 3467446 / N63304061650 Was Substituted for 3439429 / N68180065208 (DOXYCYCLINE MONO CP100MGLUP50@) by OneStop Generics | | | |
| 00003-0893-21 | 201-3290 | 734195760 | ELIQUIS TAB 2.5MG       60 TABLET | 1,597.80 |
| 24208-0910-55 | 166-3434 | 734195760 | ERYTHR O/O .5%     B&L 3.5GM@ OINT. (G) | 33.85 |
| 00574-4024-35 | 259-9017 | 734195760 | ERYTHROMY O/O 0.5%  PERR3.5GM@ OINT. (G) | 9.57 |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390701156 |
|---|---|
| Billing Date: | 01/11/2023 |
| PO#: | DAILY 1-10    00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69238-1154-03 | 372-9555 | 734195760 | | ■ | EZETIMIBE TAB 10MG AMN   30@ TABLET | ■ | ■ | ■ | ■ | 6.98 | |
| 67877-0749-57 | 237-0740 | 734195760 | | ■ | FOSFOMYCIN TROM GRAN ASC 3GM@ PACKET | ■ | ■ | ■ | ■ | 44.04 | |
| | | 2370740 / N67877074957 Was Substituted for 3953791 / N70700026894 (FOSFOMYCIN TROM GRAN XIR 3GM) by OneStop Generics | | | | | | | | | |
| 00002-8031-01 | 191-6154 | 734195760 | | ■ | GLUCAGON EMERG KIT 1MG+ SYR 1ML VIAL | | | ■ | ■ | 258.71 | |
| 50458-0563-01 | 120-6754 | 734195760 | | ■ | INVEGA SUSTENNA 156MG     KIT SYRINGE | ■ | ■ | ■ | | 2,020.04 | |
| 10631-0008-30 | 392-4719 | 734195760 | | ■ | KAPSPARGO SPRINKLE CP 25MG   30 CAP SPR 24 | ■ | ■ | ■ | ■ | 50.20 | |
| 00093-0311-05 | 162-2232 | 734195760 | | ■ | LOPERAM CAP 2MG    TEV    500@ CAPSULE | ■ | ■ | ■ | ■ | 102.93 | |
| 45802-0923-41 | 145-4214 | 734195760 | | ■ | MESALAM REC SU 4GM PERR   KIT@ ENEMA KIT | ■ | ■ | ■ | ■ | 107.59 | |
| 61314-0641-75 | 172-5597 | 734195760 | | ■ | NEOMY+ POL B+ HYD O/S FAL 7.5ML@ DROPS SUSP | ■ | ■ | ■ | | 267.90 | |
| 45802-0059-11 | 340-7954 | 734195760 | | ■ | NYSTATIN CRM 100MU  PERR 30GM@ CREAM (G) | ■ | ■ | ■ | ■ | 9.54 | |
| 00023-9163-30 | 188-8007 | 734195760 | | ■ | RESTASIS OPTH EMUL .4ML UDV 30 DROPERETTE | ■ | ■ | ■ | ■ | 306.44 | |
| 50484-0010-30 | 356-4754 | 734195760 | | ■ | SANTYL OINT 250U         30GM OINT. (G) | ■ | ■ | ■ | ■ I | 268.04 | |
| 67877-0124-05 | 124-8384 | 734195760 | | ■ | SSD CRM 1% TUBE     ASC  50GM@ CREAM (G) | ■ | ■ | ■ | ■ | 8.97 | |
| | | 1248384 / N67877012405 Is a temporary backup to primary program item 2144376 / N43598021050 (SSD CREAM 1% TUBE    DR/R 50GM@) on Multi-Source | | | | | | | | | |
| 65862-0419-01 | 212-2562 | 734195760 | | ■ | SULFAM+ TRI TB 400/80MGAURO100@ TABLET | ■ | ■ | ■ | ■ | 4.90 | |
| 00487-0201-03 | 322-5307 | 734195760 Above Item | | ■ | IPRATRO BR/ALBUT 3ML UDNEPH30@ Manufacturer limiting supply - full omit AMPUL-NEB | | | ■ | ■ | | |
| | | 3225307 / N00487020103 Was Substituted for 3560554 / N69097017353 (IPRAT/ALB 0.5/2.5MG 3ML CIP30@) by OneStop Generics | | | | | | | | | |
| 00487-0201-60 | 322-1603 | 734195760 Above Item | | ■ | IPRATRO/ALB 0.5/MG NEPH 3ML60@ Manufacturer limiting supply - full omit | | | ■ | ■ | | |

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390701156 | |
| **Billing Date:** | 01/11/2023 | |
| **PO#:** | DAILY 1-10 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AMPUL-NEB

3221603 / N00487020160 Was Substituted for 3783917 / N69097084064 (IPRAT/ALB 0.5/3MG 3ML CIP 60@) by OneStop Generics

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $5,738.54 | TOTAL CONTRACT PURCHASES: | $3,755.36 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $1,983.18 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $5,738.54
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $5,855.65

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 23 | 0 | 35 | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

Statement for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390701156 | |
| **Billing Date:** | 01/11/2023 | |
| **PO#:** | DAILY 1-10       00 | |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
3225307 / N00487020103 Was Substituted for 3560554 / N69097017353 (IPRAT/ALB 0.5/2.5MG 3ML CIP30@) by OneStop Generics
3221603 / N00487020160 Was Substituted for 3783917 / N69097084064 (IPRAT/ALB 0.5/3MG 3ML CIP 60@) by OneStop Generics
2370740 / N67877074957 Was Substituted for 3953791 / N70700026894 (FOSFOMYCIN TROM GRAN XIR 3GM) by OneStop Generics
3467446 / N63304061650 Was Substituted for 3439429 / N68180065208 (DOXYCYCLINE MONO CP100MGLUP50@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1248384 / N67877012405 Is a temporary backup to primary program item 2144376 / N43598021050 (SSD CREAM 1% TUBE   DR/R 50GM@) on Multi-Source
1179233 / N00185013001 Was temporarily substituted as a backup 1523414 / N00832054211 (BUMETANIDE IR TB 2MG U/S 100) to Multi-Source

**OMITTED ITEMS**
3225307 ( N00487020103 - IPRATRO BR/ALBUT 3ML UDNEPH30@ ) Manufacturer limiting supply - full omit
3221603 ( N00487020160 - IPRATRO/ALB 0.5/MG NEPH 3ML60@ ) Manufacturer limiting supply - full omit

| Lines | Cases | Pieces |
|---|---|---|
| 23 | 0 | 35 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | Billing No.: | 7390701158 |
|---|---|---|---|
| | | Billing Date: | 01/11/2023 |
| | | PO#: | DAILY 1-10      00 |
| | | McK Connect UserID: | c7t5d2c8 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.   You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00172-3925-70 | 199-3070 | 734195761 | ▮▮ | | DIAZEPAM TAB 2MG   IVA   500@ TABLET | ▮▮ ▮ | ▮▮ ▮ | | | 7.27 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $7.27 | TOTAL CONTRACT PURCHASES: | $7.27 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**      $7.27
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**      $7.42

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |

Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390701159 |
| Billing Date: | 01/11/2023 |
| PO#: | Cycle 1-10      00 |
| McK Connect UserID: | c6r1i0w6 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309044-21360 | 112-9469 | 734196819 | | | ACIDOPH+ PECT CAP    MMP    100@ CAPSULE | | | | | 2.37 | |
| 305361-23201 | 397-4094 | 734196819 | | | ASPIRIN TAB EC 325MG MMP 100@ TABLET DR | | | | | 2.08 | |
| 309046-99880 | 156-8872 | 734196819 | | | DOCUS SOD S/G 100MG MMP 1000@ CAPSULE | | | | | 14.00 | |
| 316714-89902 | 393-4536 | 734196819 | | | FEXOFENAD HCL TAB180MGNSTR100@ TABLET | | | | | 16.72 | |
| 380681-11701 | 154-9237 | 734196819 | | | GLUCOS/CHON CP500/400MGRUG120@ CAPSULE | | | | | 15.97 | |
| 309046-74724 | 395-7966 | 734196819 | | | IBUPROFEN TAB 200MG MMP  24@ TABLET | | | | | 4.15 | |
| 074312-01110 | 126-3185 | 734196819 | | | N/B POTASSIUM 99MG CAPL 100 TABLET | | | | | 8.22 | |
| 380681-01900 | 153-0179 | 734196819 | | | NIACINAMIDE TAB 500MG  MMP100@ TABLET | | | | | 2.17 | |
| 324208-69763 | 356-7096 | 734196819 | | | PRESERVISION AREDS 2VMS CHEW60 | | | | | 16.64 | |
| 030768-48678 | 198-7759 | 734196819 | | | S/D MELATONIN TAB 3MG      120 TABLET | | | | | 23.56 | |
| 030768-15745 | 197-2629 | 734196819 | | | S/D MELATONIN TAB 5MG       90 | | | | | 4.99 | |
| 010939-95364 | 151-9974 | 734196819 | | | SM CENTURY MULTI TAB 130 | | | | | 21.40 | |

