# EXHIBIT 1

# EXHIBIT 1



**CalculatorSoup®**
Online Calculators

Calculators > Financial > Interest & APR > Compound Interest Calculator          Basic Calculator

# Compound Interest Calculator



The compound interest calculator lets you see how your money can grow using interest compounding.

Calculate compound interest on an investment, 401K or savings account with annual, quarterly, daily or continuous compounding.

We provide answers to your compound interest calculations and show you the steps to find the answer. You can also experiment with the calculator to see how different interest rates or loan lengths can affect how much you'll pay in compounded interest on a loan.

Read further below for additional compound interest formulas to find principal, interest rates or final investment value. We also show you how to calculate continuous compounding with the formula $A = Pe^{rt}$.

## The Compound Interest Formula

This calculator uses the compound interest formula to find principal plus interest. It uses this same formula to solve for principal, rate or time given the other known values. You can also use this formula to set up a compound interest calculator in Excel®[1].

$A = 294{,}901.76(1.08)^1$

$A = \$318{,}493.90$

Summary:

The total amount accrued, principal plus interest, with compound interest on a principal of $294,901.76 at a rate of 8% per year compounded 1 times per year over 1 years is $318,493.90.

*How could this calculator be better?*

Share this Answer Link: *help*
Paste this link in email, text or social media.

https://www.calculatorsoup.com/calculators/financial/compound-interest-calculator.php?given_data=find_A&P=294%2C901.76&R=8&n=1&t=1&given_data_last=find_A&action=solve

*Get a Widget for this Calculator*

© CalculatorSoup

$$A = P(1 + r/n)^{nt}$$

In the formula

- A = Accrued amount (principal + interest)
- P = Principal amount
- r = Annual nominal interest rate as a decimal
- R = Annual nominal interest rate as a percent
- r = R/100
- n = number of compounding periods per unit of time
- t = time in decimal years; e.g., 6 months is calculated as 0.5 years. Divide your partial year number of months by 12 to get the decimal years.
- I = Interest amount
- ln = natural logarithm, used in formulas below

# Compound Interest Formulas Used in This Calculator

The basic compound interest formula $A = P(1 + r/n)^{nt}$ can be used to find any of the other variables. The tables below show the compound interest formula rewritten so the unknown variable is isolated on the left side of the equation.

## Compound Interest Formulas

| Calculation | Formula |
|---|---|
| Calculate accrued amount Principal + Interest | $A = P(1 + r/n)^{nt}$ |
| Calculate principal amount Solve for P in terms of A | $P = A / (1 + r/n)^{nt}$ |
| Calculate principal amount Solve for P in terms of I | $P = I / ((1 + r/n)^{nt} - 1)$ |
| Calculate rate of interest As a decimal | $r = n((A/P)^{1/nt} - 1)$ |