# EXHIBIT 2

# EXHIBIT 2



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

January 31, 2024
Invoice No.     1274701

**MCKESSON CORPORATION**
**6535-6555, STATE HWY 161**
**IRVING, TX 75039**
**Attn:      BEN CARLSEN**

Re:  GENERAL BANKRUPTCY ISSUES AND MATTERS
Our File No:                   M3515-8

Your No.:                      09-5439-00

Previous Balance

    Payments received through 02/15/24
    Adjustments through 01/31/24

Previous Balance Remaining

    Current Fees Through 01/31/24

    Current Disbursements Through 01/31/24

Invoice Total                                                    $

**Balance Due**                                                  $



**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| ▓ | ▓ | ▓ | ▓ |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | 1/31/24 1274701 Page 1 |
|---|---|---|---|
| Date | Tkpr | Description of Services Rendered | Hours | Amount |



| 1/08/24 | JND | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] PREPARE COMPLAINT | 1.80 | 1,170.00 |
| 1/08/24 | JND | PLEADINGS: COMMUNICATE (WITH CLIENT): [PREMIER PHARMACY] COMMUNICATE WITH S. HAMPTON RE: | .20 | 130.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | 1/31/24 1274701 Page 2 |
|---|---|---|---|---|
| Date | Tkpr | Description of Services Rendered | Hours | Amount |



1/11/24 CB — PLEADINGS: RESEARCH: [PREMIER PHARMACY] REVIEW AND REVISE PREMIER PHARMACY GROUP FOR COMPLIANCE WITH COLORADO LAW. REVIEW OF CASE LAW PERTAINING TO VARIOUS CAUSES OF ACTION USED IN THE ALTERNATIVE IN ADDITION TO JURY INSTRUCTIONS FOR ELEMENTS OF CLAIMS — 3.10 — 1,519.00

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | MCKESSON CORPORATION | 1/31/24 |
|---|---|---|---|
| | | GENERAL BANKRUPTCY ISSUES AND MATTERS | 1274701 |
| JKG | | | Page 3 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 1/22/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE WITH R. HINCKLEY RE: COMPLAINT | .10 | 65.00 |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File | M3515-8 | **MCKESSON CORPORATION** | **1/31/24** |
| Number | | **GENERAL BANKRUPTCY ISSUES AND MATTERS** | **1274701** |
| JKG | | | **Page    4** |



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 1/30/24 | JND | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] REVIEW AND REVISE DRAFT COMPLAINT AND DRAFT CIVIL COVER SHEET, SUMMONS AND DISCLOSURE STATEMENT | 1.40 | 910.00 |
| 1/30/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE WITH C. BARNETT RE: FINALIZING PLEADINGS | .20 | 130.00 |
| 1/30/24 | JND | FACT GATHERING: RESEARCH: [PREMIER PHARMACY] RESEARCH ANY BK STATUS | .40 | 260.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

**File Number** **M3515-8**       **MCKESSON CORPORATION**                                   **1/31/24**
**JKG**                              **GENERAL BANKRUPTCY ISSUES AND MATTERS**              **1274701**
                                                                                        **Page        5**



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/30/24 | CB | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] FINALIZE AND PREPARE COMPLAINT FOR FILING | 2.80 | 1,372.00 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|------|------------------------------|---------|-------|--------|

| Recap of Services | Hours | Effective Rate | Fees |
|-------------------|-------|----------------|------|
| JOANNE N. DAVIES | 11.80 | 650.00 | 7,670.00 |
| CLAYTON BARNETT | 5.90 | 490.00 | 2,891.00 |
| Total | | | |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | MCKESSON CORPORATION | | | 1/31/24 |
|---|---|---|---|---|---|
| | | GENERAL BANKRUPTCY ISSUES AND MATTERS | | | 1274701 |
| JKG | | | | Page | 6 |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|

**Total Fees**
**Total Disbursements**

**Matter Total**                                    $ ▮▮▮▮▮



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

March 31, 2024
Invoice No.      1288887

**MCKESSON CORPORATION**
**6535-6555, STATE HWY 161**
**IRVING, TX 75039**
**Attn:**        **BEN CARLSEN**

Re:  GENERAL BANKRUPTCY ISSUES AND MATTERS
Our File No:              M3515-8

Your No.:                 09-5439-00

| | |
|---|---|
| Previous Balance | ███ |
|    Payments received through 04/15/24 | ███ |
| Previous Balance Remaining | ███ |
|    Current Fees Through 03/31/24 | ███ |
|    Current Disbursements Through 03/31/24 | ███ |
| Invoice Total | $ ███ |
| **Balance Due** | $ ███ |

Client Trust Balance                    ███

**Wire Instructions**
ZB, N.A, dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles,
CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| ███ | ███ | ███ | ███ |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION<br>GENERAL BANKRUPTCY ISSUES AND MATTERS | 3/31/24<br>1288887<br>Page 1 |
|---|---|---|---|



