# EXHIBIT 3

# EXHIBIT 3

# Davies, Joanne N.

| | |
|---|---|
| **From:** | Barnett, Clayton W. |
| **Sent:** | Monday, February 5, 2024 3:37 PM |
| **To:** | Thomas, Victoria |
| **Subject:** | FW: Pay.gov Payment Confirmation: COLORADO DISTRICT COURT |

Clayton W. Barnett
Senior Counsel
Denver Office
T (303) 253-6755
C (720)854-9043

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, February 5, 2024 4:05 PM
To: Barnett, Clayton W. <cbarnett@buchalter.com>
Subject: Pay.gov Payment Confirmation: COLORADO DISTRICT COURT

This message has originated from an External Email. do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>:

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Division at 303-335-2526.

  Account Number: 7595370
  Court: COLORADO DISTRICT COURT
  Amount: $405.00
  Tracking Id: ACODC-9526108
  Approval Code: 98944Q
  Card Number: ************2126
  Date/Time: 02/05/2024 06:05:27 ET

NOTE: This is an automated message. Please do not reply