# EXHIBIT 4

# EXHIBIT 4



**First Legal Network Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 56539 | 10771 |
| Invoice Date | Total Due |
| 2/15/24 | 247.00 |

Buchalter (Den)
1624 Market Street
Suite 400
Denver, CO 80202-2457

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 10771 | 56539 | 2/15/24 | 247.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 2/08/24 PROCESS-RUSH | 378195 | RUP | Buchalter (Den)  1624 Market Street  Denver          CO 80202-2457  Caller: Brenda Westra  1:24-cv-00355-MDB  MCKESSON VS PREMIER  DOCS: SUMMONS, CCCS, COMPLAINT,  Serve through Registered Agent . United  States Corporation A  Signed: Mikaela Wolf, authoriz    PREMIER PHARMACY GROUP  121 S TEJON STREET, STE 201  COLORADO SPRINGS CO 80903    Ref: M3515-8 | Base Chg : 225.00  Page Count: 22.00 | 247.00 |

APPROVED
Thomas, Victoria on 2/16/2024, 4:12:27 PM

Total  247.00

**INVOICE PAYMENT DUE UPON RECEIPT**

| Vendor: | 21987 FIRST LEGAL NETWORK INSURANCE SVCS LLC | Doc ID: 0000A5OQ-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 540602  Dist: 1780199 | Date: 2/15/24 | Amount: | 247.00 |
| | | Check#:  607983 | | |



**First Legal Network Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 57499 | 10771 |
| Invoice Date | Total Due |
| 3/15/24 | 472.00 |

Buchalter (Den)
1624 Market Street
Suite 400
Denver, CO 80202-2457

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 10771 | 57499 | 3/15/24 | 472.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/06/24 PROCESS-RUSH | 379383 | RUP | Buchalter (Den)          David Reed                Base Chg  :   225.00<br>1624 Market Street       50 N. Depot Street        Page Count:    22.00<br>Denver      CO 80202-2457  NEW PALESTINE   IN 46163  Misc      :   225.00<br>Caller: Brenda Westra<br>1:24-cv-00355-MDB<br>McKESSON VS PREMIER<br>DOCS: SUMMONS, CVL CVR, COMPLAINT, EXHIBITS 1-3, DISCLOSURE<br>SERVE<br>RETURN POS<br>Signed: David Reed              Ref: MCKESSON VS PREMIER | | 472.00 |

APPROVED
Westra, Brenda on 3/19/2024

Total    472.00

## INVOICE PAYMENT DUE UPON RECEIPT

| Vendor: | 21987 FIRST LEGAL NETWORK INSURANCE SVCS LLC | Doc ID: 0000A7BT-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 542878  Dist: 1789558 | Date: 3/15/24<br>Check#:     608261 | Amount: | 472.00 |