IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00355-MDB

MCKESSON CORPORATION, a Delaware corporation,

    Plaintiff,

v.

PREMIER PHARMACY GROUP, LLC, a Colorado limited liability company; and DAVID REED, individually,

    Defendants.

___

**[PROPOSED] DEFAULT JUDGMENT**
___

This matter is before the Court on Plaintiff McKesson Corporation's Application for Entry of Default Judgment ("Plaintiff's Application").

Upon consideration of Plaintiff's Application, the materials submitted in support thereof, the Court's file, and noting the lack of an appearance or other response by Defendant Premier Pharmacy Group, LLC and Defendant David Reed, the Court finds that Plaintiff's Application should be, and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment in favor of Plaintiff McKesson Corporation and against Defendants Premier Pharmacy Group, LLC and David Reed, jointly and severally as follows:

| | | |
|---|---|---:|
| A. | Principal balance due and owing: | $294,901.76 |
| B. | Prejudgment interest at 8% per annum compounded annually: | $23,592.14 |
| C. | Attorneys' fees pursuant to the Credit Application and Guaranty: | $16,805.00 |
| D. | Court filing and electronic fees: | $405.00 |
| E. | Service of process fees: | $719.00 |
| | **TOTAL DAMAGES:** | **$336,422.90** |

IT IS THEREFORE FURTHER ORDERED, ADJUDGED AND DECREED that post-judgment interest accrues on the total judgment amount at the rate provided by law from the date of this judgment.

IT IS SO ORDERED this _____ day of _____ 2024.

_____
Magistrate Judge, Maritza Dominguez Braswell