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390701159 | |
| **Billing Date:** | 01/11/2023 | |
| **PO#:** | Cycle 1-10 | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 2 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $57.46 |
| TOTAL OTC PURCHASES: | $132.27 | TOTAL NON CONTRACT PURCHASES: | $74.81 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $132.27
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $134.97

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 12 | 0 | 24 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7390701161 |
| Billing Date: | 01/11/2023 |
| PO#: | Cycle 1-10          00 |
| McK Connect UserID: | c6r1i0w6 |

| 075344 | M02 | 035 | 1 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------------------|--------------|-----|-----------|-----|----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * * Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
|----------|-------|----------|---|--------------------|---|---|---|----------------|
| 67877-0198-05 | 215-8459 | 734196820 | ▮ | AMLODIPINE BES TB 5MG ASC 500@ TABLET | ▮ | ▮ | ▮ | 4.78 |
| 75834-0258-01 | 158-9480 | 734196820 | ▮ | ATORVASTAT CAL TB 80MGNIV1000@ TABLET | ▮ | ▮ | ▮ | 70.21 |
| 00003-0894-21 | 201-3282 | 734196820 | ▮ | ELIQUIS TAB 5MG          60 TABLET | ▮ | ▮ | ▮ | 532.60 |
| 00078-0659-20 | 346-6414 | 734196820 | ▮ | ENTRESTO TAB 24/26MG 60 TABLET | ▮ | ▮ | ▮ | 628.09 |
| 00054-4297-31 | 167-1262 | 734196820 | ▮ | FUROSEM TAB 20MG     HIK  1000@ TABLET | ▮ | ▮ | ▮ | 16.47 |

1671262 / N00054429731 Is a temporary backup to primary program item 3741667 / N43547040111 (FUROSEMIDE TAB 20MG SOLC1000@) on Multi-Source

| NDC/UPC# | ITEM# | DEL DOC# | | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
|----------|-------|----------|---|--------------------|---|---|---|----------------|
| 50111-0327-03 | 213-2819 | 734196820 | ▮ | HYDRAL TAB 25MG      PLIV 1000@ TABLET | ▮ | ▮ | ▮ | 25.90 |
| 00006-0277-31 | 179-8586 | 734196820 | ▮ | JANUVIA TAB 100MG          30 TABLET | ▮ | ▮ | ▮ | 493.74 |
| 68180-0966-03 | 379-2777 | 734196820 | ▮ | LEVOTHYRO SOD TB0.05MGLUP1000@ TABLET | ▮ | ▮ | ▮ | 137.65 |
| 00456-1201-30 | 200-8712 | 734196820 | ▮ | LINZESS CAP 145MCG          30 CAPSULE | ▮ | ▮ | ▮ | 481.96 |

Product shipped is best dating available from manufacturer.

| NDC/UPC# | ITEM# | DEL DOC# | | ITEM DESCRIPTION | | | | EXTENDED AMOUNT |
|----------|-------|----------|---|--------------------|---|---|---|----------------|
| 68382-0548-06 | 154-7207 | 734196820 | ▮ | MEMANT HCL ER CP 21MG ZYD 30@ CAP SPR 24 | ▮ | ▮ | ▮ | 12.16 |
| 29300-0172-05 | 392-7258 | 734196820 | ▮ | MEMANTINE HCL TB 10MG UNIC500@ | ▮ | ▮ | ▮ | 28.29 |

# MCKESSON

# Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | |
|---|---|
| **Billing No.:** | 7390701161 |
| **Billing Date:** | 01/11/2023 |
| **PO#:** | Cycle 1-10      00 |
| **McK Connect UserID:** | c6r1i0w6 |

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68462-0437-30 | 390-3697 | 734196820 | ■ | ■ | TABLET OLMESARTAN MEDX TB 20MGGLEN30@ TABLET | ■ | ■ | ■ | ■ | 2.52 | |
| | 3903697 / N68462043730 Was Substituted for 3722873 / N16729032110 (OLMES+ MEDOX TAB 20MG ACCO 30@) by OneStop Generics | | | | | | | | | | |
| 68382-0257-01 | 379-6372 | 734196820 | ■ | | OXYBUTYNI CL ER TB 15MGZYD100@ | ■ | ■ | ■ | ■ | 19.95 | |
| 68382-0256-01 | 379-6430 | 734196820 | ■ | | TAB ER 24 OXYBUTYNIN CL ER TB10MGZYD100@ | ■ | ■ | ■ | ■ | 12.16 | |
| 16714-0181-01 | 235-6418 | 734196820 | ■ | | TAB ER 24 PAROXET HCL TB 10MG 30NSTR@ | ■ | ■ | ■ | ■ | 1.32 | |
| 16729-0022-15 | 190-3830 | 734196820 | ■ | | TABLET PIOGLITAZ HCL TAB 45MG ACCO90@ | ■ | ■ | ■ | ■ | 8.24 | |
| 70954-0019-50 | 234-5965 | 734196820 | ■ | | TABLET PRAZOSIN CP 1MG NOV 90@ | ■ | | ■ | ■ | 14.06 | |
| 00527-4116-37 | 151-5519 | 734196820 | ■ | | CAPSULE PROPRANOLOL ER CP 60MG LAN100@ | ■ | | ■ | ■ | 27.14 | |
| 51079-0923-20 | 222-8385 | 734196820 Above Item | ■ ■ | | CAP SA 24H CARBID+ LEV TB 50/2C UD UDL 1C@ Manufacturer cannot supply | | | ■ | ■ | | |
| | 2228385 / N51079092320 Was Substituted for 1432004 / N68084028201 (CARBID+ LEV ER 50/200 UDAHP100@) by OneStop Generics | | | | TABLET ER | | | | | | |

**SUMMARY**

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390701161 | |
| **Billing Date:** | 01/11/2023 | |
| **PO#:** | Cycle 1-10 | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

**DC:**
MCKESSON CORPORATION DC#8131      **Phone:**  855/625-7385
14500 EAST 39th AVENUE                      **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                                      **SHIP TO:**                                  **DEA:**    FP6379071
PREMIER PHARMACY GROUP 07        PREMIER PHARMACY GROUP 07    **PHCY:**   PDO1680000122
4162 E BIJOU ST                              4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824   COLORADO SPRINGS CO
80909-6824

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

TOTAL RX PURCHASES:            $2,517.24          TOTAL CONTRACT PURCHASES:             $1,984.64
TOTAL OTC PURCHASES:              $0.00            TOTAL NON CONTRACT PURCHASES:         $532.60

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $2,517.24
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $2,568.61

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 18 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7390701161 | |
| **Billing Date:** | 01/11/2023 | |
| **PO#:** | Cycle 1-10 | 00 |
| **McK Connect UserID:** | c6r1i0w6 | |

**DC:**
MCKESSON CORPORATION DC#8131       **Phone:**   855/625-7385
14500 EAST 39th AVENUE             **DEA:**     PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                          **SHIP TO:**                       **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07            PREMIER PHARMACY GROUP 07          **PHCY:**  PDO1680000122
4162 E BIJOU ST                      4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824      COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * * *   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
2228385 / N51079092320 Was Substituted for 1432004 / N68084028201 (CARBID+ LEV ER 50/200 UDAHP100@) by OneStop Generics
3903697 / N68462043730 Was Substituted for 3722873 / N16729032110 (OLMES+ MEDOX TAB 20MG ACCO 30@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
1671262 / N00054429731 Is a temporary backup to primary program item 3741667 / N43547040111 (FUROSEMIDE TAB 20MG SOLC1000@) on Multi-Source

**OMITTED ITEMS**
2228385 ( N51079092320 - CARBID+ LEV TB 50/2C UD UDL 1C@ ) Manufacturer cannot supply

---

| Lines | Cases | Pieces |
|---|---|---|
| 18 | 0 | 18 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | Page |
|---|---|
| **Number:**  7390807238 | 1  of  1 |
| **Date: 01/11/2023** | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/11/2023 |

## Corresponding Document

**Date:** 01/11/2023          **Reference:** 7390807237

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/  UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N59676031001 | 1804681 | ■ | ■ | PROCRIT VL 10000U 1ML    6 VIAL | ■ | ■ | 1370.70 | 0.00 | |

Original Invoice Number: 7388850788          Original Purchase Order: DAILY 1-2          00
Original Invoice Date:   01/03/2023          Contract Reference ID:   79220545

|  | |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$1,370.70** |
| **Gross Payable by Statement Due Date:** | **$1,398.67** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:  HAZARDOUS MATERIAL**

| | |
|---|---|
| A - Flammable Compressed Gas N.O.S. | D - Corrosive Material |
| - Flammable Compressed Gas | E - Flammable Solid |
| B - NonFlammable Compressed Gas N.O.S. | F - Oxidizing Material |
| C - Flammable Liquid | G - Poision Liquid or Solid Class B |
| | T - Toxic Material |

# McKESSON

# Invoice

| | Billing No.: | 7391017227 |
|---|---|---|
| | Billing Date: | 01/12/2023 |
| | PO#: | c2          00 |
| | McK Connect UserID: | h5p1d7x2 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

NARCOTIC

| 00406-3249-01 | 132-3500 | 734439278 | ▮ ▮ | | HYDROMORPH TAB 8MG  MALL  100@ | ▮▮ ▮ | | ▮ ▮ ▮ | | 38.16 | |
| | CSOS ID - 23X100002 | | | | TABLET | | | | | | |

'DO NOT SUB' SELECTED.