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 3/05/24 | JND | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] DRAFT REQUEST FOR ENTRY OF DEFAULT AND SUPPORTING DECLARATION | .90 | 585.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 3/06/24 | JND | PLEADINGS: COMMUNICATE (WITH CLIENT): [PREMIER PHARMACY] COMMUNICATE WITH S. HAMPTON RE: | .10 | 65.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | 3/31/24 1288887 Page 2 |
|---|---|---|---|---|
| Date | Tkpr | Description of Services Rendered | Hours | Amount |
| 3/06/24 | CB | ████ PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] REVIEW OF DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT PREMIER PHARMACY GROUP, LLC. AND FRCP 55 FOR COMPLIANCE OBLIGATIONS. REVIEW AND REVISE REQUEST FOR ENTRY OF DEFAULT AGAINST PREMIER PHARMACY. | ██ .40 | ████ 196.00 |
| 3/07/24 | JND | ████ PLEADINGS: REVIEW AND ANALYZE: [PREMIER] REVIEW MAGISTRATE ORDER RE: DEADLINES | ██ .30 | ████ 195.00 |
| 3/07/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER] COMMUNICATE WITH B. HINCKLEY RE: MAGISTRATE ORDER | .20 | 130.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | 3/31/24 1288887 Page        3 |
|---|---|---|---|---|
| Date | Tkpr | Description of Services Rendered | Hours | Amount |



3/12/24  CB   PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] REVISE DECLARATION IN SUPPORT OF ENTRY OF DEFAULT, PREPARE THE SAME FOR FILING.   .40   196.00

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | 3/31/24 1288887 Page    4 |
|---|---|---|---|---|
| Date | Tkpr | Description of Services Rendered | Hours | Amount |



| 3/18/24 | CB | ANALYSIS/STRATEGY: REVIEW AND ANALYZE: [PREMIER PHARMACY] REVIEW OF RETURN OF SERVICE OF DAVID REED TO DETERMINE DEADLINES WITH RESPECT TO FILING OF DEFAULT JUDGMENT AND CASE MANAGEMENT ORDER | .40 | 196.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | MCKESSON CORPORATION | 3/31/24 |
|---|---|---|---|
| JKG | | GENERAL BANKRUPTCY ISSUES AND MATTERS | 1288887 |
| | | | Page 5 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/20/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE WITH R. HINCKLEY RE: SCHEDULING ORDER | .10 | 65.00 |
| 3/20/24 | CB | ANALYSIS/STRATEGY: REVIEW AND ANALYZE: [PREMIER PHARMACY] REVIEW OF ORDER SETTING INITIAL CASE DEADLINES TO DETERMINE OBLIGATIONS AND DEADLINES ABSENT A RESPONSE FROM DEFENDANT REED. | .50 | 245.00 |
| 3/26/24 | JND | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] DRAFT MOTION FOR EXTENSION OF TIME AND APPLICATION | .90 | 585.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | MCKESSON CORPORATION | 3/31/24 |
|---|---|---|---|
| JKG | | GENERAL BANKRUPTCY ISSUES AND MATTERS | 1288887 |
| | | | Page 6 |



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/27/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE WITH C. BARNETT RE: MOTION FOR EXT. OF TIME | .30 | 195.00 |
| 3/27/24 | CB | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] REVIEW AND REVISE MOTION FOR EXTENSION OF TIME TO FILE PROPOSED SCHEDULING ORDER AND ELECTION CONCERNING MAGISTRATE JUDGE JURISDICTION AND PREPARE FOR FILING. | .40 | 196.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | MCKESSON CORPORATION | 3/31/24 |
|---|---|---|---|
| JKG | | GENERAL BANKRUPTCY ISSUES AND MATTERS | 1288887 |
| | | | Page 7 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | ████████████████████████ | ██ | ███ |
| 3/29/24 | JND | PLEADINGS: COMMUNICATE (WITH CLIENT): [PREMIER PHARMACY] COMMUNICATE WITH S. HAMPTON AND B. HILL RE: ████████ | ██ .10 | ███ 65.00 |
| 3/29/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE WITH C. BARNETT RE: MOTION FOR EXTENSION OF TIME | .10 | 65.00 |
| ████ | | ██████████████████ | ██ | ██ |
| | | ████████████████ | | |
| ████ | | ████ | ██ | ██ |
| | | ████████████████ | | |
| ████ | | ██ | ██ | ██ |
| | | ████████████████ | | |
| | | ██████████████ | ██ | ███ |

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| ███ | ██████████████ | ███ | | ███ |
| ███ | ███████████ | ███ | | ███ |
| ███ | ███████████ | ███ | | ███ |
| ███ | █████████████ | ███ | | ███ |
| ███ | █████████ | ███ | | ███ |
| ███ | █████ | ███ | | ███ |
| ███ | █████████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | █████████ | ███ | | ███ |
| ███ | ██████████████ | ███ | | ███ |



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | | 3/31/24 1288887 Page 8 |
|---|---|---|---|---|---|

| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|
| ███ | ████████ | ███ | | ███ |
| | ████████████ | | | |
| | ████████████ | | | |
| | ████████████ | | | |
| ███ | ████████ | ███ | | ███ |
| | ████████████ | | | |
| ███ | ████████ | ███ | | ███ |
| | ████████████ | | | |
| | ████████████ | | | |
| 3/15/24 | PROCESS SERVICE FIRST LEGAL NETWORK INSURANCE SVCS LLC SERVICE ON DAVID REED - INV # 57499 | 608261 | | 472.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JOANNE N. DAVIES | 58.70 | 650.00 | 38,155.00 |
| ████████████ | | | |
| CLAYTON BARNETT | 2.10 | 490.00 | 1,029.00 |
| Total | | | |