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $38.16 | TOTAL CONTRACT PURCHASES: | $38.16 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $38.16
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $38.94

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| Billing No.: | 7391017227 |
|---|---|
| Billing Date: | 01/12/2023 |
| PO#: | c2          00 |
| McK Connect UserID: | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *  S U B S T I T U T I O N   S U M M A R Y   P A G E  * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
1323500 ( N00406324901 - HYDROMORPH TAB 8MG  MALL  100@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7391017231 | | |
| Billing Date: | 01/12/2023 | | |
| PO#: | DAILY 1-11 | 00 | |
| McK Connect UserID: | c7t5d2c8 | | |

| 075344 | M02 | 035 | 1 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|
| 76204-0200-01 | 347-8898 | 734466188 | ALBSULF SGLVL I/S 0.083%RIT30@ VIAL-NEB | 23.90 |
| | | Above Item | Manufacturer limiting supply - allocated quantity | |
| 16714-0477-01 | 347-8393 | 734466188 | AMOXIC CLV+ POT500/125 20NSTR@ TABLET | 4.07 |
| 00173-0859-10 | 207-2874 | 734466188 | BREO ELLIPTA 100/25MCG 2X30DAY BLST W/DEV | 375.51 |
| 70069-0231-01 | 395-8915 | 734466188 | BRIMONID OPH SOL 0.2% SOM 5ML@ DROPS | 6.80 |
| 16714-0496-02 | 355-9267 | 734466188 | CLOTR+ BETA CRM 1/.05% 45GNSTR@ CREAM (G) | 13.32 |
| 50383-0233-10 | 142-5156 | 734466188 | DORZO/TIM22.3/6.8/ML HI-T10ML@ DROPS | 14.90 |
| | | 'DO NOT SUB' SELECTED. | | |
| 00003-0893-21 | 201-3290 | 734466188 | ELIQUIS TAB 2.5MG          60 TABLET | 2,130.40 |
| 00003-0894-21 | 201-3282 | 734466188 | ELIQUIS TAB 5MG          60 TABLET | 3,195.60 |
| 00115-1694-49 | 365-1874 | 734466188 | EPINEPH AUTO INJ 0.3MG AMN 2@ AUTO INJCT | 210.03 |
| 42291-0442-90 | 235-7978 | 734466188 | IBUPROFEN TB 800MG AVK 90 TABLET | 7.72 |
| 55111-0281-30 | 126-1080 | 734466188 | LEVOFLOX TAB 750MG  DR/R      30@ | 12.38 |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391017231 |
| **Billing Date:** | 01/12/2023 |
| **PO#:** | DAILY 1-11          00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TABLET | | | | | | |
| 16714-0974-01 | 396-1695 | 734466188 | ■ | ■ | MOMETAS FURO CRM0.1% 15G NSTR@ CREAM (G) | ■ | ■ | ■ ■ | | 5.26 | |
| | 3961695 / N16714097401 Was Substituted for 1942432 / N00713063415 (MOMETAS FURO CRM 0.1% G/W15GM@) by OneStop Generics | | | | | | | | | | |
| 00186-4020-01 | 114-1936 | 734466188 | ■ | | NEXIUM DR OS PWD   20MG PKT 30 SUSPDR PKT | ■ | | ■ ■ | | 271.49 | |
| 16714-0769-02 | 377-8156 | 734466188 | ■ | | NYSTAT PWD 100000U/GM30G NSTR@ POWDER | ■ | | ■ ■ | | 4.89 | |
| 68382-0255-01 | 379-6422 | 734466188 | ■ | | OXYBUTYNIN CL ER TB5MG ZYD100@ TAB ER 24 | ■ | | ■ ■ | | 11.48 | |
| 59746-0175-06 | 130-4856 | 734466188 | ■ | ■ | PREDNISON TAB 20MG  JUB    100@ TABLET | ■ | | ■ ■ | | 6.83 | |
| 08517-3890-36 | 354-4368 | 734466188 | ■ | ■ | SWY 31G 6MM UF PENTIPS 100 DIS NEEDLE | ■ | | ■ ■ | | 11.87 | |
| 00173-0887-10 | 373-0942 | 734466188 | ■ | | TRELEGY ELL 100/62.5/25MCG 60 BLST W/DEV | ■ | | ■ | ▮ | 606.47 | |
| 50458-0578-30 | 141-1446 | 734466188 | ■ | ■ | XARELTO TAB 15MG              30 TABLET | ■ | ■ | ■ ■ | | 473.52 | |
| 50458-0579-30 | 143-0024 | 734466188 | ■ | ■ | XARELTO TAB 20MG              30 TABLET | ■ | ■ | ■ ■ | | 947.04 | |

**SUMMARY**

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391017231 |
| **Billing Date:** | 01/12/2023 |
| **PO#:** | DAILY 1-11        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 3 of 4 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| TOTAL RX PURCHASES: | $8,333.48 |
| TOTAL OTC PURCHASES: | $0.00 |

|  |  |
|---|---|
| TOTAL CONTRACT PURCHASES: | $2,005.91 |
| TOTAL NON CONTRACT PURCHASES: | $6,327.57 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $8,333.48

**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $8,503.55

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 37 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391017231 |
| **Billing Date:** | 01/12/2023 |
| **PO#:** | DAILY 1-11        00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**     855/625-7385
**DEA:**     PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**     FP6379071
**PHCY:**     PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   S U B S T I T U T I O N   S U M M A R Y   P A G E   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**
3961695 / N16714097401 Was Substituted for 1942432 / N00713063415 (MOMETAS FURO CRM 0.1% G/W15GM@) by OneStop Generics

**SUBSTITUTION OVERRIDES**
1425156 ( N50383023310 - DORZO/TIM22.3/6.8/ML HI-T10ML@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
3478898 ( N76204020001 - ALBSULF SGLVL I/S 0.083%RIT30@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces |
|---|---|---|
| 20 | 0 | 37 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391017238 |
|---|---|
| Billing Date: | 01/12/2023 |
| PO#: | DAILY 1-11        00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 363739-15710 | 260-9766 | 734466189 | ■ ■ | | FERROUS OS 300MG/5ML SKYUD100@ LIQUID | 167.69 |

2609766 / U36373915710 Was Substituted for 1573005 /  (FERR SUL OS300MG/5ML PATUD100@) by OneStop Generics
Product shipped is best dating available from manufacturer.

| 848985-00151 | 347-6835 | 734466189 | ■ ■ | | NICOTINE PATCH 14MG STP-2  7@ PATCH TD24 | 18.48 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $186.17 |
| TOTAL OTC PURCHASES: | $186.17 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $186.17
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $189.97

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 1 | 3 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391017238 | |
| **Billing Date:** | 01/12/2023 | |
| **PO#:** | DAILY 1-11 | 00 |
| **McK Connect UserID:** | c7t5d2c8 | |

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY SUBSTITUTIONS**

2609766 / U36373915710 Was Substituted for 1573005 /  (FERR SUL OS300MG/5ML PATUD100@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 2 | 1 | 3 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON                    Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391017242 | |
| **Billing Date:** | 01/12/2023 | |
| **PO#:** | DAILY 1-11      00 | |
| **McK Connect UserID:** | c7t5d2c8 | |

MCKESSON CORPORATION DC#8131          **Phone:**     855/625-7385
14500 EAST 39th AVENUE                **DEA:**       PM0018425
AURORA CO  80011

**BILL TO:**
PREMIER PHARMACY GROUP 07          **SHIP TO:**                      **DEA:**     FP6379071
4162 E BIJOU ST                    PREMIER PHARMACY GROUP 07         **PHCY:**    PDO1680000122
COLORADO SPRINGS CO  80909-6824    4162 E BIJOU ST
                                   COLORADO SPRINGS CO  80909-6824

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 300028-21517 | 163-3338 | 734466190 | | | HUMULIN R REG INSUL U100  3ML VIAL | | | | | 40.25 |
| 00002-8222-59 | 154-5037 | 734466190 | | | INSULIN LISPRO KWIKPEN 3MLX5 INSULN PEN | | | | | 143.57 |
| 00088-2219-05 | 162-6688 | 734466190 | | | LANTUS SOLOSTAR PEN 3ML      5 INSULN PEN | | | | | 748.94 |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $892.51 | TOTAL CONTRACT PURCHASES: | $932.76 |
| TOTAL OTC PURCHASES: | $40.25 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**          $932.76
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**     $951.80

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391017242 |
| **Billing Date:** | 01/12/2023 |
| **PO#:** | DAILY 1-11      00 |
| **McK Connect UserID:** | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 3 | 0 | 4 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | | 7391017244 | |
| Billing Date: | | 01/12/2023 | |
| PO#: | | DAILY 1-11        00 | |
| McK Connect UserID: | | c7t5d2c8 | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 00172-3925-60 | 367-9149 | 734466191 | ▮ | █ | DIAZEPAM TAB 2MG TABLET | IVA | 100@ | ██ █ ██ █ | 1.60 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1.60 | TOTAL CONTRACT PURCHASES: | $1.60 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $1.60
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $1.63

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# **McKESSON**

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391017245 |
| **Billing Date:** | 01/12/2023 |
| **PO#:** | we owe 1-11    00 |
| **McK Connect UserID:** | x0h2z3l0 |

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\*  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00169-3696-19 | 247-6711 | 734466834 | ■ | ■ | NOVOLOG 70/30 FLEX PEN 3ML INSULN PEN | 5 | ■ ■ | ■ ■ | | 498.93 | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $498.93 | TOTAL CONTRACT PURCHASES: | $498.93 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $498.93
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $509.11

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 1 | 0 | 1 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391017246 |
| Billing Date: | 01/12/2023 |
| PO#: | we owe 1-11    00 |
| McK Connect UserID: | x0h2z3l0 |

| 075344 | M02 | 035 | 1 of 1 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|-----------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 16714-0141-01 | 156-6850 | 734466835 | ■ | ■ | ARIPIPRAZOLE TB 2MG 30 NSTR@ TABLET | ■ | ■ | ■ | ■ | 12.63 | |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $12.63 | TOTAL CONTRACT PURCHASES: | $12.63 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $12.63

**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $12.89

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|-------|-------|--------|
| 1 | 0 | 3 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391017251 |
| Billing Date: | 01/12/2023 |
| PO#: | CYCLE 1-11          00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 1 of 5 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|----|--------|------|---|------|---|--------|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | ITEM DESCRIPTION | EXTENDED AMOUNT | HM |
|----------|-------|----------|--------|--------|---|
| 67877-0198-05 | 215-8459 | 734467807 | AMLODIPINE BES TB 5MG ASC 500@ TABLET | 4.78 | |
| 16714-0143-01 | 156-6876 | 734467807 | ARIPIPRAZOLE TB 10MG 30 NSTR@ TABLET | 6.22 | |
| 16714-0174-02 | 232-2063 | 734467807 | ATORVAST CALC TB 20MG 500NSTR@ TABLET | 18.70 | |
| 31722-0138-01 | 234-3275 | 734467807 | BACLOFEN TB 5MG CAM 100@ TABLET | 37.18 | |
| 61958-2501-03 | 232-4754 | 734467807 | BIKTARVY TB 50/200/25MG BP30 TABLET | 3,700.36 | 9.0 |
| 00093-0054-05 | 176-1071 | 734467807 | BUSPIR TAB 10MG       TEV    500@ TABLET | 10.77 | |
| 42806-0086-60 | 150-6922 | 734467807 | BUSPIRONE HCL TB 30MG EPI  60@ TABLET | 10.68 | |
| 64380-0724-06 | 347-2438 | 734467807 | CALCITRIOL CAP 0.5MCG STR 100@ CAPSULE | 23.99 | |
| 16729-0078-01 | 204-4881 | 734467807 | CARB/LEVO ERTB 25/100MGACC100@ TABLET ER | 36.51 | |
| 00093-9702-05 | 260-2472 | 734467807 | CARBID+ LEV TB 25/100 ACTA 500@ TABLET | 28.89 | |
| 16714-0400-02 | 203-5087 | 734467807 | CEFUROX AXET TB 250MG NSTAR60@ TABLET | 17.09 | |

Product shipped is best dating available from manufacturer.

# MCKESSON

# Invoice

| Billing No.: | 7391017251 |
| Billing Date: | 01/12/2023 |
| PO#: | CYCLE 1-11      00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 2 of 5 |

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16729-0441-10 | 154-5110 | 734467807 | | | CINACALCET TAB 60MG ACC  30@ TABLET | | | | | 14.41 | |
| 65862-0846-01 | 363-6537 | 734467807 | | | CLOZAPINE TAB 100MG AURO 100@ TABLET | | | | | 88.20 | |
| 65862-0844-01 | 363-6503 | 734467807 | | | CLOZAPINE TAB 25MG AURO 100@ TABLET | | | | | 19.44 | |
| 63304-0720-90 | 158-8508 | 734467807 | | | DILTIAZEM ER CP 240MG SUN 90@ CAP ER 24H | | | | | 17.34 | |
| 42806-0312-50 | 361-6620 | 734467807 | | | DOXYCYC HYC TAB 100MG EPIC 50@ TABLET | | | | | 5.99 | |
| 50228-0179-10 | 394-2810 | 734467807 | | | GABAPENTIN CAP 100MG SCI 1000@ CAPSULE | | | | | 16.70 | |
| 16714-0895-01 | 326-7036 | 734467807 | | | GLIPIZIDE ER TB 5MG NOR 100@ TAB ER 24 | | | | | 8.69 | |
| 23155-0606-01 | 373-0207 | 734467807 | | | GLYCOPYRROLATE TAB 1MGHERI100@ TABLET | | | | | 9.12 | |
| 50111-0327-03 | 213-2819 | 734467807 | | | HYDRAL TAB 25MG       PLIV 1000@ TABLET | | | | | 25.90 | |
| 59651-0241-30 | 230-6033 | 734467807 | | | IMATINIB MES TB 400MG AUR 30@ TABLET | | | | | 47.52 | |
| 50458-0140-30 | 201-8646 | 734467807 | | | INVOKANA TAB 100MG       30 TABLET | | | | | 541.17 | |
| 16714-0010-01 | 152-2002 | 734467807 | | | ISOSORBID DINIT TB30MGNSTR100@ TABLET | | | | | 22.89 | |
| 00006-0277-31 | 179-8586 | 734467807 | | | JANUVIA TAB 100MG       30 TABLET | | | | | 493.74 | |
| 00597-0152-30 | 322-9051 | 734467807 | | | JARDIANCE TAB 10MG       30 TABLET | | | | | 540.98 | |
| 10631-0009-30 | 392-4727 | 734467807 | | | KAPSPARGO SPRINKLE CP 50MG  30 CAP SPR 24 | | | | | 50.20 | |
| 16714-0195-01 | 236-5252 | 734467807 | | | LAMOTRIGINE TB 100MG 100 NSTR@ TABLET | | | | | 3.25 | |
| 50228-0189-60 | 231-8830 | 734467807 | | | LEVETIRAC ER TAB 500MG SCI 60@ TAB ER 24H | | | | | 35.07 | |

# McKESSON

## Invoice

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391017251 |
| Billing Date: | 01/12/2023 |
| PO#: | CYCLE 1-11      00 |
| McK Connect UserID: | c7t5d2c8 |

| 075344 | M02 | 035 | 3 of 5 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 16714-0310-01 | 236-7258 | 734467807 | | | LEVETIRAC TAB 1000MG NSTR  60@ TABLET | | | | | 8.16 | |
| 00456-1201-30 | 200-8712 | 734467807 | | | LINZESS CAP 145MCG      30 CAPSULE | | | | | 481.96 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 72888-0023-01 | 262-1589 | 734467807 | | | METOPROL TART TB 75MG ADV 100@ TABLET | | | | | 14.91 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 13668-0081-05 | 367-7044 | 734467807 | | | MONTELUK SOD TAB 10MG TORR500@ TABLET | | | | | 37.23 | |
| 65162-0475-09 | 200-8779 | 734467807 | | | NORETHINDR TAB 5MG AMNE 90@ TABLET | | | | | 64.09 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 00591-4104-01 | 367-8646 | 734467807 | | | PERPHENAZINE TAB 16MG ACTA100@ TABLET | | | | | 48.17 | |
| 00093-7273-56 | 348-6933 | 734467807 | | | PIOGLITAZONE TB 45MG TEVA 30@ TABLET | | | | | 10.34 | |
| | | 'DO NOT SUB' SELECTED. | | | | | | | | | |
| 00597-0360-55 | 374-9454 | 734467807 | | | PRADAXA CAP 150MG        60 CAPSULE | | | | | 433.41 | |
| 43547-0344-06 | 348-0456 | 734467807 | | | RISPERIDONE TAB 4MG SOL    60@ TABLET | | | | | 3.88 | |
| 16714-0682-02 | 144-5063 | 734467807 | | | SIMVASTAT TAB 10MG    90 NSTAR@ TABLET | | | | | 1.72 | |
| 16714-0171-01 | 232-7278 | 734467807 | | | TIZANIDINE HCL TB 2MG 150NSTR@ TABLET | | | | | 4.43 | |
| 00597-0140-30 | 214-3600 | 734467807 | | | TRADJENTA TAB 5MG        30 TABLET | | | | | 897.70 | |
| 50458-0580-30 | 140-0167 | 734467807 | | | XARELTO TAB 10MG        30 TABLET | | | | | 473.52 | |
| 50458-0579-30 | 143-0024 | 734467807 | | | XARELTO TAB 20MG        30 TABLET | | | | | 947.04 | |
| 16714-0837-01 | 390-5437 | 734467807 | | | ZIPRASIDONE HCL CP60MG NSTR60@ | | | | | 18.23 | |

# MCKESSON

# Invoice

| | | | | |
|---|---|---|---|---|
| **Billing No.:** | 7391017251 | | | |
| **Billing Date:** | 01/12/2023 | | | |
| **PO#:** | CYCLE 1-11 | 00 | | |
| **McK Connect UserID:** | c7t5d2c8 | | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 5 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CAPSULE | | | | | | |
| 16571-0789-12 | 237-4577 | 734467807 | | | LEVETIRAC TAB 750MG RIS 120@ | | | ■ | ■ | | |
| | | Above Item | | | Temporarily out - please reorder | | | | | | |
| | | | | | TABLET | | | | | | |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | | |
| 69097-0125-12 | 346-4690 | 734467807 | | | TOPIRAMATE 200MG TAB CIP  500@ | | | ■ | ■ | | |
| | | Above Item | | | Temporarily out - please reorder | | | | | | |
| | | | | | TABLET | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $9,280.57 | TOTAL CONTRACT PURCHASES: | $5,580.21 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $3,700.36 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $9,280.57
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $9,469.97

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 43 | 0 | 51 | |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement** for information only
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| Billing No.: | 7391017251 |
| Billing Date: | 01/12/2023 |
| PO#: | CYCLE 1-11          00 |
| McK Connect UserID: | c7t5d2c8 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 5 of 5 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
3486933  ( N00093727356 - PIOGLITAZONE TB 45MG TEVA 30@ ) 'DO NOT SUB' SELECTED.
2008779  ( N65162047509 - NORETHINDR TAB 5MG AMNE 90@ ) 'DO NOT SUB' SELECTED.
2374577  ( N16571078912 - LEVETIRAC TAB 750MG RIS 120@ ) 'DO NOT SUB' SELECTED.
2621589  ( N72888002301 - METOPROL TART TB 75MG ADV 100@ ) 'DO NOT SUB' SELECTED.

**OMITTED ITEMS**
3464690  ( N69097012512 - TOPIRAMATE 200MG TAB CIP  500@ ) Temporarily out - please reorder
2374577  ( N16571078912 - LEVETIRAC TAB 750MG RIS 120@ ) Temporarily out - please reorder

| Lines | Cases | Pieces | |
|-------|-------|--------|--|
| 43 | 0 | 51 | |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| Billing No.: | 7391017256 | | |
| Billing Date: | 01/12/2023 | | |
| PO#: | CYCLE 1-11 | 00 | |
| McK Connect UserID: | c7t5d2c8 | | |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

***Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305730-14794 | 399-2062 | 734467808 | | | ADVIL DUAL ACTION 144CT TABLET | | | | | 18.07 | |
| 030768-51571 | 350-1343 | 734467808 | | | S/D TURMERIC 500MG CAP 90 | | | | | 9.46 | |
| 302231-76001 | 142-6121 | 734467808 | | | SOD CHLOR TAB 1GM    CON    100 TABLET SOL | | | | | 7.23 | |
| 369367-22001 | 396-5548 | 734467808 | | | SODIUM CHLORIDE TB 1GM WES100@ TABLET SOL | | | | | 5.91 | |
| 309040-52360 | 195-1862 | 734467808 | | | VIT C TAB 500MG       VIT  100@ TABLET | | | | | 5.61 | |
| 079854-30035 | 124-3641 | 734467808 | | | VIT C TAB 500MG      NAT/V  100 TABLET | | | | | 4.97 | |
| 079854-05024 | 166-8847 | 734467808 | | | VIT D TAB 1000IU     NAT/V  100 TABLET | | | | | 22.62 | |
| 880681-16900 | 155-3106 | 734467808 | | | VIT D3 TB 25MCG(1000IU)RUG100@ TABLET | | | | | 4.02 | |
| 357896-86501 | 348-3286 | 734467808 | | | ZINC SULF TB 50MG GERI 100@ TABLET | | | | | 1.55 | |

3483286 / U35789686501 Was Substituted for 3951449 / U81000673027 (ZINC SULF TAB 220MG MMP 100@) by OneStop Generics

**SUMMARY**

# M<sup>C</sup>KESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391017256 | |
| **Billing Date:** | 01/12/2023 | |
| **PO#:** | CYCLE 1-11      00 | |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $17.09 | |
| TOTAL OTC PURCHASES: | $79.44 | TOTAL NON CONTRACT PURCHASES: | $62.35 | |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**   $79.44

**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**   $81.06

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 9 | 0 | 18 |

This invoice is payable to   **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391017256 | |
| **Billing Date:** | 01/12/2023 | |
| **PO#:** | CYCLE 1-11   00 | |
| **McK Connect UserID:** | c7t5d2c8 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
3483286 / U35789686501 Was Substituted for 3951449 / U81000673027 (ZINC SULF TAB 220MG MMP 100@) by OneStop Generics

---

| Lines | Cases | Pieces |
|---|---|---|
| 9 | 0 | 18 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**DEA #: PM0018425**

| Invoice Information | Page |
|---|---|
| Number: 7391094744 | 1 of 1 |
| **Date: 01/12/2023** | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA #: FP6379071**

| 75344 Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/12/2023 |

## Corresponding Document

Date: 01/12/2023          **Reference:** 7391094741

**Pricing Correction Reason:**
   Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

*HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N00469260130 | 1690817 | ■ | ■ | MYRBETRIQ ER TAB 25MG    30 TAB ER 24H | ■ | ■ | 759.14 | 0.00 | |

Original Invoice Number: 7389394174          Original Purchase Order: CYCLE 1-4      00
Original Invoice Date:   01/05/2023          Contract Reference ID:   0019765705

| | |
|---|---|
| Total Trade Discount Extended: | **$0.00** |
| Sales Tax Total: | **$0.00** |
| Net Payable by Statement Due Date: | **$759.14** |
| Gross Payable by Statement Due Date: | **$774.63** |

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**CODES AND CLASSIFICATIONS:   HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.           D - Corrosive Material
  - Flammable Compressed Gas               E - Flammable Solid
B - NonFlammable Compressed Gas N.O.S.        F - Oxidizing Material
C - Flammable Liquid                       G - Poision Liquid or Solid Class B
                                           T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**DEA #: PM0018425**

| Invoice Information | | Page |
|---|---|---|
| Number:  7391094745 | | 1  of  1 |
| **Date: 01/12/2023** | | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA #: FP6379071**

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/12/2023 |

## Corresponding Document

**Date:** 01/12/2023          **Reference:** 7391094742

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

\* HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N00469260190 | 1690825 | ■ | ■ | MYRBETRIQ ER TAB 25MG        90 TAB ER 24H | ■ | ■ | 1138.70 | 0.00 | |

**Original Invoice Number:** 7389124417          **Original Purchase Order:** QO01022023     00
**Original Invoice Date:**   01/04/2023          **Contract Reference ID:**   0019765705

|  |  |
|---|---|
| **Total Trade Discount Extended:** | **$0.00** |
| **Sales Tax Total:** | **$0.00** |
| **Net Payable by Statement Due Date:** | **$1,138.70** |
| **Gross Payable by Statement Due Date:** | **$1,161.94** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:**  **HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.
  - Flammable Compressed Gas
B - NonFlammable Compressed Gas N.O.S.
C - Flammable Liquid

D - Corrosive Material
E - Flammable Solid
F - Oxidizing Material
G - Poision Liquid or Solid Class B
T - Toxic Material

# McKESSON

# Pricing Correction Invoice

DENVER DC#8131
14500 EAST 39th AVENUE          **DEA #: PM0018425**
AURORA CO  80011

| Invoice Information | Page |
|---|---|
| Number:  7391094746 | 1  of  1 |
| **Date: 01/12/2023** | |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP          **DEA #: FP6379071**
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| **75344** Customer Number | M02 Route | 035 Stop |
|---|---|---|

| Sales Territory ID | 0307 |
|---|---|
| Billing Date: | 01/12/2023 |

## Corresponding Document

**Date:** 01/12/2023          **Reference:** 7391094743

**Pricing Correction Reason:**
Proactive Credit Rebill

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

\* HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF INVOICE

| Dept. Code | NDC/ UPC NUMBER | ITEM NUMBER | QTY | UM | ITEM DESCRIPTION | ORIGINAL UNIT PRICE CHARGE | UNIT PRICE | EXTENDED AMOUNT | SALES TAX (if applicable) | *H M |
|---|---|---|---|---|---|---|---|---|---|---|
| | N00469260130 | 1690817 | ■ | ■ | MYRBETRIQ ER TAB 25MG  30 TAB ER 24H | ■ | ■ | 759.14 | 0.00 | |

Original Invoice Number: 7388850790          Original Purchase Order: CYCLE 1-02   00
Original Invoice Date:  01/03/2023          Contract Reference ID:   0019765705

| | |
|---|---|
| Total Trade Discount Extended: | **$0.00** |
| Sales Tax Total: | **$0.00** |
| Net Payable by Statement Due Date: | **$759.14** |
| Gross Payable by Statement Due Date: | **$774.63** |

| LINES | CASES | PIECES | |
|---|---|---|---|
| | | | THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

**CODES AND CLASSIFICATIONS:  HAZARDOUS MATERIAL**

A - Flammable Compressed Gas N.O.S.
 - Flammable Compressed Gas
B - NonFlammable Compressed Gas N.O.S.
C - Flammable Liquid

D - Corrosive Material
E - Flammable Solid
F - Oxidizing Material
G - Poision Liquid or Solid Class B
T - Toxic Material

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7391295549 | | |
| **Billing Date:** | 01/13/2023 | | |
| **PO#:** | QO01122023 | 00 | |
| **McK Connect UserID:** | h5p1d7x2 | | |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

*** Aurobindo-Quinapril Consumer/Patient level recall*** Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 309045-57720 | 124-3237 | 734514219 | ■ ■ | | IBUPROF SUSP CHILD  MMP  4OZ@ ORAL SUSP | ■ | ■ ■ | 6.66 |

1243237 / U30904557720 Was temporarily substituted as a backup 2230456 / U30904530920 (IBUPROF SOL CHILD MMP 120ML@) to Multi-Source

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $6.66 |
| TOTAL OTC PURCHASES: | $6.66 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $6.66
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $6.80

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391295549 |
| **Billing Date:** | 01/13/2023 |
| **PO#:** | QO01122023        00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **S U B S T I T U T I O N   S U M M A R Y   P A G E**   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BACK-UP SUBSTITUTIONS**
1243237 / U30904557720 Was temporarily substituted as a backup 2230456 / U30904530920 (IBUPROF SOL CHILD MMP 120ML@) to Multi-Source

_____

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 2 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391295550 | |
| **Billing Date:** | 01/13/2023 | |
| **PO#:** | punch cards | 00 |
| **McK Connect UserID:** | h5p1d7x2 | |

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO 80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 122-9376 | 122-9376 | 734571025 | ▮ | ▮ | MTS PUNCH 30DS 300-07 M/T  500 | ▮ | ▮ | 394.56 |
| | 'DO NOT SUB' SELECTED. | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $394.56 | TOTAL NON CONTRACT PURCHASES: | $394.56 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $394.56  
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $402.61

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | | |
|---|---|---|---|---|
| 1 | 6 | 6 | This invoice is payable to | **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
| | | | **Statement for information only** | |
| | | | Claims must be made within 5 days and show date of invoice. | |

# MCKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391295550 |
| **Billing Date:** | 01/13/2023 |
| **PO#:** | punch cards    00 |
| **McK Connect UserID:** | h5p1d7x2 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
1229376 (  - MTS PUNCH 30DS 300-07 M/T  500 ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 6 | 6 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131    **Phone:**  855/625-7385
14500 EAST 39th AVENUE          **DEA:**    PM0018425
AURORA CO 80011

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**                    **DEA:**   FP6379071
PREMIER PHARMACY GROUP 07       **PHCY:**  PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Billing No.: | 7391295551 |
| Billing Date: | 01/13/2023 |
| PO#: | WE-OWE 1-12    00 |
| McK Connect UserID: | h5p1d7x2 |

| 075344 | M02 | 035 | 1 of 1 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|------------------|---------------|-----|------------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\*  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|----------|-------|----------|-----|-----|------------------|-----------------|
| 00469-2601-30 | 169-0817 | 734745116 | 30 | | MYRBETRIQ ER TAB 25MG TAB ER 24H | 759.14 |
| 00469-2602-30 | 169-0841 | 734745116 | 30 | | MYRBETRIQ ER TAB 50MG TAB ER 24H | 759.14 |

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,518.28 | TOTAL CONTRACT PURCHASES: | $1,518.28 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $1,518.28
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $1,549.27

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|-------|-------|--------|---|
| 2 | 0 | 4 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131  
14500 EAST 39th AVENUE  
AURORA CO  80011

**Phone:** 855/625-7385  
**DEA:** PM0018425

| Billing No.: | 7391295552 |
|---|---|
| Billing Date: | 01/13/2023 |
| PO#: | Cycle 01-12      00 |
| McK Connect UserID: | m5i4i2g6 |

**BILL TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**  
PREMIER PHARMACY GROUP 07  
4162 E BIJOU ST  
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071  
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?  
Effective 9/08/2010, now order your DC supplies online along  
with your other McKesson products using newly assigned item numbers.  
New item numbers for DC supplies:  
- Tote ties 136-6723 (Return Kit-Regular)  
- Call Tags 141-4291 (Return Kit-DEA)  
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)  
- Class II envelopes 292-8976 (Envelope CII Order Form)

\* \* \* Aurobindo-Quinapril Consumer/Patient level recall\* \* \*  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether  
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 16729-0278-01 | 362-7049 | 734745216 | | | ARIPIPRAZOLE TB 2MG ACC 100@ TABLET | 19.19 |
| | | Above Item | | | Manufacturer limiting supply - allocated quantity | |
| 31722-0138-01 | 234-3275 | 734745216 | | | BACLOFEN TB 5MG CAM 100@ TABLET | 37.18 |
| 42806-0086-60 | 150-6922 | 734745216 | | | BUSPIRONE HCL TB 30MG EPI  60@ TABLET | 10.68 |
| 65862-0846-05 | 394-7751 | 734745216 | | | CLOZAPINE TAB 100MG AURO 500@ TABLET | 156.45 |
| 00006-0277-31 | 179-8586 | 734745216 | | | JANUVIA TAB 100MG           30 | 493.74 |
| 29300-0112-05 | 347-0242 | 734745216 | | | LAMOTRIG TAB 100MG UNI 500@ TABLET | 24.39 |
| 16714-0310-01 | 236-7258 | 734745216 | | | LEVETIRAC TAB 1000MG NSTR  60@ TABLET | 24.48 |
| 16714-0537-01 | 239-6364 | 734745216 | | | LEVETIRAC TB 750MG 120 NSTR@ TABLET | 33.03 |
| 16714-0171-01 | 232-7278 | 734745216 | | | TIZANIDINE HCL TB 2MG 150NSTR@ TABLET | 4.43 |
| 69097-0125-03 | 346-4682 | 734745216 | | | TOPIRAMATE 200MG TAB CIP  60@ TABLET | 18.36 |
| 50458-0580-30 | 140-0167 | 734745216 | | | XARELTO TAB 10MG           30 TABLET | 473.52 |

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391295552 | |
| **Billing Date:** | 01/13/2023 | |
| **PO#:** | Cycle 01-12      00 | |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $1,295.45 | TOTAL CONTRACT PURCHASES: | $1,295.45 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:**  $1,295.45
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:**  $1,321.89

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 17 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | |
|---|---|
| **Billing No.:** | 7391295552 |
| **Billing Date:** | 01/13/2023 |
| **PO#:** | Cycle 01-12      00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**  855/625-7385
**DEA:**  PM0018425

| Customer | Route | Stop | Page |
|---|---|---|---|
| 075344 | M02 | 035 | 3 of 3 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**  FP6379071
**PHCY:**  PDO1680000122

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  **S U B S T I T U T I O N   S U M M A R Y   P A G E**  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OMITTED ITEMS**
3627049 ( N16729027801 - ARIPIPRAZOLE TB 2MG ACC 100@ ) Manufacturer limiting supply - allocated quantity

---

| Lines | Cases | Pieces |
|---|---|---|
| 11 | 0 | 17 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MᶜKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| | | | |
|---|---|---|---|
| **Billing No.:** | 7391295553 | | |
| **Billing Date:** | 01/13/2023 | | |
| **PO#:** | Cycle 01-12 | 00 | |
| **McK Connect UserID:** | m5i4i2g6 | | |

| 075344 | M02 | 035 | 1 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | | | | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 810006-73027 | 395-1449 | 734745217 | ■ ■ | | ZINC SULF TAB 220MG MMP 100@ TABLET | ■ | | ■ ■ | | 2.09 |
| | 'DO NOT SUB' SELECTED. | | | | | | | | | |

**SUMMARY**

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $2.09 |
| TOTAL OTC PURCHASES: | $2.09 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $2.09
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $2.13

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | **Statement for information only** |
| | | | Claims must be made within 5 days and show date of invoice. |

# MᶜKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391295553 | |
| **Billing Date:** | 01/13/2023 | |
| **PO#:** | Cycle 01-12      00 | |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131        **Phone:**    855/625-7385
14500 EAST 39th AVENUE                       **DEA:**       PM0018425
AURORA CO  80011

| 075344 | M02 | 035 | 2 of 2 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**                                          **SHIP TO:**                              **DEA:**     FP6379071
PREMIER PHARMACY GROUP 07        PREMIER PHARMACY GROUP 07     **PHCY:**   PDO1680000122
4162 E BIJOU ST                               4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824    COLORADO SPRINGS CO
80909-6824

* * * * * * * * * * * * * * * * *    S U B S T I T U T I O N    S U M M A R Y    P A G E    * * * * * * * * * * * * * * * * *

**SUBSTITUTION OVERRIDES**
3951449 ( U81000673027 - ZINC SULF TAB 220MG MMP 100@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 1 | 0 | 1 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# M<sup>c</sup>KESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391295554 |
|---|---|
| Billing Date: | 01/13/2023 |
| PO#: | DAILY 01-12        00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 1 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 370010-16001 | 260-4981 | 734745400 | | | ACETAMIN ER TB 650MG GRAN 100@ TABLET ER | | | | | 11.50 | |
| 606000-53766 | 249-0720 | 734745400 | | | CERAVE MOIST CRM 16OZ | | | | | 11.68 | |
| 049100-36374 | 148-7750 | 734745400 | | | CULTURELLE 15B CAP    30 CAP SPRINK | | | | | 15.27 | |
| 049100-40021 | 208-0513 | 734745400 | | | CULTURELLE CAP DIGEST    50 | | | | | 64.92 | |
| 305740-07030 | 211-2530 | 734745400 | | | GLUTOSE 15 GRAPE PADD 3X37.5GM GEL (GRAM) | | | | | 8.96 | |
| 740985-21434 | 115-3477 | 734745400 | | | HAIRNAILS TAB 21ST    50 | | | | | 9.24 | |
| 880681-04100 | 155-4195 | 734745400 | | | MELATONIN TAB 1MG RUG    90 TABLET | | | | | 6.60 | |
| 305361-31983 | 351-1821 | 734745400 | | | MILK OF MAG 1200MG RUG 12OZ@ ORAL SUSP | | | | | 6.48 | |
| 363739-19861 | 350-3620 | 734745400 | | | PEG3350 POLYETH GLUPWDR SKY30@ POWD PACK | | | | | 27.48 | |
| | | 3503620 / U36373919861 Was Substituted for 1544030 /  (POLYETH GLY 3350 PWD17GM ANI30) by OneStop Generics | | | | | | | | | | |
| 305732-87194 | 393-3421 | 734745400 | | | PREP H OINT        2OZ OINT/APPL | | | | | 11.21 | |
| 300239-20515 | 248-5688 | 734745400 | | | REFRESH LIQUIGEL        15ML DRP LQ GEL | | | | | 37.40 | |
| 010939-23633 | 184-8522 | 734745400 | | | SM ANTI-DIARRH CAPL        12 TABLET | | | | | 6.96 | |
| 010939-91144 | 255-7908 | 734745400 | | | SM LOPERAM HYD ORAL SUSP 4OZ | | | | | 3.43 | |

# McKESSON

## Invoice

| | |
|---|---|
| **Billing No.:** | 7391295554 |
| **Billing Date:** | 01/13/2023 |
| **PO#:** | DAILY 01-12      00 |
| **McK Connect UserID:** | m5i4i2g6 |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 2 of 3 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | LIQUID | | | | | | | |
| 300650-45407 | 142-2633 | 734745400 | ■ | | SYSTANE LUB EYE DROP GEL  10ML | ■ | | ■ | | 11.28 | |
| | | | | | DROPS GEL | | | | | | |
| 309047-01416 | 150-3507 | 734745400 | ■■ | | ACETAM OS CHR160MG/5MLMMP16OZ@ | | | ■ | ■ | | |
| | | Above Item | ■■ | | Manufacturer cannot supply | | | | | | |
| | | | | LIQUID | | | | | | | |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $0.00 | TOTAL CONTRACT PURCHASES: | $178.61 |
| TOTAL OTC PURCHASES: | $232.41 | TOTAL NON CONTRACT PURCHASES: | $53.80 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $232.41
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $237.15

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 14 | 0 | 30 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

Statement for information only
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391295554 | |
| **Billing Date:** | 01/13/2023 | |
| **PO#:** | DAILY 01-12   00 | |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:**   855/625-7385
**DEA:**   PM0018425

| 075344 | M02 | 035 | 3 of 3 |
|---|---|---|---|
| **Customer** | **Route** | **Stop** | **Page** |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:**   FP6379071
**PHCY:**   PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
3503620 / U36373919861 Was Substituted for 1544030 /   (POLYETH GLY 3350 PWD17GM ANI30) by OneStop Generics

**OMITTED ITEMS**
1503507 ( U30904701416 - ACETAM OS CHR160MG/5MLMMP16OZ@ ) Manufacturer cannot supply

_____

| Lines | Cases | Pieces |
|---|---|---|
| 14 | 0 | 30 |

This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391295555 |
| Billing Date: | 01/13/2023 |
| PO#: | DAILY 01-12      00 |
| McK Connect UserID: | m5i4i2g6 |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

| 075344 | M02 | 035 | 1 of 4 |
|--------|-----|-----|--------|
| Customer | Route | Stop | Page |

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|----------|-------|----------|-----|-----|------------------|---------------|-----|-----------|-----|-----------------|-----|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | RX | UNIT PRICE | ID | EXTENDED AMOUNT | HM |
|----------|-------|----------|-----|-----|------------------|---------------|-----|-----------|-----|-----------------|-----|
| 00173-0717-20 | 188-8536 | 734745401 | | | ADVAIR HFA+ 230MCG/21MCG 120DSE HFA AER AD | | | | | 506.85 | |
| 16714-0477-01 | 347-8393 | 734745401 | | | AMOXIC CLV+ POT500/125 20NSTR@ TABLET | | | | | 8.14 | |
| 68180-0723-04 | 154-8783 | 734745401 | | | CEFDINIR OS 250MG/5ML LUP60ML@ SUSP RECON | | | | | 12.50 | |
| | | | | | 'DO NOT SUB' SELECTED. | | | | | | |
| 45802-0562-02 | 205-0979 | 734745401 | | | CLINDAM PHOS TS 1% PERR 60ML@ SOLUTION | | | | | 10.05 | 3.0 |
| 16714-0591-01 | 355-9226 | 734745401 | | | DIGOXIN TAB 0.250MG NSTAR 100@ TABLET | | | | | 17.99 | |
| | | 3559226 / N16714059101 Was Substituted for 1805076 / N00143124101 (DIGOXIN TAB 250MCG   WEST  100@) by OneStop Generics | | | | | | | | | |
| 16714-0484-01 | 349-1800 | 734745401 | | | DIVALP SOD ERTB 250MG100NSTAR@ TAB ER 24H | | | | | 24.76 | |
| | | | | | 'DO NOT SUB' SELECTED. | | | | | | |
| 42571-0147-26 | 154-7173 | 734745401 | | | DORZOL/TIM 22.3/6.8OS MIC10ML@ DROPS | | | | | 18.62 | |
| 00143-9803-50 | 242-9074 | 734745401 | | | DOXYCYC HYC CAP 100MG HIK  50@ CAPSULE | | | | | 5.78 | |
| | | | | | 'DO NOT SUB' SELECTED. | | | | | | |
| 00003-0893-21 | 201-3290 | 734745401 | | | ELIQUIS TAB 2.5MG          60 TABLET | | | | | 532.60 | |
| 00003-0894-21 | 201-3282 | 734745401 | | | ELIQUIS TAB 5MG          60 | | | | | 1,065.20 | |

# McKESSON

# Invoice

| Billing No.: | 7391295555 |
|---|---|
| Billing Date: | 01/13/2023 |
| PO#: | DAILY 01-12      00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 2 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16714-0310-01 | 236-7258 | 734745401 | | ■ | TABLET LEVETIRAC TAB 1000MG NSTR  60@ TABLET | ■ | ■ | ■ | ■ | 8.16 | |
| 61314-0630-06 | 161-0773 | 734745401 | | ■ | NEOMY+ POLY B+ DEX O/S FAL   5ML@ DROPS SUSP | ■ | ■ | ■ | ■ | 10.40 | |
| | 1610773 / N61314063006 Was Substituted for 1480409 / N24208083060 (NEOMY+ POL B/DX O/SUS B&L  5ML@) by OneStop Generics | | | | | | | | | | |
| 16714-0989-01 | 396-8120 | 734745401 | | ■ | ROSUVAST CALC TAB 10MG NSTR90@ TABLET | ■ | ■ | ■ | | 3.81 | |
| 00597-0075-41 | 177-1930 | 734745401 | | ■ | SPIRIVA HANDIHALER            30 CAP W/DEV | ■ | ■ | ■ | ■ | 943.48 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00186-0372-20 | 175-7400 | 734745401 | | ■ | SYMBICORT MDI 80/4.5MCG   120DO HFA AER AD | ■ | ■ | ■ | | 321.21 | |
| Product shipped is best dating available from manufacturer. | | | | | | | | | | | |
| 00472-0117-45 | 120-6127 | 734745401 | | ■ | TRETINOIN CRM .025% ACTA 45GM@ CREAM (G) | ■ | ■ | ■ | | 30.00 | |
| 'DO NOT SUB' SELECTED. PROMOTIONAL PRICE - Reflects a McKesson OneStop Generics discount. | | | | | | | | | | | |
| 16714-0986-02 | 260-4080 | 734745401 | | ■ | TRIAMCIN ACE CRM 0.1% 30 NSTR@ CREAM (G) | ■ | ■ | ■ | | 3.18 | |
| 00480-2043-56 | 262-1522 | 734745401 | | ■ | VILAZODONE HCL TB 40MG TEV30 TABLET | ■ | ■ | ■ | | 300.20 | |
| | 2621522 / N00480204356 Was temporarily substituted as a backup 2615342 / N16729035410 (VILAZODONE HCL TB 40MG ACC30@) to Multi-Source | | | | | | | | | | |
| 50458-0578-30 | 141-1446 | 734745401 | | ■ | XARELTO TAB 15MG            30 TABLET | ■ | | | | 473.52 | |

# MCKESSON

## Invoice

| | | | |
|---|---|---|---|
| **Billing No.:** | 7391295555 | | |
| **Billing Date:** | 01/13/2023 | | |
| **PO#:** | DAILY 01-12    00 | | |
| **McK Connect UserID:** | m5i4i2g6 | | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO 80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 3 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $4,296.45 | TOTAL CONTRACT PURCHASES: | $1,891.60 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $2,404.85 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $4,296.45
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $4,384.13

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 19 | 0 | 25 | Statement for information only |

Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391295555 | |
| **Billing Date:** | 01/13/2023 | |
| **PO#:** | DAILY 01-12    00 | |
| **McK Connect UserID:** | m5i4i2g6 | |

**DC:**
MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| 075344 | M02 | 035 | 4 of 4 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824
80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO

**DEA:** FP6379071
**PHCY:** PDO1680000122

* * * * * * * * * * * * * * * * *   S U B S T I T U T I O N   S U M M A R Y   P A G E   * * * * * * * * * * * * * * * * *

**PRIMARY SUBSTITUTIONS**
1610773 / N61314063006 Was Substituted for 1480409 / N24208083060 (NEOMY+ POL B/DX O/SUS B&L  5ML@) by OneStop Generics
3559226 / N16714059101 Was Substituted for 1805076 / N00143124101 (DIGOXIN TAB 250MCG  WEST  100@) by OneStop Generics

**BACK-UP SUBSTITUTIONS**
2621522 / N00480204356 Was temporarily substituted as a backup 2615342 / N16729035410 (VILAZODONE HCL TB 40MG ACC30@) to Multi-Source

**SUBSTITUTION OVERRIDES**
3491800 ( N16714048401 - DIVALP SOD ERTB 250MG100NSTAR@ ) 'DO NOT SUB' SELECTED.
1206127 ( N00472011745 - TRETINOIN CRM .025% ACTA 45GM@ ) 'DO NOT SUB' SELECTED.
1548783 ( N68180072304 - CEFDINIR OS 250MG/5ML LUP60ML@ ) 'DO NOT SUB' SELECTED.
2429074 ( N00143980350 - DOXYCYC HYC CAP 100MG HIK  50@ ) 'DO NOT SUB' SELECTED.

---

| Lines | Cases | Pieces |
|---|---|---|
| 19 | 0 | 25 |

This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT**
**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# McKESSON

## Invoice

| | | |
|---|---|---|
| **Billing No.:** | 7391295557 | |
| **Billing Date:** | 01/13/2023 | |
| **PO#:** | DAILY 01-12 | 00 |
| **McK Connect UserID:** | m5i4i2g6 | |

MCKESSON CORPORATION DC#8131  **Phone:** 855/625-7385
14500 EAST 39th AVENUE  **DEA:** PM0018425
AURORA CO 80011

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

**SHIP TO:**  **DEA:** FP6379071
PREMIER PHARMACY GROUP 07  **PHCY:** PDO1680000122
4162 E BIJOU ST
COLORADO SPRINGS CO 80909-6824

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

\*\*\* Aurobindo-Quinapril Consumer/Patient level recall\*\*\* Quinapril and HCTZ 20/12.5 AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

CONTROLLED

| NDC/UPC# | ITEM# | DEL DOC# | QTY | ITEM DESCRIPTION | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 59385-0025-60 | 370-6801 | 734745402 | 60 | BELBUCA 600MCG FILM | 873.33 |

### SUMMARY

| | | | |
|---|---|---|---|
| TOTAL RX PURCHASES: | $873.33 | TOTAL CONTRACT PURCHASES: | $0.00 |
| TOTAL OTC PURCHASES: | $0.00 | TOTAL NON CONTRACT PURCHASES: | $873.33 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $873.33

**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $891.15

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | This invoice is payable to **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |
|---|---|---|---|
| 1 | 0 | 1 | Statement for information only |

Claims must be made within 5 days and show date of invoice.

# McKESSON

# Invoice

MCKESSON CORPORATION DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

**Phone:** 855/625-7385
**DEA:** PM0018425

| Billing No.: | 7391295558 |
|---|---|
| Billing Date: | 01/13/2023 |
| PO#: | DAILY 01-12    00 |
| McK Connect UserID: | m5i4i2g6 |

| 075344 | M02 | 035 | 1 of 1 |
|---|---|---|---|
| Customer | Route | Stop | Page |

**BILL TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**SHIP TO:**
PREMIER PHARMACY GROUP 07
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

**DEA:** FP6379071
**PHCY:** PDO1680000122

The prices on this invoice may be subject to rebates, credits and other price adjustments.  You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b)and the discount safe harbor.

| NDC/UPC# | ITEM# | DEL DOC# | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | R X | UNIT PRICE | I D | EXTENDED AMOUNT | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Need call tags, coolers/icepacks, tote ties, or Class-II envelopes?
Effective 9/08/2010, now order your DC supplies online along
with your other McKesson products using newly assigned item numbers.
New item numbers for DC supplies:
- Tote ties 136-6723 (Return Kit-Regular)
- Call Tags 141-4291 (Return Kit-DEA)
- Coolers/ice packs 141-5686 (Return Kit-Bio Refrigerated)
- Class II envelopes 292-8976 (Envelope CII Order Form)

* * * Aurobindo-Quinapril Consumer/Patient level recall* * *  Quinapril and HCTZ 20/12.5  AURO90@; NDC# 65862016290; Econo# 1721562;Consumers: Patients should contact their doctor or health provider about whether
to continue taking their medication, or whether to consider an alternative treatment prior to returning their medication. Additional information is available on McKesson Connect.

| 42023-0104-05 | 145-3042 | 734745403 | | | APLISOL VIAL 50-TEST    5ML VIAL | | | | | 913.23 | |

Product shipped is best dating available from manufacturer.

| 300028-21501 | 145-5559 | 734745403 | | | HUMULIN R REG INSUL U100  10ML VIAL | | | | | 134.18 | |

### SUMMARY

| TOTAL RX PURCHASES: | $913.23 | TOTAL CONTRACT PURCHASES: | $1,047.41 |
|---|---|---|---|
| TOTAL OTC PURCHASES: | $134.18 | TOTAL NON CONTRACT PURCHASES: | $0.00 |

**NET PAYABLE BY STATEMENT DATE 01/27/2023:** $1,047.41
**GROSS PAYABLE AFTER STATEMENT DATE 01/27/2023:** $1,068.79

AWP is a benchmark published by MediSpan or supplied by manufacturers when it is unavailable through MediSpan. It is not an average, and does not reflect actual prices in sales transactions between wholesalers and  their customers. AWP can change at any time and the AWP provided herein may not be current.

| Lines | Cases | Pieces | |
|---|---|---|---|
| 2 | 0 | 4 | This invoice is payable to  **CARR: MCK INITIATED ACH DEBIT AMT DUE REMITTED VIA ACH DEBIT** |

**Statement for information only**
Claims must be made within 5 days and show date of invoice.

# MCKESSON

# ADDBILL INVOICE

DENVER DC#8131
14500 EAST 39th AVENUE
AURORA CO  80011

| DC DEA # |
|---|
| PM0018425 |

| McKesson Contact Information |
|---|
| Service First |
| 1-855-625-4677 |

| Sales Territory ID | 0307 |
|---|---|
| Billing Date | 01/12/2023 |

**SOLD TO**

PREMIER PHARMACY GROUP 07
PREMIER PHARMACY GROUP
ACCOUNTS PAYABLE
4162 E BIJOU ST
COLORADO SPRINGS CO  80909-6824

| Customer DEA # |
|---|
| FP6379071 |

| 75344 | M02 | 035 |
|---|---|---|
| Customer Number | Route | Stop |

| Supplier Information |
|---|
| Name:   MERCK SHARP & DOHME LLC |
| Number: 29205 |

| Contract Information |
|---|
| Reference #:    0010483004 |

| Invoice Information |
|---|
| Number: 8901098994 |
| Date:    01/12/2023 |
| Page: 1   of   1 |

All Product discounts earned or granted under McKesson and Value-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

| McKesson Item # | Item Description | NDC / UPC Number | Unit of Measure | Quantity Purchased | Unit Price Per Contract | Unit Price Billed | Unit Price Difference | Extended Price Per Contract | Extended Price Billed | Extended Price Difference Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1798586 | JANUVIA TAB 100MG          30 | N00006027731 | ▮ | ▮ | ▮ | 24.51 | ▮ | ▮ | 23.28 |

**Original Invoice Date:** 01/09/2023      **Original Invoice Number:** 7390125990      **Purchase Order # for Original Invoice:** cycle 1-6      00
**Addbill Reason Code:** ABCP      **Addbill Reason Code Description:** Invalid Contract BID      **Debit Memo #:** 3009BMRKDV
**McKesson Lead #:** 00526353      **Description:** 019 CMT 0010483004 MERCK
**Addbill Comments** 25 per supplier correct bid price at the time of the sale was ▮▮▮▮/suplr docume

TOTAL ADDBILL NET PAYABLE BY STATEMENT DUE DATE:          23.28

| LINES | CASES | PIECES |
|---|---|---|
| | | |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT THE ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.