Total Fees
Total Disbursements

Matter Total                    $



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

April 30, 2024

**MCKESSON CORPORATION**
**6535-6555, STATE HWY 161**
**IRVING, TX 75039**

Invoice No.      1297917

**Attn:**      **BEN CARLSEN**

Re:  GENERAL BANKRUPTCY ISSUES AND MATTERS
Our File No:                M3515-8

Your No.:                    09-5439-00

| | |
|---|---|
| Previous Balance | ████ |
|     Payments received through 05/17/24 | ████ |
| Previous Balance Remaining | ████ |
|     Current Fees Through 04/30/24 | ████ |
|     Current Disbursements Through 04/30/24 | ████ |
| Invoice Total | $ ████ |
| **Balance Due** | $ ████ |

Client Trust Balance                ████

**Wire Instructions**
ZB, N.A., dba California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles, CA 90071
ABA#: 121002042 - Swift Code: ZFNBUS55
Account Name: Buchalter - Account No: 3240017271
Reference: Invoice number(s)

**To pay by Visa or MasterCard**
go to the payment portal on www.Buchalter.com

| Past Due Balances: | | | Total Due including this invoice |
|---|---|---|---|
| 30 days | 60 days | 90 days | |
| ████ | ████ | ████ | ████ |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION<br>GENERAL BANKRUPTCY ISSUES AND MATTERS | 4/30/24<br>1297917<br>Page 1 |



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| | | | .80 | 320.00 |
| 4/02/24 | JND | PLEADINGS: REVIEW AND ANALYZE: [PREMIER PHARMACY] REVIEW STATUS OF D. REED RESPONSE TO COMPLAINT | .20 | 130.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | MCKESSON CORPORATION | 4/30/24 |
|---|---|---|---|
| JKG | | GENERAL BANKRUPTCY ISSUES AND MATTERS | 1297917 |
| | | | Page 2 |



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION<br>GENERAL BANKRUPTCY ISSUES AND MATTERS | 4/30/24<br>1297917<br>Page 3 |
|---|---|---|---|
| **Date** | **Tkpr** | **Description of Services Rendered** | **Hours** | **Amount** |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 4/08/24 | JND | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] PREPARE REQUEST FOR ENTRY OF DEFAULT AGAINST DAVID REED | .50 | 325.00 |
| 4/08/24 | CB | PLEADINGS: REVIEW AND ANALYZE: [PREMIER PHARMACY] REVIEW AND ANALYZE MOTION FOR ENTRY OF DEFAULT AGAINST DAVID REED AND DECLARATION IN SUPPORT OF MOTION FOR DEFAULT FOR CONSISTENCE WITH DOCKET AND COMPLIANCE WITH COLORADO LAW. | .20 | 98.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | M3515-8 | **MCKESSON CORPORATION** | | 4/30/24 |
|---|---|---|---|---|
| JKG | | **GENERAL BANKRUPTCY ISSUES AND MATTERS** | | 1297917 |
| | | | Page | 4 |



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 4/23/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE WITH C. BARNETT RE: PLEADINGS | .10 | 65.00 |
| 4/23/24 | JND | FACT GATHERING: RESEARCH: [PREMIER PHARMACY] RESEARCH STATUS OF ENTRY OF DEFAULT | .10 | 65.00 |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | 4/30/24 1297917 Page 5 |
|---|---|---|---|---|



| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 4/24/24 | CB | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] BEGIN DRAFTING MOTION FOR DEFAULT JUDGMENT | 2.10 | 1,029.00 |
| 4/25/24 | CB | PLEADINGS: DRAFT/REVISE: [PREMIER PHARMACY] CONTINUE DRAFTING MOTION FOR DEFAULT JUDGMENT | 1.70 | 833.00 |
| 4/30/24 | JND | PLEADINGS: COMMUNICATE (WITH CLIENT): [PREMIER PHARMACY] COMMUNICATE WITH B. HILL AND S. HAMPTON RE: | .20 | 130.00 |
| 4/30/24 | JND | PLEADINGS: COMMUNICATE (IN FIRM): [PREMIER PHARMACY] COMMUNICATE | | |

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | 4/30/24 1297917 Page 6 |
|---|---|---|---|

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | WITH C. BARNETT RE: DECLARANT | .10 | 65.00 |



| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number JKG | M3515-8 | MCKESSON CORPORATION GENERAL BANKRUPTCY ISSUES AND MATTERS | | 4/30/24 1297917 Page 7 |
|---|---|---|---|---|



| Date | Description of Disbursement | CheckNo | Units | Amount |
|---|---|---|---|---|

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| JOANNE N. DAVIES | 37.10 | 650.00 | 24,115.00 |
| CLAYTON BARNETT | 4.00 | 490.00 | 1,960.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement